1  Bonnie MacNaughton (Bar No. 107402)
   Emily Goodell (*pro hac vice forthcoming*)
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, WA 98104
   Telephone:    (206) 622-3150
4  Facsimile:    (206) 757-7700
   Email:        bonniemacnaughton@dwt.com
5                emilygoodell@dwt.com

6  John D. Freed (Bar No. 261518)
   DAVIS WRIGHT TREMAINE LLP
7  50 California Street, Floor 23
   San Francisco, CA 94111
8  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
9  Email:        jakefreed@dwt.com

10 Attorneys for Plaintiffs
   AMAZON.COM, INC.
11 AMAZON TECHNOLOGIES, INC.

12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15 AMAZON.COM, INC., a Delaware                    Case No.
   corporation, and AMAZON TECHNOLOGIES,
16 INC., a Nevada corporation,                     **PLAINTIFFS AMAZON.COM. INC. &**
                                                   **AMAZON TECHNOLOGIES, INC.'S**
17                       Plaintiffs,               **CERTIFICATION OF INTERESTED**
                                                   **ENTITIES OR PERSONS PURSUANT TO**
18         v.                                      **CIVIL LOCAL RULE 3-15**
                                                   **CERTIFICATE OF INTERESTED**
19

20 UMER WASIM, an individual, TEKNOBYL
   DIGITAL LLC, a Wyoming limited liability
21 company, MUHAMMAD USMAN KHAN, an
   individual, VTLOGODESIGN, INC., a Florida
22 corporation, MK AFFILIATES, INC., a Florida
   corporation, ALI ALAM, an individual,
23 DYNAMIC DIGITAL SOLUTIONS LLC, a
   Virginia limited liability company, MEHWASH
24 MUNIR, an individual, ONE STOP
   COMPUTER SERVICES LLC, a Virginia
25 limited liability company, MUHAMMAD
   ZUBAIR KHAN, an individual, TECHTURE
26 INC., a California corporation, MUHAMMAD
   MUDASSAR ANWAR, an individual, TECH
27 DRIVE PVT LLC, a New York limited liability
   company, ASHHAR RAWOOF, an individual,
28 SMART STARTUP SOLUTIONS, LLC, an

1 | Illinois limited liability company, YASIR
AGAR, an individual, MAVIA NIZAM, an
2 | individual, MUHAMMAD SHIRAZ
QURESHI, an individual, AND
3 | DOES 1-11,

4 |        Defendants.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

AMAZON CERTIFICATION OF INTERESTED PARTIES
4882-6187-9436v.1 0051461-005955

## <u>CERTIFICATE OF INTERESTED ENTITIES OR PERSONS</u>

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED this 30th day of October, 2023.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiffs

By: */s/ John D. Freed*
John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Bonnie MacNaughton (Bar No. 107402)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Emily Goodell (*pro hac vice forthcoming*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8287
Facsimile: (206) 757-7700