| | |
|---|---|
| 1 | Bonnie MacNaughton (Bar No. 107402) |
| 2 | Emily Goodell (*pro hac vice forthcoming*) |
|   | DAVIS WRIGHT TREMAINE LLP |
| 3 | 920 Fifth Avenue, Suite 3300 |
|   | Seattle, WA 98104 |
| 4 | Telephone:    (206) 622-3150 |
|   | Facsimile:     (206) 757-7700 |
| 5 | Email:           bonniemacnaughton@dwt.com |
|   |                       emilygoodell@dwt.com |
| 6 | |
|   | John D. Freed (Bar No. 261518) |
| 7 | DAVIS WRIGHT TREMAINE LLP |
|   | 50 California Street, Floor 23 |
| 8 | San Francisco, CA 94111 |
|   | Telephone:    (415) 276-6500 |
| 9 | Facsimile:     (415) 276-6599 |
|   | Email:           jakefreed@dwt.com |
| 10 | |
|    | Attorneys for Plaintiffs |
| 11 | AMAZON.COM, INC. |
|    | AMAZON TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation, | | Case No. |
| Plaintiffs, | | **PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1** |
| v. | | |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC, an | | |

| | |
|---|---|
| 1 | Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, |
| 2 | |
| 3 | |
| 4 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc., through their undersigned counsel, state as follows:

Plaintiff Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Plaintiff Amazon Technologies, Inc. is a wholly owned indirect subsidiary of parent company Amazon.com, Inc. Amazon Technologies, Inc. has no other publicly held corporation that owns 10% or more of its membership interests.

DATED this 30th day of October, 2023.

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Plaintiffs

        By: */s/ John D. Freed*
        John D. Freed (Bar No. 261518)
        DAVIS WRIGHT TREMAINE LLP
        505 Montgomery Street, Suite 800
        San Francisco, CA 94111
        Telephone: (415) 276-6500
        Facsimile: (415) 276-6599

        Bonnie MacNaughton (Bar No. 107402)
        DAVIS WRIGHT TREMAINE LLP
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104
        Telephone: (206) 622-3150
        Facsimile: (206) 757-7700

        Emily Goodell (*pro hac vice forthcoming*)
        DAVIS WRIGHT TREMAINE LLP
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104
        Telephone: (206) 757-8287
        Facsimile: (206) 757-7700