1  Bonnie MacNaughton (Bar No. 107402)
   Emily Goodell (*pro hac pending*)
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, WA 98104
   Telephone:     (206) 622-3150
4  Facsimile:     (206) 757-7700
   Email: bonniemacnaughton@dwt.com
5          emilygoodell@dwt.com

6  John D. Freed (Bar No. 261518)
   DAVIS WRIGHT TREMAINE LLP
7  50 California Street, 23rd Floor
   San Francisco, California 94111-4701
8  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
9  Email: jakefreed@dwt.com

10 Attorneys for Plaintiffs
   AMAZON.COM, INC.
11 AMAZON TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| AMAZON.COM, INC. et al., | Case No. 4:23-cv-05580 |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| UMER WASIM, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Bonnie E. MacNaughton of Davis Wright Tremaine LLP hereby appears on behalf of Plaintiffs, AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC., in the above-entitled action and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon Davis Wright Tremaine LLP at both of the addresses and all of email addresses above stated.

DATED: October 31, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  *s/ Bonnie E. MacNaughton*
Bonnie E. MacNaughton

Attorneys for AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.