AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:23-cv-5580 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
UMER WASIM
5511 Lori Ln.
West Fargo, ND 58078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00_____

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:23-cv-5580 |
| v. | ) ) | |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, | ) ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    ALI ALAM
    44088 Saxony Ter,
    Ashburn, VA 20147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____         _____

                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                    _____
                                                              *Printed name and title*


                                                    _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:23-cv-5580 |
| v. | ) | |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, | ) ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ASHHAR RAWOOF
11930 Newbrook Dr.
Houston, TX 77072

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                             *Server's signature*

                                                   _____
                                                             *Printed name and title*


                                                   _____
                                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 4:23-cv-5580 |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11 | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   MAVIA NIZAM
   1/22 Shah Faisal Colony
   Karachi, PK 75700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                            *CLERK OF COURT*


Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____                 _____
                                                        *Server's signature*

                                                    _____
                                                        *Printed name and title*


                                                    _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 4:23-cv-5580 |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   MEHWASH MUNIR
   44088 Saxony Ter,
   Ashburn, VA 20147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

AMAZON.COM, INC., a Delaware corporation, and
AMAZON TECHNOLOGIES, INC., a Nevada
corporation

_____

*Plaintiff(s)*

v.

UMER WASIM, an individual, TEKNOBYL
DIGITAL LLC, a Wyoming limited liability company,
MUHAMMAD USMAN KHAN, an individual,
VTLOGODESIGN, INC., a Florida corporation, MK
AFFILIATES, INC., a Florida corporation, ALI
ALAM, an individual, DYNAMIC DIGITAL
SOLUTIONS LLC, a Virginia limited liability
company, MEHWASH MUNIR, an individual, ONE
STOP COMPUTER SERVICES LLC, a Virginia
limited liability company, MUHAMMAD ZUBAIR
KHAN, an individual, TECHTURE INC., a California
corporation, MUHAMMAD MUDASSAR ANWAR,
an individual, TECH DRIVE PVT LLC, a New York
limited liability company, ASHHAR RAWOOF, an
individual, SMART STARTUP SOLUTIONS, LLC
Illinois limited liability company, YASIR AGAR, an
individual, MAVIA NIZAM, an individual,
MUHAMMAD SHIRAZ QURESHI, an individual,
AND DOES 1-11,

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:23-cv-5580

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    MK AFFILIATES, INC
    Registered Agent- Kelly Miller
    1317 Edgewater Drive
    Orlando, FL, 32804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____                    _____

                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                               *Server's signature*

                                          _____
                                               *Printed name and title*

                                          _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

AMAZON.COM, INC., a Delaware corporation, and
AMAZON TECHNOLOGIES, INC., a Nevada
corporation

_____

*Plaintiff(s)*

v.

UMER WASIM, an individual, TEKNOBYL
DIGITAL LLC, a Wyoming limited liability company,
MUHAMMAD USMAN KHAN, an individual,
VTLOGODESIGN, INC., a Florida corporation, MK
AFFILIATES, INC., a Florida corporation, ALI
ALAM, an individual, DYNAMIC DIGITAL
SOLUTIONS LLC, a Virginia limited liability
company, MEHWASH MUNIR, an individual, ONE
STOP COMPUTER SERVICES LLC, a Virginia
limited liability company, MUHAMMAD ZUBAIR
KHAN, an individual, TECHTURE INC., a California
corporation, MUHAMMAD MUDASSAR ANWAR,
an individual, TECH DRIVE PVT LLC, a New York
limited liability company, ASHHAR RAWOOF, an
individual, SMART STARTUP SOLUTIONS, LLC
Illinois limited liability company, YASIR AGAR, an
individual, MAVIA NIZAM, an individual,
MUHAMMAD SHIRAZ QURESHI, an individual,
AND DOES 1-11,

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:23-cv-5580

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MUHAMMAD MUDASSAR ANWAR
919 Wilmot Rd.
Scarsdale, NY 10583

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____                    _____
                                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                                    _____
                                                            *Printed name and title*

                                                    _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:23-cv-5580 |
| v. | ) | |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11 | ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MUHAMMAD SHIRAZ QURESHI
N-121 PECHS, Block 2,
Karachi, PK 74400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____                 _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*


                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:23-cv-5580 |
| v. | ) | |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, | ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MUHAMMAD USMAN KHAN
13116 Peach Leaf Place
Fairfax, VA 22030

and House Number 1301 Service Road D121, Islamabad, Pakistan

AO 440 (Rev. 06/12) Summons in a Civil Action

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:23-cv-5580 |
| v. | ) | |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ONE STOP COMPUTER SERVICES LLC
Registered Agent- Mehwash Munir,
44075 Pipeline Plz Ste 215
Ashburn, VA 20147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 4:23-cv-5580 |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, | ) ) ) ) ) ) ) ) ) | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
TECH DRIVE PVT LLC
NY Sec of State designated as agent,
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231

AO 440 (Rev. 06/12) Summons in a Civil Action

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00_____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                      *Server's signature*

                                                             _____
                                                                      *Printed name and title*


                                                             _____
                                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:23-cv-5580 |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, | ) ) ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TEKNOBYL DIGITAL LLC
Registered Agents Inc.,
30 N Gould St Ste R,
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____                    _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>

AMAZON.COM, INC., a Delaware corporation, and
AMAZON TECHNOLOGIES, INC., a Nevada
corporation

