AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Northern District of California_ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:23-cv-05580 | DATE FILED<br>10/30/2023 | U.S. DISTRICT COURT<br>Northern District of California |
|---|---|---|
| PLAINTIFF<br>AMAZON.COM, INC. a Delaware corporation;<br>AMAZON.COM SERVICES LLC, a Delaware limited<br>liability company | | DEFENDANT<br>UMER WASIM, et al. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**

**Attachment to Report on Filing of an Action Regarding a Patent or Trademark**

**Case No.**

**Amazon.com, Inc. v. Umer Wasim et al**

| Trademark Number | Date of Trademark | Holder of Trademark |
|---|---|---|
| 2,657,226 | December 3, 2002 | Amazon Technologies, Inc. |
| 2,738,837 | July 15, 2003 | Amazon Technologies, Inc. |
| 2,738,838 | July 15, 2003 | Amazon Technologies, Inc. |
| 2,832,943 | April 13, 2004 | Amazon Technologies, Inc. |
| 2,857,590 | June 29, 2004 | Amazon Technologies, Inc. |
| 4,171,964 | July 10, 2012 | Amazon Technologies, Inc. |
| 4,533,716 | May 20, 2014 | Amazon Technologies, Inc. |
| 4,656,529 | December 16, 2014 | Amazon Technologies, Inc. |
| 4,907,371 | March 1, 2016 | Amazon Technologies, Inc. |
| 5,102,687 | December 20, 2016 | Amazon Technologies, Inc. |
| 5,281,455 | September 5, 2017 | Amazon Technologies, Inc. |
| 2,078,496 | July 15, 1997 | Amazon Technologies, Inc. |
| 2,167,345 | June 23, 1998 | Amazon Technologies, Inc. |
| 2,633,281 | October 8, 2002 | Amazon Technologies, Inc. |
| 2,903,561 | November 16, 2004 | Amazon Technologies, Inc. |
| 3,411,872 | April 15, 2008 | Amazon Technologies, Inc. |
| 4,608,470 | September 23, 2014 | Amazon Technologies, Inc. |
| 2,559,936 | April 9, 2002 (December 21, 2021 (amended)) | Amazon Technologies, Inc. |
| 5,038,752 | September 13, 2016 | Amazon Technologies, Inc |
| 3,868,195 | October 26, 2010 | Amazon Technologies, Inc. |
| 5,906,636 | November 12, 2019 | Amazon Technologies, Inc. |
| 6,228,267 | December 20, 2020 | Amazon Technologies, Inc. |
| 6,776,595 | June 28, 2022 | Amazon Technologies, Inc. |
| 7,055,661 | May 16, 2023 | Amazon Technologies, Inc. |
| 4,171,965 | July 10, 2012 | Amazon Technologies, Inc. |
| 5,508,999 | July 3, 2018 | Amazon Technologies, Inc. |
| 5,775,740 | June 11, 2019 | Amazon Technologies, Inc. |
| 6,136,716 | August 25, 2020 | Amazon Technologies, Inc. |

| 6,200,815 | November 27, 2020 | Amazon Technologies, Inc. |
|---|---|---|
| 6,019,093 | March 24, 2020 | Amazon Technologies, Inc. |
| 6,687,104 | March 29, 2022 | Amazon Technologies, Inc. |
| 6,776,596 | June 28, 2022 | Amazon Technologies, Inc. |
| 7,055,662 | May 16, 2023 | Amazon Technologies, Inc. |
| 6,666,404 | March 8, 2022 | Amazon Technologies, Inc. |
| 2,837,138 | April 27, 2004 | Amazon Technologies, Inc. |
| 2,951,941 | May 17, 2005 | Amazon Technologies, Inc. |
| 4,841,614 | October 27, 2015 | Amazon Technologies, Inc. |
| 5,775,763 | June 11, 2019 | Amazon Technologies, Inc. |
| 6,097,171 | July 7, 2020 | Amazon Technologies, Inc. |
| 6,178,564 | October 20, 2020 | Amazon Technologies, Inc. |
| 6,801,456 | July 26, 2022 | Amazon Technologies, Inc. |
| 7,055,660 | May 16, 2023 | Amazon Technologies, Inc. |
| 7,018,071 | April 4, 2023 | Amazon Technologies, Inc. |
| 3,694,267 | October 6, 2009 | Amazon Technologies, Inc. |
| 4,289,293 | February 12, 2013 | Amazon Technologies, Inc. |
| 4,380,471 | August 6, 2013 | Amazon Technologies, Inc. |
| 4,932,736 | April 5, 2016 | Amazon Technologies, Inc. |
| 5,054,865 | October 4, 2016 | Amazon Technologies, Inc. |
| 5,146,885 | February 21, 2017 | Amazon Technologies, Inc. |
| 6,834,173 | August 30, 2022 | Amazon Technologies, Inc. |
| 3,709,331 | November 10, 2009 | Amazon Technologies, Inc. |
|  |  |  |