

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

November 14, 2023

John Douglas Freed
Davis Wright Tremaine LLP
50 California Street, Floor 23
San Francisco, CA 94111

Bonnie Elizabeth MacNaughton
Emily Goodell
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104

Re:  Amazon.Com Inc., et al. v. Umer Wasim, et al
Case Number: 4:23-cv-05580-DMR

Dear Counsel:

This matter has been randomly assigned to Chief Magistrate Judge Donna M. Ryu for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  Plaintiffs are requested to complete the attached form documenting either consent or declination and file it with the Court by **November 28, 2023.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

Mark B. Busby
Clerk of Court, United States District Court

By _____

Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UMER WASIM, et al.,<br><br>   Defendants. | Case No. 4:23-cv-05580-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

   ( )   **Consent to Magistrate Judge Jurisdiction**

   In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

   **OR**

   ( )   **Decline Magistrate Judge Jurisdiction**

   In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                              NAME: _____

                                                   COUNSEL FOR (OR "PRO SE"):

                                                   _____

                                                   _____
                                                   Signature

*REV. 9-19*