UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UMER WASIM, et al.,<br><br>　　　　　　Defendants. | Case No. 4:23-cv-05580-DMR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPROVE ALTERNATIVE SERVICE OF PAKISTAN-BASED DEFENDANTS VIA ELECTRONIC MAIL** |

This matter comes before the Court on Plaintiff Amazon.com, Inc. and Amazon Technologies, Inc.'s ("Amazon") Motion for entry of an order granting Amazon leave to effectuate service of process upon Defendants Muhammad Usman Khan ("MU Khan"), Yasir Agar ("Agar"), Mavia Nizam ("Nizam"), and Muhammad Shiraz Qureshi ("Qureshi") via electronic mail.

Good cause appearing therefore, the Court GRANTS the Motion, as follows; service of process upon Defendants MU Khan, Agar, Nizam, and Qureshi may be effectuated via electronic mail.

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

                                                                    _____
                                                                    DONNA M. RYU
                                                                    United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc.*

By  *s/ Emily Goodell*
     Emily Goodell (*pro hac vice*)
     Bonnie MacNaughton (CA State Bar No. 107402)
     920 Fifth Avenue, Suite 3300
     Seattle, WA 98104
     Telephone: (206) 622-3150
     Facsimile: (206) 757-7700
     Email:      bonniemacnaughton@dwt.com, emilygoodell@dwt.com

     John D. Freed (CA State Bar No. 261518)
     505 Montgomery Street, Suite 800
     San Francisco, CA 94111-6533
     Telephone: (415) 276-6500
     Facsimile: (415) 276-6599
     Email:      jakefreed@dwt.com