DAVIS WRIGHT TREMAINE LLP

1  Bonnie MacNaughton (CA State Bar No. 107402)
   Emily Goodell (*pro hac vice*)
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, WA 98104
   Telephone:    (206) 622-3150
4  Facsimile:    (206) 757-7700
   Email:        bonniemacnaughton@dwt.com
5                emilygoodell@dwt.com

6  John D. Freed (CA State Bar No. 261518)
   DAVIS WRIGHT TREMAINE LLP
7  505 Montgomery Street, Suite 800
   San Francisco, CA 94111-6533
8  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
9  Email:        jakefreed@dwt.com

10 Attorneys for Plaintiff
   AMAZON.COM, INC.
11 AMAZON TECHNOLOGIES, INC.

12

                 UNITED STATES DISTRICT COURT
13
               NORTHERN DISTRICT OF CALIFORNIA
14
                      OAKLAND DIVISION
15

16 AMAZON.COM, INC., a Delaware corporation,   Case No. 4:23-cv-05580-DMR
   and AMAZON TECHNOLOGIES, INC., a
17 Nevada corporation,                         **DECLARATION OF STEVEN**
                                               **WILLIAMS IN SUPPORT OF**
18                   Plaintiffs,               **PLAINTIFFS' MOTION FOR**
                                               **EXPEDITED DISCOVERY**
19      v.

20 UMER WASIM, et al.,

21                   Defendants.

22

23      I, Steven Williams, declare as follows:

24      1.      I am over the age of 18 and am competent to testify on the matters set forth

25 herein. I make the following declaration based on personal knowledge.

26      **Qualifications and Personal Knowledge**

27      2.      I am an investigator at Davis Wright Tremaine, LLP. I have over twenty years of

28 experience as an investigator, which includes investigating malicious online conduct like the

                                              1

1 scheme described in the Complaint that was perpetrated by the defendants. I have personal

2 knowledge of the facts described below, and am competent to make this declaration.

3      3.      Counsel for Amazon.com, Inc. ("Amazon") at Davis Wright Tremaine, LLP

4 instructed me to investigate certain online conduct perpetrated by currently unknown defendants

5 ("Defendants").

6      **Web Design Stop; webdesignstop.com**

7      4.      I have reviewed an Amended Complaint filed in relation to Uniform Domain

8 Name Dispute Resolution Policy ("UDRP") Decision 2305002043019, which lists the registrant

9 for amazondirectpublisher.com, amazonpublishingfirm.com, amazonkdppublishingpros.com,

10 amazonpublishingoffice.com, and amzprofs.com as "Web / Design Stop", with a contact email

11 address of support@webdesignstop.com. Web / Design Stop's address is listed as being 2880

12 Zanker Road North, Suite 203, San Jose, CA 95134, United States, and its phone number is

13 listed as being +1 4082167976.

14      5.      I have investigated this domain, webdesignstop.com, and viewed an active

15 website at the domain on 11/13/23. At the time of the visit, the website host was identified as

16 being Siteground.net.

17      6.      The domain was registered on 6/17/21. The registrar for this website is

18 Namecheap, Inc., and the registrant information is "Redacted for Privacy". The registrant

19 organization was Withheld for Privacy ehf.

20      7.      On 11/13/23, the website advertised a contact phone number of 408-216-8766, a

21 physical address of 2880 Zanker Road North, Suite 203, San Jose, CA 95134, and a contact

22 email of sales@webdesignstop.com.

23      8.      I investigated phone number 408-216-8766, and confirmed that it is administered

24 by the provider Vonage Holdings Corp.

25      9.      I investigated phone number 408-216-7976, provided as registrant contact

26 information for registrant Web/Design Stop, and confirmed that it is administered by the

27 provider Vonage Holdings Corp.

28      10.      I investigated phone number 408-785-0278, associated with the "Call Us" radio

DAVIS WRIGHT TREMAINE LLP

**DECLARATION OF S. WILLIAMS ISO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**
**Case No. 4:23-cv-05580-DMR**

DAVIS WRIGHT TREMAINE LLP

1  button located in the top right-hand corner of www.webdesignstop.com, and confirmed that it is

2  administered by the provider Level 3 Communications, whose parent company is Lumen

3  Technologies, Inc.

4       11.     I investigated the above-identified address at 2880 Zanker Road North in San

5  Jose, and confirmed that it is the location of a virtual office provider Regus, which is owned by

6  IWG PLC group.

7       12.     The website offers a chat capability. According to the website's source code, this

8  feature is supported by Zendesk, Inc.

9       13.     According to the page source code, the website also uses Google Tags. I know

10  that Google Tags can be deployed to collect data on webpages. Google Tags are managed using

11  a Google Tag Manager account, provided by Google, LLC.

12  (https://support.google.com/tagmanager/answer/11994839?hl=en#:~:text=The%20Google%20ta

13  g%20lets%20you,of%20your%20website%20and%20ads.).

14       14.     I have searched online sources, including the California's Secretary of States's

15  website and the National Corporation Directory, and was not able to obtain results for the entity

16  names "Web Design Stop", or Web/Design Stop".

17       15.     I reviewed preservations of the websites at the following domains;

18  amazonpublishingoffice.com ("Website 1"); amazondirectpublisher.com ("Website 2");

19  amazonkdppublishingpros.com ("Website 3"); amazonpublishingfirm.com ("Website 4"); and

20  amzprofs.com ("Website 5").

21       16.     Website 2 and Website 5 offered a chat capability. According to the websites'

22  archived source code, this feature was supported by Zendesk, Inc. According to Website 5's

23  archived source code, the website also used Google Tags.

24       17.     I investigated phone numbers advertised on these websites and confirmed that

25  they are administered by the indicated providers below;

26       408-440-5333 (Onvoy, LLC, a Sinch Company)

27       408-600-0309 (Level 3 Communications, whose parent company is Lumen

28  Technologies, Inc.)

**DECLARATION OF S.WILLIAMS ISO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**
**Case No. 4:23-cv-05580-DMR**

DAVIS WRIGHT TREMAINE LLP

1    408-728-9333 (Level 3 Communications, whose parent company is Lumen

2    Technologies, Inc.)

3    408-689-7746 (Level 3 Communications, whose parent company is Lumen

4    Technologies, Inc.)

5    18.    I investigated the physical addresses on these websites, and confirmed that they

6    are locations of the mail service or virtual office providers below;

7    123 E San Carlos St., San Jose, CA 95112 (Annex Brands, Inc.)

8    6017 Snell Ave, San Jose, CA  95123 (Sustainable 2 U Inc.)

9    116 E Live Oak Ave., Arcadia, CA  91006 (TT Post Services Inc.)

10   **TMAZ Services Digital**

11   19.    I reviewed correspondence from the company Stripe, Inc., declining a chargeback

12   in the amount of $4,000, which indicated a merchant name of "TMAZServicesDigital", merchant

13   website of "webdesignstop.com", transaction information, a customer name for the individual

14   identified in the Complaint as Victim 1, and communications from an unidentified individual

15   representing the brand "Amazon Publishing Office" and referencing the web address

16   www.amazonpublishingoffice.com.

17   **Atlas Technologies**

18   20.    I have reviewed an Amended Complaint filed in relation to Uniform Domain

19   Name Dispute Resolution Policy ("UDRP") Decision 2305002043019, which lists the registrant

20   for amazonproinc.com as "Atlas Technologies", with a contact email address of

21   atlastechnologiespvt@gmail.com.  Atlas Technologies' address is listed as being 1117 Lattimore

22   Dr, Clermont, FL  34711, USA Lattimore, Florida 34711 PK, and its phone number is listed as

23   being +92.03209299214.

24   21.    I know that Gmail is a free email service provided by Google, LLC.

25   22.    I have searched online sources, including the website for the Securities &

26   Exchange Commission of Pakistan, and was unable to obtain results for the entity name "Atlas

27   Technologies".  I also searched the Florida Department of State, Division of Corporations

28   website, as well as the National Corporation Directory, and was unable to locate any results for

DECLARATION OF S.WILLIAMS ISO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY
Case No. 4:23-cv-05580-DMR

DAVIS WRIGHT TREMAINE LLP

1  an entity named "Atlas Technologies", that had any identifiers in common with those provided

2  for the registrant Atlas Technologies.

3  **Website 6; amazondigitalpublishing.com**

4      23.    I have investigated this domain using DomainTools, and viewed a preservation of

5  a website from 7/22/22 that was active at this domain. At the time of the preservation, the

6  website host was identified as being Namecheaphosting.com.

7      24.    The domain was registered on 7/5/22. The registrar for this website at the time

8  was Namecheap, Inc., and the registrant information provided was "Redacted for Privacy". The

9  registrant organization was Withheld for Privacy ehf.

10      25.    On 7/22/22, the website advertised a contact phone number of 855-416-4096, a

11  physical address of 5201 Great America Pkwy, Unit 320, Santa Clara, CA  95054, and a contact

12  email address of info@amazondigitalpublishing.com.

13      26.    I investigated this phone number, and confirmed that it is administered by the

14  provider DIALPAD, INC.

15      27.    I investigated this address, and confirmed that it is the location of a virtual office

16  provider, Regus, which is owned by IWG PLC group.

17  **Website 8; amazondigitalpublisher.com**

18      28.    I have investigated this domain using DomainTools, and viewed a preservation of

19  a website from 9/20/22 that was active at this domain. At the time of the preservation, the

20  website host was identified as being Namecheaphosting.com.

21      29.    The domain was registered on 9/8/22. The registrar for this website at the time

22  was Namecheap, Inc., and the registrant information provided was "Redacted for Privacy". The

23  registrant organization was Withheld for Privacy ehf.

24      30.    On 9/20/22, the website advertised a contact phone number of 855-416-4096, a

25  partial physical address of 5201 Great America Pkw, Clara, CA  95054, and contact email

26  addresses of info@amazondigitalPublisher.com and compliance@amazondigitalpublisher.com .

27  **Website 9; amazondigitalpublishers.com**

28      31.    I have investigated this domain using DomainTools, and viewed a preservation of

DECLARATION OF S.WILLIAMS ISO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY
Case No. 4:23-cv-05580-DMR

DAVIS WRIGHT TREMAINE LLP

1  a website from 9/19/22 that was active at this domain. At the time of the preservation, the

2  website host was identified as being Namecheaphosting.com.

3       32.     The domain was registered on 9/7/22. The registrar for this website at the time

4  was Namecheap, Inc., and the registrant information provided was "Redacted for Privacy". The

5  registrant organization was Withheld for Privacy ehf.

6       33.     On 9/19/22, the website advertised a contact phone number of 855-287-7372, a

7  physical address of 5201 Great America Pkwy, Unit 320, Santa, Clara, CA  95054, and a contact

8  email address of info@amazondigitalpublishers.com.

9       34.     I investigated this phone number, and confirmed that it is administered by the

10 provider DIALPAD, INC.

11 **Website 10; amazonpublishingsol.com**

12       35.     I have investigated this domain using DomainTools, and viewed a preservation of

13 a website from 9/14/22 that was active at this domain. At the time of the preservation, the

14 website host was identified as being Namecheaphosting.com.

15       36.     The domain was registered on 8/22/22. The registrar for this website at the time

16 was Namecheap, Inc., and the registrant information provided was "Redacted for Privacy". The

17 registrant organization was Withheld for Privacy ehf.

18       37.     On 9/14/22, the website advertised a contact phone number of 855-408-6467, a

19 physical address of 5201 Great America Pkwy, Unit 320, Santa Clara, CA  95054, and a contact

20 email address of info@amazonpublishingsol.com.

21       38.     I investigated this phone number, and confirmed that it is administered by the

22 provider DIALPAD, INC.

23 **Website 19; amzdigitalpro.com**

24       39.     I have investigated this domain using DomainTools, and viewed a preservation of

25 a website from 8/1/23 that was active at this domain. At the time of the preservation, the website

26 host was identified as being Dns-parking.com.

27       40.     The domain was registered on 5/9/23. The registrar for this website at the time

28 was GoDaddy.com, LLC., and the registrant information provided was "Registration Private".

6

**DECLARATION OF S.WILLIAMS ISO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**
**Case No. 4:23-cv-05580-DMR**

1  The registrant organization was Domains by Proxy, LLC.

2      41.    The website offered a chat capability. According to the website's archived source

3  code, this feature was supported by Zendesk, Inc. According to the archived website source code,

4  the website also used Google tags.

5      42.    On 8/1/23, the website advertised a contact phone number of 877-313-0795, a

6  physical address of 80 Broad Street, 5th Floor, New York City, NY  10004, and a contact email

7  address of info@amazondigitalpro.com.

8      43.    I investigated this phone number, and confirmed that it is administered by the

9  provider TELNYX, LLC.

10     44.    I investigated this address, and confirmed that it is the location of a virtual office

11 provider, Regus, which is owned by IWG PLC group.

12 **Website 22; amazonkdpublishing.com**

13     45.    I have investigated this domain using DomainTools, and viewed a preservation of

14 a website from 3/1/23 that was active at this domain. At the time of the preservation, the website

15 host was identified as being Namecheaphosting.com.

16     46.    The domain was registered on 2/28/23. The registrar for this website at the time

17 was Namecheap, Inc., and the registrant information provided was "Redacted for Privacy". The

18 registrant organization was Withheld for Privacy ehf.

19     47.    The website offered a chat capability. According to website's source code, this

20 feature was supported by Zendesk, Inc.

21     48.    On 3/1/23, the website advertised a contact phone number of 844-533-5766, and a

22 physical address of 5670 Wilshire Boulevard Mid-Wilshire, Suite 1800, Los Angeles, CA

23 90036.

24     49.    I investigated this phone number, and confirmed that it is administered by the

25 provider Bandwidth, Inc.

26     50.    I investigated this address, and confirmed that it is the location of a virtual office

27 provider, Regus, which is owned by IWG PLC group.

28 **Website 23; amazonkdppublication.com**

DAVIS WRIGHT TREMAINE LLP

DECLARATION OF S.WILLIAMS ISO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY
Case No. 4:23-cv-05580-DMR

DAVIS WRIGHT TREMAINE LLP

51.     I have investigated this domain using DomainTools, and viewed a preservation of a website from 8/3/23 that was active at this domain. At the time of the preservation, the website host was identified as being Domaincontrol.com.

52.     The domain was registered on 5/24/23. The registrar for this website at the time was GoDaddy.com, LLC, and the registrant information provided was "Registration Private". The registrant organization was Domains by Proxy, LLC.

53.     The website offered a chat capability. According to website's archived source code, this feature was supported by Zendesk, Inc. According to the archived website source code, the website also used Google tags.

54.     On 8/3/23, the website advertised a contact phone number of 888-531-1665, and a physical address of One Pierrepont Plaza, Brooklyn, NY  11201.

55.     I investigated this phone number, and confirmed that it is administered by the provider TELNYX, LLC.

56.     I investigated this address, and confirmed that it is the location of a virtual office provider, Regus, which is owned by IWG PLC group.

**Website 25; amazonprofessionalpublishers.com**

57.     I have investigated this domain, www.amazonprofessionalpublishers.com, and viewed an active website at the domain on 11/13/23.  At the time of the visit, the website host was identified as being Trademarkcanon.com.

58.     The domain was registered on 3/27/23. The registrar for this website is Namecheap, Inc., and the registrant information is "Redacted for Privacy". The registrant organization was Withheld for Privacy ehf.

59.     On November 13, 2023, the website advertised a contact phone number of 855-408-6467, a physical address of 5201 Great America Pkwy, Unit 320, Santa Clara, CA  95054, and a contact email of info@amazonprofessionalpublishers.com.

60.     The website offers a chat capability. According to the website's source code, this feature is supported by Zendesk, Inc. According to the page source code, the website also uses Google tags.

**DECLARATION OF S.WILLIAMS ISO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**
**Case No. 4:23-cv-05580-DMR**

Executed this 4th day of December, 2023 in Montgomery Village, Maryland.

By: _____
Steven J. Williams

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

9