Bonnie MacNaughton (CA State Bar No. 107402)
Emily Goodell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:   (206) 622-3150
Facsimile:    (206) 757-7700
Email:          bonniemacnaughton@dwt.com
                    emilygoodell@dwt.com

John D. Freed (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:          jakefreed@dwt.com

Attorneys for Plaintiff
AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>UMER WASIM, et al.,<br>            Defendants. | Case No. 4:23-cv-05580-DMR<br><br>**DECLARATION OF EMILY GOODELL IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY** |

I declare under penalty of perjury under laws of the State of California that the foregoing is true and correct.

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein. I have personal knowledge of the facts in this declaration, and base this declaration on my personal knowledge.

2. I work for the law firm Davis Wright Tremaine ("DWT"), which represents Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc., in this matter.

3. Obtaining a stipulation to the proposed relief is not possible because, although Plaintiffs have begun serving the approximately fifteen U.S.-based Defendants, no Defendants have yet formally appeared in the case. There is currently no Defendant with a filed appearance with whom Plaintiffs can enter a stipulation.

Executed this 4th day of December, 2023 in Seattle, Washington.

By: *s/ Emily Goodell*
Emily Goodell *(pro hac vice)*