Bonnie MacNaughton (CA State Bar No. 107402)
Emily Goodell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700
Email:  bonniemacnaughton@dwt.com
            emilygoodell@dwt.com

John D. Freed (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  jakefreed@dwt.com

Attorneys for Plaintiff
AMAZON.COM, INC.
AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UMER WASIM, et al.,<br><br>　　　　　　Defendants. | Case No. 4:23-cv-05580-DMR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT UMER WASIM TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

WHEREAS, on October 30, 2023, Amazon.com, Inc., and Amazon Technologies, Inc. ("Amazon") filed this action against, among others, Defendant Umer Wasim ("Wasim");

WHEREAS pursuant to Federal Rule of Civil Procedure 12, Wasim's deadline to respond to the Complaint was December 7, 2023; and

WHEREAS, Wasim requires additional time to prepare his response to the Complaint, and to discuss potential settlement with Amazon;

NOW THEREFORE, Amazon and Wasim HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Wasim to answer, move, or otherwise respond to Amazon's Complaint shall be extended up to and including January 5, 2024.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: December 8, 2023.

DAVIS WRIGHT TREMAINE LLP

By: */s/ Emily Goodell*
      Emily Goodell

Attorney for Plaintiff
AMAZON.COM, INC.

By: */s/ Umer Wasim*
      Umer Wasim

I hereby attest that I have all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Emily Goodell*
      Emily Goodell

2

**STIPULATION TO EXTEND TIME**
**Case No. 4:23-cv-05580-DMR**

WHEREAS, on October 30, 2023, Amazon.com, Inc., and Amazon Technologies, Inc. ("Amazon") filed this action against, among others, Defendant Umer Wasim ("Wasim");

WHEREAS pursuant to Federal Rule of Civil Procedure 12, Wasim's deadline to respond to the Complaint was December 7, 2023; and

WHEREAS, Wasim requires additional time to prepare his response to the Complaint, and to discuss potential settlement with Amazon;

NOW THEREFORE, Amazon and Wasim HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Wasim to answer, move, or otherwise respond to Amazon's Complaint shall be extended up to and including January 5, 2024.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: December 8, 2023

DAVIS WRIGHT TREMAINE LLP

By: /s/ Emily Goodell
Emily Goodell

Attorney for Plaintiff
AMAZON.COM, INC.

_____
Umer Wasim

STIPULATION TO EXTEND TIME
Case No. 4:23-cv-05580-DMR

2