| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>John D. Freed | SBN 261518<br>DAVIS WRIGHT & TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 276-6500    FAX No. (Optional): (415) 276-6599<br>Attorney for: Plaintiffs AMAZON.COM, INC. AMAZON TECHNOLOGIES, INC. | | FOR COURT USE ONLY |
| | Ref No. or File No.:<br>0051461.005955 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff: AMAZON.COM, INC., a Delaware corporation, et al.

Defendant: UMER WASIM, et al.

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>4:23-cv-5580 DMR |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **VTLOGODESIGN, INC., a Florida corporation c/o Registered Agent- VOIPTERMINATOR INC.**

Documents: Summons in a Civil Action; Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted

| Date | Time | Results |
|---|---|---|
| 11/24/2023 | 11:30 AM | Business at the location is One11 Residential LLC.<br>**250 International Pkwy., Suite 108, Lake Mary, FL 32746** |

Fee for Service: $
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 1, 2023.

Signature: _John Brady_

**NON SERVICE REPORT**

Order#: SF34022207