Bonnie MacNaughton (CA State Bar No. 107402)
Emily Goodell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700
Email:  bonniemacnaughton@dwt.com
  emilygoodell@dwt.com

John D. Freed (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  jakefreed@dwt.com

Attorneys for Plaintiff
AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UMER WASIM, et al.,<br><br>Defendants. | Case No. 4:23-cv-05580-DMR<br><br>**DECLARATION OF EMILY GOODELL REGARDING SERVICE OF MK AFFILIATES, INC.** |

I declare under penalty of perjury under laws of the State of California that the foregoing is true and correct.

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein. I have personal knowledge of the facts in this declaration, and base this declaration on my personal knowledge.

2. I work for the law firm Davis Wright Tremaine ("DWT"), which represents Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc., in this matter.

3. I received a Proof of Service signed by a process server for ASAP Legal indicating that defendant MK Affiliates, Inc. was served at the address of its registered agent[1], 1317 Edgewater Dr., Orlando, FL 32804, on 11/14/23. See Exhibit B.

4. On 12/11/23, I received an email from Kelly Miller, indicating that she received the summons addressed to MK Affiliates, Inc., at 1317 Edgewater Dr., Orlando, FL 32804. Kelly Miller's email indicated that she is the Executive to the CEO of Physicaladdress.com, a virtual address provider, and that after extensive searches, she determined that MK Affiliates, Inc. does not do business with her company. See Exhibit C.

Executed this 14th day of December, 2023 in Seattle, Washington.

By: *s/ Emily Goodell*
Emily Goodell *(pro hac vice)*

---

[1] See Exhibit A.

# EXHIBIT A

# Electronic Articles of Incorporation
# For

MK AFFILATES INC.

P22000036855
FILED
April 29, 2022
Sec. Of State
tburch

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
   MK AFFILATES INC.

## Article II
The principal place of business address:
   1317 EDGEWATER DR #6151
   ORLANDO, FL.   32804

The mailing address of the corporation is:
   1317 EDGEWATER DR #6151
   ORLANDO, FL.   32804

## Article III
The purpose for which this corporation is organized is:
   ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
   100000

## Article V
The name and Florida street address of the registered agent is:
   KELLY  MILLER
   1317 EDGEWATER DRIVE
   ORLANDO, FL.   32804

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   KELLY MILLER

P22000036855
FILED
April 29, 2022
Sec. Of State
tburch

## Article VI

The name and address of the incorporator is:

MUHAMMAD USMAN KHAN
13116 PEACH LEAF PL

FAIRFAX, VA 22030

Electronic Signature of Incorporator:   MUHAMMAD USMAN KHAN

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
MUHAMMAD USMAN  KHAN
13116 PEACH LEAF PL
FAIRFAX, VA.   22030

## Article VIII

The effective date for this corporation shall be:

04/30/2022

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MK AFFILIATES, INC., a Florida corporation
was received by me on *(date)* 11/14/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* served Arcadia S. - Manager in Charge/Able to Accept
(White female; Dyed Red hair; 5'4"; 170lbs.; glasses)
served 11/30/2023 at 11:47 AM
served at 1317 Edgewater Drive, Orlando, FL 32804

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/30/2023

*Server's signature*

Badit Montilla - Process Server
*Printed name and title*

ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022208
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) ) ) ) | Civil Action No. 4:23-cv-5580 DMR |
| UMER WASIM, et al. | ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    PLEASE SEE ATTACHMENT




    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  John D. Freed
  DAVIS WRIGHT TREMAINE LLP
  50 California Street, 23rd Floor
  San Francisco, CA 94111



    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*
*Mark B. Busby*

Date: 11/8/2023      Thelma Nudo
    *Signature of Clerk or Deputy Clerk*

Amazon, et al.  v. Umer Wasim, et al.
4:23cv05580 DMR
ATTACHMENT TO SUMMONS

UMER WASIM, an individual
5511 Lori Ln.
West Fargo, ND 58078

TEKNOBYL DIGITAL LLC, a Wyoming limited liability company,
Registered Agents Inc.,
30 N Gould St Ste R,
Sheridan, WY 82801

MUHAMMAD USMAN KHAN, an individual,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017

VTLOGODESIGN, INC., a Florida corporation,
Registered Agent- VOIPTERMINATOR INC,
250 Intl Pkwy 108,
Lake Mary, FL 32746


MK AFFILIATES, INC., a Florida corporation,
Registered Agent- Kelly Miller,
1317 Edgewater Drive,
Orlando FL, 32804

ALI ALAM, an individual,
44088 Saxony Ter,
Ashburn, VA 20147

DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company,
Registered Agent- Ali Alam,
44075 Pipeline Plz Ste 215,
Ashburn, VA 20147

MEHWASH MUNIR, an individual,
44088 Saxony Ter,
Ashburn, VA 20147

ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company,
Registered Agent- Mehwash Munir,
44075 Pipeline Plz Ste 215,
Ashburn, VA 20147

MUHAMMAD ZUBAIR KHAN, an individual,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017


TECHTURE INC., a California corporation,
Registered Agent- Muhammad Khan,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017

MUHAMMAD MUDASSAR ANWAR, an individual,
919 Wilmot Rd.,
Scarsdale, NY 10583

TECH DRIVE PVT LLC, a New York limited liability company,
NY Sec of State designated as agent,
One Commerce Plaza
99 Washington Ave.,
Albany, NY 12231

ASHHAR RAWOOF, an individual,
11930 Newbrook Dr.,
Houston, TX 77072


SMART STARTUP SOLUTIONS, LLC Illinois limited liability company,
United States Corporation Agent,
500 N Michigan Ave STE 600,
Chicago, IL 60611

YASIR AGAR, an individual,
Flat 402, 4th Floor, Zulekha Palace, Plot #15,
BMCHS, Sharfabad, Karachi, PK 74800


MAVIA NIZAM, an individual,
1/22 Shah Faisal Colony,
Karachi, PK 75700


MUHAMMAD SHIRAZ QURESHI, an individual
N-121 PECHS, Block 2,
Karachi, PK 74400

# EXHIBIT C

**Goodell, Emily**

| | |
|---|---|
| **From:** | Kelly Miller <kelly.miller@physicaladdress.com> |
| **Sent:** | Monday, December 11, 2023 8:49 AM |
| **To:** | MacNaughton, Bonnie; Goodell, Emily; Freed, Jake |
| **Subject:** | Summons Delivered Incorrectly: https://protect-us.mimecast.com/s/1eTkCADmKBCKwMmJhGAzkr?domain=amazon.com INC V UMER WASIM |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

[EXTERNAL]

To whom it may concern,

I am not sure if I have the correct contact information, please forgive me if I have.

I was delivered a summons addressed to MK AFFILIATES,INC as their Registered Agent at 1317 Edgewater Dr, Orlando FL 32804.

After extensive searches, we are unable to locate a company using our address; we do not have this business, or any other persons or businesses contained in this suite.

PhysicalAddress.com is a virtual address provider that publicly lists our addresses, and unfortunately, when people are up to less than ethical practices, it is not uncommon for them to use one of them. I have not been the Registered Agent on file for our Florida address since August 2022, although I am still listed on Sunbiz, the online Florida business site, as the person on file.

Please let me know what you would like me to do with this packet. I can return it to any address you wish, or I can have it shredded on site.

Best,
Kelly Miller
Executive Assistant to the CEO
PhysicalAddress.com

*Great change starts with small acts*

(O) 844-888-6364 ext. 113
(D) 651-373-1164

**"The information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material.  If you received this in error, please contact the sender and delete the material from any computer. Thank you."**