AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALI ALAM, an individual
was received by me on *(date)* 11/14/2023

[X] I personally served the summons on the individual at *(place)* Ali Alam
44075 Pipeline Plz, Ste 215, Ashburn, VA 20147   on *(date)* 11/15/2023 at 10:56AM ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/15/2023

*Server's signature*

Mark Hagood - Process Server
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022209
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company

was received by me on *(date)* 11/14/2023

[X] I personally served the summons on the individual at *(place)* Ali Alam - Registered Agent 44075 Pipeline Plz, Ste 215, Ashburn, VA 20147 on *(date)* 11/15/2023 at 10:58AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/15/2023

*Server's signature*

Mark Hagood - Process Server
*Printed name and title*

ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022210
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company

was received by me on *(date)* 11/14/2023

[X] I personally served the summons on the individual at *(place)* Mehwash Munir - Registered Agent 44075 Pipeline Plz, Ste 215, Ashburn, VA 20147   on *(date)* 11/15/2023 at 10:57AM ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/15/2023

*Server's signature*

Mark Hagood - Process Server
*Printed name and title*

ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022212
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **TEKNOBYL DIGITAL LLC, a Wyoming limited liability company**
was received by me on *(date)* __11/15/2023__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Savannah Bell - Clerk__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Registered Agents, Inc.__
__30 N Gould St., Ste R, Sheridan, WY 82801__ on *(date)* __11/15/2023 at 11:32AM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __11/15/2023__

*Server's signature*

**Dustin Looper - Process Server**
*Printed name and title*

**ASAP LEGAL**
**1625 Clay Street, 4th Floor Oakland, CA 94612**
**(510) 785-2300**
**Ref: SF34022204**
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted