AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | ) | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) ) ) ) | Civil Action No. 4:23-cv-5580 DMR |
| UMER WASIM, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
   PLEASE SEE ATTACHMENT

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   John D. Freed
   DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
   San Francisco, CA 94111

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date: 11/8/2023                             *Thelma Nudo*
                                            *Signature of Clerk or Deputy Clerk*

Amazon, et al. v. Umer Wasim, et al.
4:23cv05580 DMR
ATTACHMENT TO SUMMONS

UMER WASIM, an individual
5511 Lori Ln.
West Fargo, ND 58078

TEKNOBYL DIGITAL LLC, a Wyoming limited liability company,
Registered Agents Inc.,
30 N Gould St Ste R,
Sheridan, WY 82801

MUHAMMAD USMAN KHAN, an individual,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017

VTLOGODESIGN, INC., a Florida corporation,
Registered Agent- VOIPTERMINATOR INC,
250 Intl Pkwy 108,
Lake Mary, FL 32746

MK AFFILIATES, INC., a Florida corporation,
Registered Agent- Kelly Miller,
1317 Edgewater Drive,
Orlando FL, 32804

ALI ALAM, an individual,
44088 Saxony Ter,
Ashburn, VA 20147

DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company,
Registered Agent- Ali Alam,
44075 Pipeline Plz Ste 215,
Ashburn, VA 20147

MEHWASH MUNIR, an individual,
44088 Saxony Ter,
Ashburn, VA 20147

ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company,
Registered Agent- Mehwash Munir,
44075 Pipeline Plz Ste 215,
Ashburn, VA 20147

MUHAMMAD ZUBAIR KHAN, an individual,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017


TECHTURE INC., a California corporation,
Registered Agent- Muhammad Khan,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017

MUHAMMAD MUDASSAR ANWAR, an individual,
919 Wilmot Rd.,
Scarsdale, NY 10583

TECH DRIVE PVT LLC, a New York limited liability company,
NY Sec of State designated as agent,
One Commerce Plaza
99 Washington Ave.,
Albany, NY 12231

ASHHAR RAWOOF, an individual,
11930 Newbrook Dr.,
Houston, TX 77072


SMART STARTUP SOLUTIONS, LLC Illinois limited liability company,
United States Corporation Agent,
500 N Michigan Ave STE 600,
Chicago, IL 60611

YASIR AGAR, an individual,
Flat 402, 4th Floor, Zulekha Palace, Plot #15,
BMCHS, Sharfabad, Karachi, PK 74800


MAVIA NIZAM, an individual,
1/22 Shah Faisal Colony,
Karachi, PK 75700


MUHAMMAD SHIRAZ QURESHI, an individual
N-121 PECHS, Block 2,
Karachi, PK 74400

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:




My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: