| Attorney or Party without Attorney: | FOR COURT USE ONLY |
|---|---|
| John D. Freed | SBN 261518<br>DAVIS WRIGHT & TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 276-6500    FAX No. (Optional): (415) 276-6599<br>Attorney for: Plaintiffs AMAZON.COM, INC. AMAZON TECHNOLOGIES, INC. | |
| Ref No. or File No.: 0051461.005955 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff: AMAZON.COM, INC., a Delaware corporation, et al.
Defendant: UMER WASIM, et al.

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 4:23-cv-5580 DMR |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **MUHAMMAD USMAN KHAN, an individual**

Documents: Summons in a Civil Action; Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted

| Date | Time | Results |
|---|---|---|
| 11/15/2023 | 10:17 AM | Spoke with a (Middle Eastern male; 25 years; 5'10") who gave his name as Rahn who stated the individual we are seeking has not lived here for several years. He stated he is lives in California.<br>13116 Peach Leaf Place, Fairfax, VA 22030 |

Fee for Service: $
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 30, 2023.



Signature: _____
Mark Hagood

**NON SERVICE REPORT**

Order#: SF34022205