AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MEHWASH MUNIR, an individual
was received by me on *(date)* 11/15/2023

☑ I personally served the summons on the individual at *(place)* MEHWASH MUNIR, an individual 44088 Saxony Ter, Ashburn, VA 20147 on *(date)* 11/18/2023 at 7:10AM; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/22/2023

*Server's signature*

Mark Hagood - Process Server
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022211
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted