

# FLORIDA DEPARTMENT OF STATE

Division of Corporations

December 21, 2023

Jeanne Cadley

Pursuant to Chapter 48.081 Florida Statutes, substitute service of process was accepted for VTLOGODESIGN, INC. in case number 4:23-cv-05580-DMR and was filed on December 19, 2023 at 3:28 PM.

> Plaintiff(s)
> Amazon.com, Inc., et al.
> v.
> Defendant(s)
> Umer Wasim, et al.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 231219064SOP.01