Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD LAW GROUP, P.C.
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Defendants Umer Wasim and Teknobyl Digital LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,;<br><br>Plaintiffs<br>vs.<br><br>UMER WASIM, et al.,<br><br>Defendants. | CASE NO. 4:23-cv-05580-DMR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-2**<br><br>Complaint Filed: October 30, 2023<br>Current Response Date: January 5, 2024<br>New Response Date: January 30, 2024 |

-1-
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1         This stipulation to Extend Time to Respond to the Complaint is entered into by and

2    between Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. ("Plaintiffs") and

3    Defendants Umer Wasim and Teknobyl Digital LLC ("Defendants") as follows:

4         WHEREAS, on October 30, 2023, Plaintiffs filed their Complaint in the above-

5    referenced matter;

6         WHEREAS, on November 15, 2023, Defendant Teknobyl Digital LLC was served

7    in the above referenced matter;

8         WHEREAS, on November 16, 2023, Defendant Umer Wasim was served in the

9    above referenced matter;

10        WHEREAS, on December 11, 2023, Umer Wasim and Plaintiffs stipulated to

11   provide additional time for to respond to the Complaint until January 5, 2024;

12        WHEREAS, on December 18, 2023, Defendants retained counsel; and

13        WHEREAS, on December 22, 2023, Defendants' counsel and Plaintiffs' counsel

14   met and conferred, and stipulated to extend time to respond to the Complaint by an

15   additional (25) days to January 30, 2024.

16

17

18   Dated:    12/28/2023          **MILORD LAW GROUP, P.C.**

19

20                           /s/ Milord A. Keshishian

21                           Milord A. Keshishian
                             Attorneys for Defendants

22                           Umer Wasim and Teknobyl Digital LLC

23   Dated: 1/28/23           **DAVIS WRIGHT TREMAINE LLP**

24                           /s/

25                           Emily Goodell
                             Attorney for Plaintiffs

26                           Amazon.com, Inc.

27                           Amazon Technologies, Inc.

28

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**