1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,; <br>          Plaintiffs <br>          vs. <br><br> UMER WASIM, et al., <br><br>          Defendants. | CASE NO. 4:23-cv-05580-DMR <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-2** <br><br> Complaint Filed: October 30, 2023 <br> Current Response Date: January 5, 204 <br> New Response Date: January 30, 2024 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the parties' stipulation and for good cause shown, **IT IS HEREBY ORDERED** that Defendants Umer Wasim and Teknobyl Digital LLC's ("Teknobyl") deadline to respond to Plaintiffs' Complaint is extended to January 30, 2024.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Hon. Donna M. Ryu
                                        United States District Judge