| | |
|---|---|
| 1 | Bonnie MacNaughton (Bar No. 107402) |
|   | Emily Goodell (admitted *pro hac vice*) |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|   | 920 Fifth Avenue, Suite 3300 |
| 3 | Seattle, WA 98104 |
|   | Telephone:   (206) 622-3150 |
| 4 | Facsimile:    (206) 757-7700 |
|   | Email:         bonniemacnaughton@dwt.com |
| 5 |                      emilygoodell@dwt.com |
| 6 | John D. Freed (Bar No. 261518) |
|   | Jean M. Fundakowski (Bar No. 328796) |
| 7 | DAVIS WRIGHT TREMAINE LLP |
|   | 50 California Street, Floor 23 |
| 8 | San Francisco, CA 94111 |
|   | Telephone:   (415) 276-6500 |
| 9 | Facsimile:    (415) 276-6599 |
|   | Email:         jakefreed@dwt.com |
| 10 |                      jeanfundakowski@dwt.com |

Attorneys for Plaintiffs AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation, | Case No. 3:23-cv-05580-TLT |
| Plaintiffs, | **NOTICE OF APPEARANCE OF JEAN M. FUNDAKOWSKI** |
| v. | |
| UMER WASIM, *et al.*, | Complaint filed:   October 30, 2023 |
| Defendants. | |

| | |
|---|---|
| 1 | TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Jean Fundakowski of DAVIS WRIGHT TREMAINE LLP hereby |
| 3 | appears in this action on behalf of Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc., |
| 4 | and requests that all further papers, pleadings, filings, and electronic filings, except original |
| 5 | process, be served upon her at both of the address and email address above. |

DATED: January 25, 2024                    DAVIS WRIGHT TREMAINE LLP

By: */s/Jean M. Fundakowski*
Bonnie MacNaughton
John D. Freed
Emily Goodell
Jean M. Fundakowski

Attorneys for Plaintiffs
AMAZON.COM, INC.
AMAZON TECHNOLOGIES, INC.