Bonnie MacNaughton (CA State Bar No. 107402)
Emily Goodell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:       bonniemacnaughton@dwt.com
             emilygoodell@dwt.com

John D. Freed (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       jakefreed@dwt.com

Attorneys for Plaintiffs
AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>UMER WASIM, *et al.*,<br>                Defendants. | Case No. 3:23-cv-05580-TLT<br><br>**DECLARATION OF EMILY GOODELL REGARDING SUBSTITUTED SERVICE OF VTLOGODESIGN, INC. AND MK AFFILIATES, INC. THROUGH THE FLORIDA SECRETARY OF STATE** |

I, EMILY GOODELL, declare under penalty of perjury under laws of the State of California that the foregoing is true and correct.

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein. I have personal knowledge of the facts in this declaration, and base this declaration on my personal knowledge.

2. I am an attorney for the law firm Davis Wright Tremaine ("DWT"), which represents Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. ("Amazon") in this matter.

### VTLogodesign, Inc.

1. According to public records from the Florida Secretary of State, VTLogodesign, Inc. is a Florida corporation that was dissolved on September 22, 2022 for failure to file an annual report. **Exhibit A** at 1.

2. Amazon unsuccessfully attempted to serve VTLogodesign, Inc.'s registered agent for service of process, VOIPTERMINATOR INC., at 250 International Parkway, Suite 250, Lake Mary, FL 32746 on November 24, 2023. **Exhibit B**; Dkt. No. 21.

3. Amazon unsuccessfully attempted to serve the only person listed on VTLogoDesign, Inc.'s Articles of Incorporation and latest annual corporate report, Muhammad Usman Khan ("Khan"), *see* **Exhibit A** at 3-4, in three ways. First, I directed a process server to attempt personal service on Khan at the Fairfax, Virginia address listed in VTLogodesign, Inc.'s corporate records on November 15, 2023. *See* **Exhibit A** at 4. The process server informed me that a man who answered the door at that residence informed him that Khan had not lived at that address for years and was currently living in California. My law firm's research librarians could not identify any California address linked to Khan.

4. Second, I directed that Khan be served at an address in Pakistan, in a manner consistent with the Hague Service Convention, through the company Crowe Foreign Services, and received confirmation that service documents had been sent to the Pakistan Central Authority on November 28, 2023. A representative from Crowe Foreign Services, which is handling the service process for Khan, indicated that Hague Convention service in Pakistan "is

unpredictable and unreliable with time frames considered extreme" and "can take anywhere from 3 to 9 months because it is under the control of the Pakistan Ministry of Justice and no request for expedited service is acknowledged." A motion for alternative service on Khan is pending at this time. See Dkt. No. 16.

5. Third, I sent correspondence via registered email to three email addresses (mkhan@voipterminator.com, usman@khans.pk, and vtlogodesignincamz@gmail.com) on October 31, 2023. The first two email addresses I found in a document filed in the United States District Court in the Middle District of Florida, Case 6:22-cv-00798-PGB-GJK, that indicates that "United States' counsel at the Federal Trade Commission conferred with Defendant Muhammad Usman Khan by phone and email" and that Khan, a defendant, was being served by electronic mail on April 26, 2022 at those email addresses. The third email address was in Amazon.com business records indicating that an account "vtlogodesign inc" [*sic*] and that email was registered on July 25, 2022 by "VTLOGODESIGN, INC" and "Muhammad Usman Khan." I received confirmation that the email to usman@khans.pk was delivered, and that the email sent to the vtlogodesignincamz@gmail.com was delivered and opened. I have not received a response to any of those three emails.

6. On December 19, 2023, Amazon served VTLogodesign, Inc. with the Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); and Notice of Electronic Filing - Notice of Assignment of Case through substitute service on the Florida Secretary of State, which was accepted, as permitted under Florida law. *See* **Exhibit C**; Dkt. No. 34; Fla. Stat. §§ 48.101; 48.081(4); 48.161.

7. To date, VTLogodesign, Inc. has not served any responsive pleading, requested additional time to serve a responsive pleading, or otherwise appeared to defend itself against Amazon's allegations in this action. Amazon has received no communications from VTLogodesign, Inc. indicating an intention to defend itself in this action.

8. Copies of the Summons; Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna

1  M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); and Notice of
2  Electronic Filing - Notice of Assignment of Case, and letter accepting service by the Florida
3  Secretary of State were sent by certified mail on December 27, 2023 to the Defendant's last
4  known address of 1317 Edgewater Dr. #156, Orlando, FL, 32804.

5      9.    The mailing was returned on January 22, 2023 with indications that the recipient
6  was "not at this address" and that the mail was "unable to be forward[ed]." See **Exhibit D.**

7      10.    I also sent electronic copies of the Summons; Complaint; Demand for Jury Trial;
8  Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for
9  Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction
10  (blank); and Notice of Electronic Filing - Notice of Assignment of Case, and letter accepting
11  service by the Florida Secretary of State to the Defendant's last known email addresses,
12  vtlogodesignincamz@gmail.com on January 24, 2023.

### MK Affiliates, Inc.

14      11.    According to public records from the Florida Secretary of State, MK Affiliates,
15  Inc. is a Florida corporation which was dissolved on September 22, 2023 for failure to file an
16  annual report. **Exhibit E**. Amazon attempted to serve MK Affiliates Inc. at the address for its
17  registered agent in Orlando, Florida, and received a proof of service that appeared to confirm
18  MK Affiliates had been served. **Exhibit F**; Dkt. No. 23 at 7. However, on December 11, 2023, I
19  received an email from the purported registered agent notifying Amazon that it was not MK
20  Affiliates, Inc.'s registered agent. **Exhibit G**; Dkt. No 23 at 12.

21      12.    On December 19, 2023, Amazon effected service on Defendant MK Affiliates,
22  Inc. with the Complaint; Demand for Jury Trial; Order Setting Initial Case Management
23  Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent
24  or Declination to Magistrate Judge Jurisdiction (blank); and Notice of Electronic Filing - Notice
25  of Assignment of Case via substitute service on the Florida Secretary of State, which was
26  accepted, as permitted under Florida law. See **Exhibit H**; Dkt. No. 33.

27      13.    To date, MK Affiliates, Inc. has not served any responsive pleading, requested
28  additional time to serve a responsive pleading, or otherwise appeared to defend itself against

1  Amazon's allegations in this action. I have received no communications from MK Affiliates,
2  Inc. indicating an intention to defend itself in this action.

3      14.    Copies of the Summons; Complaint; Demand for Jury Trial; Order Setting Initial
4  Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna
5  M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); and Notice of
6  Electronic Filing - Notice of Assignment of Case, and letter accepting service by the Florida
7  Secretary of State were sent by certified mail on December 27, 2023 to the Defendant's last
8  known address of 1317 Edgewater Dr. #6151, Orlando, FL, 32804.

9      15.    The mailing was returned on January 18, 2023 with indications that the recipient
10  was "attempted – not known" and that the mail was "unable to be forward[ed]." *See* **Exhibit I.**

11      16.    I also sent electronic copies of the Summons; Complaint; Demand for Jury Trial;
12  Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for
13  Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction
14  (blank); and Notice of Electronic Filing - Notice of Assignment of Case, and letter accepting
15  service by the Florida Secretary of State to the Defendant's last known email addresses,
16  usman@khans.pk on January 24, 2023.

Executed this 25th day of January, 2023 in Seattle, Washington.

By: *s/ Emily Goodell*
    Emily Goodell *(pro hac vice)*