# EXHIBIT A



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation
VTLOGODESIGN, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P20000072174 |
| **FEI/EIN Number** | 85-3558247 |
| **Date Filed** | 09/09/2020 |
| **Effective Date** | 09/01/2020 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

1317 EDGEWATER DR #156
ORLANDO, FL 32804

Changed: 03/22/2021

**Mailing Address**

1317 EDGEWATER DR #156
ORLANDO, FL 32804

Changed: 03/22/2021

**Registered Agent Name & Address**

VOIPTERMINATOR INC

250 INTL PKWY

108
LAKE MARY, FL 32746

**Officer/Director Detail**

**Name & Address**

Title P

KHAN, MUHAMMAD USMAN
13116 PEACH LEAF PLACE
FAIRFAX, VA 22030

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 03/22/2021 |
| 2022 | 05/09/2022 |

**Document Images**

| | |
|---|---|
| 05/09/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2021 -- ANNUAL REPORT | View image in PDF format |
| 09/09/2020 -- Domestic Profit | View image in PDF format |

**2022 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P20000072174

**FILED**
**May 09, 2022**
**Secretary of State**
**4113642649CC**

**Entity Name:** VTLOGODESIGN, INC.

**Current Principal Place of Business:**

1317 EDGEWATER DR #156
ORLANDO, FL 32804

**Current Mailing Address:**

1317 EDGEWATER DR #156
ORLANDO, FL 32804 US

**FEI Number: 85-3558247**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

VOIPTERMINATOR INC
250 INTL PKWY
108
LAKE MARY, FL 32746 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                              Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | KHAN, MUHAMMAD USMAN |
| Address | 13116 PEACH LEAF PLACE |
| City-State-Zip: | FAIRFAX VA 22030 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MUHAMMAD USMAN KHAN                        PRESIDENT                        05/09/2022

Electronic Signature of Signing Officer/Director Detail                                          Date

# Electronic Articles of Incorporation For

**P20000072174**
**FILED**
**September 09, 2020**
**Sec. Of State**
**lskervin**

VTLOGODESIGN, INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

VTLOGODESIGN, INC.

## Article II

The principal place of business address:

1317 EDGEWATER DR #156
ORLANDO, .  32804

The mailing address of the corporation is:

1317 EDGEWATER DR #156
ORLANDO, .  32804

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100000

## Article V

The name and Florida street address of the registered agent is:

VOIPTERMINATOR INC
250 INTL PKWY
108
LAKE MARY, FL.  32746

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MUHAMMAD USMAN KHAN

**P20000072174**
**FILED**
**September 09, 2020**
**Sec. Of State**
**lskervin**

## Article VI

The name and address of the incorporator is:

> MUHAMMAD USMAN KHAN
> 13116 PEACH LEAF PLACE
>
> FAIRFAX, 22030

Electronic Signature of Incorporator:   MUHAMMAD USMAN KHAN

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

> Title:  P
> MUHAMMAD USMAN  KHAN
> 13116 PEACH LEAF PLACE
> FAIRFAX, VA.   22030

## Article VIII

The effective date for this corporation shall be:

09/01/2020

# EXHIBIT B

FOR COURT USE ONLY

Attorney or Party without Attorney:
John D. Freed | SBN 261518
DAVIS WRIGHT & TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
TELEPHONE No.: (415) 276-6500

FAX No. (Optional): (415) 276-6599

Attorney for: Plaintiffs AMAZON.COM, INC. AMAZON TECHNOLOGIES, INC.

Ref No. or File No.:
0051461.005955

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: AMAZON.COM, INC., a Delaware corporation, et al.

Defendant: UMER WASIM, et al.

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 4:23-cv-5580 DMR |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **VTLOGODESIGN, INC., a Florida corporation c/o Registered Agent- VOIPTERMINATOR INC.**

Documents:  Summons in a Civil Action; Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted

| Date | Time | Results |
|---|---|---|
| 11/24/2023 | 11:30 AM | Business at the location is One11 Residential LLC. **250 International Pkwy., Suite 108,  Lake Mary, FL 32746** |

Fee for Service: $
   County:
  Registration No.:
   **ASAP LEGAL**
   **1625 Clay Street 4th Floor**
   **Oakland, CA 94612**
   **(510) 785-2300**

I declare under penalty of perjury that the foregoing is and correct and that this declaration was executed on December 1, 2023.



# EXHIBIT C



# FLORIDA DEPARTMENT OF STATE

Division of Corporations

December 21, 2023

Jeanne Cadley

Pursuant to Chapter 48.081 Florida Statutes, substitute service of process was accepted for VTLOGODESIGN, INC. in case number 4:23-cv-05580-DMR and was filed on December 19, 2023 at 3:28 PM.

    Plaintiff(s)
    Amazon.com, Inc., et al.
    v.
    Defendant(s)
    Umer Wasim, et al.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

Letter No. 231219064SOP.01

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation <br> *Plaintiff(s)* <br> v. <br><br> UMER WASIM, et al., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:23-cv-5580-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PLEASE SEE ATTACHMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John D. Freed
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 12/18/2023

Thelma Nudo

*Signature of Clerk or Deputy Clerk*

Amazon, et al.  v. Umer Wasim, et al.
4:23cv05580 DMR
ATTACHMENT TO SUMMONS


VTLOGODESIGN, INC., a Florida corporation
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314


MK AFFILIATES, INC., a Florida corporation
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____      _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT D



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**





US POSTAGE PB PITNEY BOWES

ZIP 98104 $ 016.90
02 4W
0000346549 DEC 27 2023

7019 0700 0001 9928 4809

**Davis Wright Tremaine LLP**

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610



RETURN TO SENDER
NOT AT THIS ADDRESS

206.622.3150 phone
206.757.7700 fax

www.dwt.com

VTLOGODESIG, INC.
1317 Edgewater Dr. #156
Orlando, FL 32804

NIXIE          326     DE 1          7201/09/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

# EXHIBIT E



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation
MK AFFILIATES INC

<u>**Filing Information**</u>

| | |
|---|---|
| **Document Number** | P22000036855 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 04/29/2022 |
| **Effective Date** | 04/30/2022 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2023 |
| **Event Effective Date** | NONE |

<u>**Principal Address**</u>

1317 EDGEWATER DR #6151
ORLANDO, FL 32804

<u>**Mailing Address**</u>

1317 EDGEWATER DR #6151
ORLANDO, FL 32804

<u>**Registered Agent Name & Address**</u>

MILLER, KELLY
1317 EDGEWATER DRIVE
ORLANDO, FL 32804

<u>**Officer/Director Detail**</u>

**Name & Address**

Title P

KHAN, MUHAMMAD USMAN
13116 PEACH LEAF PL
FAIRFAX, VA 22030

<u>**Annual Reports**</u>

**No Annual Reports Filed**

<u>**Document Images**</u>

| 06/07/2022 -- Article of Correction/NC | View image in PDF format |
| 04/29/2022 -- Domestic Profit | View image in PDF format |

# EXHIBIT F

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MK AFFILIATES, INC., a Florida corporation</u>

was received by me on *(date)* <u>11/14/2023</u>

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   served Arcadia S. - Manager in Charge/Able to Accept
(White female; Dyed Red hair; 5'4"; 170lbs.; glasses)
served 11/30/2023 at 11:47 AM
served at 1317 Edgewater Drive, Orlando, FL 32804

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: <u>11/30/2023</u>

*Server's signature*

**Badit Montilla - Process Server**
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022208
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

# EXHIBIT G

## Goodell, Emily

| | |
|---|---|
| **From:** | Kelly Miller <kelly.miller@physicaladdress.com> |
| **Sent:** | Monday, December 11, 2023 8:49 AM |
| **To:** | MacNaughton, Bonnie; Goodell, Emily; Freed, Jake |
| **Subject:** | Summons Delivered Incorrectly: https://protect-us.mimecast.com/s/1eTkCADmKBCKwMmJhGAzkr?domain=amazon.com INC V UMER WASIM |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

---

[EXTERNAL]

To whom it may concern,

I am not sure if I have the correct contact information, please forgive me if I have.

I was delivered a summons addressed to MK AFFILIATES,INC as their Registered Agent at 1317 Edgewater Dr, Orlando FL 32804.

After extensive searches, we are unable to locate a company using our address; we do not have this business, or any other persons or businesses contained in this suite.

PhysicalAddress.com is a virtual address provider that publicly lists our addresses, and unfortunately, when people are up to less than ethical practices, it is not uncommon for them to use one of them. I have not been the Registered Agent on file for our Florida address since August 2022, although I am still listed on Sunbiz, the online Florida business site, as the person on file.

Please let me know what you would like me to do with this packet. I can return it to any address you wish, or I can have it shredded on site.

Best,
Kelly Miller
Executive Assistant to the CEO
PhysicalAddress.com

*Great change starts with small acts*

(O) 844-888-6364 ext. 113
(D) 651-373-1164

**"The information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material.  If you received this in error, please contact the sender and delete the material from any computer. Thank you."**

# EXHIBIT H



# FLORIDA DEPARTMENT OF STATE

Division of Corporations

December 21, 2023

Jeanne Cadley

Pursuant to Chapter 48.081 Florida Statutes, substitute service of process was accepted for MK AFFILIATES, INC. in case number 4:23-cv-05580-DMR and was filed on December 19, 2023 at 3:37 PM.

   Plaintiff(s)
   Amazon.com, Inc., et al.
   v.
   Defendant(s)
   Umer Wasim, et al.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.


Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 231219065SOP.01

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br><br><br>UMER WASIM, et al.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:23-cv-5580-DMR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   PLEASE SEE ATTACHMENT

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   John D. Freed
   DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
   San Francisco, CA 94111

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: ___12/18/2023___

Thelma Nudo

*Signature of Clerk or Deputy Clerk*

Amazon, et al.  v. Umer Wasim, et al.
4:23cv05580 DMR
ATTACHMENT TO SUMMONS


VTLOGODESIGN, INC., a Florida corporation
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314


MK AFFILIATES, INC., a Florida corporation
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580-DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* - _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                                       *Server's signature*

                                                    _____
                                                                       *Printed name and title*

                                                    _____
                                                                       *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT I



PLACE STICKER AT TOP OF ENVELOPE TO THE
OF THE RETURN ADDRESS. FOLD AT DOTTED

CERTIFIED MAIL



7019 0700 0001 9920 4816



**Davis Wright Tremaine** LLP

*B. MacNaughtan*

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610

206.622.3150  main
206.757.7700  fax

www.dwt.com



ANK

MK Affiliates, Inc.
1317 Edgewater Dr. #6151
Orlando, FL 32804

RECEIVED @ DWT
JAN 18

P-T-S-  32804-RFS-1N        01/11/24    
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
    RETURN TO SENDER

**R
F
S**