# EXHIBIT A

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation
VTLOGODESIGN, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P20000072174 |
| **FEI/EIN Number** | 85-3558247 |
| **Date Filed** | 09/09/2020 |
| **Effective Date** | 09/01/2020 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

1317 EDGEWATER DR #156
ORLANDO, FL 32804

Changed: 03/22/2021

**Mailing Address**

1317 EDGEWATER DR #156
ORLANDO, FL 32804

Changed: 03/22/2021

**Registered Agent Name & Address**

VOIPTERMINATOR INC

250 INTL PKWY

108

LAKE MARY, FL 32746

**Officer/Director Detail**

**Name & Address**

Title P

KHAN, MUHAMMAD USMAN

13116 PEACH LEAF PLACE

FAIRFAX, VA 22030

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 03/22/2021 |
| 2022 | 05/09/2022 |

**Document Images**

| | |
|---|---|
| 05/09/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2021 -- ANNUAL REPORT | View image in PDF format |
| 09/09/2020 -- Domestic Profit | View image in PDF format |

**2022 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P20000072174

**Entity Name:** VTLOGODESIGN, INC.

**FILED**

**May 09, 2022**
**Secretary of State**
**4113642649CC**

**Current Principal  Place of Business:**

1317 EDGEWATER DR #156
ORLANDO,  FL  32804

**Current Mailing Address:**

1317 EDGEWATER DR #156
ORLANDO,  FL  32804  US

**FEI Number: 85-3558247**

**Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

VOIPTERMINATOR INC
250 INTL PKWY
108
LAKE MARY, FL  32746  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | KHAN, MUHAMMAD USMAN |
| Address | 13116 PEACH LEAF PLACE |
| City-State-Zip: | FAIRFAX  VA  22030 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: MUHAMMAD USMAN KHAN | PRESIDENT | 05/09/2022 |
|---|---|---|
| Electronic Signature of Signing Officer/Director Detail | | Date |

# Electronic Articles of Incorporation For

**P20000072174**
**FILED**
**September 09, 2020**
**Sec. Of State**
**Iskervin**

VTLOGODESIGN, INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

VTLOGODESIGN, INC.

## Article II

The principal place of business address:

1317 EDGEWATER DR #156
ORLANDO, .   32804

The mailing address of the corporation is:

1317 EDGEWATER DR #156
ORLANDO, .   32804

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100000

## Article V

The name and Florida street address of the registered agent is:

VOIPTERMINATOR INC
250 INTL PKWY
108
LAKE MARY, FL.   32746

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MUHAMMAD USMAN KHAN

**P20000072174**
**FILED**
**September 09, 2020**
**Sec. Of State**
**Iskervin**

## Article VI

The name and address of the incorporator is:

MUHAMMAD USMAN KHAN
13116 PEACH LEAF PLACE

FAIRFAX, 22030

Electronic Signature of Incorporator:   MUHAMMAD USMAN KHAN

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
MUHAMMAD USMAN  KHAN
13116 PEACH LEAF PLACE
FAIRFAX, VA.  22030

## Article VIII

The effective date for this corporation shall be:

09/01/2020

# EXHIBIT B

Attorney or Party without Attorney:                                    FOR COURT USE ONLY

John D. Freed | SBN 261518
DAVIS WRIGHT & TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
TELEPHONE No.: (415) 276-6500

FAX No. (Optional): (415) 276-6599

Attorney for: Plaintiffs AMAZON.COM, INC. AMAZON TECHNOLOGIES, INC.

| Ref No. or File No.: |
| 0051461.005955 |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: AMAZON.COM, INC., a Delaware corporation, et al.

Defendant: UMER WASIM, et al.

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
| | | | | 4:23-cv-5580 DMR |

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **VTLOGODESIGN, INC., a Florida corporation c/o Registered Agent- VOIPTERMINATOR INC.**

Documents: Summons in a Civil Action; Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted

| Date | Time | Results |
| --- | --- | --- |
| 11/24/2023 | 11:30 AM | Business at the location is One11 Residential LLC.<br>**250 International Pkwy., Suite 108,  Lake Mary, FL 32746** |

Fee for Service: **$**
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 1, 2023.

Signature: _____

**John Brady**

### NON SERVICE REPORT

Order#: SF34022207

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:23-cv-5580 DMR |
| v. | ) ) ) | |
| UMER WASIM, et al. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    PLEASE SEE ATTACHMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John D. Freed
    DAVIS WRIGHT TREMAINE LLP
    50 California Street, 23rd Floor
    San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date:   11/8/2023                          Thelma Nudo

*Signature of Clerk or Deputy Clerk*

Amazon, et al.  v. Umer Wasim, et al.
4:23cv05580 DMR
ATTACHMENT TO SUMMONS

UMER WASIM, an individual
5511 Lori Ln.
West Fargo, ND 58078

TEKNOBYL DIGITAL LLC, a Wyoming limited liability company,
Registered Agents Inc.,
30 N Gould St Ste R,
Sheridan, WY 82801

MUHAMMAD USMAN KHAN, an individual,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017

VTLOGODESIGN, INC., a Florida corporation,
Registered Agent- VOIPTERMINATOR INC,
250 Intl Pkwy 108,
Lake Mary, FL 32746

MK AFFILIATES, INC., a Florida corporation,
Registered Agent- Kelly Miller,
1317 Edgewater Drive,
Orlando FL, 32804

ALI ALAM, an individual,
44088 Saxony Ter,
Ashburn, VA 20147

DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company,
Registered Agent- Ali Alam,
44075 Pipeline Plz Ste 215,
Ashburn, VA 20147

MEHWASH MUNIR, an individual,
44088 Saxony Ter,
Ashburn, VA 20147

ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company,
Registered Agent- Mehwash Munir,
44075 Pipeline Plz Ste 215,
Ashburn, VA 20147

MUHAMMAD ZUBAIR KHAN, an individual,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017


TECHTURE INC., a California corporation,
Registered Agent- Muhammad Khan,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017

MUHAMMAD MUDASSAR ANWAR, an individual,
919 Wilmot Rd.,
Scarsdale, NY 10583

TECH DRIVE PVT LLC, a New York limited liability company,
NY Sec of State designated as agent,
One Commerce Plaza
99 Washington Ave.,
Albany, NY 12231

ASHHAR RAWOOF, an individual,
11930 Newbrook Dr.,
Houston, TX 77072


SMART STARTUP SOLUTIONS, LLC Illinois limited liability company,
United States Corporation Agent,
500 N Michigan Ave STE 600,
Chicago, IL 60611

YASIR AGAR, an individual,
Flat 402, 4th Floor, Zulekha Palace, Plot #15,
BMCHS, Sharfabad, Karachi, PK 74800


MAVIA NIZAM, an individual,
1/22 Shah Faisal Colony,
Karachi, PK 75700


MUHAMMAD SHIRAZ QURESHI, an individual
N-121 PECHS, Block 2,
Karachi, PK 74400

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                     *Server's signature*


                                            _____
                                                     *Printed name and title*


                                            _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT C



# FLORIDA DEPARTMENT OF STATE

Division of Corporations

December 21, 2023

Jeanne Cadley

Pursuant to Chapter 48.081 Florida Statutes, substitute service of process was accepted for VTLOGODESIGN, INC. in case number 4:23-cv-05580-DMR and was filed on December 19, 2023 at 3:28 PM.

    Plaintiff(s)
    Amazon.com, Inc., et al.
    v.
    Defendant(s)
    Umer Wasim, et al.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

Letter No. 231219064SOP.01

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br><br> UMER WASIM, et al., <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No. 4:23-cv-5580-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    PLEASE SEE ATTACHMENT

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John D. Freed
    DAVIS WRIGHT TREMAINE LLP
    50 California Street, 23rd Floor
    San Francisco, CA  94111

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date:   12/18/2023                       Thelma Nudo

                                          *Signature of Clerk or Deputy Clerk*

Amazon, et al.  v. Umer Wasim, et al.
4:23cv05580 DMR
ATTACHMENT TO SUMMONS

VTLOGODESIGN, INC., a Florida corporation
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

MK AFFILIATES, INC., a Florida corporation
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

Civil Action No. 4:23-CV-5580-DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* - _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                              _____
                                                        *Printed name and title*


                                              _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT D



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation
MK AFFILIATES INC

## Filing Information

| | |
|---|---|
| **Document Number** | P22000036855 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 04/29/2022 |
| **Effective Date** | 04/30/2022 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2023 |
| **Event Effective Date** | NONE |

## Principal Address

1317 EDGEWATER DR #6151
ORLANDO, FL 32804

## Mailing Address

1317 EDGEWATER DR #6151
ORLANDO, FL 32804

## Registered Agent Name & Address

MILLER, KELLY
1317 EDGEWATER DRIVE
ORLANDO, FL 32804

## Officer/Director Detail

**Name & Address**

Title P

KHAN, MUHAMMAD USMAN
13116 PEACH LEAF PL
FAIRFAX, VA 22030

## Annual Reports

**No Annual Reports Filed**

## Document Images

| 06/07/2022 -- Article of Correction/NC | View image in PDF format |
| 04/29/2022 -- Domestic Profit | View image in PDF format |

# EXHIBIT E

Bonnie MacNaughton (CA State Bar No. 107402)
Emily Goodell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:     (206) 622-3150
Facsimile:      (206) 757-7700
Email:           bonniemacnaughton@dwt.com
                      emilygoodell@dwt.com

John D. Freed (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:           jakefreed@dwt.com

Attorneys for Plaintiff
AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., <br><br>                         Plaintiff, <br><br>      v. <br><br> UMER WASIM, et al., <br><br>                         Defendants. | Case No. 4:23-cv-05580-DMR <br><br> **DECLARATION OF EMILY GOODELL REGARDING SERVICE OF MK AFFILIATES, INC.** |

DAVIS WRIGHT TREMAINE LLP

I declare under penalty of perjury under laws of the State of California that the foregoing is true and correct.

1.      I am over the age of eighteen and am competent to testify as to the matters set forth herein. I have personal knowledge of the facts in this declaration, and base this declaration on my personal knowledge.

2.      I work for the law firm Davis Wright Tremaine ("DWT"), which represents Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc., in this matter.

3.      I received a Proof of Service signed by a process server for ASAP Legal indicating that defendant MK Affiliates, Inc. was served at the address of its registered agent[1], 1317 Edgewater Dr., Orlando, FL 32804, on 11/14/23. See Exhibit B.

4.      On 12/11/23, I received an email from Kelly Miller, indicating that she received the summons addressed to MK Affiliates, Inc., at 1317 Edgewater Dr., Orlando, FL 32804. Kelly Miller's email indicated that she is the Executive to the CEO of Physicaladdress.com, a virtual address provider, and that after extensive searches, she determined that MK Affiliates, Inc. does not do business with her company. See Exhibit C.

Executed this 14th day of December, 2023 in Seattle, Washington.

By: *s/ Emily Goodell*
Emily Goodell *(pro hac vice)*

DAVIS WRIGHT TREMAINE LLP

---

[1] See Exhibit A.

2

# EXHIBIT A

# Electronic Articles of Incorporation For

P22000036855
FILED
April 29, 2022
Sec. Of State
tburch

MK AFFILATES INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

MK AFFILATES INC.

## Article II

The principal place of business address:

1317 EDGEWATER DR #6151
ORLANDO, FL.   32804

The mailing address of the corporation is:

1317 EDGEWATER DR #6151
ORLANDO, FL.   32804

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100000

## Article V

The name and Florida street address of the registered agent is:

KELLY  MILLER
1317 EDGEWATER DRIVE
ORLANDO, FL.   32804

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   KELLY MILLER

P22000036855
FILED
April 29, 2022
Sec. Of State
tburch

# Article VI

The name and address of the incorporator is:

MUHAMMAD USMAN KHAN
13116 PEACH LEAF PL

FAIRFAX, VA 22030

Electronic Signature of Incorporator:   MUHAMMAD USMAN KHAN

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
MUHAMMAD USMAN  KHAN
13116 PEACH LEAF PL
FAIRFAX, VA.   22030

# Article VIII

The effective date for this corporation shall be:

04/30/2022

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MK AFFILIATES, INC., a Florida corporation

was received by me on *(date)*  11/14/2023

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   served Arcadia S. - Manager in Charge/Able to Accept
(White female; Dyed Red hair; 5'4"; 170lbs.; glasses)
served 11/30/2023 at 11:47 AM
served at 1317 Edgewater Drive, Orlando, FL 32804

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  11/30/2023

*Server's signature*

**Badit Montilla - Process Server**
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022208
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation<br><br>*Plaintiff(s)*<br>v.<br><br><br>UMER WASIM, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4:23-cv-5580 DMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   PLEASE SEE ATTACHMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John D. Freed
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date: 11/8/2023

Thelma Nudo

*Signature of Clerk or Deputy Clerk*

Amazon, et al. v. Umer Wasim, et al.
4:23cv05580 DMR
ATTACHMENT TO SUMMONS

UMER WASIM, an individual
5511 Lori Ln.
West Fargo, ND 58078

TEKNOBYL DIGITAL LLC, a Wyoming limited liability company,
Registered Agents Inc.,
30 N Gould St Ste R,
Sheridan, WY 82801

MUHAMMAD USMAN KHAN, an individual,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017

VTLOGODESIGN, INC., a Florida corporation,
Registered Agent- VOIPTERMINATOR INC,
250 Intl Pkwy 108,
Lake Mary, FL 32746

MK AFFILIATES, INC., a Florida corporation,
Registered Agent- Kelly Miller,
1317 Edgewater Drive,
Orlando FL, 32804

ALI ALAM, an individual,
44088 Saxony Ter,
Ashburn, VA 20147

DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company,
Registered Agent- Ali Alam,
44075 Pipeline Plz Ste 215,
Ashburn, VA 20147

MEHWASH MUNIR, an individual,
44088 Saxony Ter,
Ashburn, VA 20147

ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company,
Registered Agent- Mehwash Munir,
44075 Pipeline Plz Ste 215,
Ashburn, VA 20147

MUHAMMAD ZUBAIR KHAN, an individual,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017


TECHTURE INC., a California corporation,
Registered Agent- Muhammad Khan,
1221 W 3rd Street, Apt. 502,
Los Angeles, CA 90017

MUHAMMAD MUDASSAR ANWAR, an individual,
919 Wilmot Rd.,
Scarsdale, NY 10583

TECH DRIVE PVT LLC, a New York limited liability company,
NY Sec of State designated as agent,
One Commerce Plaza
99 Washington Ave.,
Albany, NY 12231

ASHHAR RAWOOF, an individual,
11930 Newbrook Dr.,
Houston, TX 77072


SMART STARTUP SOLUTIONS, LLC Illinois limited liability company,
United States Corporation Agent,
500 N Michigan Ave STE 600,
Chicago, IL 60611

YASIR AGAR, an individual,
Flat 402, 4th Floor, Zulekha Palace, Plot #15,
BMCHS, Sharfabad, Karachi, PK 74800


MAVIA NIZAM, an individual,
1/22 Shah Faisal Colony,
Karachi, PK 75700


MUHAMMAD SHIRAZ QURESHI, an individual
N-121 PECHS, Block 2,
Karachi, PK 74400

2

**EXHIBIT C**

## Goodell, Emily

| | |
|---|---|
| **From:** | Kelly Miller <kelly.miller@physicaladdress.com> |
| **Sent:** | Monday, December 11, 2023 8:49 AM |
| **To:** | MacNaughton, Bonnie; Goodell, Emily; Freed, Jake |
| **Subject:** | Summons Delivered Incorrectly: https://protect-us.mimecast.com/s/1eTkCADmKBCKwMmJhGAzkr?domain=amazon.com INC V UMER WASIM |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

---

**[EXTERNAL]**

To whom it may concern,

I am not sure if I have the correct contact information, please forgive me if I have.

I was delivered a summons addressed to MK AFFILIATES,INC as their Registered Agent at 1317 Edgewater Dr, Orlando FL 32804.

After extensive searches, we are unable to locate a company using our address; we do not have this business, or any other persons or businesses contained in this suite.

PhysicalAddress.com is a virtual address provider that publicly lists our addresses, and unfortunately, when people are up to less than ethical practices, it is not uncommon for them to use one of them. I have not been the Registered Agent on file for our Florida address since August 2022, although I am still listed on Sunbiz, the online Florida business site, as the person on file.

Please let me know what you would like me to do with this packet. I can return it to any address you wish, or I can have it shredded on site.

Best,
Kelly Miller
Executive Assistant to the CEO
PhysicalAddress.com

*Great change starts with small acts*

(O) 844-888-6364 ext. 113
(D) 651-373-1164

**"The information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you received this in error, please contact the sender and delete the material from any computer. Thank you."**

# EXHIBIT F



# FLORIDA DEPARTMENT OF STATE

Division of Corporations

December 21, 2023

Jeanne Cadley

Pursuant to Chapter 48.081 Florida Statutes, substitute service of process was accepted for MK AFFILIATES, INC. in case number 4:23-cv-05580-DMR and was filed on December 19, 2023 at 3:37 PM.

    Plaintiff(s)
    Amazon.com, Inc., et al.
    v.
    Defendant(s)
    Umer Wasim, et al.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 231219065SOP.01

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 4:23-cv-5580-DMR |
| | ) ) ) | |
| UMER WASIM, et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    PLEASE SEE ATTACHMENT

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John D. Freed
    DAVIS WRIGHT TREMAINE LLP
    50 California Street, 23rd Floor
    San Francisco, CA 94111

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date:   12/18/2023               Thelma Nudo

                                          *Signature of Clerk or Deputy Clerk*

Amazon, et al.  v. Umer Wasim, et al.
4:23cv05580 DMR
ATTACHMENT TO SUMMONS


VTLOGODESIGN, INC., a Florida corporation
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314


MK AFFILIATES, INC., a Florida corporation
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580-DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* - _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                                          *Server's signature*

                                                              _____
                                                                          *Printed name and title*


                                                              _____
                                                                          *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT G

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALI ALAM, an individual

was received by me on *(date)* 11/14/2023

[X] I personally served the summons on the individual at *(place)* Ali Alam
44075 Pipeline Plz, Ste 215, Ashburn, VA 20147 on *(date)* 11/15/2023 at 10:56AM ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/15/2023

*Server's signature*

Mark Hagood - Process Server
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022209
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DYNAMIC DIGITAL SOLUTIONS LLC, a Virginia limited liability company

was received by me on *(date)* ___11/14/2023___

[X] I personally served the summons on the individual at *(place)* Ali Alam - Registered Agent
___44075 Pipeline Plz, Ste 215, Ashburn, VA 20147___ on *(date)* 11/15/2023 at 10:58AM ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___11/15/2023___

_____
*Server's signature*

Mark Hagood - Process Server
_____
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022210
_____
*Server's address*

Additional information regarding attempted service, etc:


**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company

was received by me on *(date)*  11/14/2023

☒ I personally served the summons on the individual at *(place)*  Mehwash Munir - Registered Agent  44075 Pipeline Plz, Ste 215, Ashburn, VA 20147  on *(date)*  11/15/2023 at 10:57AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___11/15/2023___

_____
*Server's signature*

Mark Hagood - Process Server
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022212
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TEKNOBYL DIGITAL LLC,
a Wyoming limited liability company

was received by me on *(date)*   11/15/2023

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Savannah Bell - Clerk _____, who is
designated by law to accept service of process on behalf of *(name of organization)*   Registered Agents, Inc.
30 N Gould St., Ste R, Sheridan, WY 82801   on *(date)*   11/15/2023 at 11:32AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   11/15/2023        _____
                                       *Server's signature*

                     Dustin Looper - Process Server
                         *Printed name and title*
                         ASAP LEGAL
        1625 Clay Street, 4th Floor Oakland, CA 94612
                     (510) 785-2300
                     Ref: SF34022204
                         *Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

# EXHIBIT H

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 11379410
Filing Number: 2204264463620
Filing Date/Time: 04/26/2022 09:59 AM
Effective Date/Time: 04/26/2022 09:59 AM

## Limited Liability Company - Articles of Organization

### Entity Information

Entity Name:    Dynamic Digital Solutions, LLC          Entity Type:  Limited Liability Company

### Business Type

Industry Code:    0 - General

### Duration

Perpetual(forever)

### Registered Agent Information

RA Type:  An Individual who is a resident of Virginia          Locality:  LOUDOUN COUNTY

RA Qualification:  Member or Manager of the Limited Liability Company

Name:  ali alam          Email Address:  aa.alialam@gmail.com

The company's initial registered office address, including the street and number, if any, which is identical to the business office of the initial registered agent, is:

Registered Office Address:  44075 Pipeline Plz Ste 215, ASHBURN, VA, 20147 - 5890, USA          Contact Number:  N/A

### Principal Office Address

Address:    44075 Pipeline Plz Ste 215, Ashburn, VA, 20147 - 5890, USA

### Principal Information

Management Structure: Manager-Managed

### Signature Information

Date Signed: 04/26/2022

Executed in the name of the limited liability company by:

| Printed Name | Signature | Title |
| --- | --- | --- |
| Ali Alam | Ali Alam | Organizer |

# EXHIBIT I

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MEHWASH MUNIR, an individual

was received by me on *(date)*  11/15/2023

☑ I personally served the summons on the individual at *(place)*  MEHWASH MUNIR, an individual

44088 Saxony Ter, Ashburn, VA 20147 ____ on *(date)*  11/18/2023 at 7:10AM; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  11/22/2023

Server's signature

Mark Hagood - Process Server
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022211
*Server's address*

Additional information regarding attempted service, etc:


**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

# EXHIBIT J

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5708153
Filing Number: 2311096495642
Filing Date/Time: 11/09/2023 11:56 AM
Effective Date/Time: 11/09/2023 11:56 AM

## Limited Liability Company - Articles of Cancellation

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | One Stop Computer Services LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5708153 | Formation Date: | 07/23/2015 |
| Status: | Active | | |
| Entity Email Address: | aa.alialam@gmail.com | Contact Number: | (571) 442-2045 |

### Additional Information

### Signature Information

Date Signed: 11/09/2023

☑ The limited liability company has completed the winding up of its affairs.

☑ The person signing this document on behalf of the limited liability company has been delegated the right and power to manage the company's business and affairs.

• These articles may be signed by a person who is an officer of the limited liability company (e.g., the president) if, and only if, the person has been delegated the right and power to manage the business and affairs of the limited liability company.

• The following titles are not acceptable: Owner, Registered Agent, Attorney, Authorized Person, and Officer.

| Printed Name | Signature | Title |
|---|---|---|
| Mehwash Munir | Mehwash Munir | Cyber Security Specialist |

# EXHIBIT K

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5708153
Filing Number: 2307266114270
Filing Date/Time: 07/26/2023 09:06 AM
Effective Date/Time: 07/26/2023 09:06 AM

## Limited Liability Company - Statement of Change of Registered Office and/or Registered Agent

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | One Stop Computer Services LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5708153 | Formation Date: | 07/23/2015 |
| Status: | Active | | |

### Previous Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | An Individual who is a resident of Virginia | Locality: | LOUDOUN COUNTY |
| RA Qualification: | Member or Manager of the Limited Liability Company | | |
| Name: | mehwash munir | | |

The company's registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is:

Registered Office Address: 44088 Saxony Ter, ASHBURN, VA, 20147 - 4923, USA

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | An Individual who is a resident of Virginia | Locality: | LOUDOUN COUNTY |
| RA Qualification: | Member or Manager of the Limited Liability Company | | |
| Name: | mehwash munir | | |

The company's registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is:

Registered Office Address: 44075 Pipeline Plz Ste 215, Ashburn, VA, 20147 - 5890, USA

### Signature Information

Date Signed: 07/26/2023

Executed in the name of the limited liability company by:

The person signing this statement affirms that after the foregoing change or changes are made, the company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia, as the case may be.

| Printed Name | Signature | Title |
|---|---|---|
| Mehwash Munir | Mehwash Munir | owner |

# EXHIBIT L

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MUHAMMAD ZUBAIR KHAN, an individual

was received by me on *(date)* 11/14/2023

[X] I personally served the summons on the individual at *(place)* MUHAMMAD ZUBAIR KHAN, an individual

1221 W 3rd Street, Apt. 502, Los Angeles, CA 90017 ____ on *(date)* 11/14/2023 at 10:19am ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/14/2023

_____
*Server's signature*

Robert Brooks - Process Server
_____
*Printed name and title*

ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022214
_____
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TECHTURE INC., a California corporation

was received by me on *(date)* 11/14/2023

[X] I personally served the summons on the individual at *(place)* MUHAMMAD KHAN, Registered Agent

1221 W 3rd Street, Apt. 502, Los Angeles, CA 90017 on *(date)* 11/14/2023 at 10:19am ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/14/2023

_____
*Server's signature*

Robert Brooks - Process Server
_____
*Printed name and title*

ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022215
_____
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

# EXHIBIT M

BA20230143646



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20230143646 |
| Date Filed: 1/26/2023 |

B1444-9049 01/26/2023 9:43 AM Received by California Secretary of State

| Entity Details | |
| --- | --- |
| Corporation Name | TECHTURE INC |
| Entity No. | 4285664 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 811 WILSHIRE BLVD<br>STE 1708<br>LOS ANGELES, CA 90017 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 1221 W 3RD ST<br>STE 502<br>LOS ANGELES, CA 90017 |
| Attention | Muhammad Zubair Khan |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | 811 WILSHIRE BLVD<br>STE 1708<br>LOS ANGELES, CA 90017 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| Muhammad Zubair Khan | 1221 W 3RD ST<br>STE 502<br>LOS ANGELES, CA 90017 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| Muhammad Zubair Khan | 1221 W 3RD ST<br>STE 502<br>LOS ANGELES, CA 90017 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
| --- | --- |
| Agent Name | Muhammad Khan |
| Agent Address | 1221 W 3RD ST<br>STE 502<br>LOS ANGELES, CA 90017 |

| Type of Business | |
| --- | --- |
| Type of Business | TECHNOLOGY & SOFTWARE SOLUTIONS |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Muhammad Khan*                                          *01/26/2023*

Signature                                                      Date

B1444-9050 01/26/2023 9:43 AM Received by California Secretary of State

# EXHIBIT N

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____MUHAMMAD MUDASSAR ANWAR, an individual,_____

was received by me on *(date)* _____11/14/2023_____

☒ I personally served the summons on the individual at *(place)* ___MUHAMMAD MUDASSAR ANWAR___

_919 Wilmot Road, Scarsdale, NY 10583_____ on *(date)* __11/27/2023 at 9:10 PM___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___11/29/2023_____

_____
*Server's signature*

Joshua Lee - Process Server
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022216

_____
*Server's address*

Additional information regarding attempted service, etc:



**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  TECH DRIVE PVT LLC, a New York limited liability company

was received by me on *(date)*  11/15/2023

[X] I personally served the summons on the individual at *(place)*  MUHAMMAD MUDASSAR ANWAR, Agent for Service

919 Wilmot Road, Scarsdale, NY 10583  on *(date)*  11/27/2023 at 9:10 PM  ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  11/29/2023 _____

_____
*Server's signature*

Joshua Lee - Process Server
*Printed name and title*

ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022217

_____
*Server's address*

Additional information regarding attempted service, etc:



**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ASHHAR RAWOOF, an individual__

was received by me on *(date)* _____11/14/2023_____

[x] I personally served the summons on the individual at *(place)* __ASHHAR RAWOOF__
__11930 Newbrook Drive, Houston, TX 77072__ on *(date)* __11/27/2023 at 10:12 AM__ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ____11/28/2023____

_Server's signature_

Alexandra Tedder - Process Server

*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022220

*Server's address*

Additional information regarding attempted service, etc:


**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

# EXHIBIT O

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]   [ Return to Search ]

Entity Details

**ENTITY NAME:** TECH DRIVE PVT LLC
**DOS ID:** 6574165
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 08/29/2022
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 08/29/2022
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** WESTCHESTER
**NEXT STATEMENT DUE DATE:** 08/31/2024
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY     NAME HISTORY     FILING HISTORY     MERGER HISTORY     ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** MUHAMMAD MUDASSAR ANWAR

**Address:** 919 WILMOT RD, SCARSDALE, NY, UNITED STATES, 10583

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
**COPY REQUEST/CERTIFICATE OF STATUS RECEIPT**

DAVIS WRIGHT TREMAINE LLP
ATTN: EMILY GOODELL
920 5TH AVE., STE. 3300
SEATTLE WA 98104

**DATE:**        08/11/2023                    **TRANSACTION NUMBER:**        202308220001991

**ENTITY INFORMATION:**

**ENTITY NAME:**        TECH DRIVE PVT LLC
**DOS ID:**        6574165
**DATE OF INITIAL DOS FILING:**        08/29/2022

| **REQUESTED SERVICES:** | **NUMBER REQUESTED:** | **FEE:** |
|---|---|---|
| **UNCERTIFIED COPY($5.00)** | 1 | $5.00 |
| **CERTIFIED COPY($10.00)** | 0 | $0.00 |
| **CERTIFICATE OF STATUS - SHORT FORM($25.00)** | | $0.00 |
| **CERTIFICATE OF STATUS - LONG FORM($25.00)** | | $0.00 |
| **EXPEDITED HANDLING** | | $0.00 |

| **TOTAL PAYMENTS RECEIVED:** | $15.00 |
|---|---|
| CASH: | $0.00 |
| CHECK/MONEY ORDER: | $0.00 |
| CREDIT CARD: | $15.00 |
| DRAWDOWN ACCOUNT: | $0.00 |
| REFUND DUE: | $10.00 |

| **REQUESTED COPY** | **FILE DATE** | **FILE NUMBER** |
|---|---|---|
| ARTICLES OF ORGANIZATION | 08/29/2022 | 220829003321 |

DOS-1025 (04/2007)

ARTICLES OF ORGANIZATION
OF
TECH DRIVE PVT LLC
Under Section 203 of the Limited Liability Company Law

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age, and acting as the organizer of the limited liability company hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York certifies that:

FIRST:          The Name of the limited liability company is: **TECH DRIVE PVT LLC**

SECOND:      To engage in any lawful act or activity within the purposes for which limited liability companies may be organized pursuant to Limited Liability Company Law provided that the limited liability company is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

THIRD:        The county, within this state, in which the office of the limited liability company is to be located is **WESTCHESTER**

FOURTH:      The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:
                **MUHAMMAD MUDASSAR ANWAR**
                **919 WILMOT RD**
                **SCARSDALE, NY 10583**

FIFTH:         The limited liability company is to be managed by: **One or more members**

SIXTH:        The existence of the limited liability company shall begin **upon filing of these Articles of Organization with the Department of State.**

SEVENTH:     The limited liability company shall have a perpetual existence.

EIGHTH:       The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be

Filed with the NYS Department of State on 08/29/2022
Filing Number: 220829003321 DOS ID: 6574165

made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

MUHAMMAD MUDASSAR ANWAR (Signature)
-------------------------------------------------

**MUHAMMAD MUDASSAR ANWAR, ORGANIZER**
**919 WILMOT RD**
**SCARSDALE, NY 10583**

Filed by:

**MUHAMMAD MUDASSAR ANWAR**
**919 WILMOT RD**
**SCARSDALE, NY 10583**

DOS-019 (Rev. 04/08)

**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-00001

US POSTAGE PB PITNEY BOWES
ZIP 12231
02 4W      $ 000.63⁰
0000390363 AUG 23 2023

RECEIVED @ DWT

SEP 01 2023

SERVICES/SEATTLE OFFICE

DAVIS WRIGHT TREMAINE LLP

ATTN: EMILY GOODELL
920 5TH AVE., STE. 3300
SEATTLE WA 98104

98104$1610 C069

# EXHIBIT P



Office of the Secretary of State
ilsos.gov

# Business Entity Search

## Entity Information

| | |
|---|---|
| **Entity Name** | SMART STARTUP SOLUTIONS LLC |
| **Principal Address** | 6539 N. KEDZIE AVE. CHICAGO,IL 606450000 |

| | | | |
|---|---|---|---|
| **File Number** | 07861974 | **Status** | INVOLUNTARY DISSOLUTION on 12-09-2022 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **Org. Date/Admission Date** | 06-08-2019 | **Jurisdiction** | IL |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 00-00-0000 | **Annual Report Year** | 2022 |
| **Agent Information** | UNITED STATES CORPORATION AGEN 500 N MICHIGAN AVE STE 600 CHICAGO, IL 60611-3754 | **Agent Change Date** | 06-08-2019 |

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.



| Managers ↑ | Address ↓ |
| --- | --- |
| RAWOOF, FNU ASHHAR | 6539 N. KEDZIE AVE. CHICAGO, IL 60645 |

Showing 1 to 1 of 1 entries

Previous | 1 | Next

Form **LLC-50.1**

**Illinois**
**Limited Liability Company Act**
**Annual Report**

FILE #    07861974
Due prior to:    06/01/2021

**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.cyberdriveillinois.com

| | |
|---|---|
| Filing Fee: | 75.00 |
| Series Fee, if required: | |
| Penalty: | 0.00 |
| Total: | 75.00 |

**Filed Electronically**

**April 7, 2021**

**Jesse White**
**Secretary of State**

1. Limited Liability Company Name: SMART STARTUP SOLUTIONS LLC

   Registered Agent: UNITED STATES CORPORATION AGEN
   500 N MICHIGAN AVE STE 600
   CHICAGO, IL 60611-3754

2. State or Country of Organization: IL        Date Organized in or Admitted to Illinois: 06/08/2019

3. Address of Principal Place of Business:
   6539 N. KEDZIE AVE.        CHICAGO, IL 60645

4. Name and business address of all managers and any member having the authority of manager:
   RAWOOF, FNU ASHHAR
   6539 N. KEDZIE AVE.        CHICAGO, IL 60645

5. Entity managers affirm their current existence.

6. Changes to the registered agent and/or registered office must be submitted on Form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this Annual Report is to the best of my knowledge and belief, true, correct and complete.

   Dated: _____April 7_____, __2021__
              Month/Day            Year

   RAWOOF, FNU ASHHAR
                    Name

   MANAGER
                    Title

   _____
   If applicant is a company or other entity, state Name of Company

This document was generated electronically at www.cyberdriveillinois.com. Based on version LLC 23.11

# EXHIBIT Q

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SMART STARTUP SOLUTIONS, LLC, an Illinois limited liability company

was received by me on *(date)* ___11/14/2023___

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Daniel George - Employee/Authorized , who is
designated by law to accept service of process on behalf of *(name of organization)* United States Corporation Agent, Registered Agent
500 N. Michigan Avenue, Suite 600, Chicago, IL 60611 on *(date)* 11/20/2023 at 11:15AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___11/22/2023___          _____
                                                          *Server's signature*

                                         Michael Moriarty - Process Server
                                                          *Printed name and title*
                                                          ASAP Legal
                                     1625 Clay Street, 4th Floor, Oakland, CA 94612
                                                          (510) 785-2300
                                              Ref: SF34022221
                                                          *Server's address*

Additional information regarding attempted service, etc:


**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**