Bonnie MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:       bonniemacnaughton@dwt.com
             emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       jakefreed@dwt.com
             jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UMER WASIM, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-05580-TLT<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION UNDER LOCAL CIVIL RULE 7-11 FOR EXPEDITED DISCOVERY RELATING TO IDENTITY OF DOE DEFENDANTS [DKT 17]**<br><br>Complaint filed:   October 30, 2023 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Amazon.com and Amazon Technologies, Inc. ("Amazon") respectfully withdraw Amazon's Motion for Expedited Discovery (Dkt. No. 17) as moot. Amazon filed the Motion for Expedited Discovery seeking leave to serve subpoenas to obtain records relating to the identities of Does 1-11 ("Defendants") on December 4, 2023 before the Rule 26(f) conference. Because a Rule 26(f) conference occurred on January 18, 2024, fact discovery is now open and the court's leave to conduct expedited discovery is no longer required under Federal Rule of Civil Procedure 26(d)(1).

DATED: January 29, 2024               Respectfully submitted,

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: */s/Emily Goodell*
                                          Bonnie MacNaughton
                                          John D. Freed
                                          Emily Goodell
                                          Jean M. Fundakowski

                                          Attorneys for Plaintiffs
                                          AMAZON.COM, INC.
                                          AMAZON TECHNOLOGIES, INC.