Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD LAW GROUP, P.C.
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Defendants Umer Wasim and Teknobyl Digital LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,;<br><br>　　　　Plaintiffs<br>　　　vs.<br><br>UMER WASIM, et al.,<br><br>　　　　Defendants. | CASE NO. 3:23-cv-05580-DMR<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Complaint Filed: October 30, 2023<br>Current Response Date: January 30, 2024<br>New Response Date: February 16, 2024 |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1  This Second Stipulation to Extend Time to Respond to the Complaint is entered into by and between Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. ("Plaintiffs") and Defendants Umer Wasim and Teknobyl Digital LLC ("Defendants") as follows:

WHEREAS, on October 30, 2023, Plaintiffs filed their Complaint in the above-referenced matter;

WHEREAS, on November 15, 2023, Defendant Teknobyl Digital LLC was served in the above referenced matter;

WHEREAS, on November 16, 2023, Defendant Umer Wasim was served in the above referenced matter;

WHEREAS, on December 11, 2023, Umer Wasim and Plaintiffs stipulated to provide additional time for to respond to the Complaint until January 5, 2024;

WHEREAS, on December 22, 2023, Defendants' counsel and Plaintiffs' counsel met and conferred, and stipulated to extend time to respond to the Complaint by an additional 25 days to January 30, 2024; and

WHEREAS, on February 2, 2024, Defendants' counsel and Plaintiffs' counsel met and conferred, and stipulated to extend time to respond to the Complaint by an additional seventeen (17) days to February 16, 2024.

Dated: February 2, 2024          **MILORD LAW GROUP, P.C.**

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Defendants
Umer Wasim and Teknobyl Digital LLC

Dated: February 2, 2024          **DAVIS WRIGHT TREMAINE LLP**

/s/ Jake Freed
Emily Goodell
Jake Freed
Attorney for Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc.

## DECLARATION REGARDING CONCURRENCE

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from Jake Freed on February 2, 2024.

/s/ Milord A. Keshishian
Milord A. Keshishian