UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UMER WASIM, et al.,<br><br>    Defendants. | Case No. 23-cv-05580-TLT<br><br>**ORDER**<br><br>RE: ECF 56 |

Having reviewed the Supplemental Declaration of Emily Goodell in Support of Motion for Alternative Service (ECF No. 56) in response to the Court's Order re ECF No. 16 (ECF No.51), the Court ORDERS as follows:

Plaintiffs' request to serve **Muhammad Usman Khan, Yasir Agar, Muhammad Shiraz Quereshi, and Mavia Nizam** by alternative service, that is by electronic mail, is **GRANTED.**

IT IS SO ORDERED.

Dated: March 4, 2024

TRINA L. THOMPSON
United States District Judge