Bonnie MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:    (206) 622-3150
Facsimile:     (206) 757-7700
Email:           bonniemacnaughton@dwt.com
                     emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
Email:           jakefreed@dwt.com
                     jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UMER WASIM, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-05580-TLT<br><br>**PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S REQUEST FOR ENTRY OF DEFAULT BY CLERK PURSUANT TO FED. R. CIV. P. 55(A) AS TO DEFENDANTS:**<br><br>**(1)   MUHAMMAD USMAN KHAN;**<br>**(2)   YASIR AGAR;**<br>**(3)   MUHAMMAD SHIRAZ QURESHI; AND**<br>**(4)   MAVIA NIZAM**<br><br>Complaint filed:   October 30, 2023 |

Plaintiffs Amazon.com, Inc., and Amazon Technologies, Inc. (together, "Amazon") hereby request, pursuant to Fed. R. Civ. P. 55(a), entry of default against Defendants: (1) MUHAMMAD USMAN KHAN; (2) YASIR AGAR; (3) MUHAMMAD SHIRAZ QURESHI; and (4) MAVIA NIZAM.

Amazon filed its Complaint in this Action on October 30, 2023.  (ECF No. 1).

1. <u>MUHAMMAD USMAN KHAN.</u>

Defendant Muhammad Usman Khan incorporated two of the business Defendants in this case, MK Affiliates Inc. and VTLOGODESIGN Inc., and is alleged to be involved with several of the domains hosting websites which perpetrated the alleged fraud.  (ECF No. 1, Compl. ¶ 57).  On information and belief, Mr. Khan has represented himself in corporate filings for those businesses as residing in Virginia but may actually reside in Pakistan.

Amazon attempted to serve Mr. Khan at multiple addresses.  (*See* Goodell Decl. ¶¶ 7-14).  Amazon attempted to serve Mr. Khan in the United States at four addresses in Florida and Virginia linked to MK Affiliates Inc. and VTLOGODESIGN Inc., businesses which he incorporated and serves as an officer for, and for which his name and address are listed in Florida state corporate records.  (¶ 7-11).  When these efforts were unsuccessful, Amazon searched court records and ultimately obtained two email addresses for Mr. Khan (mkkhan@voiperminator.com and usman@khans.pk) and a physical address in Pakistan (House Number 1301 Service Road D121, Islamabad, Pakistan) from a 2022 federal court filing in a case in which Mr. Khan was a defendant and where the court had approved service by email on Mr. Khan at those email addresses.  (*See id.* ¶ 12; ECF. No. 16-1, Ex. B).  Amazon also located another potential email and physical address for Mr. Khan from Amazon's business records concerning an Amazon.com account registered on July 25, 2022, using the name "vtlogodesign inc" [sic] and the email address vtlogodesignincamz@gmail.com.  (Goodell Decl. ¶ 13).  The addresses and payment methods on the account for "VTLOGODESIGN, INC" and "Muhammad Usman Khan" included two physical addresses: 13116 Peach Leaf Place, Fairfax, VA 22030; and House No. 465, Street 8, G10-1, Islamabad, Pakistan.  (*Id*.).  The Virginia address was the same address for Mr. Khan listed in co-Defendants MK Affiliates Inc. and VTLOGODESIGN INC.'s corporate records,

where Amazon had already attempted service; a person who answered the door at that residence informed the process server that Mr. Khan had not lived at that address for several years. (ECF No. 16-1, Ex. A at 2).

Amazon retained Alan H. Crowe & Associates and began the process of trying to serve Mr. Khan at the Pakistan addresses in its corporate records and the federal court filing through the Hague Service Convention on November 28, 2023. (Goodell Decl. ¶¶ 14-15). Based on Crowe & Associates' prior experience, the time to serve Pakistan-based defendants through the Hague Service Convention varies but averages approximately eight months. (¶ 17).

In order to move the case forward in an expeditious manner and out of concern that service in Pakistan would not be successful, Amazon filed a Motion for the Court to Approve Alternative Service of Mr. Khan by email pursuant to Civil L.R. 7-11 on December 4, 2023. (ECF No. 16). The Court granted the Motion for Alternative Service on March 4, 2024. (ECF No. 57).

Pursuant to the Court's Order and the requirements of L.R. 4-2, Amazon served Mr. Khan by registered email on March 8, 2024. (Goodell Decl., Ex. A). Amazon received a receipt indicating that the service e-mail had been delivered and opened for reading by recipients at usman@khans.pk, one of the email address in the 2022 federal court filing, and vtlogodesignincamz@gmail.com, one of the e-mail addresses in Amazon's business records. (Exs. B, C).

Under Fed. R. Civ. P. 12(a)(1)(A)(i), Mr. Khan was required to serve a responsive pleading by March 29, 2024. (ECF No. 59). To date, however, Mr. Khan has not served any responsive pleading, requested additional time to serve a responsive pleading, or otherwise appeared to defend himself against Amazon's allegations in this Action. (Goodell Decl. ¶ 24). There is no indication that he intends to participate in this lawsuit.

Accordingly, Amazon requests that the Clerk enter default against Muhammad Usman Khan.

2. YASIR AGAR

Yasir Agar is a Defendant in this Action. On information and belief, Mr. Agar is or was an employee of co-Defendant Smart Startup Solutions LLC and resides in Pakistan. (ECF No. 1, Compl. ¶ 21). Mr. Agar was also the registrant of several domains that hosted websites used to perpetrate the alleged fraud. (*Id.* ¶¶ 79, 82, 85, 87, 95, 103, 105, 119).

Amazon identified email and physical addresses for Mr. Agar in records related to two Uniform Domain Name Dispute Resolution Policy ("UDRP") decisions brought by Amazon to take down certain domains alleged in the Complaint that were infringing on its intellectual property. First, UDRP Decision FA2307002053542 lists the registrant for amazonkdpublishers.com as "Yasir Agar" with a contact email address of yasir@smartstartupsolutions.com and a physical address of "Zulekha palace, BMCHS, Karachi, Sindh 74800, PK." (Goodell Decl. ¶ 26). Second, UDRP Decision FA2307002053542 lists the registrant for amazonkdpublishers.com as "Yasir Agar" with a contact email address of yasiragar7@gmail.com and a physical address of "Main Bahadurabad, Karachi, Sindh 74800 PK;" it also lists the registrant for amazonkindlebookpublishing.com as "Yasir Agar" with a contact email address of yasir@smartstartupsolutions.com and a physical address of "Zulekha palace, BMCHS, Karachi, Sindh 74800, PK." (¶ 27). Crowe Foreign Services confirmed on September 28, 2023, that the Flat 402 address for Mr. Agar was valid; Amazon submitted the address to the Court in its proposed summons. (¶¶ 28-29; ECF No. 11).

On October 31, 2023, Amazon transmitted a registered email containing a copy of the Complaint and a Litigation Notice to Mr. Agar at yasir@smartstartupsolutions.com and yasiragar7@gmail.com. (Goodell Decl. ¶ 30). Amazon received confirmation that the email sent to yasir@smartstartupsolutions.com was delivered and that the email sent to yasiragar7@gmail.com was delivered and opened. (*See id.*, Ex. D). There was no response to either email. (*Id.*). On November 8, 2023, the Court issued a summons to Mr. Agar at the verified Zulekha Palace address. (ECF No. 12).

Amazon retained Crowe Foreign Services and began the process of trying to serve Mr. Agar at the verified Pakistan address in the Court-issued summons through the Hague Convention

on November 28, 2023. (Goodell Decl. ¶ 32). Based on Crowe & Associates' prior experience, the time to serve Pakistan-based defendants through the Hague Service Convention varies but averages approximately eight months. (¶ 34).

In order to move the case forward in an expeditious manner and out of concern that service in Pakistan would not be successful, Amazon filed a Motion for the Court to Approve Alternative Service of Mr. Agar by email at the addresses identified in the UDRP Actions described above pursuant to Civil L.R. 7-11 on December 4, 2023. (ECF No. 16). The Court granted the Motion for Alternative Service on March 4, 2024. (ECF No. 57).

Pursuant to the Court's Order and the requirements of L.R. 4-2, Amazon served Mr. Agar by registered email on March 8, 2024. (Goodell Decl., Ex. D). On March 8, 2024, Amazon received a receipt indicating that the service email had been delivered and opened for reading by the recipient at yasiragar7@gmail.com and delivered to the recipient at yasir@smartstartupsolutions.com. (Ex. E).

Under Fed. R. Civ. P. 12(a)(1)(A)(i), Mr. Agar was required to serve a responsive pleading by March 29, 2024. (ECF No. 59). To date, however, Mr. Agar has not served any responsive pleading, requested additional time to serve a responsive pleading, or otherwise appeared to defend himself against Amazon's allegations in this Action. (Goodell Decl. ¶ 41). There is no indication that he intends to participate in this lawsuit.

Accordingly, Amazon requests that the Clerk enter default against Yasir Agar.

3. MUHAMMAD SHIRAZ QURESHI

Muhammad Shiraz Qureshi is a Defendant in this Action. On information and belief, Mr. Qureshi is an individual residing in Pakistan. (ECF No. 1, Compl. ¶ 23). Like Mr. Khan, Mr. Qureshi was also the registrant of several domains that hosted websites used to perpetrate the alleged fraud. (¶¶ 79, 82, 85, 87, 95, 103, 105, 119).

Amazon identified email and physical addresses for Mr. Qureshi in its business records and from a UDRP Decision. Amazon discovered an Amazon.com account registered on August 28, 2018, using the name using the name "Muhammad Shiraz qureshi" [sic] with an email address shiraziqureshi.@gmail.com. (Goodell Decl. ¶ 43). A mailing address added to the

account with the name "M Shiraz Qureshi" is n-121 Pechs Block 2, Karachi, Sindh, PK. (*Id*.). Amazon's outside counsel provided the undersigned with an email they received in relation to UDRP FA2307002053542 on September 20, 2023 from another email address, creativewebstudio4@gmail.com, that indicated it had been sent by Mr. Qureshi. (ECF No. 16-1, Ex. H). Crowe Foreign Services confirmed on September 28, 2024, that it was able to verify the physical address from the Amazon account belonged to an individual with the name Muhammad Shiraz Qureshi, which it believed to be Mr. Qureshi. (Goodell Decl. ¶ 45).

On October 31, 2023, Amazon sent a copy of the Complaint and a Litigation Notice via registered email to Mr. Qureshi at creativewebstudio4@gmail.com and shiraziqureshi@gmail.com. (ECF No. 16-1, Goodell Decl. ¶ 27). Amazon received confirmation that both emails were delivered and opened, but no response. (Ex. F).

On November 8, 2023, the Court issued a summons to Mr. Qureshi at the Pakistan address from his Amazon account. (ECF No. 12). Amazon then retained Crowe Foreign Services and began the process of trying to serve Mr. Qureshi at the Pakistan address in the Court-issued summons through the Hague Service Convention on November 28, 2023. (Goodell Decl. ¶ 48). Based on Crowe & Associates' prior experience, the time to serve Pakistan-based defendants through the Hague Service Convention varies but averages approximately eight months. (¶ 50).

In order to move the case forward in an expeditious manner and out of concern that service in Pakistan would not be successful, on December 4, 2023, Amazon filed a Motion for the Court to Approve Alternative Service of Mr. Qureshi by email at the addresses identified in the UDRP Action and in Amazon's business records described above pursuant to Civil L.R. 7-11. (ECF No. 16).

On February 20, 2024, counsel for Amazon received a telephone call from an individual who identified himself as Muhammad Shiraz Qureshi. (Goodell Decl. ¶ 52). Mr. Qureshi confirmed that he had received the email from October 2023 but did not respond and added that he received a notification on his doorstep in Pakistan three days ago. (*Id*.). Counsel for Amazon understood this to refer to an attempt to complete personal service on Mr. Qureshi in Pakistan through the Hague Service Convention, though Amazon had no record service was successful.

*Id*.). Counsel agreed to send Mr. Qureshi a follow-up email using the same email address previously used, creativewebstudio4@gmail.com and shiraziqureshi@gmail.com. (*Id*.).

The Court granted Amazon's Motion for Alternative Service on March 4, 2024. (ECF No. 57).

On February 26, 2024, counsel for Amazon received another phone call from the individual who identified himself as Mr. Qureshi and a response to her February 20, 2024, follow-up email to that individual at creativewebstudio4@gmail.com and shiraziqureshi@gmail.com. (Goodell Decl. ¶ 53).

Pursuant to the Court's Order and the requirements of L.R. 4-2, Amazon served Mr. Qureshi by registered email on March 8, 2024. (Ex. F). On March 8, 2024, Amazon received a receipt and an e-mail reply from Mr. Qureshi at shiraziqureshi@gmail.com confirming receipt of the service email containing the case documents and summons. (Ex. G).

Under Fed. R. Civ. P. 12(a)(1)(A)(i), Mr. Qureshi was required to serve a responsive pleading by March 29, 2024. (ECF No. 59). Mr. Qureshi had two phone calls with counsel for Amazon and acknowledged receipt of the Complaint and summons in this case orally on February 20, 2024, and in writing on February 26, 2024. (Goodell Decl. ¶ 57-58).

On May 10, 2024, Amazon received correspondence from attorney Brenda A. Prackup, indicating that she had been retained by Mr. Qureshi. (¶ 59). A call is scheduled to occur May 10, 2024. (*Id*.). To date, however, Mr. Qureshi has not served any responsive pleading or requested additional time to serve a responsive pleading. (*Id*.).

Accordingly, Amazon requests that the Clerk enter default against Muhammad Shiraz Qureshi.

4. MAVIA NIZAM

Mavia Nizam is a Defendant in this Action. On information and belief, Ms. Nizam is an individual residing in Pakistan. (ECF No. 1, Compl. ¶ 22). Like Mr. Khan and Mr. Qureshi, Ms. Nizam was also the registrant of several domains that hosted websites used to perpetrate the alleged fraud. (¶¶ 95, 103, 105).

Amazon obtained an email address and physical address for Ms. Nizam from two UDRP actions. First, an Amended Complaint filed in relation to UDRP Decision FA2305002043019 lists the registrant for amazondigitalpro.com as "mavia nizam" [sic] and amazonpublisherpro.com as "Ali Alam;" both registrants use the same contact email address of mavianizam96@gmail.com. (Goodell Decl. ¶ 61). Both domains are part of the alleged fraud in the Complaint. (ECF No. 1, Compl. ¶ 57). The physical address for the "mavia nizam" [sic] registrant is "1/22 Shah Faisal Colony Karachi, Karachi, Sindh 75700, PK." (*Id.*). An email from the same UDRP Decision from mavianizam96@gmail.com which purports to be written by Ali Alam states that Ms. Nizam is Alam's employee and that both individuals used mavianizam96@gmail.com to register domains. (Goodell Decl. ¶ 63). Second, an Amended Complaint filed in UDRP Decision FA2307002053540 lists the registrant for amazonpublishingzone.com, another domain tied to the alleged fraud in the Complaint, *see* ECF No. 1 at ¶ 57, as "Pennielynn stiansen" [*sic*] with a contact email address of mavianizam96@gmail.com. (¶ 62).

On October 31, 2023, Amazon sent a copy of the Complaint and Litigation Notice via registered email to Ms. Nizam at mavianizam96@gmail.com. (ECF. No. 16-1, Ex. E). Amazon received confirmation that the email was delivered and opened. (*Id.*). Amazon has not received a response to this outreach from this email address. (Goodell Decl. ¶ 64).

On November 3, 2023, a representative from Crowe Foreign Services informed Amazon that a hired investigator was not able to locate the address provided for Ms. Nizam at 1/22 Shah Faisal Colony, Karachi, Sindh, 75700, PK. (¶ 66). On November 8, 2023, the Court issued a summons to Mavia Nizam at the address 1/22 Shah Faisal Colony, Karachi, PK 75700. (ECF No. 12). Amazon could not find any other physical or email address for Ms. Nizam other than the mavianizam96@gmail.com email address from the UDRP Actions described above to provide for the Court for an amended summons. (¶ 67).

With no verified physical address for Ms. Nizam resulting from its substantial investigation, on December 4, 2023, Amazon filed a Motion for the Court to Approve Alternative Service of Ms. Nizam by email at mavianizam96@gmail.com pursuant to Civil L.R. 7-11. (ECF No. 16). The Court granted the Motion for Alternative Service on March 4, 2024. (ECF No. 57).

1  Pursuant to the Court's Order and the requirements of L.R. 4-2, Amazon served Ms. Nizam by registered email on March 8, 2024.  (Goodell Decl., Ex. H).  On March 8, 2024, Amazon received a receipt indicating that the service email had been delivered.  (Ex. I).

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Ms. Nizam was required to serve a responsive pleading by March 29, 2024.  (ECF No. 59).  To date, however, Ms. Nizam has not served any responsive pleading, requested additional time to serve a responsive pleading, or otherwise appeared to defend herself against Amazon's allegations in this Action.  (Goodell Decl. ¶ 74).  There is no indication that Ms. Nizam intends to participate in this lawsuit.

Accordingly, Amazon requests that the Clerk enter default against Mavia Nizam.

DATED: May 10, 2024                    Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/Emily Goodell*
    Bonnie MacNaughton
    John D. Freed
    Emily Goodell
    Jean M. Fundakowski

    Attorneys for Plaintiffs
    AMAZON.COM, INC.
    AMAZON TECHNOLOGIES, INC.