# EXHIBIT A

| | |
|---|---|
| **From:** | Goodell, Emily <EmilyGoodell@dwt.com> |
| **Sent:** | Friday, March 8, 2024 2:36 PM |
| **To:** | usman@khans.pk; mkhan@voipterminator.com; vtlogodesignincamz@gmail.com; finance@mkaffiliatenetwork.com |
| **Cc:** | Freed, Jake |
| **Subject:** | Amazon Notice of Litigation and Preservation Demand (Sent Registered) (Sent Registered) |
| **Attachments:** | Amazon Notice of Litigation_Muhammad Usman Khan.pdf |

Mr. Khan,

Please find attached a letter, case management scheduling order, civil cover sheet, civil complaint, e-filing instructions, standing order for civil cases before District Judge Trina L. Thompson, instructions for preparing case management statement, instructions on attending Zoom conferences, the original order setting case management conference and ADR deadlines, summons, and an order approving alternative service via email. Please note the indication on the summons that a response is due within 21 days (not counting today), or a judgment by default may be entered against you.

Please confirm receipt at your earliest convenience.

Sincerely,

**Emily Goodell**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8287  **E** emilygoodell@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Goodell, Emily
**Sent:** Tuesday, October 31, 2023 4:00 PM
**To:** usman@khans.pk; mkhan@voipterminator.com; vtlogodesignincamz@gmail.com; finance@mkaffiliatenetwork.com
**Cc:** Freed, Jake <JakeFreed@dwt.com>
**Subject:** Amazon.com, Inc. Notice of Litigation and Preservation Demand (Sent Registered)

Mr. Khan,

Please find attached a letter and a copy of a complaint sent on behalf of Amazon.com, Inc. Please confirm receipt at your earliest convenience.

Sincerely,



**Emily Goodell**
**Associate |** Davis Wright Tremaine LLP

**P** 206.757.8287  **E** emilygoodell@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**

1

# EXHIBIT B

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Friday, March 8, 2024 8:18 PM |
| **To:** | Goodell, Emily |
| **Subject:** | Delivered and Opened: Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

[EXTERNAL]



The following message has been delivered and opened for reading:

| Categories | Message Details |
|---|---|
| **Message Subject:** | Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **To:** | <usman@khans.pk> |
| **Time Sent:** | 03/08/2024 10:36:45 PM (UTC), 03/08/2024 10:36:45 PM (Local) |
| **Time Opened:** | 03/09/2024 04:12:33 AM (UTC), 03/09/2024 04:12:33 AM (Local) |
| **Tracking Number:** | 3FF24B62CD37C5C2A71C3CB3F88C064625D9C3A0 |
| **Network ID:** | <b46d9b75e70d4812a36d8a6f9ff38b0b@dwt.com> |
| **Client Code:** | |
| **Features Used:** | R |

**Details:**

[IP Address: 74.125.208.101] [Time Opened: 3/9/2024 4:12:33 AM] [REMOTE_HOST: 192.168.20.101] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/fOymGxx8FWjif7XKwuFk9nANTMmbpxQiL5RLsLS8MTIw.png] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:74.125.208.101 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65ebe1b1-4e8cfefa66ad91e01e6bcd7d Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 74.125.208.101 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65ebe1b1-4e8cfefa66ad91e01e6bcd7d /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/fOymGxx8FWjif7XKwuFk9nANTMmbpxQiL5RLsLS8MTIw.png 192.168.20.101 192.168.20.101 61738 GET /open/images_v2/fOymGxx8FWjif7XKwuFk9nANTMmbpxQiL5RLsLS8MTIw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/fOymGxx8FWjif7XKwuFk9nANTMmbpxQiL5RLsLS8MTIw.png gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 74.125.208.101 https 443 Root=1-65ebe1b1-4e8cfefa66ad91e01e6bcd7d

To authenticate this receipt, forward a copy with all attachments to 'verify@r1.rpost.net'

For more information about RMail® services, visit www.rmail.com.                    An RPost® Technology

# EXHIBIT C

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Friday, March 8, 2024 5:06 PM |
| **To:** | Goodell, Emily |
| **Subject:** | Receipt: Amazon Notice of Litigation and Preservation Demand (Sent Registered) (Delivery Failure) |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

**[EXTERNAL]**

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

| Delivery Status | | | | | | |
|---|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered (UTC*)** | **Delivered (local)** | **Opened (local)** | |
| finance@mkaffiliatenetwork.com | Delivered to Mail Server | 250 2.0.0 Ok: queued as 4Ts1Hm1r3KzC0rb mx1-hosting.jellyfish.systems (198.54.127.242) | 03/08/2024 10:36:49 PM (UTC) | 03/08/2024 10:36:49 PM | | |
| jakefreed@dwt.com | Delivered and Opened | HTTP-IP:155.130.12.68 | 03/08/2024 10:36:49 PM (UTC) | 03/08/2024 10:36:49 PM | 03/08/2024 10:43:45 PM | |
| mkhan@voipterminator.com | Delivery Failed | failed box.voipterminator.com (5.189.165.239) | *** | *** | | |
| usman@khans.pk | Delivered to Mail Server | 250 2.0.0 OK 1709937412 q21-20020a056000137500b0033e7949608esi216796wrz.351 - gsmtp aspmx.l.google.com (173.194.76.26) | 03/08/2024 10:36:49 PM (UTC) | 03/08/2024 10:36:49 PM | | |
| vtlogodesignincamz@gmail.com | Delivered and Opened | HTTP-IP:66.249.92.166 | 03/08/2024 10:36:49 PM (UTC) | 03/08/2024 10:36:49 PM | 03/08/2024 10:40:12 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | Goodell, Emily <EmilyGoodell@dwt.com> |
| **Subject:** | Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **To:** | <finance@mkaffiliatenetwork.com> <mkhan@voipterminator.com> <usman@khans.pk> <vtlogodesignincamz@gmail.com> |
| **Cc:** | <jakefreed@dwt.com> |
| **Bcc:** | |
| **Network ID:** | <b46d9b75e70d4812a36d8a6f9ff38b0b@dwt.com> |
| **Received by RMail System:** | 03/08/2024 10:36:45 PM (UTC) |
| **Client Code:** | |

| Message Statistics | |
|---|---|
| **Tracking Number:** | 3FF24B62CD37C5C2A71C3CB3F88C064625D9C3A0 |
| **Message Size:** | 5326918 |

| Features Used: | R |
| --- | --- |
| File Size: | File Name: |
| 3.7 MB | Amazon Notice of Litigation_Muhammad Usman Khan.pdf |

| Delivery Audit Trail |
| --- |

3/8/2024 10:36:48 PM starting mkaffiliatenetwork.com/{default} 3/8/2024 10:36:48 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mx1-hosting.jellyfish.systems (198.54.127.242) 3/8/2024 10:36:48 PM connected from 192.168.10.11:46377 3/8/2024 10:36:48 PM >>> 220-asp-relay-shared.jellyfish.systems ESMTP Postfix 3/8/2024 10:36:51 PM >>> 220 asp-relay-shared.jellyfish.systems ESMTP Postfix 3/8/2024 10:36:51 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:36:51 PM >>> 250-asp-relay-shared.jellyfish.systems 3/8/2024 10:36:51 PM >>> 250-PIPELINING 3/8/2024 10:36:51 PM >>> 250-SIZE 51200000 3/8/2024 10:36:51 PM >>> 250-ETRN 3/8/2024 10:36:51 PM >>> 250-STARTTLS 3/8/2024 10:36:51 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 10:36:51 PM >>> 250-8BITMIME 3/8/2024 10:36:51 PM >>> 250 CHUNKING 3/8/2024 10:36:51 PM <<< STARTTLS 3/8/2024 10:36:51 PM >>> 220 2.0.0 Ready to start TLS 3/8/2024 10:36:52 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 3/8/2024 10:36:52 PM tls:Cert: /CN=*.jellyfish.systems; issuer=/C=GB/ST=Greater Manchester/L=Salford/O=Sectigo Limited/CN=Sectigo RSA Domain Validation Secure Server CA; verified=no 3/8/2024 10:36:52 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:36:52 PM >>> 250-asp-relay-shared.jellyfish.systems 3/8/2024 10:36:52 PM >>> 250-PIPELINING 3/8/2024 10:36:52 PM >>> 250-SIZE 51200000 3/8/2024 10:36:52 PM >>> 250-ETRN 3/8/2024 10:36:52 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 10:36:52 PM >>> 250-8BITMIME 3/8/2024 10:36:52 PM >>> 250 CHUNKING 3/8/2024 10:36:52 PM <<< MAIL FROM: BODY=8BITMIME 3/8/2024 10:36:52 PM >>> 250 2.1.0 Ok 3/8/2024 10:36:52 PM <<< RCPT TO: 3/8/2024 10:36:57 PM >>> 250 2.1.5 Ok 3/8/2024 10:36:57 PM <<< DATA 3/8/2024 10:36:57 PM >>> 354 End data with . 3/8/2024 10:36:58 PM <<< . 3/8/2024 10:37:03 PM >>> 250 2.0.0 Ok: queued as 4Ts1Hm1r3KzC0rb 3/8/2024 10:37:03 PM <<< QUIT 3/8/2024 10:37:04 PM >>> 221 2.0.0 Bye 3/8/2024 10:37:04 PM closed mx1-hosting.jellyfish.systems (198.54.127.242) in=549 out=5327537 3/8/2024 10:37:04 PM done mkaffiliatenetwork.com/{default}

3/8/2024 10:36:48 PM starting dwt.com/{default} 3/8/2024 10:36:48 PM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-1.mimecast.com (205.139.110.141) 3/8/2024 10:36:48 PM connected from 192.168.10.11:42690 3/8/2024 10:36:48 PM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Fri, 08 Mar 2024 17:36:48 -0500 3/8/2024 10:36:48 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:36:48 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 3/8/2024 10:36:48 PM >>> 250-STARTTLS 3/8/2024 10:36:48 PM >>> 250 HELP 3/8/2024 10:36:48 PM <<< STARTTLS 3/8/2024 10:36:49 PM >>> 220 Starting TLS [wILSSIQZOOy1MAx1oTKdZw.us690] 3/8/2024 10:36:49 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 3/8/2024 10:36:49 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 3/8/2024 10:36:49 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:36:49 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 3/8/2024 10:36:49 PM >>> 250-AUTH PLAIN LOGIN 3/8/2024 10:36:49 PM >>> 250 HELP 3/8/2024 10:36:49 PM <<< MAIL FROM: 3/8/2024 10:36:49 PM >>> 250 Sender OK [wILSSIQZOOy1MAx1oTKdZw.us690] 3/8/2024 10:36:49 PM <<< RCPT TO: 3/8/2024 10:36:49 PM >>> 250 Recipient OK [wILSSIQZOOy1MAx1oTKdZw.us690] 3/8/2024 10:36:49 PM <<< DATA 3/8/2024 10:36:49 PM >>> 354 Start mail data, end with CRLF.CRLF [wILSSIQZOOy1MAx1oTKdZw.us690] 3/8/2024 10:36:50 PM <<< . 3/8/2024 10:36:58 PM >>> 250 SmtpThread-2406489-1709937418152@us-mta-690.us.mimecast.lan Received OK [wILSSIQZOOy1MAx1oTKdZw.us690] 3/8/2024 10:36:58 PM <<< QUIT 3/8/2024 10:36:58 PM >>> 221 Service closing transmission channel [JxmO7ZCqNySfajOcs_ssBQ.us690] 3/8/2024 10:36:58 PM closed us-smtp-inbound-1.mimecast.com (205.139.110.141) in=640 out=5327484 3/8/2024 10:36:58 PM done dwt.com/{default}

3/8/2024 10:36:47 PM starting khans.pk/{default} 3/8/2024 10:36:47 PM connecting from mta21.r1.rpost.net (0.0.0.0) to aspmx.l.google.com (173.194.76.26) 3/8/2024 10:36:47 PM connected from 192.168.10.11:59769 3/8/2024 10:36:47 PM >>> 220 mx.google.com ESMTP q21-20020a056000137500b0033e7949608esi216796wrz.351 - gsmtp 3/8/2024 10:36:47 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:36:47 PM >>> 250-mx.google.com at your service, [52.58.131.9] 3/8/2024 10:36:47 PM >>> 250-SIZE 157286400 3/8/2024 10:36:47 PM >>> 250-8BITMIME 3/8/2024 10:36:47 PM >>> 250-STARTTLS 3/8/2024 10:36:47 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 10:36:47 PM >>> 250-PIPELINING 3/8/2024 10:36:47 PM >>> 250-CHUNKING 3/8/2024 10:36:47 PM >>> 250 SMTPUTF8 3/8/2024 10:36:47 PM <<< STARTTLS 3/8/2024 10:36:47 PM >>> 220 2.0.0 Ready to start TLS 3/8/2024 10:36:47 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 3/8/2024 10:36:47 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 3/8/2024 10:36:47 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:36:47 PM >>> 250-mx.google.com at your service, [52.58.131.9] 3/8/2024 10:36:47 PM >>> 250-SIZE 157286400 3/8/2024 10:36:47 PM >>> 250-8BITMIME 3/8/2024 10:36:47 PM >>> 250-STARTTLS 3/8/2024 10:36:47 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 10:36:47 PM >>> 250-PIPELINING 3/8/2024 10:36:47 PM >>> 250-CHUNKING 3/8/2024 10:36:47 PM >>> 250 SMTPUTF8 3/8/2024 10:36:47 PM <<< MAIL FROM: BODY=8BITMIME 3/8/2024 10:36:47 PM >>> 250 2.1.0 OK q21-20020a056000137500b0033e7949608esi216796wrz.351 - gsmtp 3/8/2024 10:36:47 PM <<< RCPT TO: 3/8/2024 10:36:47 PM >>> 250 2.1.5 OK q21-20020a056000137500b0033e7949608esi216796wrz.351 - gsmtp 3/8/2024 10:36:47 PM <<< DATA 3/8/2024 10:36:47 PM >>> 354 Go ahead q21-20020a056000137500b0033e7949608esi216796wrz.351 - gsmtp 3/8/2024 10:36:48 PM <<< . 3/8/2024 10:36:52 PM >>> 250 2.0.0 OK 1709937412 q21-20020a056000137500b0033e7949608esi216796wrz.351 - gsmtp 3/8/2024 10:36:52 PM <<< QUIT 3/8/2024 10:36:52 PM >>> 221 2.0.0 closing connection q21-20020a056000137500b0033e7949608esi216796wrz.351 - gsmtp 3/8/2024 10:36:52 PM closed aspmx.l.google.com (173.194.76.26) in=834 out=5327489 3/8/2024 10:36:52 PM done khans.pk/{default}</usman@khans.pk></rcptfoymgxx8fwjif7xkwufk9nantmmbpxqil5rlsls8mtiw@r1.rpost.net>

3/8/2024 10:39:06 PM starting gmail.com/{default} 3/8/2024 10:40:04 PM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (64.233.167.26) 3/8/2024 10:40:04 PM connected from 192.168.10.11:48537 3/8/2024 10:40:04 PM >>> 220 mx.google.com ESMTP r12-20020adf70c0000000b0033e78e80c2esi225227wrp.788 - gsmtp 3/8/2024 10:40:04 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:40:04 PM >>> 250-mx.google.com at your service, [52.58.131.9] 3/8/2024 10:40:04 PM >>> 250-SIZE 157286400 3/8/2024 10:40:04 PM >>> 250-8BITMIME 3/8/2024 10:40:04 PM >>> 250-STARTTLS 3/8/2024 10:40:04 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 10:40:04 PM >>> 250-PIPELINING 3/8/2024 10:40:04 PM >>> 250-CHUNKING 3/8/2024 10:40:04 PM >>> 250 SMTPUTF8 3/8/2024 10:40:04 PM <<< STARTTLS 3/8/2024 10:40:04 PM >>> 220 2.0.0 Ready to start TLS 3/8/2024 10:40:04 PM tls:TLSv1.2 connected with 128

-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 3/8/2024 10:40:04 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 3/8/2024 10:40:04 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:40:04 PM >>> 250-mx.google.com at your service, [52.58.131.9] 3/8/2024 10:40:04 PM >>> 250-SIZE 157286400 3/8/2024 10:40:04 PM >>> 250-8BITMIME 3/8/2024 10:40:04 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 10:40:04 PM >>> 250-PIPELINING 3/8/2024 10:40:04 PM >>> 250-CHUNKING 3/8/2024 10:40:04 PM >>> 250 SMTPUTF8 3/8/2024 10:40:04 PM <<< MAIL FROM: BODY=8BITMIME 3/8/2024 10:40:04 PM >>> 250 2.1.0 OK r12-20020adff70c000000b0033e78e80c2esi225227wrp.788 - gsmtp 3/8/2024 10:40:04 PM <<< RCPT TO: 3/8/2024 10:40:05 PM >>> 250 2.1.5 OK r12-20020adff70c000000b0033e78e80c2esi225227wrp.788 - gsmtp 3/8/2024 10:40:05 PM <<< DATA 3/8/2024 10:40:05 PM >>> 354 Go ahead r12-20020adff70c000000b0033e78e80c2esi225227wrp.788 - gsmtp 3/8/2024 10:40:05 PM <<< . 3/8/2024 10:40:08 PM >>> 250 2.0.0 OK 1709937608 r12-20020adff70c000000b0033e78e80c2esi225227wrp.788 - gsmtp 3/8/2024 10:40:08 PM <<< QUIT 3/8/2024 10:40:08 PM >>> 221 2.0.0 closing connection r12-20020adff70c000000b0033e78e80c2esi225227wrp.788 - gsmtp 3/8/2024 10:40:08 PM closed gmail-smtp-in.l.google.com (64.233.167.26) in=834 out=5327548 3/8/2024 10:40:26 PM done gmail.com/{default}</tlogodesignincamz@gmail.com></rcpt1ajl4dkuakqwcmhgbatkfhqchucw7gzjlsco15tgmtiw@r1.rpost.net>

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <finance@mkaffiliatenetwork.com> relayed to mailer mx1-hosting.jellyfish.systems (198.54.127.242)

[IP Address: 155.130.12.68] [Time Opened: 3/8/2024 10:43:45 PM] [REMOTE_HOST: 192.168.20.101] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/aI3GbLVn6vcfVK0iehmcZtC2YLLHyLRagWd78VaNMTIw.png] HTTP_ACCEPT:*/* HTTP_ACCEPT_ENCODING:gzip, deflate HTTP_COOKIE:AWSALBTGCORS=wEUxPpUXvu1gWPWjyjWNIHaZB2i82FOGRH3iEXNuz9uCyzj7YW1AeI++ZkvjZ7VVuALfhYOyGAKBvrO1cF/wlbZ7VOpAyqIscggaJQ/2Wor+OvzNLxKXtAKFQsaJXGPk/1Y0IWrx97/yYmuY+Nm5i0dXZteKrZKrUGT38YU9jmjL; AWSALBTG=wEUxPpUXvu1gWPWjyjWNIHaZB2i82FOGRH3iEXNuz9uCyzj7YW1AeI++ZkvjZ7VVuALfhYOyGAKBvrO1cF/wlbZ7VOpAyqIscggaJQ/2Wor+OvzNLxKXtAKFQsaJXGPk/1Y0IWrx97/yYmuY+Nm5i0dXZteKrZKrUGT38YU9jmjL; AWSALB=7RchdT4lLtP3r1eqlpN4i1P8Pvo5mqtk/CcyAm+ITSjzAduXekB7izAJ6MsxFKCbrIFEfy7811ZJturSyQd1gyvLVzrfe/xn2WN5zYtz/4KBhVxal8UA6Sz2BwV1; AWSALBCORS=7RchdT4lLtP3r1eqlpN4i1P8Pvo5mqtk/CcyAm+ITSjzAduXekB7izAJ6MsxFKCbrIFEfy7811ZJturSyQd1gyvLVzrfe/xn2WN5zYtz/4KBhVxal8UA6Sz2BwV1 HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/4.0 (compatible; ms-office; MSOffice 16) HTTP_X_FORWARDED_FOR:155.130.12.68 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65eb94a1-5d7e919d7b4ebfab2e86e20c HTTP_UA_CPU:AMD64 Accept: */* Accept-Encoding: gzip, deflate Cookie: AWSALBTGCORS=wEUxPpUXvu1gWPWjyjWNIHaZB2i82FOGRH3iEXNuz9uCyzj7YW1AeI++ZkvjZ7VVuALfhYOyGAKBvrO1cF/wlbZ7VOpAyqIscggaJQ/2Wor+OvzNLxKXtAKFQsaJXGPk/1Y0IWrx97/yYmuY+Nm5i0dXZteKrZKrUGT38YU9jmjL; AWSALBTG=wEUxPpUXvu1gWPWjyjWNIHaZB2i82FOGRH3iEXNuz9uCyzj7YW1AeI++ZkvjZ7VVuALfhYOyGAKBvrO1cF/wlbZ7VOpAyqIscggaJQ/2Wor+OvzNLxKXtAKFQsaJXGPk/1Y0IWrx97/yYmuY+Nm5i0dXZteKrZKrUGT38YU9jmjL; AWSALB=7RchdT4lLtP3r1eqlpN4i1P8Pvo5mqtk/CcyAm+ITSjzAduXekB7izAJ6MsxFKCbrIFEfy7811ZJturSyQd1gyvLVzrfe/xn2WN5zYtz/4KBhVxal8UA6Sz2BwV1; AWSALBCORS=7RchdT4lLtP3r1eqlpN4i1P8Pvo5mqtk/CcyAm+ITSjzAduXekB7izAJ6MsxFKCbrIFEfy7811ZJturSyQd1gyvLVzrfe/xn2WN5zYtz/4KBhVxal8UA6Sz2BwV1 User-Agent: Mozilla/4.0 (compatible; ms-office; MSOffice 16) X-Forwarded-For: open.r1.rpost.net X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65eb94a1-5d7e919d7b4ebfab2e86e20c ua-cpu: AMD64 /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/aI3GbLVn6vcfVK0iehmcZtC2YLLHyLRagWd78VaNMTIw.png 192.168.20.101 192.168.20.101 16094 GET /open/images_v2/aI3GbLVn6vcfVK0iehmcZtC2YLLHyLRagWd78VaNMTIw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/aI3GbLVn6vcfVK0iehmcZtC2YLLHyLRagWd78VaNMTIw.png */* gzip, deflate AWSALBTGCORS=wEUxPpUXvu1gWPWjyjWNIHaZB2i82FOGRH3iEXNuz9uCyzj7YW1AeI++ZkvjZ7VVuALfhYOyGAKBvrO1cF/wlbZ7VOpAyqIscggaJQ/2Wor+OvzNLxKXtAKFQsaJXGPk/1Y0IWrx97/yYmuY+Nm5i0dXZteKrZKrUGT38YU9jmjL; AWSALBTG=wEUxPpUXvu1gWPWjyjWNIHaZB2i82FOGRH3iEXNuz9uCyzj7YW1AeI++ZkvjZ7VVuALfhYOyGAKBvrO1cF/wlbZ7VOpAyqIscggaJQ/2Wor+OvzNLxKXtAKFQsaJXGPk/1Y0IWrx97/yYmuY+Nm5i0dXZteKrZKrUGT38YU9jmjL; AWSALB=7RchdT4lLtP3r1eqlpN4i1P8Pvo5mqtk/CcyAm+ITSjzAduXekB7izAJ6MsxFKCbrIFEfy7811ZJturSyQd1gyvLVzrfe/xn2WN5zYtz/4KBhVxal8UA6Sz2BwV1; AWSALBCORS=7RchdT4lLtP3r1eqlpN4i1P8Pvo5mqtk/CcyAm+ITSjzAduXekB7izAJ6MsxFKCbrIFEfy7811ZJturSyQd1gyvLVzrfe/xn2WN5zYtz/4KBhVxal8UA6Sz2BwV1 open.r1.rpost.net Mozilla/4.0 (compatible; ms-office; MSOffice 16) 155.130.12.68 https 443 Root=1-65eb94a1-5d7e919d7b4ebfab2e86e20c AMD64

[IP Address: 66.249.92.166] [Time Opened: 3/8/2024 10:40:12 PM] [REMOTE_HOST: 192.168.20.101] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/1AjL4dKuaKqwcmHGbATkfHqCHucW7GZjLSco15tGMTIw.png] HTTP_ACCEPT:image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_REFERER:http://mail.google.com/ HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 HTTP_X_FORWARDED_FOR:66.249.92.166 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65eb93cc-1ecf6ef550659eae0a9300fe Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate, br Accept-Language: en-US Host: open.r1.rpost.net Referer: http://mail.google.com/ User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 X-Forwarded-For: 66.249.92.166 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65eb93cc-1ecf6ef550659eae0a9300fe /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/1AjL4dKuaKqwcmHGbATkfHqCHucW7GZjLSco15tGMTIw.png 192.168.20.101 192.168.20.101 16094 GET /open/images_v2/1AjL4dKuaKqwcmHGbATkfHqCHucW7GZjLSco15tGMTIw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/1AjL4dKuaKqwcmHGbATkfHqCHucW7GZjLSco15tGMTIw.png image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 gzip, deflate, br en-US open.r1.rpost.net http://mail.google.com/ Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Geck o) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 66.249.92.166 https 443 Root=1-65eb93cc-1ecf6ef550659eae0a9300fe

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.

3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                                                    An RPost® Technology

# EXHIBIT D

| | |
|---|---|
| **From:** | Goodell, Emily |
| **Sent:** | Friday, March 8, 2024 3:05 PM |
| **To:** | yasiragar7@gmail.com.rpost.biz; yasir@smartstartupsolutions.com.rpost.biz |
| **Cc:** | JakeFreed@dwt.com.rpost.biz |
| **Subject:** | Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **Attachments:** | Amazon Notice of Litigation_Yasir Agar.pdf |

Mr. Agar,

Please find attached a letter, case management scheduling order, civil cover sheet, civil complaint, e-filing instructions, standing order for civil cases before District Judge Trina L. Thompson, instructions for preparing case management statement, instructions on attending Zoom conferences, the original order setting case management conference and ADR deadlines, summons, and an order approving alternative service via email. Please note the indication on the summons that a response is due within 21 days (not counting today), or a judgment by default may be entered against you.

Please confirm receipt at your earliest convenience.

Sincerely,

**Emily Goodell**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8287   **E** emilygoodell@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Goodell, Emily
**Sent:** Tuesday, October 31, 2023 4:20 PM
**To:** yasiragar7@gmail.com; yasir@smartstartupsolutions.com
**Cc:** Freed, Jake <JakeFreed@dwt.com>
**Subject:** Amazon.com, Inc. Notice of Litigation and Preservation Demand (Sent Registered)

Mr. Agar,

Please find attached a letter and a copy of a complaint sent on behalf of Amazon.com, Inc. Please confirm receipt at your earliest convenience.

Sincerely,



**Emily Goodell**
**Associate** | Davis Wright Tremaine LLP

**P** 206.757.8287   **E** emilygoodell@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**

# EXHIBIT E

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Friday, March 8, 2024 5:05 PM |
| **To:** | Goodell, Emily |
| **Subject:** | Receipt: Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

[EXTERNAL]

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| jakefreed@dwt.com | Delivered to Mail Server | 250 SmtpThread-12940515-1709939135097@us-mta-373.us.mimecast.lan Received OK [Qb0YZrSiMA63wvy2AmO53Q.us373] us-smtp-inbound-2.mimecast.com (207.211.30.221) | 03/08/2024 11:05:28 PM (UTC) | 03/08/2024 11:05:28 PM | |
| yasir@smartstartupsolutions.com | Delivered to Mailbox | Delivery confirmed by recipient mail server at qtechnologies.org | 03/08/2024 11:05:27 PM (UTC) | 03/08/2024 11:05:27 PM | |
| yasiragar7@gmail.com | Delivered and Opened | HTTP-IP:66.249.93.234 | 03/08/2024 11:05:27 PM (UTC) | 03/08/2024 11:05:27 PM | 03/08/2024 11:46:51 PM |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | Goodell, Emily <EmilyGoodell@dwt.com> |
| **Subject:** | Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **To:** | <yasir@smartstartupsolutions.com> <yasiragar7@gmail.com> |
| **Cc:** | <jakefreed@dwt.com> |
| **Bcc:** | |
| **Network ID:** | <3de9368e599841ceb132ac7b9265a76e@dwt.com> |
| **Received by RMail System:** | 03/08/2024 11:05:24 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | EDEBA5A0201E02459094018684018C48CFEEC9E7 |
| **Message Size:** | 5328306 |
| **Features Used:** | R |
| **File Size:** | **File Name:** |
| 3.7 MB | Amazon Notice of Litigation_Yasir Agar.pdf |

### Delivery Audit Trail

3/8/2024 11:05:26 PM starting dwt.com/{default} 3/8/2024 11:05:26 PM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-2.mimecast.com (207.211.30.221) 3/8/2024 11:05:26 PM connected from 192.168.10.11:33462 3/8/2024 11:05:26 PM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Fri, 08 Mar 2024 18:05:26 -0500 3/8/2024 11:05:26 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 11:05:26 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 3/8/2024 11:05:26 PM >>> 250-STARTTLS 3/8/2024 11:05:26 PM >>> 250 HELP 3/8/2024 11:05:26 PM <<< STARTTLS 3/8/2024 11:05:26 PM >>> 220 Starting TLS [Qb0YZrSiMA63wvy2AmO53Q.us373] 3/8/2024 11:05:26 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 3/8/2024 11:05:26 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 3/8/2024 11:05:26 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 11:05:27 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 3/8/2024 11:05:27 PM >>> 250-AUTH PLAIN LOGIN 3/8/2024 11:05:27 PM >>> 250 HELP 3/8/2024 11:05:27 PM <<< MAIL FROM: 3/8/2024 11:05:27 PM >>> 250 Sender OK [Qb0YZrSiMA63wvy2AmO53Q.us373] 3/8/2024 11:05:27 PM <<< RCPT TO: 3/8/2024 11:05:29 PM >>> 250 Recipient OK [Qb0YZrSiMA63wvy2AmO53Q.us373] 3/8/2024 11:05:29 PM <<< DATA 3/8/2024 11:05:29 PM >>> 354 Start mail data, end with CRLF.CRLF [Qb0YZrSiMA63wvy2AmO53Q.us373] 3/8/2024 11:05:29 PM <<< . 3/8/2024 11:05:35 PM >>> 250 SmtpThread-12940515-1709939135097@us-mta-373.us.mimecast.lan Received OK [Qb0YZrSiMA63wvy2AmO53Q.us373] 3/8/2024 11:05:35 PM <<< QUIT 3/8/2024 11:05:35 PM >>> 221 Service closing transmission channel [kwgGiDG0OJuB-FLGTRvMrQ.us373] 3/8/2024 11:05:35 PM closed us-smtp-inbound-2.mimecast.com (207.211.30.221) in=641 out=5328856 3/8/2024 11:05:35 PM done dwt.com/{default}

3/8/2024 11:05:25 PM starting smartstartupsolutions.com/{default} 3/8/2024 11:05:25 PM connecting from mta21.r1.rpost.net (0.0.0.0) to smartstartupsolutions-com.mail.protection.outlook.com (104.47.55.138) 3/8/2024 11:05:26 PM connected from 192.168.10.11:56160 3/8/2024 11:05:27 PM >>> 220 BN8NAM12FT008.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Fri, 8 Mar 2024 23:05:26 +0000 3/8/2024 11:05:27 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 11:05:27 PM >>> 250-BN8NAM12FT008.mail.protection.outlook.com Hello [52.58.131.9] 3/8/2024 11:05:27 PM >>> 250-SIZE 157286400 3/8/2024 11:05:27 PM >>> 250-PIPELINING 3/8/2024 11:05:27 PM >>> 250-DSN 3/8/2024 11:05:27 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 11:05:27 PM >>> 250-STARTTLS 3/8/2024 11:05:27 PM >>> 250-8BITMIME 3/8/2024 11:05:27 PM >>> 250-BINARYMIME 3/8/2024 11:05:27 PM >>> 250-CHUNKING 3/8/2024 11:05:27 PM >>> 250 SMTPUTF8 3/8/2024 11:05:27 PM <<< STARTTLS 3/8/2024 11:05:27 PM >>> 220 2.0.0 SMTP server ready 3/8/2024 11:05:27 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 3/8/2024 11:05:27 PM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Cloud Services CA-1; verified=no 3/8/2024 11:05:27 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 11:05:27 PM >>> 250-BN8NAM12FT008.mail.protection.outlook.com Hello [52.58.131.9] 3/8/2024 11:05:27 PM >>> 250-SIZE 157286400 3/8/2024 11:05:27 PM >>> 250-PIPELINING 3/8/2024 11:05:27 PM >>> 250-DSN 3/8/2024 11:05:27 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 11:05:27 PM >>> 250-8BITMIME 3/8/2024 11:05:27 PM >>> 250-BINARYMIME 3/8/2024 11:05:27 PM >>> 250-CHUNKING 3/8/2024 11:05:27 PM >>> 250 SMTPUTF8 3/8/2024 11:05:27 PM <<< MAIL FROM: BODY=8BITMIME RET=FULL 3/8/2024 11:05:27 PM >>> 250 2.1.0 Sender OK 3/8/2024 11:05:27 PM <<< RCPT TO: NOTIFY=SUCCESS,FAILURE,DELAY 3/8/2024 11:05:27 PM >>> 250 2.1.5 Recipient OK 3/8/2024 11:05:27 PM <<< DATA 3/8/2024 11:05:27 PM >>> 354 Start mail input; end with . 3/8/2024 11:05:28 PM <<< . 3/8/2024 11:05:29 PM >>> 250 2.6.0 <9y3LXQC9tunl5FBwBQX9m6iycIeUoUaNcoVVXSwbMTlw@r1.rpost.net> [InternalId=31692563680040, Hostname=SA1PR07MB10030.namprd07.prod.outlook.com] 5338570 bytes in 1.266, 4116.842 KB/sec Queued mail for delivery 3/8/2024 11:05:29 PM <<< QUIT 3/8/2024 11:05:29 PM >>> 221 2.0.0 Service closing transmission channel 3/8/2024 11:05:29 PM closed smartstartupsolutions-com.mail.protection.outlook.com (104.47.55.138) in=903 out=5328950 3/8/2024 11:05:29 PM done smartstartupsolutions.com/{default}

3/8/2024 11:11:43 PM starting gmail.com/{default} 3/8/2024 11:11:43 PM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (173.194.76.27) 3/8/2024 11:11:45 PM connected from 192.168.10.11:51588 3/8/2024 11:11:45 PM >>> 220 mx.google.com ESMTP p16-20020a5d4590000000b0033e7634a088si243001wrq.533 - gsmtp 3/8/2024 11:11:45 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 11:11:45 PM >>> 250-mx.google.com at your service, [52.58.131.9] 3/8/2024 11:11:45 PM >>> 250-SIZE 157286400 3/8/2024 11:11:45 PM >>> 250-8BITMIME 3/8/2024 11:11:45 PM >>> 250-STARTTLS 3/8/2024 11:11:45 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 11:11:45 PM >>> 250-PIPELINING 3/8/2024 11:11:45 PM >>> 250-CHUNKING 3/8/2024 11:11:45 PM >>> 250 SMTPUTF8 3/8/2024 11:11:45 PM <<< STARTTLS 3/8/2024 11:11:45 PM >>> 220 2.0.0 Ready to start TLS 3/8/2024 11:11:45 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 3/8/2024 11:11:45 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 3/8/2024 11:11:45 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 11:11:45 PM >>> 250-mx.google.com at your service, [52.58.131.9] 3/8/2024 11:11:45 PM >>> 250-SIZE 157286400 3/8/2024 11:11:45 PM >>> 250-8BITMIME 3/8/2024 11:11:45 PM >>> 250-ENHANCEDSTATUSCODES 3/8/2024 11:11:45 PM >>> 250-PIPELINING 3/8/2024 11:11:45 PM >>> 250-CHUNKING 3/8/2024 11:11:45 PM >>> 250 SMTPUTF8 3/8/2024 11:11:45 PM <<< MAIL FROM: BODY=8BITMIME 3/8/2024 11:11:45 PM >>> 250 2.1.0 OK p16-20020a5d4590000000b0033e7634a088si243001wrq.533 - gsmtp 3/8/2024 11:11:45 PM <<< RCPT TO: 3/8/2024 11:11:45 PM >>> 250 2.1.5 OK p16-20020a5d4590000000b0033e7634a088si243001wrq.533 - gsmtp 3/8/2024 11:11:45 PM <<< DATA 3/8/2024 11:11:45 PM >>> 354 Go ahead p16-20020a5d4590000000b0033e7634a088si243001wrq.533 - gsmtp 3/8/2024 11:11:45 PM <<< . 3/8/2024 11:11:48 PM >>> 250 2.0.0 OK 1709939508 p16-20020a5d4590000000b0033e7634a088si243001wrq.533 - gsmtp 3/8/2024 11:11:48 PM <<< QUIT 3/8/2024 11:11:48 PM >>> 221 2.0.0 closing connection p16-20020a5d4590000000b0033e7634a088si243001wrq.533 - gsmtp 3/8/2024 11:11:48 PM closed gmail-smtp-in.l.google.com (173.194.76.27) in=834 out=5328896 3/8/2024 11:12:32 PM done gmail.com/{default}</yasiragar7@gmail.com></rcpteimqefw1j0bnhqhfjbqca624vjaj018npwordmcgmtiw@r1.rpost.net>

From:postmaster@qtechnologies.org:Your message has been delivered to the following recipients: yasir@smartstartupsolutions.com Subject: Amazon Notice of Litigation and Preservation Demand (Sent Registered)

[IP Address: 66.249.93.234] [Time Opened: 3/8/2024 11:46:51 PM] [REMOTE_HOST: 192.168.20.101] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/EIMqefW1J0bnhQhFjBQCa624vjAj018nPwoRDmCGMTIw.png] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:66.249.93.234 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT: 443 HTTP_X_AMZN_TRACE_ID:Root=1-65eba36b-444dde3c41ed4d592923deda Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 66.249.93.234 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65eba36b-444dde3c41ed4d592923deda /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /ope

n/images_v2/EIMqefW1J0bnhQhFjBQCa624vjAj018nPwoRDmCGMTIw.png 192.168.20.101 192.168.20.101 44594 GET /open/images_v2/EIMqefW1J0bnhQhFjBQCa624vjAj018nPwoRDmCGMTIw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/EIMqefW1J0bnhQhFjBQCa624vjAj018nPwoRDmCGMTIw.png gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 66.249.93.234 https 443 Root=1-65eba36b-444dde3c41ed4d592923deda

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                  An RPost® Technology

# EXHIBIT F

| | |
|---|---|
| **From:** | Shiraz Iqbal <shiraziqureshi@gmail.com> |
| **Sent:** | Friday, March 8, 2024 5:10 PM |
| **To:** | EmilyGoodell@dwt.com |
| **Cc:** | creativewebstudio4@gmail.com; JakeFreed@dwt.com |
| **Subject:** | Re: Amazon Notice of Litigation and Preservation Demand (Sent Registered) |

**[EXTERNAL]**

I confirm receipt of your email but i also tell that i do not have any business of these sort and i really want this to close down for myself. This is really torturing

On Sat, Mar 9, 2024 at 3:39 AM Goodell, Emily via RPost <rmail@r1.rpost.net> wrote:

Mr. Qureshi,

Please find attached a letter, case management scheduling order, civil cover sheet, civil complaint, e-filing instructions, standing order for civil cases before District Judge Trina L. Thompson, instructions for preparing case management statement, instructions on attending Zoom conferences, the original order setting case management conference and ADR deadlines, summons, and an order approving alternative service via email. Please note the indication on the summons that a response is due within 21 days (not counting today), or a judgment by default may be entered against you.

Please confirm receipt at your earliest convenience.

Sincerely,

**Emily Goodell**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8287  **E** emilygoodell@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Goodell, Emily
**Sent:** Tuesday, October 31, 2023 4:18 PM
**To:** creativewebstudio4@gmail.com; shiraziqureshi@gmail.com
**Cc:** Freed, Jake <JakeFreed@dwt.com>
**Subject:** Amazon.com, Inc. Notice of Litigation and Preservation Demand (Sent Registered)

Mr. Qureshi,

1

Please find attached a letter and a copy of a complaint sent on behalf of <u>Amazon.com</u>, Inc. Please confirm receipt at your earliest convenience.

Sincerely,



**Emily Goodell**
**Associate |** Davis Wright Tremaine LLP

**P** 206.757.8287  **E** emilygoodell@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**

# EXHIBIT G

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Friday, March 8, 2024 5:14 PM |
| **To:** | Goodell, Emily |
| **Subject:** | Delivered and Opened: RE: Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

[EXTERNAL]



The following message has been delivered and opened for reading:

| Categories | Message Details |
|---|---|
| **Message Subject:** | RE: Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **To:** | <shiraziqureshi@gmail.com> |
| **Time Sent:** | 03/08/2024 10:29:15 PM (UTC), 03/08/2024 10:29:15 PM (Local) |
| **Time Opened:** | 03/09/2024 01:08:31 AM (UTC), 03/09/2024 01:08:31 AM (Local) |
| **Tracking Number:** | 18C9B8B7EDD2FF194BF80411881377678E3F29D0 |
| **Network ID:** | <0001576e9d0f4b0aba2ad95e6df98daa@dwt.com> |
| **Client Code:** | |
| **Features Used:** | |

**Details:**

[IP Address: 74.125.208.96] [Time Opened: 3/9/2024 1:08:31 AM] [REMOTE_HOST: 192.168.10.141] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/6sFQXvYmrwXbknxaIIJNkzUr9CHpwG1yVa56gckeMTIw.png] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:74.125.208.96 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65ebb68f-1c59f9930d11abf55ac13b02 Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 74.125.208.96 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65ebb68f-1c59f9930d11abf55ac13b02 /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/6sFQXvYmrwXbknxaIIJNkzUr9CHpwG1yVa56gckeMTIw.png 192.168.10.141 192.168.10.141 35964 GET /open/images_v2/6sFQXvYmrwXbknxaIIJNkzUr9CHpwG1yVa56gckeMTIw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/6sFQXvYmrwXbknxaIIJNkzUr9CHpwG1yVa56gckeMTIw.png gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 74.125.208.96 https 443 Root=1-65ebb68f-1c59f9930d11abf55ac13b02

To authenticate this receipt, forward a copy with all attachments to 'verify@r1.rpost.net'

For more information about RMail® services, visit www.rmail.com.                    An RPost® Technology

# EXHIBIT H

| | |
|---|---|
| **From:** | Goodell, Emily |
| **Sent:** | Friday, March 8, 2024 2:35 PM |
| **To:** | mavianizam96@gmail.com |
| **Cc:** | Freed, Jake |
| **Subject:** | RE: Amazon Notice of Litigation and Preservation Demand (Sent Registered) (Sent Registered) |
| **Attachments:** | Amazon Notice of Litigation_Mavia Nizam.pdf |

Mavia Nizam,

Please find attached a letter, case management scheduling order, civil cover sheet, civil complaint, e-filing instructions, standing order for civil cases before District Judge Trina L. Thompson, instructions for preparing case management statement, instructions on attending Zoom conferences, the original order setting case management conference and ADR deadlines, summons, and an order approving alternative service via email. Please note the indication on the summons that a response is due within 21 days (not counting today), or a judgment by default may be entered against you.

Please confirm receipt at your earliest convenience.

Sincerely,

**Emily Goodell**
**Associate,** Davis Wright Tremaine LLP
**P** 206.757.8287  **E** emilygoodell@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Goodell, Emily
**Sent:** Tuesday, October 31, 2023 4:15 PM
**To:** mavianizam96@gmail.com
**Cc:** Freed, Jake <JakeFreed@dwt.com>
**Subject:** Amazon.com, Inc. Notice of Litigation and Preservation Demand (Sent Registered)

Mavia Nizam,

Please find attached a letter and a copy of a complaint sent on behalf of Amazon.com, Inc. Please confirm receipt at your earliest convenience.

Sincerely,



**Emily Goodell**
**Associate** | Davis Wright Tremaine LLP
**P** 206.757.8287  **E** emilygoodell@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**    in  🐦

# EXHIBIT I

| **From:** | Receipt <receipt@r1.rpost.net> |
|---|---|
| **Sent:** | Friday, March 8, 2024 4:35 PM |
| **To:** | Goodell, Emily |
| **Subject:** | Receipt: RE: Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

[EXTERNAL]

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or <u>click here</u>**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| jakefreed@dwt.com | Delivered to Mail Server | 250 SmtpThread-718446-1709937304391 @us-mta-552.us.mimecast.lan Received OK [Z-AFpShOPrak4FiSTxTsiw.us552] <u>us-smtp-inbound-2.mimecast.com</u> (205.139.110.141) | 03/08/2024 10:34:59 PM (UTC) | 03/08/2024 10:34:59 PM | |
| mavianizam96@gmail.com | Delivered to Mail Server | 250 2.0.0 OK 1709937595 p5-20020a05600c468500b00412eaf1eb99si260032wmo.35 - gsmtp <u>gmail-smtp-in.l.google.com</u> (64.233.167.26) | 03/08/2024 10:34:59 PM (UTC) | 03/08/2024 10:34:59 PM | |

*UTC represents Coordinated Universal Time: <u>https://www.rmail.com/resources/coordinated-universal-time/</u>

### Message Envelope

| | |
|---|---|
| **From:** | Goodell, Emily <EmilyGoodell@dwt.com> |
| **Subject:** | RE: Amazon Notice of Litigation and Preservation Demand (Sent Registered) |
| **To:** | <mavianizam96@gmail.com> |
| **Cc:** | <jakefreed@dwt.com> |
| **Bcc:** | |
| **Network ID:** | <ab4c34cefa644f5aa7477f654581989f@dwt.com> |
| **Received by RMail System:** | 03/08/2024 10:34:55 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | B3F6B997FEED1A00A8E68527AC11367068F470DE |
| **Message Size:** | 5346641 |
| **Features Used:** |  |
| **File Size:** | **File Name:** |
| 3.7 MB | Amazon Notice of Litigation_Mavia Nizam.pdf |

### Delivery Audit Trail

3/8/2024 10:34:57 PM starting dwt.com/{default} 3/8/2024 10:34:57 PM connecting from <u>mta21.r1.rpost.net</u> (<u>0.0.0.0</u>) to <u>us-smtp-inbound-2.mimecast.com</u> (<u>205.139.110.141</u>) 3/8/2024 10:34:57 PM connected from <u>192.168.10.11:50304</u> 3/8/2024 10:34:57 PM >>> 220 <u>us-smtp-inbound-1.mimecast.com</u> ESMTP; Fri, 08 Mar 2024 17:34:57 -0500 3/8/2024 10:34:57 PM <<< EHLO <u>mta21.r1.rpost.net</u> 3/8/2024 10:34:57

PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 3/8/2024 10:34:57 PM >>> 250-STARTTLS 3/8/2024 10:34:57 PM >>> 250 HELP 3/8/2024 10:34:57 PM <<< STARTTLS 3/8/2024 10:34:57 PM >>> 220 Starting TLS [Z-AFpShOPrak4FiSTxTsiw.us552] 3/8/2024 10:34:58 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 3/8/2024 10:34:58 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 3/8/2024 10:34:58 PM <<< EHLO mta21.r1.rpost.net 3/8/2024 10:34:58 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 3/8/2024 10:34:58 PM >>> 250-AUTH PLAIN LOGIN 3/8/2024 10:34:58 PM >>> 250 HELP 3/8/2024 10:34:58 PM <<< MAIL FROM: 3/8/2024 10:34:58 PM >>> 250 Sender OK [Z-AFpShOPrak4FiSTxTsiw.us552] 3/8/2024 10:34:58 PM <<< RCPT TO: 3/8/2024 10:34:58 PM >>> 250 Recipient OK [Z-AFpShOPrak4FiSTxTsiw.us552] 3/8/2024 10:34:58 PM <<< DATA 3/8/2024 10:34:58 PM >>> 354 Start mail data, end with CRLF.CRLF [Z-AFpShOPrak4FiSTxTsiw.us552] 3/8/2024 10:34:59 PM <<< . 3/8/2024 10:35:04 PM >>> 250 Smtp Thread-718446-1709937304391@us-mta-552.us.mimecast.lan Received OK [Z-AFpShOPrak4FiSTxTsiw.us552] 3/8/2024 10:35:04 PM <<< QUIT 3/8/2024 10:35:04 PM >>> 221 Service closing transmission channel [pgUNA-bPN1CwBb-xgcAzOQ.us552] 3/8/2024 10:35:04 PM closed us-smtp-inbound-2.mimecast.com (205.139.110.141) in=639 out=5347307 3/8/2024 10:35:04 PM done dwt.com/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jakefreed@dwt.com> relayed to mailer us-smtp-inbound-2.mimecast.com (205.139.110.141)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.