UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UMER WASIM, et al.,<br><br>    Defendants. | Case No. 23-cv-05580-TLT<br><br>**ORDER REQUIRING FILING OF MOTION FOR DEFAULT JUDGMENT; ORDER MAINTAINING CASE MANAGEMENT CONFERENCE**<br><br>ECF 61, 62 |

On May 20, 2024, the Clerk entered default against Defendants. Accordingly, Plaintiffs shall file their motion for default judgment and a proposed order within 90 days of this order, absent extension by the Court.

Finally, the case management conference scheduled for August 15, 2024, is hereby maintained. The case management statement and status report are due on or before August 8, 2024.

Once the Motion is filed the Court will set December 10, 2024, for hearing on the Motion for default.

IT IS SO ORDERED.

Dated: June 17, 2024

_____
TRINA L. THOMPSON
United States District Judge