Bonnie MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        bonniemacnaughton@dwt.com
              emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        jakefreed@dwt.com
              jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>UMER WASIM, *et al.*,<br>            Defendants. | Case No. 3:23-cv-05580-TLT<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE OVERLENGTH BRIEF**<br><br>Complaint filed:    October 30, 2023 |

Presently before the Court is Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc.'s Motion for Overlength Brief. Good cause appearing, the Court GRANTS the Motion, as follows: Plaintiffs Amazon.com. Inc. & Amazon Technologies, Inc.'s Motion For Default Judgment Against Defendants: (1) VTLogodesign, Inc.; (2) MK Affiliates, Inc.; (3) Ali Alam; (4) Dynamic Digital Solutions LLC; (5) Mehwash Munir; (6) One Stop Computer Services LLC; (7) Muhammad Zubair Khan; (8) Techture Inc.; (9) Muhammad Mudassar Anwar; (10) Tech Drive Pvt LLC; (11) Ashhar Rawoof; (12) Smart Startup Solutions, LLC.; (13) Muhammad

1  Usman Khan; (14) Yasir Agar; (15) Muhammad Shiraz Qureshi; and (16) Mavia Nizam, may be
2  accompanied by a memorandum of points and authorities of forty (40) pages.
3      SO ORDERED.

5  DATED: __September 10__, 2024   _____
6                                        HONORABLE TRINA L. THOMPSON
                                       United States District Judge