Bonnie MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:    bonniemacnaughton@dwt.com
          emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:    jakefreed@dwt.com
          jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UMER WASIM, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-05580-TLT<br><br>**DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM**<br><br>**Hearing Date:    December 10, 2024**<br>**Time:            2:00 pm**<br>**Location:        San Francisco**<br>**                 Courtroom 09, 19th Flr**<br><br>Complaint filed:    October 30, 2023 |

I, JOHN D. FREED, declare as follows:

1.      I am an attorney with the law firm of Davis Wright Tremaine LLP ("DWT"), which represents Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. ("Amazon") in the above-entitled action.  I make this Declaration in support of Amazon's Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b) as to Defendants: (1) VTLogodesign, Inc.; (2) MK Affiliates, Inc.; (3) Ali Alam;  (4) Dynamic Digital Solutions LLC; (5) Mehwash Munir; (6) One Stop Computer Services LLC; (7) Muhammad Zubair Khan; (8) Techture Inc.; (9) Muhammad Mudassar Anwar; (10) Tech Drive Pvt LLC; (11) Ashhar Rawoof; (12) Smart Startup Solutions, LLC.; (13) Muhammad Usman Khan; (14) Yasir Agar; (15) Muhammad Shiraz Qureshi; and (16) Mavia Nizam ("Defendants"). The following facts are personally known by me to be true and, if called and sworn as a witness, I could and would competently testify as follows.

2.      Amazon Technologies, Inc. is a subsidiary of Amazon.com Inc. and the registered owner of the eight registered trademarks related to Amazon's request for statutory damages ("Amazon Marks").

3.      On September 11, 2024, DWT downloaded the U.S. trademark registrations for the eight registered trademarks related to Amazon's request for statutory damages from the website of the United States Patent & Trademark Office, https://www.uspto.gov/: Mark Nos. 2,078,496; 4,171,965; 6,666,404; 3,411,872; 2,951,941; 3,694,267; 6,834,173; and 3,709,331. True and correct copies of these registrations are attached hereto as **Exhibit A**.

4.      Based on my review of public records related to this litigation, as of September 10, 2024, 18 of the Defaulting Defendants' 21 websites ("Websites") are no longer active.[1]

---

[1] Amazondigitalpublishing.com (Website 6), amazondigitalpublishers.com (Website 9), and amazonprofessionalpublishers.com (Website 25) are active. Aamazonkindledirectpublishing.com (Website 7); amazondigitalpublisher.com (Website 8); amazonpublishingsol.com (Website 10); amazonproinc.com (Website 11); amazonprofinc.com (Website 12); amazonkindlebookpublishing.com (Website 13); amazonkindleproinc.com (Website 14); amazonkdpublishers.com (Website 15); amazonpublishers.ca (Website 16); amazonbookhub.com.au (Website 17); amazondigitalpro.com (Website 18); amzdigitalpro.com (Website 19); amazonpublisherpro.com (Website 20); amazonpublishingzone.com (Website 21); amazonkdpublishing.com (Website 22); amazonkdppublication.com (Website 23); amazonpublishingpartner.com (Website 24); and amzkindlepublishing.com (Website 26) are no longer active.

5.      Amazon brought UDRP enforcement actions against the domain names for Websites 1-5, 7, 11, 12-15, 18, 20-21, 24, and 26 when those Websites were still active. Amazon learned the identities of the registrants of some of those websites through these enforcement actions.

6.      Amazon learned the identities of the registrants for additional Websites through third-party subpoenas to the registrars NameCheap and GoDaddy.

7.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the records of internet domain name registrar GoDaddy, which Amazon obtained through a subpoena to GoDaddy. It shows that Defendants Ali Alam and Mavia Nizam are named on the receipts for the domain name registration for Websites 19 (amzdigitalpro.com) and 23 (amazonkdppublication.com). Ex. B at 1-2.

8.      Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the records of internet domain name registrar NameCheap, which Amazon obtained through a subpoena to NameCheap.  It shows that the registrants of the domain name for Websites 10 (amazonpublishingsol.com) and 25 (amazonprofessionalpublishers.com) used the email address "subs@wedrivetech.com." Ex. C at 1-2. This is the same email address used by the registrant of Website 24. Compl. ¶ 113. As alleged in the Complaint, this email address is linked to Defendant Tech Drive. *Id*.

9.      Part II.A(3)(a)(1)-(17) of Amazon's Motion sets forth the number of Websites each Defendant should be held liable for under the Lanham Act for trademark infringement and (if applicable) cybersquatting, the number of unique infringed Amazon Marks across those Websites, and Amazon's requested statutory damages.

10.     For the Court's convenience and ease of reference given the considerable number of Defendants, Websites, and trademarks at issue, Amazon has prepared several summary charts:

      a.   Attached hereto as **Exhibit D** is a chart ("The Amazon Marks") depicting each of the 8 Amazon Marks and which of the 21 Websites at issue infringed upon those Marks according to the allegations in the Complaint, which include images or descriptions of how each Mark was infringed.

b.  Attached hereto as **Exhibit E** is a chart ("Defendant Affiliations with Infringing Websites") which shows which Defendants are responsible for which Websites, with corresponding citations to the applicable allegations in the Complaint.

c.  Attached hereto as **Exhibit F** is a chart ("Proposed Statutory Damages") which shows Amazon's requested statutory trademark and cybersquatting damages for each Defendant.

I declare under penalty of perjury under laws of the State of California that the foregoing is true and correct.  Executed this 13th day of September, 2024 in Oakland, California.

_____
/s/ *John D. Freed*
John D. Freed

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# AMAZON

**Reg. No. 2,078,496**

**Registered Jul. 15, 1997**

**Amended Sep. 19, 2017**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

AMAZON TECHNOLOGIES, INC. (NEVADA CORPORATION)
410 Terry Ave N
ATTN: Trademarks
Seattle, WA 98109

CLASS 42: computerized on line ordering service featuring the [ wholesale and ] retail distribution of books

FIRST USE 4-15-1995; IN COMMERCE 4-15-1995

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 75-008,413, FILED 10-23-1995



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.





**Reg. No. 4,171,965**

**Registered July 10, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



AMAZON TECHNOLOGIES, INC. (NEVADA CORPORATION)
TRADEMARKS
PO BOX 8102
RENO, NV 89507

FOR: COMPUTER HARDWARE AND COMPUTER PERIPHERAL DEVICES; NETWORK HARDWARE; ELECTRICAL POWER EXTENSION CORDS; CONNECTION CABLES; BATTERIES AND BATTERY CHARGERS; USB (UNIVERSAL SERIAL BUS) HARDWARE; ADAPTERS FOR ELECTRICITY; POWER SUPPLY CONNECTORS AND ADAPTORS FOR USE WITH PORTABLE ELECTRONIC DEVICES; CASES FOR MOBILE DEVICES; EARPHONES; HEADPHONES; PORTABLE ELECTRONIC DEVICES FOR RECEIVING AND READING TEXT AND IMAGES AND SOUND THROUGH WIRELESS INTERNET ACCESS AND FOR DISPLAYING ELECTRONICALLY PUBLISHED MATERIALS, NAMELY, BOOKS, JOURNALS, NEWSPAPERS, MAGAZINES, MULTIMEDIA PRESENTATIONS; SOFTWARE IN THE FIELD OF TEXT, IMAGE AND SOUND TRANSMISSION AND DISPLAY , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2007; IN COMMERCE 11-19-2007.

OWNER OF U.S. REG. NOS. 2,789,101, 2,857,590, AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTERS FOR THE WORD "AMAZON" WITH DESIGN ELEMENT OF A CURVED ARROW OR SMILE PLACED BELOW THE WORD GOING FROM THE LETTER "A" TO THE LETTER "Z".

SN 77-572,552, FILED 9-17-2008.

RAUL CORDOVA, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,666,404**

**Registered Mar. 08, 2022**

**Int. Cl.: 9, 35**

**Service Mark**

**Trademark**

**Principal Register**

Amazon Technologies, Inc.  (NEVADA CORPORATION)
Attn: Trademarks
410 Terry Ave N
Seattle, WASHINGTON 98109

CLASS 9: Downloadable computer software and recorded computer software for use in providing retail, shopping, and ordering services for general consumer goods

FIRST USE 5-7-2014; IN COMMERCE 5-7-2014

CLASS 35: Retail store services featuring general consumer goods; online retail store services featuring general consumer goods

FIRST USE 1-25-2000; IN COMMERCE 1-25-2000

The color(s) black and orange is/are claimed as a feature of the mark.

The mark consists of the word "AMAZON" in black with an orange arrow in the shape of a smile that is under the word "AMAZON" and pointing from the "a" to the "z". The color white represents transparency or background and is not part of the mark.

SER. NO. 90-651,523, FILED 04-16-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

Reg. No. 3,411,872

Registered Apr. 15, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

## AMAZON.COM

AMAZON.COM, INC. (DELAWARE CORPORA-
TION)
SUITE 1200, 1200 12TH AVE. SOUTH
SEATTLE, WA 981442734

FOR: CREDIT CARD SERVICES; AND CHARGE
CARD SERVICES, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 5-16-2000; IN COMMERCE 5-16-2000.

OWNER OF U.S. REG. NOS. 2,078,494, 2,078,496,
AND 2,167,345.

SN 75-830,396, FILED 11-11-1999.

MONIQUE MILLER, EXAMINING ATTORNEY

**Int. Cl.: 39**

**Prior U.S. Cls.: 100 and 105**

**United States Patent and Trademark Office**

Reg. No. 2,951,941

Registered May 17, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



AMAZON.COM, INC. (DELAWARE CORPORA-
TION)
SUITE 1200, 1200 12TH AVE. SOUTH
SEATTLE, WA 981442734

    FOR: PACKAGING OF ARTICLES FOR TRANS-
PORT FOR OTHERS, IN CLASS 39 (U.S. CLS. 100
AND 105).

FIRST USE 9-26-2001; IN COMMERCE 9-26-2001.

SN 75-895,249, FILED 1-12-2000.

GWEN STOKOLS, EXAMINING ATTORNEY



# United States of America

### United States Patent and Trademark Office

# KINDLE

**Reg. No. 3,694,267**
Registered Oct. 6, 2009

**Int. Cls.: 9, 38, and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

AMAZON TECHNOLOGIES, INC. (NEVADA CORPORATION)
ATTN: TRADEMARKS
PO BOX 8102
RENO, NV 89507

FOR: PORTABLE ELECTRONIC DEVICE FOR RECEIVING AND READING TEXT AND IMAGES AND SOUND THROUGH WIRELESS INTERNET ACCESS AND FOR DISPLAYING ELECTRONICALLY PUBLISHED MATERIALS, NAMELY, BOOKS, JOURNALS, NEWSPA-PERS, MAGAZINES, MULTIMEDIA PRESENTATIONS; COMPUTER HARDWARE AND SOFTWARE IN THE FIELD OF TEXT, IMAGE AND SOUND TRANSMISSION AND DISPLAY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2007; IN COMMERCE 11-19-2007.

FOR: TRANSMISSION OF TEXT, IMAGES AND SOUND THROUGH A PORTABLE ELEC-TRONIC DEVICE, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-19-2007; IN COMMERCE 11-19-2007.

FOR: PROVIDING INFORMATION IN THE FIELD OF ELECTRONIC PUBLISHING IN ALL FORMS, VIA A GLOBAL COMPUTER INFORMATION NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-19-2007; IN COMMERCE 11-19-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-874,830, FILED 5-2-2006.

HENRY S. ZAK, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office

# kindle

**Reg. No. 6,834,173**

**Registered Aug. 30, 2022**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Amazon Technologies, Inc.  (NEVADA CORPORATION)
410 Terry Avenue North
Seattle, WASHINGTON 98109

CLASS 9: E-readers, namely, electronic book readers; portable electronic device for the display of electronically published materials, namely, books, journals, newspapers, magazines, and multimedia presentations; computer software for use in delivery of text, image and sound transmission and display for e-readers

FIRST USE 12-00-2018; IN COMMERCE 12-00-2018

CLASS 42: Maintenance and updating of software relating to computer, Internet and password security; design and development of e-reader computer software; computer consulting in the field of configuration management for portable and handheld electronic devices; technical support in the nature of troubleshooting, namely, diagnosing e-reader and software problems; document data transfer from one computer format to another; electronic storage of electronic media, namely, images, text, video, and audio data

FIRST USE 12-00-2018; IN COMMERCE 12-00-2018

The mark consists of the word "KINDLE" with the design element of a curved arrow or smile extending from below the "K" to below the "E".

SER. NO. 88-155,289, FILED 10-15-2018



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**amazon**kindle

**Reg. No. 3,709,331**
Registered Nov. 10, 2009

**Int. Cl.: 41**

**SERVICE MARK**
**PRINCIPAL REGISTER**

AMAZON TECHNOLOGIES, INC. (NEVADA CORPORATION)
ATTN: TRADEMARKS
PO BOX 8102
RENO, NV 89507

FOR: PROVIDING INFORMATION IN THE FIELD OF ELECTRONIC PUBLISHING IN ALL FORMS, VIA A GLOBAL COMPUTER INFORMATION NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-19-2007; IN COMMERCE 11-19-2007.

OWNER OF U.S. REG. NOS. 2,696,140, 2,970,898, AND OTHERS.

THE MARK CONSISTS OF THE WORD "AMAZONKINDLE" WITH A SMILE OR CURVED ARROW BELOW THE WORD GOING FROM THE LETTER "A" TO THE LETTER "Z".

SN 77-332,890, FILED 11-19-2007.

EVELYN BRADLEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT B

# Legal Receipt for Shopper ID 225892335

| | |
|---|---|
| Shopper ID: | 225892335 |
| Receipt ID: | 2569754300 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 5/9/2023 5:03:31 PM |
| Source Code: | CJCDPLINK |

## Shipping Information

mavia nizam

1/22 Shah Faisal Colony karachi

karachi, sindh 75700 PK

Daytime Phone: +92.3102422108

mavianizam96@gmail.com

## Billing Information

ALI ALAM

44075 PIPELINE PLZ STE 215

ASHBURN, VA 20147 US

Daytime Phone: +1.888 810 0680

mavianizam96@gmail.com

| | |
|---|---|
| IP: | 202.47.36.97::https://cart.godaddy.com/payapi |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $22.16*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | FirstData-GD |
| AVS Code: | Y |
| Name: | Tech 2 |
| Creditcard Number: | ############3835 |
| Creditcard Information: | Visa Exp. 8/2027 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 101-1 | .COM Domain Name Registration - 1 Year (recurring)<br>Length: 1 Year(s)<br>Domain: amzdigitalpro.com<br>This is a service item. | $21.99 | $11.99 | $0.18 | 1 | $0.00 | $12.17 |
| 2 | 1329767-1 | Full Domain Protection<br>Length: 1 Year(s)<br>Domain: amzdigitalpro.com<br>This is a service item. | $9.99 | $9.99 | $0.00 | 1 | $0.00 | $9.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $22.16 | $0.00 | $0.00 | $22.16 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 225892335

| | |
|---|---|
| Shopper ID: | 225892335 |
| Receipt ID: | 2587328649 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 5/24/2023 1:13:21 PM |
| Source Code: | CJCDPLINK |

## Shipping Information

mavia nizam

1/22 Shah Faisal Colony karachi

karachi, sindh 75700 PK

Daytime Phone: +92.3102422108

mavianizam96@gmail.com

IP:                     202.47.36.97::https://cart.godaddy.com/pa
                        yapi

## Billing Information

ALI ALAM

44075 PIPELINE PLZ STE 215

ASHBURN, VA 20147 US

Daytime Phone: +1.888 810 0680

mavianizam96@gmail.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $36.51*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | FirstData-GD |
| AVS Code: | N |
| Name: | ALI ALAM |
| Creditcard Number: | ###########9472 |
| Creditcard Information: | MasterCard Exp. 4/2027 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 Year(s) Domain: amazonkdppublication.com This is a service item. | $21.99 | $11.99 | $0.18 | 1 | $0.00 | $12.17 |
| 2 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 Year(s) Domain: amazonkdppubliser.com This is a service item. | $21.99 | $11.99 | $0.18 | 1 | $0.00 | $12.17 |
| 3 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 Year(s) Domain: amazonkindlepubliser.com This is a service item. | $21.99 | $11.99 | $0.18 | 1 | $0.00 | $12.17 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $36.51 | $0.00 | $0.00 | $36.51 |

CONFIDENTIAL

# EXHIBIT C

**Whois details for amazonprofessionalpublishers.com**

**Registrant Contact**

| | | |
|---|---|---|
| First Name: Hassan | Last Name: Mahmood | Organization: animationtechsol.com |
| Street Address: 910 Nadalin Heights | Address 2: | Job Title: Information Technology |
| City: Milton | State/Province, Zip/Postal Code: ON, L9T 8R1 | Country: Canada |
| Email Address: subs@wedrivetech.com | Phone Number: +1 5197298901 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: Hassan | Last Name: Mahmood | Organization: animationtechsol.com |
| Street Address: 910 Nadalin Heights | Address 2: | Job Title: Information Technology |
| City: Milton | State/Province, Zip/Postal Code: ON, L9T 8R1 | Country: Canada |
| Email Address: subs@wedrivetech.com | Phone Number: +1 5197298901 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: Hassan | Last Name: Mahmood | Organization: animationtechsol.com |
| Street Address: 910 Nadalin Heights | Address 2: | Job Title: Information Technology |
| City: Milton | State/Province, Zip/Postal Code: ON, L9T 8R1 | Country: Canada |
| Email Address: subs@wedrivetech.com | Phone Number: +1 5197298901 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: Hassan | Last Name: Mahmood | Organization: animationtechsol.com |
| Street Address: 910 Nadalin Heights | Address 2: | Job Title: Information Technology |
| City: Milton | State/Province, Zip/Postal Code: ON, L9T 8R1 | Country: Canada |
| Email Address: subs@wedrivetech.com | Phone Number: +1 5197298901 | Fax Number: |

Exported on Apr/09/2024

namecheap

**Whois details for amazonpublishingsol.com**

**Registrant Contact**

| | | |
|---|---|---|
| First Name: khurram | Last Name: siddiqui | Organization: smartdesignsol |
| Street Address: 15500 voss road suite 241 | Address 2: | Job Title: Information Technology |
| City: sugarland | State/Province, Zip/Postal Code: TX, 77498 | Country: United States |
| Email Address: subs@wedrivetech.com | Phone Number: +1 6304801834 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: khurram | Last Name: siddiqui | Organization: smartdesignsol |
| Street Address: 15500 voss road suite 241 | Address 2: | Job Title: Information Technology |
| City: sugarland | State/Province, Zip/Postal Code: TX, 77498 | Country: United States |
| Email Address: subs@wedrivetech.com | Phone Number: +1 6304801834 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: khurram | Last Name: siddiqui | Organization: smartdesignsol |
| Street Address: 15500 voss road suite 241 | Address 2: | Job Title: Information Technology |
| City: sugarland | State/Province, Zip/Postal Code: TX, 77498 | Country: United States |
| Email Address: subs@wedrivetech.com | Phone Number: +1 6304801834 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: khurram | Last Name: siddiqui | Organization: smartdesignsol |
| Street Address: 15500 voss road suite 241 | Address 2: | Job Title: Information Technology |
| City: sugarland | State/Province, Zip/Postal Code: TX, 77498 | Country: United States |
| Email Address: subs@wedrivetech.com | Phone Number: +1 6304801834 | Fax Number: |

Exported on Apr/09/2024

# Domain List

| Domain ID | User ID | Expiration Creation Registration | CC Order ID CC Transaction ID | Locked | Expired | Auto-Renew | Marketplace | Abuse Reported | Domain Privacy | DNS Restriction | Domain Privacy Auto-Renew Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| zeniasllc.com 68069359 | techdrive01 11902440 | 5/25/2024 5:06:54 PM 5/25/2023 1:06:57 PM 5/25/2023 5:06:54 PM | c4a6e74e-c2e2-459a-b96a-1a61dec23485 ch_3N8hcJi2aKwfvOvn1dpdKJj6 | | | ✓ | | | ✓ | | ✓ |
| xn--b1abfart1kbu6f2b.com 76260562 | techdrive01 11902440 | 3/27/2025 11:37:14 PM 3/27/2024 7:37:17 PM 3/27/2024 11:37:14 PM | db0d7e73-c33e-4412-9d94-46a594f68e91 ch_3N2cs1rI2aKwfvOvn14Q3sKPR | | | ✓ | | | ✓ | | ✓ |
| websitedesignsol.co.uk 62272615 | techdrive01 11902440 | 10/4/2024 8:52:43 PM 10/4/2022 3:52:46 PM 10/4/2022 8:52:43 PM | 126696841 152590042 | | | ✓ | | | | | |
| webdesignsexpert.co.uk 67425378 | techdrive01 11902440 | 5/1/2025 9:12:28 PM 5/1/2023 4:12:31 PM 5/1/2023 9:12:28 PM | 140805632 170277283 | | | ✓ | | | | | |
| wagnerschainsaws.co 70158023 | techdrive01 11902440 | 8/10/2024 5:27:14 PM 8/10/2023 1:27:18 PM 8/10/2023 5:27:14 PM | a2d32f56-1d2d-493e-9327-68fddd8faa4a ch_3NdcdYI2aKwfvOvn1mmO0BBl | | | ✓ | | | ✓ | | ✓ |
| universalconsumerbrands.pro 70158647 | techdrive01 11902440 | 8/10/2024 5:56:37 PM 8/10/2023 1:56:39 PM 8/10/2023 5:56:39 PM | 5c6fd5cd-27bd-464e-a62c-2faee64a3089 ch_3Ndd66I2aKwfvOvn17jWd7wc | | | ✓ | | | ✓ | | ✓ |
| trademarkinnovation.com 72260640 | techdrive01 11902440 | 11/1/2024 9:37:12 PM 11/1/2023 5:37:15 PM 11/1/2023 9:37:12 PM | 0e297cbf-906d-4e8f-8c3a-01fd89f9d34b ch_3O7m65I2aKwfvOvn1TCsGsgZ | | | ✓ | | | ✓ | | ✓ |
| trademarkcanon.com 60214382 | techdrive01 11902440 | 7/14/2024 2:47:06 PM 7/14/2022 10:47:09 AM 7/14/2022 2:47:06 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| thepenguinwriter.com 67286737 | techdrive01 11902440 | 4/26/2025 8:41:59 PM 4/26/2023 4:42:04 PM 4/26/2023 8:41:59 PM | 140481343 169870771 | | | ✓ | | | ✓ | | ✓ |
| staywildcreations.co 72025643 | techdrive01 11902440 | 10/23/2024 7:43:54 PM 10/23/2023 3:43:57 PM 10/23/2023 7:43:54 PM | 8385936e-276e-404f-b709-3a417a93c783 ch_3O4U2WI2aKwfvOvn0Y5uVKvV | | | ✓ | | | ✓ | | ✓ |
| smartdesign-solutions.com 60715352 | techdrive01 11902440 | 8/2/2024 4:19:48 PM 8/2/2022 12:19:51 PM 8/2/2022 4:19:48 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| rescuerq1.com 75665357 | techdrive01 11902440 | 3/8/2025 4:53:52 PM 3/8/2024 11:53:56 AM 3/8/2024 4:53:52 PM | d7c875da-8d5d-4857-b736-1a6feab3d31a ch_3Os6gI3I2aKwfvOvn08wW4s0E | | | ✓ | | | | | |
| quickllcregistry.com 72023110 | techdrive01 11902440 | 10/23/2024 5:27:08 PM 10/23/2023 1:27:11 PM 10/23/2023 5:27:08 PM | 58c48f29-559a-4bc9-a6f1-bfa82f6f6fd2 ch_3O4Ru9I2aKwfvOvn0R6SOcA5 | | | ✓ | | | ✓ | | ✓ |
| pearsonspublishing.com 72603175 | techdrive01 11902440 | 11/15/2024 5:35:11 PM 11/15/2023 12:35:15 PM 11/15/2023 5:35:11 PM | 6790c04d-705b-4a9c-ba90-4279e13e24ea ch_3OCmzZI2aKwfvOvn0xhiR04v | | | ✓ | | | ✓ | | ✓ |
| pearsonspublishers.com 72603151 | techdrive01 11902440 | 11/15/2024 5:33:41 PM 11/15/2023 12:33:44 PM 11/15/2023 5:33:41 PM | 1f6c8993-f06f-4ae1-8f32-1512d3c508cc ch_3OCmy6I2aKwfvOvn1Q.JmydYE | | | ✓ | | | ✓ | | ✓ |
| patentlawca.com 75790168 | techdrive01 11902440 | 3/12/2025 10:15:07 PM 3/12/2024 6:15:11 PM 3/12/2024 10:15:07 PM | 67a6e4d8-e56a-4fcc-a303-878e390406fb ch_3Otdb9I2aKwfvOvn1qth0CdZ | | | ✓ | | | ✓ | | ✓ |
| osoclutch.com 69411060 | techdrive01 11902440 | 7/13/2025 3:34:08 PM 7/13/2023 5:34:12 PM 7/13/2023 9:34:08 PM | 7a16acd5-1689-4280-9d2d-7c567531 7a34 ch_3NTX9GI2aKwfvOvn1MjMhbJo | | | ✓ | | | ✓ | | ✓ |
| oshaweyeayaguna.com 71776809 | techdrive01 11902440 | 10/13/2024 8:39:56 PM 10/13/2023 4:39:59 PM 10/13/2023 8:39:56 PM | 3c545d6c-9836-4bf2-847f-4683e2b55053 ch_3O0s9FI2aKwfvOvn0J0LLNzc | | | ✓ | | | ✓ | | ✓ |
| myprojectdrive.io 60191681 | techdrive01 11902440 | 7/13/2024 7:11:27 PM 7/13/2022 3:11:31 PM 7/13/2022 7:11:27 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| logovertix.com 60719838 | techdrive01 11902440 | 8/2/2024 7:43:51 PM 8/2/2022 3:43:55 PM 8/2/2022 7:43:51 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| logo-ventures.com 76501576 | techdrive01 11902440 | 4/5/2025 7:36:50 PM 4/5/2024 3:36:54 PM 4/5/2024 7:36:50 PM | bd7f426a-488d-4875-9d80-d91501037917 ch_3P2iZAI2aKwfvOvn0ztqpZBz | | | ✓ | | | ✓ | | ✓ |
| letsgetpkld.co 70158232 | techdrive01 11902440 | 8/10/2024 5:35:32 PM 8/10/2023 1:35:35 PM 8/10/2023 5:35:32 PM | 2f047305-ac19-46c4-acc7-e126099003e ch_3Ndclgl2aKwfvOvn1pNqTjUM | | | ✓ | | | ✓ | | ✓ |
| legalip.us 70248384 | techdrive01 11902440 | 8/14/2024 9:32:15 PM 8/14/2023 5:32:18 PM 8/14/2023 9:32:15 PM | 3b3839e7-7574-49ee-8413-003092ac2d45 ch_3Nf8MzI2aKwfvOvn1kkvEQNV | | | ✓ | | | ✓ | | ✓ |
| lawofficesofnatalie.com 62979911 | techdrive01 11902440 | 11/3/2024 8:39:48 PM 11/3/2022 4:39:51 PM 11/3/2022 8:39:48 PM | 128747424 155236733 | | | ✓ | | | ✓ | | ✓ |
| justmaemae.shop 75403579 | techdrive01 11902440 | 2/28/2025 6:33:19 PM 2/28/2024 1:33:31 PM 2/28/2024 6:33:19 PM | 3f2d70f2-1bc7-4a6a-957d-353ba4c32fd7 ch_3OorwFi2aKwfvOvn18Rd3ltv | | | ✓ | | | ✓ | | ✓ |
| intellectualtmsol.com 76441947 | techdrive01 11902440 | 4/3/2025 6:57:43 PM 4/3/2024 2:57:46 PM 4/3/2024 6:57:43 PM | 9beaf785-cfcb-40b0-afbc-5873d3b32188 ch_3P1Z0AI2aKwfvOvn01xVLUw8 | | | ✓ | | | ✓ | | ✓ |
| infinitydesignsol.com 60719587 | techdrive01 11902440 | 8/2/2024 7:29:45 PM 8/2/2022 3:29:48 PM 8/2/2022 7:29:45 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| filesusptogov.com 71692044 | techdrive01 11902440 | 10/10/2024 7:04:45 PM 10/10/2022 3:04:45 PM 10/10/2023 7:04:45 PM | acd2241d-d6f1-4f9d-a83b-47620bf93387 ch_3NzIEQI2aKwfvOvn0xlUQEKX | | | ✓ | | | ✓ | | ✓ |
| duzz.info 70155015 | techdrive01 11902440 | 8/10/2024 3:58:55 PM 8/10/2023 11:38:59 AM 8/10/2023 3:58:55 PM | d91a6ecd-1196-4d88-82fc-754362884430 ch_3Ndawml2aKwfvOvn1sliiqiw | | | ✓ | | | ✓ | | ✓ |
| downtofashion.co 72435097 | techdrive01 11902440 | 11/8/2024 8:27:29 PM 11/8/2023 3:27:33 PM 11/8/2023 8:27:29 PM | 7cc5e220-59eb-4d52-a3e4-4b7c80161624 ch_3OAlLSI2aKwfvOvn1Gyz80hj | | | ✓ | | | ✓ | | ✓ |
| brandssecure.com 67889497 | techdrive01 11902440 | 5/18/2024 9:55:17 PM 5/18/2023 5:55:20 PM 5/18/2023 9:55:17 PM | 9b9355ec0-c7-478e-bb85-d99d130b8006 ch_3N9En0I2aKwfvOvn1JiquYYu | | | ✓ | | | ✓ | | ✓ |
| bookpublishhouse.com 65973821 | techdrive01 11902440 | 3/8/2025 5:39:11 PM 3/8/2023 12:39:14 PM 3/8/2023 5:39:11 PM | 137065416 165628651 | | | ✓ | | | ✓ | | ✓ |
| amazonpublishingsol.com 61207857 | techdrive01 11902440 | 8/22/2024 3:49:50 PM 8/22/2022 11:49:53 AM 8/22/2022 3:49:50 PM | 124916170 150297647 | | | ✓ | | | ✓ | | ✓ |
| amazonprofessionalpublishers.com 66459976 | techdrive01 11902440 | 3/27/2025 5:03:02 PM 3/27/2023 1:03:05 PM 3/27/2023 5:03:02 PM | 138358530 167237705 | | | ✓ | | | ✓ | | ✓ |
| 98websitedesign.com 60769783 | techdrive01 11902440 | 8/4/2024 4:05:12 PM 8/4/2022 12:05:18 PM 8/4/2022 4:05:12 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |



| Domain ID | User ID | Expiration Creation Registration | CC Order ID CC Transaction ID | Locked | Expired | Auto-Renew | Marketplace | Abuse Reported | Domain Privacy | DNS Restriction | Domain Privacy Auto-Renew Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 365bookpublishing.com 72602989 | techdrive01 11902440 | 11/15/2024 5:29:36 PM 11/15/2023 12:29:39 PM 11/15/2023 5:29:36 PM | 26f262cb-c448-4b47-ad8c-96c103c88875 ch_3OCmu5l2aKwfvOvn1AqYl8pD | | | ✓ | | | ✓ | | ✓ |

Exported on Apr/09/2024



## User Info

| Username<br>User ID<br>Account Locked | First Name<br>Last Name<br>Email | Support Pin<br>Pin Expiry | Signup Date<br>Signup IP | Account Balance<br>Available Balance<br>Earned Amount | Organization<br>Street Address<br>City, State | Phone<br>Fax<br>Country, Zip | Latest Transaction<br>Latest Login<br>Login IP |
|---|---|---|---|---|---|---|---|
| 11902440<br>No | Hassan<br>Mahmood<br>subs@wedrivetech.com | Reset | 7/13/2022 3:04:15 PM<br>194.93.58.90 | 0.0000<br>0.0000<br>0.0000 | animationtechsol.com<br>910 Nadalin Heights<br>Milton, ON | +15197298901<br>NA<br>CA, L9T 8R1 | 8/1/2022 1:27:38 PM<br>4/5/2024 3:34:07 PM<br>124.29.238.35 |

Exported on Apr/09/2024

## Transaction Review

| ID | Username / IP (Country) | CC Order ID / CC Transaction ID | Transaction Type / Payment Source | Amount | Status Score | CC-L4(exp) / Country IP / Bill | Date (PST) | Order ID | Name on Card / Email | Balance Before / Balance After |
|---|---|---|---|---|---|---|---|---|---|---|
| 170699775 | techdrive01 124.29.238.35 (N/A) | bd7f426a-488d-4875-9d80-d91501037917 ch_3P2IZAi2aKwfvOvn0ztqpZBz | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 4/5/2024 3:36:47 PM | 141140646 | Ali Aswani N/A | $0.00 $0.00 |
| 170507862 | techdrive01 103.86.55.162 (N/A) | 9beaf785-cfcb-40b0-afbc-5873d3b32188 ch_3P1Z0AI2aKwfvOvn01sVLUw8 | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 4/3/2024 2:57:38 PM | 140989073 | Ali Aswani N/A | $0.00 $0.00 |
| 170277283 | techdrive01 127.0.0.1 (N/A) | 76c17f91-bd40-469e-9395-05665d0995b5 ch_3P0gBii2aKwfvOvn1PIFM8li | PURCHASE CREDITCARD | $9.48 | APPROVE D | ...7915(3028) N/A / N/A | 4/1/2024 4:24:12 PM | 140805632 | Ali Aswani N/A | $0.00 $0.00 |
| 169931667 | techdrive01 103.86.55.162 (N/A) | db0d7e73-c33e-4412-9d94-46a594f68e91 ch_3Oz61nt2aKwfvOvn14Q3sKPR | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 3/27/2024 7:37:10 PM | 140527762 | Ali Aswani N/A | $0.00 $0.00 |
| 169870771 | techdrive01 127.0.0.1 (N/A) | 663fdb7c-9c78-47eb-8ba8-b9f9123244ec ch_3Oyrt4t2aKwfvOvn0YdYv718 | PURCHASE CREDITCARD | $16.06 | APPROVE D | ...7915(3028) N/A / N/A | 3/27/2024 4:31:28 PM | 140481343 | Ali Aswani N/A | $0.00 $0.00 |
| 168639030 | techdrive01 103.86.55.162 (N/A) | 67a6e4d8-e56a-4fcc-a303-878e390406fb ch_3Otdb9i2aKwfvOvn1qth0CdZ | PURCHASE CREDITCARD | $8.16 | APPROVE D | ...4223(2026) N/A / N/A | 3/12/2024 6:15:02 PM | 139480319 | Ali Aswani N/A | $0.00 $0.00 |
| 168278228 | techdrive01 103.86.55.162 (N/A) | d7c875da-8d5d-4857-b736-1a6feab3d31a ch_3Os6g3l2aKwfvOvn08wW4s0E | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 3/8/2024 11:53:46 PM | 139192072 | Ali Aswani N/A | $0.00 $0.00 |
| 167475945 | techdrive01 103.86.55.162 (N/A) | 3f2d70f2-1bc7-4a6a-957d-353ba4c32fd7 ch_3OorwFi2aKwfvOvn18Rd3ltv | PURCHASE CREDITCARD | $1.16 | APPROVE D | ...4223(2026) N/A / N/A | 2/28/2024 1:33:06 PM | 138550685 | Ali Aswani N/A | $0.00 $0.00 |
| 167237705 | techdrive01 127.0.0.1 (N/A) | 80674115-baba-4db0-985d-083e5c3d9f64 ch_3Onrwz4l2aKwfvOvn1JMl40Wy | PURCHASE CREDITCARD | $16.06 | APPROVE D | ...7915(3028) N/A / N/A | 2/26/2024 12:44:14 AM | 138355830 | Ali Aswani N/A | $0.00 $0.00 |
| 165628651 | techdrive01 127.0.0.1 (N/A) | 156e8258-6297-4e35-b95f-e174b628fad1 ch_3Oh4LPI2aKwfvOvn0c0uY99v | PURCHASE CREDITCARD | $16.06 | APPROVE D | ...7915(3028) N/A / N/A | 2/7/2024 1:10:50 PM | 137065416 | Ali Aswani N/A | $0.00 $0.00 |
| 158680125 | techdrive01 103.86.55.162 (N/A) | 6790c04d-705b-4a9c-ba90-4279e13e24ea ch_3OCmzZI2aKwfvOvn0hiI6mvr | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 11/15/2023 12:35:08 PM | 131518086 | Ali Aswani N/A | $0.00 $0.00 |
| 158680069 | techdrive01 103.86.55.162 (N/A) | 1f6c8993-f06f-4ae1-8f32-1512d3c508cc ch_3OCmy6I2aKwfvOvn1QJmydYE | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 11/15/2023 12:33:37 PM | 131518048 | Ali Aswani N/A | $0.00 $0.00 |
| 158679896 | techdrive01 103.86.55.162 (N/A) | 26f262cb-c448-4b47-ad8c-96c103c88875 ch_3OCmuSI2aKwfvOvn1AqYl8p0 | PURCHASE CREDITCARD | $9.48 | APPROVE D | ...4223(2026) N/A / N/A | 11/15/2023 12:29:28 PM | 131517924 | Ali Aswani N/A | $0.00 $0.00 |
| 158136121 | techdrive01 103.86.55.162 (N/A) | 7cc5e220-59eb-4d52-a3e4-4b7c80161624 ch_3OAILSI2aKwfvOvn1Gyz80hj | PURCHASE CREDITCARD | $9.48 | APPROVE D | ...4223(2026) N/A / N/A | 11/8/2023 3:27:25 PM | 131081159 | Ali Aswani N/A | $0.00 $0.00 |
| 157983673 | techdrive01 127.0.0.1 (N/A) | 1ad458e8-9013-4f2b-a23c-79bfee236efb ch_3O9iPTI2aKwfvOvn0wT8c9th | PURCHASE CREDITCARD | $16.06 | APPROVE D | ...7915(3028) N/A / N/A | 11/7/2023 1:05:11 PM | 130960259 | Ali Aswani N/A | $0.00 $0.00 |
| 157553367 | techdrive01 103.86.55.162 (N/A) | 0e297cbf-906d-4e8f-8c3a-01fd89f9d34b ch_3O7m65I2aKwfvOvn1TCsGqgZ | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 11/1/2023 5:37:09 PM | 130614573 | Ali Aswani N/A | $0.00 $0.00 |
| 156791837 | techdrive01 124.29.238.35 (N/A) | 8385936e-276e-404f-b709-3a417a93c783 ch_3O4U2WI2aKwfvOvn0Y5uVKvV | PURCHASE CREDITCARD | $9.48 | APPROVE D | ...4223(2026) N/A / N/A | 10/23/2023 3:43:51 PM | 130007533 | Ali Aswani N/A | $0.00 $0.00 |
| 156784232 | techdrive01 124.29.238.35 (N/A) | 58c48f29-559a-49c5-a6f1-bfa82f6f6fd2 ch_3O4Ru9I2aKwfvOvn0R6SOcA5 | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 10/23/2023 1:27:05 PM | 130002605 | Ali Aswani N/A | $0.00 $0.00 |
| 156026050 | techdrive01 103.86.55.162 (N/A) | 3c545d6c-9836-4bf2-847f-4683e2b55053 ch_3O0s9FI2aKwfvOvn0j0LLNzc | PURCHASE CREDITCARD | $10.46 | APPROVE D | ...4223(2026) N/A / N/A | 10/13/2023 4:39:52 PM | 129383298 | Ali Aswani N/A | $0.00 $0.00 |
| 155763332 | techdrive01 124.29.238.35 (N/A) | acd2241d-d6f1-4f9d-a83b-47620bf93387 ch_3NzIEQI2aKwfvOvn0xIUQEKX | PURCHASE CREDITCARD | $9.36 | APPROVE D | ...4223(2026) N/A / N/A | 10/10/2023 3:04:38 PM | 129172984 | Ali Aswani N/A | $0.00 $0.00 |
| 155236733 | techdrive01 127.0.0.1 (N/A) | 9a78deb7-f7dc-492f-b0af-0b2c8b1c2f02 ch_3NxPADI2aKwfvOvn1C9OtAI | PURCHASE CREDITCARD | $16.06 | APPROVE D | ...7915(3028) N/A / N/A | 10/4/2023 3:06:33 PM | 128747424 | Ali Aswani N/A | $0.00 $0.00 |
| 152590042 | techdrive01 124.29.238.35 (N/A) | 21ffe59d-0da3-4f17-a276-b6a94461785e ch_3NmgVgI2aKwfvOvn1umATzqn | PURCHASE CREDITCARD | $9.48 | APPROVE D | ...7915(3028) N/A / N/A | 9/4/2023 1:24:24 PM | 126698841 | Ali Aswani N/A | $0.00 $0.00 |
| 150926487 | techdrive01 124.29.238.35 (N/A) | 703d2d1a-51dc-458c-a2b9-944a127f518f ch_3NgAobi2aKwfvOvn1HVFicMx | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 8/17/2023 2:21:01 PM | 125427412 | Ali Aswani N/A | $0.00 $0.00 |
| 150692737 | techdrive01 124.29.238.35 (N/A) | 3b3839e7-7574-49ee-8413-003092ac2d45 ch_3Nf8Mzl2aKwfvOvn1kkvEQNV | PURCHASE CREDITCARD | $4.48 | APPROVE D | ...4223(2026) N/A / N/A | 8/14/2023 5:32:12 PM | 125233347 | Ali Aswani N/A | $0.00 $0.00 |
| 150385368 | techdrive01 124.29.238.35 (N/A) | 5c6fd5cd-27bd-464e-a62c-2faee64a3089 ch_3Ndd6I2aKwfvOvn17jWdTwc | PURCHASE CREDITCARD | $3.16 | APPROVE D | ...4223(2026) N/A / N/A | 8/10/2023 1:56:33 PM | 124987512 | Ali Aswani N/A | $0.00 $0.00 |
| 150384489 | techdrive01 124.29.238.35 (N/A) | 2f047305-ac19-46c4-acc7-e1260099003e ch_3Ndclgl2aKwfvOvn1pNqTjUM | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 8/10/2023 1:35:28 PM | 124986906 | Ali Aswani N/A | $0.00 $0.00 |
| 150384181 | techdrive01 124.29.238.35 (N/A) | a2d32f56-1d2d-493e-9327-68fddd8faa4a ch_3NdccfrI2aKwfvOvn1mmOO8Bl | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 8/10/2023 1:27:04 PM | 124986690 | Ali Aswani N/A | $0.00 $0.00 |
| 150379356 | techdrive01 124.29.238.35 (N/A) | d91a6ecd-1196-4d88-82fc-754362884430 ch_3NdawmI2aKwfvOvn1sIiiqlw | PURCHASE CREDITCARD | $4.16 | APPROVE D | ...4223(2026) N/A / N/A | 8/10/2023 11:38:48 AM | 124983246 | Ali Aswani N/A | $0.00 $0.00 |
| 150297647 | techdrive01 124.29.238.35 (N/A) | 0603147f-f494-4c02-9891-38ef72f984f9 ch_3NdGYJI2aKwfvOvn0Z884pnc | PURCHASE CREDITCARD | $14.76 | APPROVE D | ...4223(2026) N/A / N/A | 8/9/2023 1:53:03 PM | 124916170 | Ali Aswani N/A | $0.00 $0.00 |
| 150297612 | techdrive01 124.29.238.35 (N/A) | 45ecd002-46c1-4d41-8c97-723afb0d54a6 ch_3NdGYVI2aKwfvOvn1op3EDHH | PURCHASE CREDITCARD | $49.88 | APPROVE D | ...4223(2026) N/A / N/A | 8/9/2023 1:52:22 PM | 124916140 | Ali Aswani N/A | $0.00 $0.00 |
| 150297567 | techdrive01 124.29.238.35 (N/A) | 294b38df-9a07-44bd-bca4-c1e777b92813 ch_3NdGXhI2aKwfvOvn0SHR9Fmn | PURCHASE CREDITCARD | $14.76 | APPROVE D | ...4223(2026) N/A / N/A | 8/9/2023 1:51:32 PM | 124916105 | Ali Aswani N/A | $0.00 $0.00 |
| 148043780 | techdrive01 124.29.238.35 (N/A) | 7a16acd5-1689-4280-9d2d-7c567f5317a34 ch_3NTX9GI2aKwfvOvn1MjMhbJo | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 7/13/2023 5:34:05 PM | 123117886 | Ali Aswani N/A | $0.00 $0.00 |
| 147405988 | techdrive01 124.29.238.35 (N/A) | 53cd4ff4-64e2-4590-8839-f2f1676ca644 ch_3NQxfpI2aKwfvOvn0oQLgtey | PURCHASE CREDITCARD | $118.78 | APPROVE D | ...4223(2026) N/A / N/A | 7/6/2023 3:17:04 PM | 122626349 | Ali Aswani N/A | $0.00 $0.00 |
| 145352096 | techdrive01 127.0.0.1 (N/A) | | PURCHASE CREDITCARD | $44.98 | DECLINED | ...4223(2026) N/A / N/A | 6/13/2023 3:33:50 AM | 121015215 | Ali Aswani N/A | $0.00 $0.00 |
| 143809214 | techdrive01 124.29.238.35 (N/A) | c4a6e74e-c2e2-459a-b96a-1a61dec23485 ch_3NBhcjI2aKwfvOvn1dpdKJj6 | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 5/25/2023 1:06:49 PM | 119788394 | Ali Aswani N/A | $0.00 $0.00 |
| 143244808 | techdrive01 124.29.238.35 (N/A) | 9b9355e0-cce7-478e-bb85-d99d130b8006 ch_3N9En0I2aKwfvOvn1JiqutYiu | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 5/18/2023 5:55:14 PM | 119340975 | Ali Aswani N/A | $0.00 $0.00 |
| 143045497 | techdrive01 124.29.238.35 (N/A) | a2e7cb19-1829-49c2-87b1-e10d65117908 ch_3N8QR1I2aKwfvOvn18ygNBgr | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 5/16/2023 12:09:11 PM | 119187315 | Ali Aswani N/A | $0.00 $0.00 |
| 141789167 | techdrive01 124.29.238.35 (N/A) | 1694b142-afd0-40f1-96d1-026dae0b1ebc ch_3N33SAi2aKwfvOvn1FyaCRO2 | PURCHASE CREDITCARD | $6.98 | APPROVE D | ...4223(2026) N/A / N/A | 5/1/2023 4:12:24 PM | 118198970 | Ali Aswani N/A | $0.00 $0.00 |
| 141385384 | techdrive01 124.29.238.35 (N/A) | 1ee2ca38-805c-422c-8fdf-fe51ce05e155 ch_3N1FA1I2aKwfvOvn1qxaM4RZ | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 4/26/2023 4:41:56 PM | 117874064 | Ali Aswani N/A | $0.00 $0.00 |
| 138954950 | techdrive01 124.29.238.35 (N/A) | d5c9c9af-72a4-4bfb-a673-50a5bcdf2c55 ch_3MqJRcI2aKwfvOvn0UprgZZv | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...4223(2026) N/A / N/A | 3/27/2023 1:02:56 PM | 115913618 | Ali Aswani N/A | $0.00 $0.00 |
| 137384330 | techdrive01 124.29.238.35 (N/A) | 0c91ad88-f842-4306-af95-7df0608434ea ch_3MjQxOI2aKwfvOvn1JRiNKz6 | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...9213(10/2024) N/A / N/A | 3/8/2023 12:39:06 PM | 114664880 | Muhammad saaduddin haider N/A | $0.00 $0.00 |
| 128738805 | techdrive01 185.210.137.20 (N/A) | 93155d22-4724-45ad-9aaa-1baed60a5d6b ch_3M71GWI2aKwfvOvn0oNRvvLw | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...9213(10/2024) N/A / N/A | 11/22/2022 1:32:16 PM | 107776162 | Muhammad saaduddin haider N/A | $0.00 $0.00 |
| 127219126 | techdrive01 185.210.137.20 (N/A) | 91f62ef7-00fa-4648-aade-5065e40f82c8 ch_3M0AC5I2aKwfvOvn1ywCIWvd | PURCHASE CREDITCARD | $9.76 | APPROVE D | ...9213(10/2024) N/A / N/A | 11/3/2022 4:39:44 PM | 106578275 | Muhammad saaduddin haider N/A | $0.00 $0.00 |
| 124750970 | techdrive01 185.210.137.20 (N/A) | b6e2e2d8-51d5-4d6d-8d5a-a0cba11c0e01 ch_3LpHARI2aKwfvOvn1JwiNfJ4 | PURCHASE CREDITCARD | $12.97 | APPROVE D | ...9213(10/2024) N/A / N/A | 10/4/2022 3:52:38 PM | 104658634 | Muhammad saaduddin haider N/A | $0.00 $0.00 |
| 124677012 | techdrive01 185.210.137.20 (N/A) | 24eea2d0-6a89-4a1a-88aa-c7d4cd6c1b14 ch_3LovMKI2aKwfvOvn1ddfPtehC | PURCHASE CREDITCARD | $13.75 | APPROVE D | ...9213(10/2024) N/A / N/A | 10/3/2022 4:35:27 PM | 104597393 | Muhammad saaduddin haider N/A | $0.00 $0.00 |
| 124086673 | techdrive01 192.168.1.10 (N/A) | 5e4be378-fe06-4705-b8a3-98023125261d ch_3LmFu3I2aKwfvOvn1OCp8FLK | PURCHASE CREDITCARD | $14.88 | APPROVE D | ...8619(7/2027) N/A / N/A | 9/26/2022 7:55:17 AM | 104135598 | Muhammad anwar N/A | $0.00 $0.00 |

| ID | Username / IP (Country) | CC Order ID / CC Transaction ID | Transaction Type / Payment Source | Amount | Status Score | CC-L4(exp) Country IP / Bill | Date (PST) | Order ID | Name on Card / Email | Balance Before / Balance After |
|---|---|---|---|---|---|---|---|---|---|---|
| 122681310 | techdrive01 39.44.175.182 (N/A) | c142537d-843a-4fe1-a723-6952ba632374 ch_3LfqcWl2aKwfvOvn0Zp4G4ai | REFUND CREDITCARD | $12.74 | REFUNDE D | ...8619(N/A) N/A / N/A | 9/8/2022 3:42:51 AM | 103018589 | Muhammad anwar N/A | $0.00 $0.00 |
| 122681306 | techdrive01 39.44.175.182 (N/A) | c142537d-843a-4fe1-a723-6952ba632374 ch_3LfqcWl2aKwfvOvn0Zp4G4ai | PURCHASE CREDITCARD | $20.50 | APPROVE D | ...8619(7/2027) N/A / N/A | 9/8/2022 3:42:43 AM | 103018589 | Muhammad anwar N/A | $0.00 $0.00 |
| 121515279 | techdrive01 39.44.15.54 (N/A) | ce008a3c-072a-4f43-9e4a-8ca2def57597 ch_3Laf08l2aKwfvOvn03wrJsSN | PURCHASE CREDITCARD | $14.14 | DECLINED | ...0868(1/2024) N/A / N/A | 8/25/2022 8:42:26 AM | 102093295 | MIAN MAHMOOD YOUSUF N/A | $0.00 $0.00 |
| 121515151 | techdrive01 39.44.15.54 (N/A) | d765c5ac-70c5-447b-8378-8ff614e69565 ch_3LafMDl2aKwfvOvn1sXP45XH | PURCHASE CREDITCARD | $14.14 | DECLINED | ...0868(1/2024) N/A / N/A | 8/25/2022 8:40:27 AM | 102093193 | MIAN MAHMOOD YOUSUF N/A | $0.00 $0.00 |
| 121456100 | techdrive01 39.44.15.54 (N/A) | d5114fe5-2b4c-486f-8911-b43fc9b9c8b4 ch_3LaPJ7l2aKwfvOvn1cRAOXqY | PURCHASE CREDITCARD | $12.34 | DECLINED | ...0868(N/A) N/A / N/A | 8/22/2022 3:32:11 PM | 102045462 | khurram siddiqui N/A | $0.00 $0.00 |
| 121246243 | techdrive01 193.148.63.21 (N/A) | 58303b7c-5d44-47bc-bf40-d041a5f6957a ch_3LZcsol2aKwfvOvn1vvGWboD | PURCHASE CREDITCARD | $33.04 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/22/2022 11:49:49 AM | 101877492 | khurram siddiqui N/A | $0.00 $0.00 |
| 120835007 | techdrive01 193.148.63.21 (N/A) | e4c8bbfa-3de9-44c6-8d94-1c9059370181 ch_3LXpUhl2aKwfvOvn0BfNQoHw | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/17/2022 12:53:29 PM | 101553108 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834823 | techdrive01 193.148.63.21 (N/A) | 77ccf49-f988-4158-9972-99c82b59fbe0 ch_3LXpRQl2aKwfvOvn0732M9i4 | PURCHASE CREDITCARD | $12.34 | DECLINED | ...1006(8/2024) N/A / N/A | 8/17/2022 12:50:06 PM | 101552990 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834785 | techdrive01 193.148.63.21 (N/A) | 69591159-3541-4117-8ef3-fe16780aaf65 ch_3LXpQal2aKwfvOvn1N5lm4i3 | PURCHASE CREDITCARD | $12.34 | DECLINED | ...1006(8/2024) N/A / N/A | 8/17/2022 12:49:14 PM | 101552959 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834396 | techdrive01 193.148.63.21 (N/A) | a9f2e67a-cce8-4b16-a3b4-50933e8a5abf ch_3LXpkxl2aKwfvOvn1Mf0MZvE | PURCHASE CREDITCARD | $12.34 | DECLINED | ...1006(8/2024) N/A / N/A | 8/17/2022 12:41:18 PM | 101552659 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834184 | techdrive01 193.148.63.21 (N/A) | 1051a252-ee61-4821-b960-4b9ac2168464 ch_3LXpEwl2aKwfvOvn1VgW5kxN | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/17/2022 12:37:12 PM | 101552495 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834034 | techdrive01 193.148.63.21 (N/A) | 1e9dab9c-412b-4976-904c-47448c57eb46 ch_3LXpCcl2aKwfvOvn0IHIh6zX | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/17/2022 12:34:48 PM | 101552396 | khurram siddiqui N/A | $0.00 $0.00 |
| 120743746 | techdrive01 193.148.63.21 (N/A) | d122915f-8294-47a6-82d9-4f646cac4af5 ch_3LXRwyl2aKwfvOvn1FUoKCr9 | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/16/2022 11:45:07 AM | 101480840 | khurram siddiqui N/A | $0.00 $0.00 |
| 120743709 | techdrive01 193.148.63.21 (N/A) | 538c5fa7-541c-4fef-9829-3b91217ba1a ch_3LXRw8l2aKwfvOvn00cy9zWN | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/16/2022 11:44:14 AM | 101480810 | khurram siddiqui N/A | $0.00 $0.00 |
| 120743196 | techdrive01 193.148.63.21 (N/A) | 5e8224ce-e7df-4a3f-8660-3a61f5212a15 ch_3LXRmWl2aKwfvOvn0ai9UWDh | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/16/2022 11:34:19 AM | 101480463 | khurram siddiqui N/A | $0.00 $0.00 |
| 119751183 | techdrive01 194.93.58.90 (N/A) | 854afab3-11f1-4bb4-9b74-6d444fd82b35 ch_3LT6fXl2aKwfvOvn1TwV3.lM | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/4/2022 12:13:09 PM | 100702949 | khurram siddiqui N/A | $0.00 $0.00 |
| 119750952 | techdrive01 194.93.58.90 (N/A) | 8ad777f1-87ca-434b-99a2-aa485071df516 ch_3LT6bil2aKwfvOvn0uWykfcx | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/4/2022 12:09:15 PM | 100702792 | khurram siddiqui N/A | $0.00 $0.00 |
| 119750719 | techdrive01 194.93.58.90 (N/A) | d2b15c30-c569-486b-af70-0ed461a301fb ch_3LT6XmI2aKwfvOvn0ANUPtUF | PURCHASE CREDITCARD | $7.36 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/4/2022 12:05:08 PM | 100702630 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585961 | techdrive01 194.93.58.90 (N/A) | 17c5d614-b737-4280-bc3b-de021f65a6fc ch_3LSRFml2aKwfvOvn04HzZCPr | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:59:48 PM | 100573359 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585877 | techdrive01 194.93.58.90 (N/A) | 76f6914c-b1c0-4c9e-8676-3924a0a87d24 ch_3LSRD0l2aKwfvOvn1GeC1bWV | PURCHASE CREDITCARD | $7.36 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:56:57 PM | 100573292 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585748 | techdrive01 194.93.58.90 (N/A) | 1b9b7105-1d39-4c07-a710-25b00e23df3b ch_3LSR9Gl2aKwfvOvn1sI1xC2Y | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:53:03 PM | 100573202 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585441 | techdrive01 194.93.58.90 (N/A) | 9a479b76-48e3-47aa-939c-08cbbc73e0dc ch_3LSR0Il2aKwfvOvn195kREKr | PURCHASE CREDITCARD | $7.36 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:43:49 PM | 100572978 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585188 | techdrive01 194.93.58.90 (N/A) | 5d4a556a-b806-466f-8ed2-06c170cbdb08 ch_3LSQt7l2aKwfvOvn0eXzLhw9 | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:36:24 PM | 100572798 | khurram siddiqui N/A | $0.00 $0.00 |
| 119584915 | techdrive01 194.93.58.90 (N/A) | ef787dfa-fb24-47b9-81d9-0682013Sa1d0 ch_3LSQmfl2aKwfvOvn1D3Z.JXkk | PURCHASE CREDITCARD | $7.36 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:29:43 PM | 100572611 | khurram siddiqui N/A | $0.00 $0.00 |
| 119574462 | techdrive01 194.93.58.90 (N/A) | 9d5f18f8-6c04-40d8-832b-ee22ad59e0dd ch_3LSNocl2aKwfvOvn0Y7uA699 | PURCHASE CREDITCARD | $9.16 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 12:19:33 PM | 100566815 | khurram siddiqui N/A | $0.00 $0.00 |
| 119471122 | techdrive01 194.93.58.90 (N/A) | 194.93.58.90-TECHDRIVE01-NC-TRAN:119471122-1659360458.886 | PURCHASE FUNDS | $0.00 | | ...(N/A) N/A / N/A | 8/1/2022 1:27:38 AM | 100479412 | N/A N/A | $0.00 $0.00 |
| 119465519 | techdrive01 194.93.58.90 (N/A) | 194.93.58.90-TECHDRIVE01-NC-TRAN:119465519-1659354720.560 | PURCHASE FUNDS | $0.00 | | ...(N/A) N/A / N/A | 8/1/2022 11:52:00 PM | 100475253 | N/A N/A | $0.00 $0.00 |
| 117987510 | techdrive01 194.93.58.90 (N/A) | bba87b04-33a0-4afc-b2dc-c3b370851068 ch_3LLTNDl2aKwfvOvn0bpDn2pH | PURCHASE CREDITCARD | $25.88 | APPROVE D | ...9783(7/2023) N/A / N/A | 7/14/2022 10:50:41 AM | 99324964 | khurram siddiqui N/A | $0.00 $0.00 |
| 117987239 | techdrive01 194.93.58.90 (N/A) | f359c118-07e7-43f9-8308-f65fe1aea845 ch_3LLTJSl2aKwfvOvn1Bgzjx0N | PURCHASE CREDITCARD | $9.16 | APPROVE D | ...9783(7/2023) N/A / N/A | 7/14/2022 10:46:47 AM | 99324724 | khurram siddiqui N/A | $0.00 $0.00 |
| 117917635 | techdrive01 194.93.58.90 (N/A) | 13aa0ca5-6d11-4ef7-8f86-097a18013e6e ch_3LLAxtl2aKwfvOvn04XKjl7i | PURCHASE CREDITCARD | $36.98 | APPROVE D | ...9783(7/2023) N/A / N/A | 7/13/2022 3:11:15 PM | 99271016 | khurram siddiqui N/A | $0.00 $0.00 |

Exported on Apr/09/2024

# EXHIBIT D

| # | Amazon Trademark | Infringing Websites |
|---|---|---|
| 1 | Amazon | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 |
| 2 |  | 6, 8, 9, 10, 21 |
| 3 |  | 6, 7, 8, 9, 11, 12, 14, 15, 18, 19, 20, 23, 24, 25 |
| 4 | Amazon.com | |
| 5 |  | |
| 6 | Kindle | 13, 14, 18, 22, 23, 26 |
| 7 |  | |
| 8 |  | 13, 22, 26 |

# EXHIBIT E

| | Defendant Affiliations with Infringing Websites | |
|---|---|---|
| Infringing Websites[1] | Infringing Domain Name | Affiliated Defendants[2] |
| Website 6 | amazondigitalpublishing.com | MU Khan (¶ 61); VTL (¶ 61); MKA (¶ 62); Alam (¶¶ 14, 61); Munir (¶¶ 14, 61); One Stop (¶ 61); Rawoof (¶¶ 65-66) |
| Website 7 | amazonkindledirectpublishing.com | MU Khan (¶ 62); VTL (¶ 62); MKA (¶ 62); Alam (¶ 66); Munir (¶ 66); One Stop (¶ 66); Rawoof (¶ 65) |
| Website 8 | amazondigitalpublisher.com | VTL (¶ 61); Anwar (¶¶ 71, 113); Tech Drive (¶ 68, fig. 15; ¶ 70, fig. 16; ¶71; ¶ 72, fig. 17) |
| Website 9 | amazondigitalpublishers.com | VTL (¶ 68, fig. 15; ¶ 70, fig. 16; ¶ 72, fig. 17); Anwar (¶¶ 71, 113); Tech Drive (¶ 68, fig. 15; ¶ 70, fig. 16; ¶71; ¶ 72, fig. 17) |
| Website 10 | amazonpublishingsol.com | VTL (¶ ); Anwar (¶¶ 71, 113); Tech Drive (¶¶ 71, 113) |
| Website 11 | amazonproinc.com | DDS (¶ 75); Zubair Khan (¶¶ 76, 78); Techture (¶¶ 76, 78); SSS (¶ 77); Agar (¶ 81) |
| Website 12 | amazonprofinc.com | Zubair Khan (¶ 81); Techture (¶ 81); SSS (¶ 82, fig. 22); Agar (¶ 79) |
| Website 13 | amazonkindlebookpublishing.com | DDS (¶ 77); Zubair Khan (¶ 77); Techture (¶ 77); SSS (¶ 83); Agar (¶ 82) |
| Website 14 | amazonkindleproinc.com | SSS (¶ 77); Agar (¶ 85) |
| Website 15 | amazonkdpublishers.com | SSS (¶ 87); Agar (¶ 87) |
| Website 16 | amazonpublishers.ca | Zubair Khan (¶ 89); Techture Inc. (¶ 89) |

[1] Websites 1-5 were affiliated with Defendants Wasim and Teknobyl LLC, who have entered into a separate settlement with Amazon and are therefore not part of Amazon's default judgment motion and this analysis. *See* Goodell Decl. ¶¶ 4-6.
[2] Citations are to the corresponding paragraphs in the Complaint.

| Website 17 | amazonbookhub.com.au | Zubair Khan (¶ 92); Techture Inc. (¶ 17) |
|---|---|---|
| Website 18 | amazondigitalpro.com | Nizam (¶ 95) |
| Website 19 | amzdigitalpro.com | Nizam (¶¶ 97-98) |
| Website 20 | amazonpublisherpro.com | Alam (¶ 103); Nizam (¶¶ 20, 103) |
| Website 21 | amazonpublishingzone.com | Nizam (¶¶ 95, 105) |
| Website 22 | amazonkdpublishing.com | MU Khan (¶ 63); VTL (¶ 62); MKA (¶ 62); Alam (¶ 63); Munir (¶ 63); One Stop (¶ 63); Rawoof (¶¶ 63, 65-66) |
| Website 23 | amazonkdppublication.com | Nizam (¶ 105) |
| Website 24 | amazonpublishingpartner.com | Anwar (¶ 113); Tech Drive (¶ 113) |
| Website 25 | amazonprofessionalpublishers.com | Anwar (¶¶ 113, 115); Tech Drive (¶¶ 113, 115) |
| Website 26 | amzkindlepublishing.com | MU Khan (¶ 121); VTL (¶ 121); MKA (¶ 121); Alam (¶ 121); DDS (¶ 121); Munir (¶ 121); One Stop (¶ 121); Qureshi (¶ 119) |

# EXHIBIT F

| Proposed Statutory Damages Chart | | | |
|---|---|---|---|
| **Defendant** | **Trademark Infringement**<br><br>**($500,000 per Mark infringed on Website(s) used by Defendant)** | **Cybersquatting**<br><br>**($100,000 per Website domain(s) registered by Defendant)** | **Total Proposed Damages** |
| Muhammad Usman Khan | $2,500,000 (5 Marks) | N/A | $2,500,000 |
| VTLogo Design, Inc. | $2,500,000 (5 Marks) | N/A | $2,500,000 |
| MK Affiliates, Inc. | $2,500,000 (5 Marks) | N/A | $2,500,000 |
| Ali Alam | $2,500,000 (5 Marks) | $300,000 (3 domains) | $2,800,000 |
| Dynamic Digital Solutions LLC | $2,000,000 (4 Marks) | N/A | $2,000,000 |
| Mehwash Munir | $2,500,000 (5 Marks) | N/A | $2,500,000 |
| One Stop Computer Services LLC | $2,500,000 (5 Marks) | N/A | $2,500,000 |
| Muhammad Zubair Khan | $2,000,000 (4 Marks) | $200,000 (2 domains) | $2,200,000 |
| Techture Inc. | $2,000,000 (4 Marks) | N/A | $2,000,000 |
| Muhammad Mudassar Anwar | $1,500,000 (3 Marks) | N/A | $1,500,000 |
| Tech Drive PVT LLC | $1,500,000 (3 Marks) | $300,000 (2 domains) | $1,800,000 |
| Ashhar Rawoof | $2,500,000 (5 Marks) | $100,000 (1 domain) | $2,600,000 |
| Smart Startup Solutions, LLC | $2,000,000 (4 Marks) | N/A | $2,000,000 |
| Yasir Agar | $2,000,000 (4 Marks) | $400,000 (4 domains) | $2,400,000 |
| Mavia Nizam | $2,000,000 (4 Marks) | $500,000 (5 domains) | $2,500,000 |
| Muhammad Shiraz Qureshi | $1,500,000 (3 Marks) | $100,000 (1 domain) | $1,600,000 |