Bonnie MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        bonniemacnaughton@dwt.com
              emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        jakefreed@dwt.com
              jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UMER WASIM, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-05580-TLT<br><br>**DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM**<br><br>**Hearing Date:**　December 10, 2024<br>**Time:**　　　　　2:00 pm<br>**Location:**　　　San Francisco Courtroom 09, 19th Flr<br><br>Complaint filed:　October 30, 2023 |

I, EMILY GOODELL, declare as follows:

1. I am an attorney with the law firm of Davis Wright Tremaine LLP ("DWT"), which represents Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. ("Amazon") in the above-entitled action. I make this Declaration in support of Plaintiffs' Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b) as to Defendants (1) VTLogodesign, Inc.; (2) MK Affiliates, Inc.; (3) Ali Alam; (4) Dynamic Digital Solutions LLC; (5) Mehwash Munir; (6) One Stop Computer Services LLC; (7) Muhammad Zubair Khan; (8) Techture Inc.; (9) Muhammad Mudassar Anwar; (10) Tech Drive Pvt LLC; (11) Ashhar Rawoof; (12) Smart Startup Solutions, LLC.; (13) Muhammad Usman Khan; (14) Yasir Agar; (15) Muhammad Shiraz Qureshi; and (16) Mavia Nizam ("Defendants"). The following facts are personally known by me to be true and, if called and sworn as a witness, I could and would competently testify as follows.

2. Amazon filed its Complaint in this action on October 30, 2023. ECF No. 1.

3. Since October 30, 2023, all 18 Defendants have been served in this matter.

4. Defendants Umer Wasim and Teknobyl Digital LLC (the "Wasim Parties") are the only Defendants who have appeared in the case to date.

5. The Wasim Parties timely filed an Answer on March 8, 2024. ECF No. 58.

6. Amazon and the Wasim Parties have entered into settlement negotiations.

7. On November 2, 2023, I received an email from an individual at aa.alialam@gmail.com that was signed by Ali Alam, Mehwash Munir, Dynamic Digital Solutions, and One Stop Computer Services. The email confirmed notice of the lawsuit. A true and correct copy of this email is attached hereto as **Exhibit A**.

8. Mr. Alam stopped responding to my emails requesting further information after November 20, 2023. Neither he nor the undersigned Defendants to the email in Exhibit A had any further contact with me or appeared in this case, although they were aware they have been sued and the case was still active.

9. On February 21, 2024, I received a call from an individual who identified himself as Defendant Qureshi. Mr. Qureshi confirmed that he had received the copy of the Complaint I

provided by registered email on October 31, 2023 and by personal service to his residence in Pakistan.

10. On May 10, 2024, I received an email from attorney Brenda A. Prackup, indicating that she had been retained by Defendant Qureshi. A true and correct copy of my correspondence with Ms. Prackup is attached hereto as **Exhibit B**.

11. I met and conferred with Ms. Prackup by phone on May 10, 2024 and May 31, 2024. I requested that Mr. Qureshi provide certain specific information about his involvement with and knowledge of the allegations in the Complaint.

12. I have not received any communications from Ms. Prackup since our call on May 31, 2024.

13. To date, no attorney for Mr. Qureshi has appeared in the case and Mr. Qureshi has not served any responsive pleading or moved to set aside the default.

14. On November 9, 2023, I received a phone call from an individual who identified himself as Sharjeel Mehmood, and said that he was the manager of Defendant Techture, Inc. ("Techture").

15. Mr. Mehmood said that he received a copy of my email sent to Defendant Muhammad Zubair Khan, which contained a copy of the Complaint, and said that Mr. Khan was aware of the lawsuit. I did not receive further communications from Mr. Mehmood.

16. On July 8, 2024, I received an email from an attorney, Haroon Manjlai, indicating that he represented Mr. Khan and Techture.

17. I responded to Mr. Manjali's email on July 10, 2024, but have had no further communications with Mr. Manjlai or his clients since. Mr. Khan has not served a responsive pleading or appeared in the case.

I declare under penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed this 13th day of September, 2024 in Seattle, Washington.

                                        */s/ Emily Goodell*
                                        Emily Goodell (*pro hac vice*)

# EXHIBIT A

| | |
|---|---|
| **From:** | Ali Alam <aa.alialam@gmail.com> |
| **Sent:** | Thursday, November 2, 2023 9:55 AM |
| **To:** | Freed, Jake |
| **Cc:** | Goodell, Emily |
| **Subject:** | https://protect-us.mimecast.com/s/RJdkCW68o5HLABpgc6TCc9?domain=amazon.com, Inc. Notice of Litigation and Preservation Demand |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

**[EXTERNAL]**

Good afternoon,

We received this lawsuit and we have insufficient knowledge of these allegations. All I know is that I allowed one of our outsourced vendors overseas to charge their customers using our merchant accounts. They told me it was for their web development customers and I have no knowledge of what they were doing with amazon publishing. Please let me know what we should do.

Thanks.


Ali Alam
Mehwash Munir
Dynamic Digital Solutions
One Stop Computer Services

# EXHIBIT B

| | |
|---|---|
| **From:** | brenda baplawoffice.com <brenda@baplawoffice.com> |
| **Sent:** | Friday, May 10, 2024 9:33 AM |
| **To:** | MacNaughton, Bonnie; Goodell, Emily; Freed, Jake |
| **Subject:** | Amazon v. Wasim et al/USDC Case No. 3:23-CV-05580 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**[EXTERNAL]**

Dear Counsel,

I have been retained by Muhammad Shiraz Quereshi, a defendant named in the above referenced matter. I would like to set up a time to discuss this matter with you. Please let me know your availability.

Brenda A. Prackup, Attorney At Law
4470 W. Sunset Blvd #91902
Los Angeles, CA 90027
(310) 498-5640

1