| | |
|---|---|
| 1 | Bonnie MacNaughton (Bar No. 107402) |
| | Emily Goodell (admitted *pro hac vice*) |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 920 Fifth Avenue, Suite 3300 |
| 3 | Seattle, WA 98104 |
| | Telephone:  (206) 622-3150 |
| 4 | Facsimile:  (206) 757-7700 |
| | Email:  bonniemacnaughton@dwt.com |
| 5 | emilygoodell@dwt.com |
| 6 | John D. Freed (Bar No. 261518) |
| | Jean M. Fundakowski (Bar No. 328796) |
| 7 | DAVIS WRIGHT TREMAINE LLP |
| | 50 California Street, Floor 23 |
| 8 | San Francisco, CA 94111 |
| | Telephone:  (415) 276-6500 |
| 9 | Facsimile:  (415) 276-6599 |
| | Email:  jakefreed@dwt.com |
| 10 | jeanfundakowski@dwt.com |
| 11 | Attorneys for Plaintiffs AMAZON.COM, INC. |
| | and AMAZON TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation, | Case No. 3:23-cv-05580-TLT |
| Plaintiffs, | **DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM** |
| v. | |
| UMER WASIM, *et al.*, | |
| Defendants. | |
| | **Hearing Date:**  December 10, 2024 |
| | **Time:**  2:00 pm |
| | **Location:**  San Francisco Courtroom 09, 19th Flr |
| | Complaint filed:  October 30, 2023 |

I, Julia Sommerfeld, declare as follows:

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein. I have personal knowledge of the facts in this Declaration, and base this Declaration on my personal knowledge.

2. I make this Declaration in support of Plaintiffs' Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b) as to Defendants: (1) VTLogodesign, Inc.; (2) MK Affiliates, Inc.; (3) Ali Alam; (4) Dynamic Digital Solutions LLC; (5) Mehwash Munir; (6) One Stop Computer Services LLC; (7) Muhammad Zubair Khan; (8) Techture Inc.; (9) Muhammad Mudassar Anwar; (10) Tech Drive Pvt LLC; (11) Ashhar Rawoof; (12) Smart Startup Solutions, LLC.; (13) Muhammad Usman Khan; (14) Yasir Agar; (15) Muhammad Shiraz Qureshi; and (16) Mavia Nizam ("Defendants"). The following facts are personally known by me to be true and, if called and sworn as a witness, I could and would competently testify as follows.

3. I am a Publisher of Amazon Publishing US and have worked at Amazon.com, Inc. ("Amazon") in this role since July 7, 2021, and at Amazon since May 18, 2015.

4. Amazon owns Amazon Publishing ("APub"), which was founded in 2009.

5. Since its founding, APub has helped over a hundred authors (and counting) reach more than one million readers, and over a thousand authors earn more than $50,000 from their writing. APub authors have received more than 450 award nominations. APub's editors acquire fiction, nonfiction, young adult, and children's titles through 17 imprints in the US, 5 in the UK, and 5 in Germany.

6. APub negotiates terms with each author which grant APub the right to publish, market, and distribute the author's book in exchange for a flat fee payment or royalties from the book's sales.

7. Leveraging Amazon's drive for innovation and passion for books, APub merges technology and art to support its authors. APub's editorial, sales, marketing, publicity, design, production, user research, product innovation, author services, and software engineering teams innovate to help authors share their stories with a global audience and deliver a high-impact, diverse selection of titles for readers and listeners to enjoy.

8. APub advertises and operates the website at amazonpublishing.amazon.com. Attached hereto as **Exhibit A** is a true and correct screenshot of a portion of the amazonpublishing.amazon.com website captured on August 21, 2024.

9. A significant number of APub customers and authors reside in California, which is one of APub's largest sales territories in the United States.

10. Amazon did not create, provide, or authorize the certificates included in the Complaint (ECF No. 1) as Figures 7 or 13.

11. From April 1, 2015 to June 6, 2023 Mikyla Bruder was Director of Publishing at APub.

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct. Executed this 11th day of September, 2024 in Seattle, Washington.

DocuSigned by:

*Julia Sommerfeld*

Julia Sommerfeld

# EXHIBIT A





