Bonnie MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:    bonniemacnaughton@dwt.com
    emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:    jakefreed@dwt.com
    jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>UMER WASIM, *et al.*,<br><br>        Defendants. | Case No. 3:23-cv-05580-TLT<br><br>**DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM** |

| | |
|---|---|
| **Hearing Date:** | **December 10, 2024** |
| **Time:** | **2:00 pm** |
| **Location:** | **San Francisco Courtroom 09, 19th Flr** |
| Complaint filed: | October 30, 2023 |

I, MIKE MELLO, declare as follows:

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein. I have personal knowledge of the facts in this declaration, and base this declaration on my personal knowledge.

2. I make this Declaration in support of Plaintiffs' Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b) as to Defendants (1) VTLogodesign, Inc.; (2) MK Affiliates, Inc.; (3) Ali Alam;  (4) Dynamic Digital Solutions LLC; (5) Mehwash Munir; (6) One Stop Computer Services LLC; (7) Muhammad Zubair Khan; (8) Techture Inc.; (9) Muhammad Mudassar Anwar; (10) Tech Drive Pvt LLC; (11) Ashhar Rawoof; (12) Smart Startup Solutions, LLC.; (13) Muhammad Usman Khan; (14) Yasir Agar; (15) Muhammad Shiraz Qureshi; and (16) Mavia Nizam ("Defendants").  The following facts are personally known by me to be true and, if called and sworn as a witness, I could and would competently testify as follows.

3. I am a customer of Amazon.com, Inc. ("Amazon").

4. I am an investigator contracted by Davis, Wright, Tremaine LLP.

5. I am a resident of Pennsylvania.

6. On April 21, 2023, I visited the website at the URL amazonpublishingpartner.com ("Website"). Exhibit A is a true and correct image of the Website, that I viewed and preserved on that date.

7. At the time I visited the Website, it had an orange and black color theme similar to Amazon's official platform. The logo read as "Amazon Publishing Partner" and was written in an orange and black theme. These visuals appeared intended to create the impression that I was interacting with Amazon's official platform. *See* Exhibit A.

8. I navigated to the "contact us" page and submitted a message soliciting a consultation call, and provided a phone number, and the name "David Stein."

9. I received a text message from phone number +14084711793 that indicated the message was from "Alex Wilson from Amazon Publishing Partner." True and accurate screenshots of the text conversation that ensued with Alex Wilson are attached as Exhibit B hereto.

10.     On April 25, 2023, I received a call from +14084711793 and the caller said that he was "Alex Wilson from Amazon Publishing Partner." We discussed the publishing services that Amazon Publishing Partner provides, which included editing, proofreading, providing hardcover or paperback book covers and an e-book format. Mr. Wilson said that I would receive an email containing a service agreement and a payment link, and that the cost of the package for the services we discussed was $799.

11.     Later, on the same date, I  received an email from alex.wilson@amazonpublishingpartner.com that contained an attachment titled "Agreement-David Stein" ("Agreement"). The Agreement outlined the services that would be provided in the package and indicated that the price of the package was $799. Exhibit C, attached hereto, is a true and correct copy of the Agreement that I received. Exhibit D, attached hereto, is a true and correct copy of the email that I received.

12.     Shortly after, Mr. Wilson sent me a payment link in another email. Exhibit E, attached hereto, is a true and correct copy of this email.

13.     The payment link contained in the email took me to a webpage that had inputs for credit card information and a "Pay Now" button, and contained a different logo that also read "Amazon Publishing Partner" and included an orange arrow in the shape of a smile, under the word "Amazon" written in white. This logo also appeared intended to create the impression that I was making a payment to Amazon. Exhibit F, attached hereto, is a true and correct screenshot of part of the webpage that I viewed.

14.     On May 1, 2023, I replied to Mr. Wilson's email, but I received a notice that the email could not be delivered.

15.     On May 2, 2023, I received another text message from Mr. Wilson. *See* Exhibit B.

16.     On May 4, 2023, I sent a text message to Mr. Wilson, and informed him that my email to him had bounced back, and asked if his company was affiliated with Amazon. Mr. Wilson responded that the company had rebranded, and provided a new email address of alex@amazonprofessionalpublishers.com. When asked again if Mr. Wilson was an Amazon

affiliate, Mr. Wilson stated "Yes, we are a third-party authorized publishers affiliated with them".
*See* Exhibit B.

17.    I did not have any further interaction with Mr. Wilson.


I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.  Executed this 29th day of August, 2024 in Erie, Pennsylyania.

_____
MIKE MELLO

MELLO DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

# EXHIBIT A



# EXHIBIT B









9:55

+14084711793

Alright David    3:20 PM

Looking forward to working with you

😊

3:21 PM

Tuesday, May 2

Hey David, how are you doing today?

12:26 PM

Thursday, May 4

Hi Alex apologies for the delay in getting back to you

1:17 PM

Hi David

At what time today?    1:18 PM

I sent you am email that



# EXHIBIT C



**STANDARD PUBLISHING**

**David Stein**
**April 2023**

## GREETINGS FROM

# Amazon Publishing Partner

Amazon Publishing Partner writers have years of experience, extensive training, a flare for writing and marketing the book on maximum reach, and a thorough comprehension of the subject matter. We can assist you in writing books and advertising in any genre that are well-researched. You will obtain manuscripts that are exclusively designed and demanded.

At Amazon Publishing Partner, we can handle large projects relating to your book without sacrificing quality. We value and guarantee quality checks and extensive drafting to ensure the book is ready for publishing, promotion, and marketing on time while maintaining the highest standards of our industry.



**THE CONTRACT**

This Agreement is made between **David Stein** (Author), and Amazon Publishing Partner. In this Agreement, the party who is contracting to receive the services shall be referred to as "Author", and the party who will be providing the services shall be referred to as "Service Provider".

**DESCRIPTION OF SERVICES**: Amazon Publishing Partner will submit all activities as agreed upon before signing up to the Agreement.

<u>**PUBLISHING PACKAGE**</u>

The following services are included in this offer:

1. Dedicated team consisting of Specialist Editors, Book Designers, a Publisher
2. Review of the Manuscript/Poems
3. Designing the Cover
4. Layout, formatting, and typesetting as per International publishing standards
5. Finalization of the publish-ready version of the books
6. Publishing on Amazon & Kindle as an E-book, and Paperback
a) Unlimited print-on-demand setup
b) Author and book profile optimized to attract your book's relevant target audiences
7. Unlimited revisions
8. Turnaround time (as per your preference)
9. The author retains 100% Ownership Rights
10. A dedicated Project Manager

This Package will cost you **$799**

**Note:** The client will receive an online portal invitation once the payment is made. The invitation will connect the client directly to the Project manager, where he/she and the manager will be in communication throughout the process. The client may be required to upload their documents, audio, and speeches through that account, as applicable.

**SERVICE RECIPIENT**

**DAVID STEIN**

**SERVICE PROVIDER**

**AMAZON PUBLISHING PARTNER**
**PETER BROWN**
**BOARD OF DIRECTOR**

# EXHIBIT D

 Gmail

Search mail

## Standard Publication    Inbox ×

**Alex Wilson** <alex.wilson@amazonpublishingpartner.com>
to Steind96802

**Greetings David,**

Hope you're in good spirits,

As per our telephonic conversation, I have attached the Service Agreement as a PDF document showcasing Package Components.

If you have any questions, please feel free to revert back to me.

Best Regards,

**Alex Wilson**
**Senior Manager – Sales**
**(408) 471-1793**

---

**One attachment** • Scanned by Gmail


Agreement-David.

[ Received, thank you. ]   [ Thank you I have received it. ]   [ Got it. ]

Enable desktop notifications for Gmail.   OK   No thanks

# EXHIBIT E

Case 3:23-cv-05580-TLT    Document 68-6    Filed 09/13/24    Page 21 of 23

 Gmail

🔍 Search mail

## Standard Publication   Inbox ✕

**Alex Wilson** <alex.wilson@amazonpublishingpartner.com>
to Steind96802

**Greetings David,**

Hope you're in good spirits,

As per our telephonic conversation, I have attached the Service Agreement as a PDF document showcasing Package Components.

Please find the link below to make the payment:

billing.myprojectdrive.io/payment/auth/index.php?transaction=38831682447272472

If you have any questions, please feel free to revert back to me,

Best Regards,

**Alex Wilson**
**Senior Manager – Sales**
**(408) 471-1793**

One attachment • Scanned by Gmail


📕 **Agreement-David.**

| Received, thank you. | I accept the terms. | Not interested. |

Enable desktop notifications for Gmail.   OK   No thanks

# EXHIBIT F

# Payment



**CUSTOMER EMAIL**
Steind96802@gmail.com

**DETAILS**
Publishing

**TOTAL**
## USD 799

**CARD NUMBER**

**CARD HOLDER NAME**

**FIRST NAME**
John

**LAST NAME**
Doe

**EXPIRATION DATE**
Month    Year

**CVC**
123

## Billing Details

**ADDRESS**
14 Main Street

**CITY**
Pecan Springs

**STATE**
TX

**COUNTRY**
USA

**ZIP CODE**
44628

Pay Now

GUARANTEED SAFE CHECKOUT