<div align="center"><em>Plaintiff(s)</em></div>

<div align="center">v.</div>

UMER WASIM, an individual, TEKNOBYL
DIGITAL LLC, a Wyoming limited liability company,
MUHAMMAD USMAN KHAN, an individual,
VTLOGODESIGN, INC., a Florida corporation, MK
AFFILIATES, INC., a Florida corporation, ALI
ALAM, an individual, DYNAMIC DIGITAL
SOLUTIONS LLC, a Virginia limited liability
company, MEHWASH MUNIR, an individual, ONE
STOP COMPUTER SERVICES LLC, a Virginia
limited liability company, MUHAMMAD ZUBAIR
KHAN, an individual, TECHTURE INC., a California
corporation, MUHAMMAD MUDASSAR ANWAR,
an individual, TECH DRIVE PVT LLC, a New York
limited liability company, ASHHAR RAWOOF, an
individual, SMART STARTUP SOLUTIONS, LLC
Illinois limited liability company, YASIR AGAR, an
individual, MAVIA NIZAM, an individual,
MUHAMMAD SHIRAZ QURESHI, an individual,
AND DOES 1-11,

<div align="center"><em>Defendant(s)</em></div>

</td>
<td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td>
<td>

Civil Action No. 4:23-cv-5580

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    VTLOGODESIGN, INC.
    Registered Agent- VOIPTERMINATOR INC,
    250 Intl Pkwy 108,
    Lake Mary, FL 32746

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VTLOGODESIGN, INC. _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation<br><br><p align=center>*Plaintiff(s)*</p><br>v.<br>UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11<br><br><p align=center>*Defendant(s)*</p> | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:23-cv-5580 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    YASIR AGAR
    Flat 402, 4th Floor,
    Zulekha Palace, Plot #15,
    BMCHS, Sharfabad, Karachi, PK 74800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____               _____
                                                          *Server's signature*

                                         _____
                                                          *Printed name and title*


                                         _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

AMAZON.COM, INC., a Delaware corporation, and
AMAZON TECHNOLOGIES, INC., a Nevada
corporation

_____
*Plaintiff(s)*

v.

UMER WASIM, an individual, TEKNOBYL
DIGITAL LLC, a Wyoming limited liability company,
MUHAMMAD USMAN KHAN, an individual,
VTLOGODESIGN, INC., a Florida corporation, MK
AFFILIATES, INC., a Florida corporation, ALI
ALAM, an individual, DYNAMIC DIGITAL
SOLUTIONS LLC, a Virginia limited liability
company, MEHWASH MUNIR, an individual, ONE
STOP COMPUTER SERVICES LLC, a Virginia
limited liability company, MUHAMMAD ZUBAIR
KHAN, an individual, TECHTURE INC., a California
corporation, MUHAMMAD MUDASSAR ANWAR,
an individual, TECH DRIVE PVT LLC, a New York
limited liability company, ASHHAR RAWOOF, an
individual, SMART STARTUP SOLUTIONS, LLC
Illinois limited liability company, YASIR AGAR, an
individual, MAVIA NIZAM, an individual,
MUHAMMAD SHIRAZ QURESHI, an individual,
AND DOES 1-11,
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:23-cv-5580

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  DYNAMIC DIGITAL SOLUTIONS LLC
  Registered Agent- Ali Alam
  44075 Pipeline Plz, Ste 215
  Ashburn, VA 20147

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                    _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00_____

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                                 *Server's signature*

                                                     _____
                                                                 *Printed name and title*


                                                     _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:23-cv-5580 |
| UMER WASIM, an individual, TEKNOBYL DIGITAL LLC, a Wyoming limited liability company, MUHAMMAD USMAN KHAN, an individual, VTLOGODESIGN, INC., a Florida corporation, MK AFFILIATES, INC., a Florida corporation, ALI ALAM, an individual, DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company, MEHWASH MUNIR, an individual, ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company, MUHAMMAD ZUBAIR KHAN, an individual, TECHTURE INC., a California corporation, MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT LLC, a New York limited liability company, ASHHAR RAWOOF, an individual, SMART STARTUP SOLUTIONS, LLC Illinois limited liability company, YASIR AGAR, an individual, MAVIA NIZAM, an individual, MUHAMMAD SHIRAZ QURESHI, an individual, AND DOES 1-11, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SMART STARTUP SOLUTIONS, LLC
United States Corporation Agent
500 N Michigan Ave, STE 600
Chicago, IL 60611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

AMAZON.COM, INC., a Delaware corporation, and
AMAZON TECHNOLOGIES, INC., a Nevada
corporation

*Plaintiff(s)*

v.

UMER WASIM, an individual, TEKNOBYL
DIGITAL LLC, a Wyoming limited liability company,
MUHAMMAD USMAN KHAN, an individual,
VTLOGODESIGN, INC., a Florida corporation, MK
AFFILIATES, INC., a Florida corporation, ALI
ALAM, an individual, DYNAMIC DIGITAL
SOLUTIONS LLC, a Virginia limited liability
company, MEHWASH MUNIR, an individual, ONE
STOP COMPUTER SERVICES LLC, a Virginia
limited liability company, MUHAMMAD ZUBAIR
KHAN, an individual, TECHTURE INC., a California
corporation, MUHAMMAD MUDASSAR ANWAR,
an individual, TECH DRIVE PVT LLC, a New York
limited liability company, ASHHAR RAWOOF, an
individual, SMART STARTUP SOLUTIONS, LLC
Illinois limited liability company, YASIR AGAR, an
individual, MAVIA NIZAM, an individual,
MUHAMMAD SHIRAZ QURESHI, an individual,
AND DOES 1-11,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:23-cv-5580

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TECHTURE INC.
Registered Agent- Muhammad Khan
1221 W 3rd Street, Apt. 502
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

AO 440 (Rev. 06/12) Summons in a Civil Action

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                                *CLERK OF COURT*


Date: _____          _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00_____

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                      *Server's signature*

                                          _____
                                                      *Printed name and title*


                                          _____
                                                      *Server's address*

Additional information regarding attempted service, etc: