Bonnie MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        bonniemacnaughton@dwt.com
              emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        jakefreed@dwt.com
              jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UMER WASIM, *et al.*,<br><br>                    Defendants. | Case No. 3:23-cv-05580-TLT<br><br>**DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM**<br><br>**Hearing Date:    December 10, 2024**<br>**Time:            2:00 pm**<br>**Location:        San Francisco**<br>                 **Courtroom 09, 19th Flr**<br><br>Complaint filed:    October 30, 2023 |

I, ELENA FOLKERTS, declare as follows:

1.     I am over the age of eighteen and am competent to testify as to the matters set forth herein. I have personal knowledge of the facts in this declaration, and base this declaration on my personal knowledge.

2.     I make this Declaration in support of Plaintiffs' Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b) as to Defendants (1) VTLogodesign, Inc.; (2) MK Affiliates, Inc.; (3) Ali Alam;  (4) Dynamic Digital Solutions LLC; (5) Mehwash Munir; (6) One Stop Computer Services LLC; (7) Muhammad Zubair Khan; (8) Techture Inc.; (9) Muhammad Mudassar Anwar; (10) Tech Drive Pvt LLC; (11) Ashhar Rawoof; (12) Smart Startup Solutions, LLC.; (13) Muhammad Usman Khan; (14) Yasir Agar; (15) Muhammad Shiraz Qureshi; and (16) Mavia Nizam ("Defendants").  The following facts are personally known by me to be true and, if called and sworn as a witness, I could and would competently testify as follows.

3.     I am a resident of the State of Florida.

4.     I am a customer of Amazon.com, Inc. ("Amazon"). After researching publishing services to self-publish a series of books on which I was a collaborator, I decided to publish through Amazon.

5.     On August 29, 2022, I searched on Google and typed "publishing services on Amazon" in the search bar. Amazon Digital Publishing ("ADP"), appeared as one of the results with a URL "amazondigitalpublishing.com" ("Website"). I clicked on the link and visited the Website.

6.     At the time I visited the Website, it appeared to me that I was on Amazon's official site. For example, I observed a logo on the Website that appeared to be Amazon's logo with an orange arrow at the bottom of the logo. The Website had an orange and black color scheme similar to Amazon's official site. These visuals reassured me that I was interacting with Amazon.

7.     When I arrived at the Website, a chat message appeared on my screen. I chatted with an individual, named Christine Collins, who represented to me that ADP would assist me with publishing, marketing, and distributing my books. Ms. Collins mentioned that she would schedule a call with a project manager, who would be dedicated to helping me. Ms. Collins

represented to me that ADP would provide certain publishing services for $2,000. **Exhibit A** is a true and correct copy of the transcript of the online chat between Ms. Collins and me. Following this online conversation, I registered for ADP's services and paid ADP $1,995.00 ($5 less than the quoted amount) using my Citibank credit card. **Exhibit B** is a true and correct copy of a Citibank record showing this payment.

8.      Ms. Collins coordinated a phone call between me and another ADP representative, an individual named Cheryl Cooper. On September 9, 2022, I received a phone call from Ms. Cooper, who discussed the publishing services that ADP would provide me. Ms. Cooper then sent me a follow-up email offering a package of additional publishing services for three of my books for the price of $2,925. She included instructions to make payment by wire transfer to an account titled "Vtlogodesign, Inc." ("VTL"), with an address in Fairfax, VA. Ms. Cooper's email signature block stated that her job title was "Content & Website Specialist," and included a phone number with a Los Angeles, CA area code (323). It also contained what appeared to me to be an Amazon logo, containing an orange arrow upturned in the shape of a smile. **Exhibit C** is a true and correct copy the email I received from Ms. Cooper.

9.      I was concerned by the fact that the wire transfer would be paid to an account for VTL, and not an account expressly linked to Amazon. On September 9, 2022, I emailed another ADP representative handling my project, an individual named David Brown, regarding this concern. I informed Mr. Brown that "I would like to pay kdp or some legal subset of Amazon to ensure legality." Mr. Brown responded that my "payment would be received by an independent company, this is a verified payment merchant provided by Amazon, KDP itself for the purpose of wire transfer. . . . Payments are only managed by Amazon.com itself. They have different merchants for different states, Jeff Bezos does not get the amount directly into his personal account." A true and correct copy of this email exchange is attached as **Exhibit D** hereto.

10.      Following the above-described communications, I paid $2,823.00 to ADP via wire transfer from my JPMorgan Chase Bank ("Chase") account, a $102 discount off the quoted price of $2,925.00. My payment is confirmed by an invoice dated September 9, 2022. This invoice

contained what appeared to me to be Amazon's logo, and provided an address for ADP in Santa Clara, CA. A true and correct copy of the invoice is attached as **Exhibit E** hereto.

11.    On or about October 25, 2022, an ADP representative emailed me a form that listed certain printing specifications of my books. This document again contained what appeared to me to be Amazon's logo, and listed an address in Santa Clara, CA. A true and correct copy of this document is attached as **Exhibit F** hereto.

12.    On or about October 20, 2022, an ADP representative sent me a document entitled "Letter of Acceptance," informing me that four of my books had "been accepted for the program." This document contained what I understand to be the actual logo for Amazon Kindle, and was purportedly signed by Mikyla Bruder as "Head of Publishing." I later learned that Ms. Bruder is an actual Amazon publishing executive. A true and correct copy of the "Letter of Acceptance" is attached as **Exhibit G** hereto.

13.    On or about September 19, 2022, Mr. Brown created an account for me with Amazon Kindle Direct Publishing ("KDP"), which I understand is Amazon's actual self-publishing service. A true and correct copy of email correspondence between me and ADP representatives, including Mr. Brown, is attached as **Exhibit H** hereto.

14.    I made additional payments to ADP in October 2022 using my Citibank credit card, including payments for: $1,200.00 on October 24, 2022; $160.00 on October 25, 2022; and $340.00 on October 25, 2022. **Exhibits I-K** are true and correct copies of records showing these payments to ADP.

15.    In October 2022, I began having misgivings about ADP and its ability to do the work for which I had paid it thousands of dollars. On October 6, 2022, I drafted a list of red flags I had observed in my recent dealings with ADP, and emailed it to myself. A true and correct copy of this email is attached as **Exhibit L** hereto.

16.    ADP representatives performed shoddy and unacceptable work on my books, including the introduction of new formatting and typographical errors that were not present in my drafts. ADP prepared a press release that contained quotes that had nothing to do with my books. ADP posted error-filled versions of my books on KDP and on Barnes & Noble's self-publishing

service. True and correct copies of some of my emails to ADP cataloguing the errors are attached as **Exhibits M-P** hereto.

17.     ADP was unresponsive to my complaints. On or around December 21, 2022, I wrote to Ms. Collins and Ms. Cooper and explained my disappointment with "ADP's false promises and substandard work, for which I had prepaid thousands of dollars." A true and correct copy of this email correspondence is attached as **Exhibit Q** hereto.  Receiving no response, I sent another email to Ms. Collins and Ms. Cooper on December 26, 2022 giving ADP a final opportunity "to fulfill your terms of the agreement." I informed them that I would otherwise seek legal recourse and seek recovery of the funds I had paid ADP in the preceding months. A true and correct copy of this email as attached as **Exhibit R** hereto. Nobody responded on ADP's behalf.

18.     At this point, I realized I had been duped and wanted my money back. I attempted to recover the $2,823.00 wired to ADP from my Chase account, as well as the $3,695.00 paid to ADP from my Citibank credit card. Chase was unable to refund the money because, according to Chase, there were insufficient funds in the receiving account. Citibank only credited me approximately $500. As of today, I have recovered less than 10% of the funds I paid to ADP.

19.     In total, I paid ADP $7,023.00 between August and October 2022. The merchants for each of these transactions were MK AFFILIATE INC ORLANDO FL and VTL, as shown in **Exhibits C, I-K, S-T** hereto. After some research  into MK Affiliate Inc ("MKA"), I found out that it was registered under the name of Muhammad Usman Khan, an individual with a mailing address in Fairfax, VA. This Fairfax address was the same address listed in the invoice ADP sent me as part of its wire instructions on September 9, 2022. **Exhibit U** hereto is a true and correct copy of the corporate records I obtained for MKA from the website of the Florida Division of Corporations, sunbiz.org.

20.     In early 2023, I filed a lawsuit in Florida small claims court against MKA I retained a process service, which attempted to serve MKA at its publicly-listed addresses in Fairfax, VA and Orlando, FL, as well as at the Santa Clara, CA address listed on the Website. None of the service attempts were successful, and the process server informed me that the Santa

Clara, CA address does not even exist. Attached as **Exhibits V-W** hereto are true and correct copies of the process service records for my case against MKA.

21.    I subsequently reported this incident to Amazon, and have provided Amazon with the facts and documents surrounding the incident.

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.  Executed this 30ᵗʰ day of August, 2024 in Key Biscayne Florida.

_____
ELENA FOLKERTS

FOLKERTS DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

# EXHIBIT A

# Chat Transcript with Elena Folkerts.

**Chat started on 29 Aug 2022, 03:40 PM (GMT+0)**

**(03:40:50)**    *** *Christine Collins joined the chat* ***
**(03:40:50)**    *** *Visitor 96885617 joined the chat* ***
**(03:40:56)**    **Christine Collins**
Hello
How are you?
**(03:40:59)**    **Christine Collins**
Are you looking for Ghostwriting, Proofreading, Editing, Formatting, Publishing, or Marketing?
**(03:41:11)**    **Visitor 96885617**
How do I start getting the book ready for publishing? I've got the completed files
**(03:41:23)**    **Visitor 96885617**
I need to publish and to market, not sure in which sequence
**(03:41:25)**    **Christine Collins**
Sure I will be happy to help
**(03:41:41)**    **Christine Collins**
I have a few questions about the book if that's okay?
**(03:41:45)**    **Visitor 96885617**
sure
**(03:41:52)**    **Christine Collins**
What is the genre please?
**(03:41:59)**    **Visitor 96885617**
children's picture book
**(03:42:08)**    **Visitor 96885617**
32 pages + cover
**(03:42:15)**    **Visitor 96885617**
8-1/2 x 8-1/2
**(03:42:21)**    **Christine Collins**
Okay great
**(03:42:25)**    **Christine Collins**
You have the cover ready?
**(03:42:31)**    **Visitor 96885617**
yes
**(03:42:58)**    **Christine Collins**
Do you think the book would require any professional editing or proofreading done?

**(03:43:04)**    **Visitor 96885617**
no
**(03:43:16)**    **Christine Collins**
Okay Wonderful
**(03:43:25)**    **Christine Collins**
May I know who am I chatting with please?
**(03:43:35)**    **Visitor 96885617**
Elena Folkerts. I have the full copyright.
**(03:43:51)**    **Christine Collins**
Thats great Elena
**(03:43:58)**    **Christine Collins**
Let me guide you through the process
**(03:44:13)**    **Christine Collins**
Our process is designed to eliminate all the hard work done from
your end and instead, we do it for you.
**(03:44:20)**    **Christine Collins**
Once you are on board with us, our onboarding team will give you a
call to discuss projection and understand the context to be delivered.
As per your niche and targeted audience our SEO team will do an
analysis and research to pull effective keywords
**(03:44:28)**    **Christine Collins**
Those keywords will be emphasized in publishing forms for strong
organic results, as we have to make sure a good funneling for the
future if you seek to promote your book.
**(03:44:36)**    **Christine Collins**
We will get the manuscript from your end and begin with the editing,
Proofreading, formatting and Layout
**(03:44:41)**    **Christine Collins**
In your case
**(03:44:56)**    **Christine Collins**
it will just be the formatting and layout as per international
publishing standards
**(03:45:12)**    **Christine Collins**
After the formatting, we will publish your book on various online
platforms like Amazon, Barnes & Noble, Kobo, Google Books and
etc.
**(03:45:15)**    **Elena Folkerts.**
I have had a professional and experienced book designer get it
ready...
**(03:45:40)**    **Christine Collins**
Each platform has their own publishing format requirements

| | |
|---|---|
| **(03:45:49)** | **Christine Collins** |
| | as per your desired trim size |
| **(03:46:02)** | **Christine Collins** |
| | So our in house team can take care of that for you - It's no problem |
| **(03:46:05)** | **Christine Collins** |
| | Please note that we do not take any cut, royalties, or ownership of your book, you're entitled to 100% profit from start to finish. |
| **(03:47:21)** | **Elena Folkerts.** |
| | So... Exactly what do I do now? I would like to kickstart this. I'm in charge, with the caveat that my book designer has the huge PSD files which it's difficult for me to handle. I make the decisions. I have a compressed pdf file simply to look at. |
| **(03:47:57)** | **Christine Collins** |
| | Great then kindly confirm your phone number and email address? |
| **(03:48:28)** | **Elena Folkerts.** |
| | +1-786-543-9183 efolkerts@aol.com |
| **(03:48:35)** | **Christine Collins** |
| | Thank you Elena |
| **(03:48:42)** | **Christine Collins** |
| | Let me get you the package and a quote for it |
| **(03:48:54)** | **Elena Folkerts.** |
| | A few : |
| **(03:49:36)** | **Christine Collins** |
| | Sure please go ahead |
| **(03:49:47)** | **Elena Folkerts.** |
| | A few questions about what may or may not be special about this book. It's about Ukraine, and I would like in some way for the reader to know that profits will go to Ukraine charity or reconstruction. I'd also like to reach global readers. |
| **(03:51:01)** | **Christine Collins** |
| | Okay Got it - We can certainly make sure that your readers are aware of it as we will be writing the descriptions for each platform |
| **(03:51:25)** | **Christine Collins** |
| | also, The 5 book publishing platforms where we are publishing your book is the best way to reach global audience |
| **(03:52:00)** | **Elena Folkerts.** |
| | Another thing is that I've asked the First Lady of Ukraine to write an endorsement on the back. This is currently being handled by the US Embassy. I don't want to delay publication, but I would like to be able to add her endorsement to the back cover if and when it arrives. |
| **(03:52:14)** | **Christine Collins** |
| | That can be done |

**(03:52:41)**    **Christine Collins**
and WOW! that is impressive Elena!

**(03:52:54)**    **Elena Folkerts.**
So now I just wait to hear from Amazon kdp?

**(03:53:06)**    **Christine Collins**
Let me share the package

**(03:53:11)**    **Christine Collins**
Our book publishing package includes:

• Publishing on the top 5 Bestselling Book Platforms; Amazon,
Kindle, Barnes & Noble, iBooks and Google Books.
• Formatting and Typesetting.
• With 100% Ownership Rights - No mention of our Company or
any Credits given to our Writers anywhere Whatsoever

We will publish 3 versions of the book:

• Downloadable E-Book ( So the Book will be converted to an
eBook as well)
• Print Ready Downloadable PDF
• Hard Copy

Value Added Service

- Dedicated Account Manager
- 24/7 access to online portal
- Unlimited Revisions
- 100% customer satisfaction / 100% money back guarantee
- Versions of the book E-Book, Print Ready and Hard Copy format

**(03:54:20)**    **Christine Collins**
The above mentioned publishing package will cost you a one time
fee of $1250 - No hidden charges and no royalties charged - You
will remain the sole owner of the book. We will never use, sell or
claim any part of the book as our own

**(03:55:33)**    **Christine Collins**
I can help you sign up and get a call scheduled with your project
manager who will call you to collect the manuscript

**(03:55:42)**    **Christine Collins**
so we can get started with the publishing process right away

**(03:55:56)**    **Christine Collins**
The turn around time will be around 2-4 weeks - is that okay?

**(03:56:28)**      **Elena Folkerts.**
                    Yes, that works
**(03:56:41)**      **Christine Collins**
                    Wonderful. Let me get you the registration link
**(03:56:49)**      **Elena Folkerts.**
                    I presume there are additional costs if demand is great?
**(03:57:07)**      **Christine Collins**
                    and in the meanwhile please confirm the best time for you to get
                    over the call with your project manager?
**(03:57:19)**      **Christine Collins**
                    No there aren't any additional costs for publishing the book
**(03:57:47)**      **Elena Folkerts.**
                    So I don't dish out additional $$, regardless of whether 5 hard copies
                    must be printed or 50,000?
**(03:58:13)**      **Christine Collins**
                    However, Amazon, Barnes and Noble and all the other platforms
                    will charge you a 20% of the cost of the book as a service fee for
                    printing and shipping the book to your buyers
**(03:58:21)**      **Christine Collins**
                    so lets say youre selling the book for $20
**(03:58:37)**      **Christine Collins**
                    Amazon will keep like $4 and you will get the rest of the $16
**(03:59:15)**      **Christine Collins**
                    That's the thing, there will be no need for you to keep a stack of
                    printed copies
**(03:59:29)**      **Elena Folkerts.**
                    I see. So no net out-of-pocket expense for me, just lower net profit?
**(03:59:31)**      **Christine Collins**
                    Whenever there is an order, amazon will print the copy and ship it to
                    the buyer themselves
**(03:59:38)**      **Christine Collins**
                    Exactly
**(04:00:12)**      **Elena Folkerts.**
                    Sounds good. Who in your company (marketing?) can advise
                    whether it's better to wait for the endorsement or proceed? The book
                    is time-sensitive.
**(04:00:52)**      **Elena Folkerts.**
                    Who drafts the press release? You or I?
**(04:00:53)**      **Christine Collins**
                    You can publish the book and get started with talking about it on
                    social media

| | |
|---|---|
| **(04:01:38)** | **Elena Folkerts.** |
| | Press release? |
| **(04:01:46)** | **Christine Collins** |
| | We can do that for you - however PR is not included in the package I shared |
| **(04:02:00)** | **Elena Folkerts.** |
| | Can you tell me a bit about the PR option |
| **(04:02:12)** | **Christine Collins** |
| | We can also publish the press release on several high DA websites |
| **(04:02:23)** | **Elena Folkerts.** |
| | What is DA? |
| **(04:02:35)** | **Christine Collins** |
| | High Domain Authority |
| **(04:03:05)** | **Christine Collins** |
| | Which means the PR will reach the right audience depending on the genre that you're publishing the book in |
| **(04:03:35)** | **Christine Collins** |
| | For example USA today |
| **(04:03:55)** | **Elena Folkerts.** |
| | I would like that option if it is affordable. Any chance that Amazon would donate the services in the interest of Ukraine? We have had a marvelous response for in-kind contributions. |
| **(04:04:33)** | **Christine Collins** |
| | Yahoo News is also a great platform |
| **(04:04:36)** | **Christine Collins** |
| | and we can get your PR on it |
| **(04:05:22)** | **Christine Collins** |
| | Sure Writing a Press release and getting it published on 5 High DA websites will cost you a one time fee $3200 |
| **(04:06:20)** | **Elena Folkerts.** |
| | I don't have that. Is there a channel to ask Amazon formally whether they would like to take credit for doing this for Ukraine? |
| **(04:07:09)** | **Christine Collins** |
| | Unfortunately that wouldn't be an option however, if you can share your budget with me, I will be happy to see what is the best that can be done |
| **(04:07:29)** | **Elena Folkerts.** |
| | $1500 |
| **(04:08:00)** | **Christine Collins** |
| | We can write the press release and publish it on 3 platforms for $1500 |

**(04:08:13)**    **Elena Folkerts.**
Are you sure it's not an option? EVERYONE in the US and UK are keen to contribute. This is a children's picture book, as the decision makers will see, that explain why Ukrainians love their homeland.

**(04:09:17)**    **Christine Collins**
The best I can do is send an email to the decision makers on this however I am sure you understand that we receive 100s of requests for donations to Ukraine everyday. I wouldn't ask you to rely on it

**(04:10:19)**    **Elena Folkerts.**
Yes, I understand, but would appreciate your trying - it's good-faith due diligence. Would they like to see the easy-to-open pdf?

**(04:10:36)**    **Christine Collins**
Once we have you on board and your manuscript is with us, I will be able to send an email over along with your contact details and they will be in touch with you directly

**(04:10:38)**    **Elena Folkerts.**
Also I'm not clear what's the difference between the package for $1250 and 1500?

**(04:10:50)**    **Christine Collins**
Let me explain

**(04:11:14)**    **Christine Collins**
$1250 will get you the following

**(04:11:15)**    **Christine Collins**
• Publishing on the top 5 Bestselling Book Platforms; Amazon, Kindle, Barnes & Noble, iBooks and Google Books.
• Formatting and Typesetting.
• With 100% Ownership Rights - No mention of our Company or any Credits given to our Writers anywhere Whatsoever

We will publish 3 versions of the book:

• Downloadable E-Book ( So the Book will be converted to an eBook as well)
• Print Ready Downloadable PDF
• Hard Copy

Value Added Service

- Dedicated Account Manager
- 24/7 access to online portal
- Unlimited Revisions

|  |  |
|---|---|
|  | - 100% customer satisfaction / 100% money back guarantee |
|  | - Versions of the book E-Book, Print Ready and Hard Copy format |
| **(04:12:29)** | **Christine Collins** |
|  | $1500 is for writing an enticing Press release and publishing on 3 high domain authority websites |
| **(04:13:36)** | **Christine Collins** |
|  | Let me give you a deal here |
| **(04:13:47)** | **Elena Folkerts.** |
|  | Sorry, I'm a novice with these terms. Is it $1250 OR 1500; or $1250+1500= 2750? And the 5 platforms vs the 3 high DA, is there overlap? |
| **(04:14:25)** | **Christine Collins** |
|  | It's $1250+$1500 - 5 platforms are for publishing your book |
| **(04:14:37)** | **Christine Collins** |
|  | Amazon, Kindle, Barnes and Noble, google Books and iBooks |
| **(04:14:49)** | **Christine Collins** |
|  | the book will be available for purchase globally thru these platforms |
| **(04:15:25)** | **Christine Collins** |
|  | The 3 High DA websites is for PR submission - Where we will submit and publish your PR for greater exposure to the right audience |
| **(04:16:21)** | **Christine Collins** |
|  | So if we procced with both of these - I will be happy to get it done for you for a one time fee of $2500 instead of $2750 |
| **(04:16:24)** | **Christine Collins** |
|  | No hidden charges |
| **(04:16:30)** | **Christine Collins** |
|  | You will own the book and the PR |
| **(04:16:54)** | **Christine Collins** |
|  | and once the book is published, we will share the credentials with you so you can change the passwords and enjoy 100% ownership |
| **(04:17:04)** | **Elena Folkerts.** |
|  | If you can go down to $2000, I'll grab it. |
| **(04:17:05)** | **Christine Collins** |
|  | You will also be able to track the sales you made and the royalties you earn |
| **(04:17:40)** | **Elena Folkerts.** |
|  | There will be delays for raising additional funds or having a novice like me try to do the PR. |
| **(04:18:03)** | **Christine Collins** |
|  | That's sort of not impossible as the websites where we will publish the PR charge $500-$800 per PR submission |

**(04:18:59)**     **Christine Collins**
But we can do 2 platforms for PR submission and 4 platforms for book publishing for $2000

**(04:19:16)**     **Elena Folkerts.**
What would you do in my shoes?

**(04:19:23)**     **Christine Collins**
Everything.

**(04:19:28)**     **Christine Collins**
All you need to do from your end

**(04:19:44)**     **Christine Collins**
is share the manuscript with us and give us the feedback on the Press release that we will write for you

**(04:19:53)**     **Elena Folkerts.**
Everything means delay, as I try to raise the missing funds. Delay in a time-sensitive theme isn't good

**(04:20:11)**     **Christine Collins**
Once you approve the formatting of the book, we will create the author accounts and get the book published

**(04:20:27)**     **Christine Collins**
It's not going to be one person working on your project - we will assign a whole team

**(04:20:47)**     **Christine Collins**
So you don't have to worry about the project being time sensitive

**(04:20:58)**     **Christine Collins**
What is the timeline we are looking at?

**(04:22:38)**     **Christine Collins**
the standard is 2-4 weeks

**(04:22:46)**     **Christine Collins**
How does that work for you?

**(04:24:06)**     **Christine Collins**
Elena?

**(04:24:58)**     **Elena Folkerts.**
hold a minute pls

**(04:25:03)**     **Christine Collins**
Sure

**(04:27:38)**     **Elena Folkerts.**
Ok, let's go for "everything". Please confirm in one text here what that does cover, and what it does not (but might have).

**(04:27:57)**     **Christine Collins**
Okay

**(04:30:41)**     **Christine Collins**
We will format the book as per international publishing standards

and publishing it on Amazon, Kindle, Barnes and Noble and Kobo. We will be writing the book description and an author's bio for each of these platforms.

We will be writing an enticing and creative Press release that conveys the message and markets your book to your target market and will publish the press release on 2 high DA websites like USA today and Yahoo News. It will cost you a one time fee of $2000.

**(04:30:59)**    **Christine Collins**
No hidden charges and No royalties charged

**(04:31:45)**    **Christine Collins**
Let me share the registration link with you so you can sign up and I will schedule a call with your project manager as per your convenience

**(04:31:55)**    **Christine Collins**
https://bit.ly/3RdRY4s

**(04:32:14)**    **Christine Collins**
Please click on the link and complete the registration so I can get you the registration ID

**(04:33:12)**    **Elena Folkerts.**
just opened it. I thought "everything" meant 5 publishing platforms, not 4.

**(04:34:35)**    **Christine Collins**
We do not want to compromise on the PR platforms but $2k wouldn't cover 5 book publishing platforms along with the PR

**(04:35:12)**    **Elena Folkerts.**
When you wrote "everything", I thought you were saying that in my shoes you would opt for all 5 platforms and pay the difference. Correct?

**(04:35:37)**    **Elena Folkerts.**
Is one of those 5 platforms marginal for a children's picture book with a political theme?

**(04:35:48)**    **Christine Collins**
Yes we will take care of the publishing and the PR submission but I clearly mentioned that it will be 4 book publishing platforms

**(04:36:21)**    **Christine Collins**
Okay tell you what - since this is the first time we are working together and honestly I want to help any way I can

**(04:36:28)**    **Christine Collins**
as your book has a great cause

**(04:36:36)**    **Elena Folkerts.**
it does!

| | |
|---|---|
| **(04:36:41)** | **Christine Collins** |
| | I will add 5 book publishing platforms for you |
| **(04:36:47)** | **Elena Folkerts.** |
| | thank you |
| **(04:36:56)** | **Christine Collins** |
| | As I am sure you will be writing more books in the future |
| **(04:37:16)** | **Christine Collins** |
| | Let me get you a new link |
| **(04:37:18)** | **Elena Folkerts.** |
| | yes, they are in the pipeline. We are just rushing for the ukrainian one. 3 more almost ready to go. |
| **(04:38:05)** | **Christine Collins** |
| | https://bit.ly/3AWgt12 |
| **(04:38:13)** | **Christine Collins** |
| | That is just great - I am excited for you |
| **(04:39:01)** | **Christine Collins** |
| | Please let me know when completed so I can get you your registration ID |
| **(04:39:59)** | **Elena Folkerts.** |
| | completed |
| **(04:41:22)** | **Christine Collins** |
| | Received. Welcome on board! |
| **(04:41:40)** | **Christine Collins** |
| | Your registration ID is EF-ADP-7890 |
| **(04:42:26)** | **Elena Folkerts.** |
| | Best to call me 9-12 PT |
| **(04:42:35)** | **Elena Folkerts.** |
| | That's it? |
| **(04:42:42)** | **Christine Collins** |
| | How does 11 am PST work? |
| **(04:42:55)** | **Elena Folkerts.** |
| | should work.Thanks very much, Christine? |
| **(04:43:05)** | **Christine Collins** |
| | You are welcome. |
| **(04:43:16)** | **Christine Collins** |
| | That is all from my end. You will get a call at 11 |
| **(04:43:20)** | **Elena Folkerts.** |
| | Any way of knowing the incoming phone number? I usually don't pick up because of spam. |
| **(04:43:28)** | **Christine Collins** |
| | Yes one sec |



**(04:43:44)     Christine Collins**
323-205-7565 - Cheryl Cooper
**(04:44:48)     Elena Folkerts.**
Many thanks, this was a good call.
**(04:45:00)     Christine Collins**
We are excited to work with you!
**(04:45:37)     *** Elena Folkerts. has rated the chat Good ***
**(04:45:37)     *** Elena Folkerts. has commented: Flexible, listened, informative, helpful ***
**(04:45:37)     *** Elena Folkerts. left the chat ***

| | |
|---|---|
| NAME | Elena Folkerts. |
| EMAIL | ███████████████ |
| PHONE | ██████████ |
| LOCATION | ████████████ United States |
| URL | https://amazondigitalpublishing.com/amazon-book-publishing.php?src=bing-ppc-us-search&network=o&place=&adid=&kw=kdp%20publishing&matchtype=e&device=c&adpos=&msclkid=18f965a5c6e11a31af4f06a91b751657 |
| DEPARTMENT | — |
| SERVED BY | Christine Collins |
| RATING | Good |
| COMMENT | Flexible, listened, informative, helpful |

Are you using Zendesk Chat yet? **Sign up free today**

Reply  Reply All  Forward

# EXHIBIT B

Citi(R) Cards
P.O. Box 6013
Sioux Falls, SD 57117-6013

January 10, 2023

ELENA M FOLKERTS



ACCOUNT NUMBER
XXXXXXXXXXXX7593

Dear ELENA M FOLKERTS:

This letter concerns the transaction described below made with card number
XXXXXXXXXXXX2598:

Date          Amount          Description
08/29/2022    $1995.00        MKAFFILIAT* ADP INC    ORLANDO      FL

A credit for the charge you questioned was not received from the above
merchant. A review of your response shows that you have received the
service. Your dispute involves the quality of service provided and we have
no recourse with the merchant for this type of dispute.  Please contact the
merchant directly to resolve this matter.

We now consider this investigation complete.


While we realize your account may be in good standing, Federal Regulations
require us to remind you that we may report your account as past due to the
consumer reporting agencies listed below if we do not receive the minimum
payment by the due date shown on your billing statement.

Experian              TransUnion LLC              Equifax Credit
P.O. Box 2002         Consumer Relations Center   Information Services
Allen, TX             P.O. Box 1000               P.O. Box 740241
75013-0036            Chester, PA                 Atlanta, GA
                      19022                       30374-024

Sincerely,

Customer Service Team
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.
/RPRLTR/L0/SD/RP/2020/JB86783/D-426094201222//



The federal Equal Credit Opportunity Act prohibits creditors from
discriminating against credit applicants on the basis of race, color,
religion, national origin, sex, marital status, age (provided the
applicant has the capacity to enter into a binding contract); because
all or part of the applicant's income derives from any public
assistance program; or because the applicant has in good faith
exercised any right under the Consumer Credit Protection Act.  The
federal agency that administers compliance with this law concerning
this creditor is the Bureau of Consumer Financial Protection,1700 G
Street NW.,Washington, DC 20006.


The creditor is Citibank, N.A., 5800 South Corporate Place, Sioux
Falls, SD 57108.  Please direct any questions to the return address on
the reverse side of this letter.

CITIBANK
CUSTOMER SERVICE
PO Box 6013
Sioux Falls SD 57117-6013

# EXHIBIT C

**From:** cheryl@amazondigitalpublishing.com,
**To:** efolkerts▮▮▮▮▮▮▮
**CC:** christine@amazondigitalpublishing.com,
**Subject:** Amazon Digital Publishing- Elena Folkerts
**Date:** Fri, 9 Sep 2022 11:29
**Attachments:**

---

Hello **ELENA**,

It was great speaking with you over the phone today.

As per your communication with your Project Manager, David Brown, we will be able to provide the following services to you under the name of our company, **'Amazon Digital Publishing'**. The following are the details of the book publishing package for your 3 books:
-
**Labor Week Discounted Package:**
 1. ISBNs, Barcode,
 2. Unlimited Revisions,
 3. Publishing on 5 platforms
 4. 3 formats (eBook, paperback, hardcover for all 4 books)
 5. 2 Press Release

| Number Of Books | Amount | Discount (%) | Actual Discount | Total Amount |
|---|---|---|---|---|
| 3 | $4500 | 35.00% | $1575 | $2925 |

The payment can be transferred to our merchant account mentioned below:

**WIRE DETAILS for Bank Of America:**
Account Title: Vtlogodesign, Inc.
Account number: 898119659745

Address: 13116 peach leaf ln Fairfax VA 20030.

This email verifies the authenticity of our association with the above-mentioned account, being used for the above mentioned services. If you have any further questions or queries, feel free to drop me an email or give me a call at my direct line.

Thanks,

**Cheryl Cooper**
**Content & Website Specialist**
Email- cheryl@amazondigitalpublishing.com
Contact- (323) 205-7565



# EXHIBIT D

----- Forwarded message -----
**From:** "david@amazondigitalpublishing.com" <david@amazondigitalpublishing.com>
**To:** 'ELENA FOLKERTS' <efolkerts███████>
**Sent:** Friday, 9 September 2022 at 12:08:54 GMT-7
**Subject:** RE: Publishing Details - Elena - ADP - 9/9/2022

**Elena,**


Ops, I missed it. Anyways here it is mentioned below:

**Wire Routing number:** 026009593


Once you make the transfer, let me know, and send me a screenshot of the receipt.

The finance would generate the paid invoice and I'll be forwarding it to you so that you can have a original copy of it.



**Regards,**

**David Brown** | Business Analyst

(323) 410-5609





**From:** ELENA FOLKERTS <efolkerts███████>
**Sent:** Friday, September 9, 2022 11:44 AM
**To:** david@amazondigitalpublishing.com
**Subject:** Re: Publishing Details - Elena - ADP - 9/9/2022


(1) I need the bank routing number to effect payment for the services below. (2) I have $2,825 in this new dedicated account. Would you please invoice me accordingly. Thx,

Elena Folkerts


        On Sep 9, 2022, at 09:51, david@amazondigitalpublishing.com wrote:

**Hey Elena,**

Your payment would be received by any independent company, this is a verified payment merchant provided by Amazon, KDP itself for the purpose of wire transfer. If you would be paying through the card then I would have sent you a link. Payments are only managed by Amazon.com itself.

They have different merchants for different states, Jeff Bezos does not get the amount directly into his personal account.

Amazon Digital Publishing, takes complete responsibility for delivering the product or service that you would pay for. Once the payment has been made, you would be delivered with the original payment receipt so that if you need a refund due to dissatisfaction.

**Regards,**

**David Brown** | Business Analyst

(323) 410-5609



---

**From:** efolkerts <efolkerts >
**Sent:** Friday, September 9, 2022 9:30 AM
**To:** david@amazondigitalpublishing.com
**Subject:** Re: Publishing Details - Elena - ADP - 9/8/2022

Doesn't look like a payment to Amazon, but to an independent website company.  I would like to pay kdp or some legal subset of Amazon to ensure legality.  Thx.  Elena Folkerts

-----Original Message-----
From: david@amazondigitalpublishing.com
To: 'ELENA FOLKERTS' <efolkerts >
Sent: Fri, 9 Sep 2022 9:12
Subject: RE: Publishing Details - Elena - ADP - 9/8/2022

**Hey Elena,**

**Hope you are doing well.**

Here are the details for the wire transfer. This is one of our payment merchants.

**Account Details:**

WIRE DETAILS for Bank of America:
**Account Title:** Vtlogodesign, Inc.
**Account number:** 898119659745
**Address:** 13116 peach leaf ln Fairfax VA 20030

If you have any questions, you can give me a call right away.

**Regards,**

**David Brown** | Business Analyst

(323) 410-5609



---

**From:** ELENA FOLKERTS <efolkerts███████>
**Sent:** Friday, September 9, 2022 8:53 AM
**To:** david@amazondigitalpublishing.com
**Subject:** Re: Publishing Details - Elena - ADP - 9/8/2022

Thx, David. Yes, I'll take the 2 press releases for no additional cost. I presume this includes wide distribution of the press releases, which is marketing; therefore pls clarify what is included and what is not. I have no additional budget.

On Sep 9, 2022, at 08:34, david@amazondigitalpublishing.com wrote:

**Hey Elena,**

**Good morning. Hope you are doing well.**

Thank you so much for the filled publishing questionnaire and updated press release as well. I would go ahead and get your seller accounts ready. The press release is now up to your expectations as you have edited it yourself.

The second press release would be written differently and would be targeting a different audience, once it would be written I would share it with you.

The price I quoted for 3 books is mentioned below. Yup, I would be having everything that you would be needing Such as:

1. ISBNs, Barcode,
2. Unlimited Revisions,
3. Publishing on 5 platforms
4. 3 formats (eBook, paperback, hardcover for all 4 books)

I would be taking the guarantee that no other cost would be needed until you want any other optional service like marketing.

Two press releases are quite enough. If you want, I can add 2 more PR within this same discounted deal or else you can add marketing to a website then it only costs you $600 more.

| Number Of Books | Amount | Discount (%) | Actual Discount | Total Amount |
|---|---|---|---|---|
| 3 | $4500 | 35.00% | $1575 | $2925 |

**Looking forward to hearing from you.**

**Regards,**

**David Brown** | Business Analyst

(323) 410-5609



---

**From:** efolkerts███████ <efolkerts███████>
**Sent:** Thursday, September 8, 2022 4:41 PM
**To:** david@amazondigitalpublishing.com
**Subject:** Publishing Details - Elena - ADP - 9/6/2022

Hi, David

Please find attached the completed Amazon Publishing Form questionnaire with publishing details.

Will you be using any of the inserted language in the press release.

How would you like me to edit the draft press release?  It looks a bit long to me and disjointed.  In addition I would like to add that most profits from sales will benefit the reconstruction of Ukraine.

Also, I am now ready to purchase the package you quoted for the other three books in the series.  You have said this is all inclusive, but to be clear:  it includes ISBNs and marketing/press releases?

Kind regards,

Elena Folkerts

# EXHIBIT E

# INVOICE

**# 20221209-879651**

**Amazon Digital Publishing**
(855) 416-4096
5201 Great America Pkwy Unit 320 Santa Clara, CA
95054 US

| | |
|---|---|
| Date: | Sep 9, 2022 |
| Project Manager: | David Brown |
| Payment Mode: | Wire Transfer |

Bill To:
**Elena Folkerts**
efolkerts

| **Balance Due:** | **$102.00** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **3 Books Publishing + 2 Press Releases** | 1 | $4,500.00 | $4,500.00 |

| | |
|---|---|
| Subtotal: | $4,500.00 |
| Labor Day Discount (35%) : | $1,575.00 |
| Total: | $2,925.00 |
| Amount Paid: | $2,823.00 |

Details:

1. ISBNs, Barcode,
2. Unlimited Revisions,
3. Publishing on 5 platforms
4. 3 formats (eBook, paperback, hardcover for all 4 books)

Notes:

The Balance Due of ($102) has been waived off.
There would be no balance remaining of $102 for this project.

# EXHIBIT F



## Jon Jaeger

Printing Head
5201 Great America Pkwy Unit 320 Santa Clara, CA 95054
United States

**CLIENT:**

**Name: Elena Folkerts**
**Email: efolkerts**

I Jon Jaegar, head of printing department claims that the below books are going to be printed along with its spine using 0.2 inches wide which will be available for amazon and other platforms for all the customers including paperback/hardcover.

**1: Ukranian Air (ISBN: 978-1-959291-06-0)**
**2: Sherpa Bel Air (ISBN: 978-1-959291-05-3)**
**3: Freesland Fresh Air (ISBN: 978-1-959291-03-9)**
**4: Waitomo Air (ISBN: 978-1-959291-04-6)**

The size of the book consists of 8.5 x 8.5 and as per our judgement the spine will be available for both formats.

The quality of the paper is going to be thick as discussed with Project Head Mr. Mark Wayne and both paper quality (Glossy, Matte) will be available based on the choice of Mr. Wayne we will proceed accordingly.

JON JAEGER

MARK WAYNE

 

# EXHIBIT G

09:14

3 Messages
Congratul...





**LETTER OF ACCEPTANCE**

**ELENA FOLKERTS**

Program: Expanded Distribution

Email: elena ████████

Date: 20th OCT, 2022

Dear Client,

Thank you for your interest in our Globally Expanded Book Distribution Program. We are thrilled to inform you that the below mentioned books have been accepted for the program.

1: Ukranian Air (ISBN: 978-1-959291-06-0)
2: Sherpa Bel Air (ISBN: 978-1-959291-05-3)
3: Freesland Fresh Air (ISBN: 978-1-959291-03-9)
4: Waitomo Air (ISBN: 978-1-959291-04-6)

Please note that the standard time frame for the Globally Expanded Book Distribution Program lasts between 2-6 months. The books will be distributed in the regions mentioned below.

| | | | |
|---|---|---|---|
| 1. Brazil | 11. Romania | 21. Washington, DC | 31. Australia |
| 2. Argentina | 12. Slovakia | 22. Toronto, Canada | 32. New Zealand |
| 3. Austria | 13. Spain | 23. Edinburgh, UK | 33. Malaysia |
| 4. Berlin, Germany | 14. Sweden | 24. Munich, Germany | |
| 5. Emden, Germany | 15. Switzerland | 25. Japan | |
| 6. Netherlands | 16. Denmark | 26. Asia | |
| 7. Norway | 17. Finland | 27. Portugal | |
| 8. Poland | 18. Hungary | 28. Brussels, Belgium | |
| 9. South Africa | 19. Ottawa, Canada | 29. Manchester, UK | |
| 10. Kenya | 20. Montreal, Canada | 30. Italy | |

REGARDS,

MIKYLA BRUDER
HEAD OF PUBLISHING

MARK WAYNE
DIRECTOR PUBLISHING

# EXHIBIT H

-----Original Message-----
From: mark@amazondigitalpublishing.com
To: 'ELENA FOLKERTS' <efolkerts█████████>
CC: christine@amazondigitalpublishing.com
Sent: Mon, 24 Oct 2022 10:32
Subject: RE: Seller Accounts- Credentials - (9/19/2022)

Dear Elena,

Can you provide us the credentials for kindle Amazon as well.

Looking forward to hear from you

Thank You

## Mark Wayne

Director Publishing | Amazon
Phone: (669) 345-7388
Website: www.amazondigitalpublishing.com



**From:** ELENA FOLKERTS <efolkerts█████████>
**Sent:** Monday, October 24, 2022 8:43 AM
**To:** mark@amazondigitalpublishing.com
**Cc:** christine@amazondigitalpublishing.com
**Subject:** Fwd: Seller Accounts- Credentials - (9/19/2022)

-----Original Message-----
From: david@amazondigitalpublishing.com
To: 'ELENA FOLKERTS' <efolkerts█████████>
Sent: Mon, 19 Sep 2022 10:20
Subject: RE: Seller Accounts- Credentials - (9/19/2022)

**Elena,**

Seller Account Details are mentioned below. It is recommended that you do not change the passwords for time being. Once the publishing would be completed you can change it immediately.

**Barnes and Noble:**
**URL:** https://press.barnesandnoble.com/
**EMAIL:** ████████████
**PASSWORD:** ████████████

**Draft 2 Digital:** (Google and Apple Books)
**URL:** https://www.draft2digital.com/
**EMAIL:** ████████████
**PASSWORD:** ████████████

Verify the email sent on your Yahoo from D2D.

1

**Amazon:**
Kindly let me know the OTP for verification.

**Regards,**
**David Brown** | Business Analyst
(323) 410-5609

---

→ **(A)** **Amazon**   9/19/22
**To:** E Yahoo ›

# Verify your new Amazon account

 Verify your new
Amazon account

To verify your email address, please use the following
One Time Password (OTP):

**081070**

Do not share this OTP with anyone. Amazon takes your
account security very seriously. Amazon Customer
Service will never ask you to disclose or verify your
Amazon password, OTP, credit card, or banking account
number. If you receive a suspicious email with a link to
update your account information, do not click on the link
—instead, report the email to Amazon for investigation.

Thank you!

# EXHIBIT I

Citi(R) Cards
P.O. Box 6013
Sioux Falls, SD 57117-6013

January 12, 2023

ELENA M FOLKERTS

ACCOUNT NUMBER
XXXXXXXXXXXX7593

Dear ELENA M FOLKERTS:

This letter concerns the transaction described below made with your device account number ending in 0509:

Date           Amount         Description
10/24/2022     $1200.00       MK AFFILIATE INC     ORLANDO      FL

A credit for the charge you questioned was not received from the above merchant. A review of your response shows that you have received the service. Your dispute involves the quality of service provided and we have no recourse with the merchant for this type of dispute.  Please contact the merchant directly to resolve this matter.

We now consider this investigation complete.


While we realize your account may be in good standing, Federal Regulations require us to remind you that we may report your account as past due to the consumer reporting agencies listed below if we do not receive the minimum payment by the due date shown on your billing statement.

Experian              TransUnion LLC              Equifax Credit
P.O. Box 2002         Consumer Relations Center   Information Services
Allen, TX             P.O. Box 1000               P.O. Box 740241
75013-0036            Chester, PA                 Atlanta, GA
                      19022                       30374-024

Sincerely,

Customer Service Team
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.
/RPRLTR/L0/SD/RP/2020/JB86783/D-381240201222//



The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection,1700 G Street NW.,Washington, DC 20006.

The creditor is Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108.  Please direct any questions to the return address on the reverse side of this letter.

CITIBANK
CUSTOMER SERVICE
PO Box 6013
Sioux Falls SD 57117-6013

# EXHIBIT J

Citi(R) Cards
P.O. Box 6013
Sioux Falls, SD  57117-6013

April 06, 2023

ELENA M FOLKERTS



ACCOUNT NUMBER
XXXXXXXXXXXX7593

Dear ELENA M FOLKERTS:

This letter concerns the transaction described below made with your device account number ending in 0509:

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 10/25/2022 | $160.00 | MK AFFILIATE INC | ORLANDO | FL |

As previously stated, the dispute was resolved in your favor.  We look forward to providing you with the best possible service.

You are a valued customer, and it is a pleasure to serve you.

Sincerely,

Your Customer Service Team
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.
/RPRLTR/L0/CH/RP/0999/SN89004/D-384473201222//



The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection,1700 G Street NW.,Washington, DC 20006.

The creditor is Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108.  Please direct any questions to the return address on the reverse side of this letter.

CITIBANK
CUSTOMER SERVICE
PO Box 6013
Sioux Falls SD 57117-6013

# EXHIBIT K

 

CITI | AAdvantage

PO Box 6013
Sioux Falls, SD 57117-6013

April 6, 2023

---

## 🏴 CONFIRMATION

ELENA M FOLKERTS



Elena M Folkerts
Cardmember since 2008
Account ending in 7593
Case ID: D-385925201222

---

## 🏴 We've resolved your dispute

Hi, Elena. We're pleased to let you know that your dispute has been resolved - your $340.00 conditional credit is now permanent. There's nothing else you need to do.

We included the below transaction details for the dispute(s) on account ending in 2598 for your reference.

| | |
|---|---|
| Date | October 25, 2022 |
| Amount | $340.00 |
| Merchant/Description | MK AFFILIATE INC ORLANDO FL |

---

Citi is at your side before, during and after every purchase.

Your Citi Team

---

American Airlines, American Eagle, AAdvantage®, AAdvantage Million Miler™, MileSAAver, Business Extra, Flagship, Admirals Club, AirPass, ConciergeKey, AAdvantage Executive Platinum®, AAdvantage Platinum Pro®, AAdvantage Platinum®, AAdvantage Gold®, AAdvantage® MileUp®, AA Cargo™, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.

©2023 Citibank, N.A. Citi, Citibank, Citi with Arc Design and Citi Mobile are registered service marks of Citigroup Inc.



0.L0970001001.I2023040600061102.056.C.CH.CI.2621.DB46133.EP.D-385925201222-PERMCRED

# EXHIBIT L

-----Original Message-----
From: ELENA FOLKERTS <efolkerts█████████>
To: EFL e-mail <efolkerts████████>
Sent: Thu, 6 Oct 2022 14:40
Subject: Bad signals from ADP

- template for cover had front and back reversed.

- feedback from Legal was fast and nameless (re discount or donation for Ukraine)

- project manager was unintelligible on the phone due to loud background noise. I asked whether he was working from home. He said, no, he'd get new head phones. (Nothing changed.)

- text files were returned to me with loose-finger typos and the spine bleed trimmed away.

- second payment was made via wire transfer to a third-party firm. I looked them up, they do printing. (I also scoured the internet for reports of scams or fraud add just rd with ADP or the printer, couldn't find any.)

- Sidney, reportedly in charge of marketing, doesn't seem to exist. Didn't place the two calls that the project manager had scheduled, later reportedly said she didn't see what my books had to do with marketing.

- one draft press release was submitted to me. It's two pages long, rambling, contains a quote about a Ukrainian egg exhibit in nyc, which has nothing to do with the book.

- phone call 10/5 said it was david. Had Indian accent. Didn't sound like david.

- phones of Cheryl Cooper and Sidney ("marketing") not working 10/6. Didn't pay?

- 10/6 I received a call from "spam risk". I took the call on the 2nd attempt because of the 323 area code, same as ADP contacts.
Indeed it was "Christine, the Floor Manager" who said that she knows Sidney very well, "is a good friend" and "david sits 5 seats downs in the office".

# EXHIBIT M

-----Original Message-----
From: Christine Collins <christine.collinsadp@gmail.com>
To: efolkerts██████████
Sent: Fri, 9 Dec 2022 11:20
Subject: Re: Revised Files

Getting it taken care of right away.

I am sorry, I haven't been able to talk. Been swamped with meetings with production and QA.

I will call as soon as I can.

On Fri, 9 Dec 2022 at 10:49, <efolkerts██████████> wrote:

Christine,
More than 36 hours after I sent you very short and simple corrections (see below), the new versions of Ukrainian Air and Waitomo Air are worse than the ones they were meant to perfect.  Your colleague did not follow my instructions and he did not apply common sense, nor ask (if he was confused)   I am back in the rut of dealing with ADP taking something nearly ready to go, to something entailing multiple corrections on multiple pages.  This cannot go on.  We missed Thanksgiving, we are missing the pre-Christmas publicity (so many ads in my inbox from Barnes and Noble about their marveleous books for sale, but no mention of mine).  I know that you personally and your company have spent time on my 4-book series, but to what avail?  None! My colleagues want to go to another publishing intermediary; they are fed up and angry with me and with those I've been working with.  I can litigate ADP or we can find a happier solution.  What do you propose?  The thousands of dollars paid to ADP are basically out of poor Ukrainians' pockets and out of mine; we cannot let this slide.

For the record:

- On December 7th, I reminded (this was not the first time!) that the dedication should be moved from page 4 to page 7.   This means that in your latest version, page 4 should have no dedication and page 7 should have the dedication.  The move was induced by the addition of 8 pages, which you informed me of this week, and therefore there was no need to squish the dedication while leaving a new page blank.  And what did you send?  Page 4 is now missing the copyright info and description of the book series (in addition to the dedication being moved).  It is now a blank page.  And the new page 7 contains all the copyright and book description text, rather than just the dedication.  This is worse than the previous version, because all the books in the series have the copyright and book description info on the page following the title page.  And Ukrainian Air did too, until today.
- Waitomo Air was corrected successfully with accurate page numbers and a double spread on pp 36/37, as requested.  Thank you.  But now page 38 has copyright text on it and it should not.  There are 2 problems here:  (1) my instructions were not followed (which were to replace the image, no mention of text); (2) it makes no sense to print the copyright info twice, once in the front and once in the back?

Kind regards,
Elena Folkerts

-----Original Message-----
From: Christine Collins <christine.collinsadp@gmail.com>
To: efolkerts██████████
Sent: Fri, 9 Dec 2022 8:13
Subject: Re: Revised Files

https://we.tl/t-PzTY9z5Zh0
Revision 3 Ukrainian Air ( high rez ) Amzon.pdf

https://we.tl/t-PeEmF27i1f
Revision 2 Waitomo ( high rez ) amzon.pdf

On Wed, 7 Dec 2022 at 19:34, <efolkerts [REDACTED]> wrote:

Christine,

Sherpa Bel-Air is good to go.  I'm relying on you/ADP to ensure that the central bleed is accounted for (for this and all four books).

Ukrainian Air:  Your colleague forgot to move the dedication from page 4 to page 7. Otherwise, good to go.

Waitomo Air:

1. the page numbers are off  (wrong page numbers) after page 10.  They need to be adjusted (page 12 ff).
2. pp 36/37 should be a double spread illustration.  At present these two pages are duplicates of each other.    You can replicate what you already have on pp 6/7. This means (a) replacing the image currently on page 37 with the image on page 38 and (b) replacing the image on page 38 with the image on page 4).

Thanks,
Elena Folkerts
-----Original Message-----
From: Christine Collins <christine.collinsadp@gmail.com>
To: efolkerts [REDACTED]
Sent: Wed, 7 Dec 2022 16:21
Subject: Re: Revised Files

Revised files:

https://we.tl/t-PLNHlsTyiw

https://we.tl/t-RakOi11J4n

https://we.tl/t-jNt1xznbbk

On Wed, 7 Dec 2022 at 12:16, <efolkerts [REDACTED]> wrote:

Sherpa Bel-Air:  on page 6, I can see a "4" beneath the "6".  Needs to be deleted.  Otherwise, good.
Ukrainian Air: swap pp 4/5 with 6/7 and vice versa, as per earlier instructions.

And Waitomo Air:
And outside covers?


-----Original Message-----
From: Christine Collins <christine.collinsadp@gmail.com>
To: ELENA FOLKERTS <efolkerts [REDACTED]>
Sent: Wed, 7 Dec 2022 11:27
Subject: Revised Files

https://we.tl/t-KHLCrd5Lpj

https://we.tl/t-E7cjDjFJFJ

Hello Elena,

PFB the revised books.

https://we.tl/t-KHLCrd5Lpj

https://we.tl/t-E7cjDjFJFJ

# EXHIBIT N

From: ELENA FOLKERTS <efolkerts​⬛⬛⬛>
To: ADP- Mark Wayne Project Manager <markwayne032@gmail.com>
CC: ADP Christine Collins, floor manager Risk <christine.collinsadp@gmail.com>
Sent: Wed, 30 Nov 2022 18:14
Subject: 4 B&N errors in SBA description

Mark, Take a look at what is now on the BN website in relation to *Sherpa Bel-Air*:

(1) this book is not by Samilenko. I am the author.



(2) the book overview states "[create link]". You need to insert that link to the book series! Were you thinking that a reader on Barnes & Noble.com should create the link?

1

# Overview

The charm of the Himalayan mountain folk living near Mount Everest is brought to life in Folkerts' survey of Nepali Sherpa culture. The protector Khumbila journeys from the heights of the solar system to the momo dumplings served in a cottage kitchen. Buddhist monks, yaks, naks, and chants are featured under the planets. Detailed illustrations in traditional Tibetan style reveal landscapes, dress and customs that imbue magnificence with spirtuallity.

Sherpa Bel-Air follows the pattern of all books in Folkerts' series [create link] about contemporary rural life and traditions: it is a visual gem, both entertaining and educational. A poetic story integrated with colorful illustrations, all carefully researched, enables young children (age 3 and up), parents and teachers to discover a unique cultural geography. Come and sense the sounds, aromas, visual details, and emotions of people with whom you have more in common than you thought. A picture glossary is available at the back.

(3) the stated product dimensions of 6 x 1.25 x 9 are absurd. We agreed to 8x8. The spine would be about 0.25". The books are not formatted for such rectangular dimensions.

imbue magnificence with spirtuallity.

Read Full Overview ⌄

---

## Product Details 

ISBN-13:          9781959291053

Publisher:        Elena Folkerts

Publication       11/28/2022
date:

Pages:            32

Product           6.00(w) x 1.25(h) x
dimensions:       9.00(d)

### Temporarily Out of Stock Online

$ 

Privacy - Terms

(4) a "related subject" should not be "democracy", nor "teen nonfiction". Instead please apply the keywords or whatever it takes to put the book on track: a children's picture book + the keywords we agreed to in writing on October 7, 2022 .

# *Related Subjects*

| Democracy->History->Teen nonfi... | › |



**B&N APPS**



**B&N AUDIOBOOKS**



**B&N READS**

---

B&N SERVICES ⌄

ABOUT US ⌄

QUICK HELP ⌄

---

## Temporarily Out of Stock Online

$



Privacy - Terms

---

Kind regards,

Elena Folkerts

# EXHIBIT O

From: ELENA FOLKERTS <efolkerts ███████>
To: ADP Christine Collins, floor manager Risk <christine.collinsadp@gmail.com>
Sent: Fri, 2 Dec 2022 10:54
Subject: SBA update

Hi Christine,
After speaking with you just now, I found an email from B&N in my inbox. It says *Sherpa Bel-Air* can now be ordered online! Trouble is;
- I haven't seen it, I don't know whether it contains new errors , including no printed spine.
- I never agreed to the stated price of $12.99. Mark and I had agreed $9.99 for paperback and 19.99 for hardback.
- I can't see whether this is paperback or hardback
- the "related subjects" (see below ) are off. This children's book has nothing to do with democracy nor teen nonfiction. I'll send you the keywords next.

Kind regards,

Elena Folkerts



| Product dimensions: | 8.50(w) x 8.50(h) x 0.09(d) |
| --- | --- |

---

## *Related Subjects*

Democracy->History->Teen nonfi...    >

## Customer Reviews

ADD TO CART

**$12.99**

AA 🔒 ᴐarnesandnoble.com ↻

# EXHIBIT P

From: ELENA FOLKERTS <efolkerts ███████>
To: christine.collinsadp@gmail.com
Sent: Wed, 16 Nov 2022 21:14
Subject: Unauthorized changes (errors) in Ukrainian Air

Dear Mark and Christine,

Since your ADP email addresses aren't accepting delivery, I'm sending this message by text and also using this email address.

This evening I purchased the Kindle book *Ukrainian Air* to see what exactly had gone live today. Unfortunately the italics on pages 12-13 have disappeared and a boldface formatting of two lines has been added to the back cover. I'm attaching below the relevant pages of the pdf version on which I had signed off last month so that you can easily see the disparity with the ebook pages.

   What are you going to do about these pages?! They must be corrected.

That said, the publication of the paperback and hardback remain higher priorities time-wise.





What about me?
cried Murko from the tree?
What do I get?
For being your cat?

And what about me?
cried Myshka-Mouse
From the house.
Give me a nibble
And I won't quibble

A dog deserves more,
Growled Zuchka with a snore.

In the birch hollow Zuchka
Swallowed and swallowed.
She swelled like a balloon.
What a buffoon!
Bozhe me – oh me, oh my!
Cackled the geese in the Uda!

12

13



Sunny Sonechko's love **warms the flowers, making** them grow strong and tall. When a storm cloud covers the village in darkness, the **sunflowers rise to defend** their home. Good triumphs over Evil.

The traditions of Eastern Ukrainian folklore and contemporary life are echoed in the rhymes and illustrations.

"A reminder that Ukrainian culture will prosper with the reconstruction of our beautiful homeland. Long live all Grannies!"
—Serhiy Marchenko, Minister of Finance, Ukraine

"An inspiring tale to delight children and adults alike. Discover mouth-watering dishes, Cossack costumes and Ukrainian Spring."
—Maria Olujic, Ph.D., Montessori practitioner

"A tribute to keeping hope alive through the gift of Light."
—Inna Bayer, Bayer Ballet Academy

9 781959 291060

Sunny Sonechko's love warms the flowers, making them grow strong and tall. When a storm cloud covers the village in darkness, the sunflowers rise to defend their home. Good triumphs over Evil.

The traditions of Eastern Ukrainian folklore and contemporary life are echoed in the rhymes and illustrations.

"A reminder that Ukrainia will prosper with the reco of our beautiful homelan live all Grannies!"

—Serhiy
Minister of Finan

"An inspiring tale to delig children and adults alike. Discover mouth-watering dishes, Cossack costume Ukrainian Spring."

—Maria O
Montessori

"A tribute to keeping hop through the gift of Light.'

—
Bayer Ball



Kind regards,

Elena Folkerts

# EXHIBIT Q

From: ELENA FOLKERTS <efolkerts ██████>
To: ADP Christine Collins, floor manager Risk <christine.collinsadp@ ██████>
CC: ADP Cheryl Acct Exec Cheryl Cooper <cheryl@amazonkindledirectpublishing.com>; ADP Christine Collins, floor manager Risk <christine@amazonkindledirectpublishing.com>
Sent: Wed, 21 Dec 2022 21:00
Subject: I ordered 2 paperbacks and what comes next

It's past 9 pm PT and I have received no update from anyone at ADP, not from Cheryl, nor Christine, nor David, each of whom assured me in writing that the 8 books which I had specified in our agreement back in August (four months ago!) would be available for me to purchase by now.  Stony silence.

But I did find two of the books on Barnesandnoble.com. There is much that is incorrect in their presentation:
- wrong price ($12.99 instead of $9.99)
- no printed spine (a stated dimension of 0.09" instead of 0.25"-0.40")
- no list of the other books in the series to enable purchase
- ranking according to categories that are ridiculous for a children's picture book ("US Diplomatic Relations-History" and "Political Theory & Ideology - Teens")
- 34 pages instead of 40 for *Sherpa Bel-Air*

I have ordered this evening one copy of each, to check for content, paper quality (which you never asked me about although I was specific in my emails that I wanted highest quality, thickest paper, matt), printed spine and content.

See below the receipt for my order.

As I instructed Cheryl today, evidently to no avail, these books need to be removed from the website immediately. Both show a publication date in November, which is news to me and contradicts Christine's intervention to increase the number of pages from 32 to 40 in order to effect a printed spine; I approved those files only yesterday.  My partners are angry, and litigation could start early next year if you and I fail to deliver.

I am deeply disappointed in ADP's false promises and substandard work, for which I had prepaid thousands of dollars. Next week I'll see for myself what those two paperback books look like, and I will let you know.

I am still expecting immediately from ADP an updated timetable and evidence that those two books have been removed from the website until they meet my specifications, in particular printed spine and whatever additional errors emerges.

Kind regards,

Elena Folkerts



20:24

‹ Inbox     **Barnes &...**     ⌃  ⌄

| Item | Qty | Price | Est. Delivery |
|------|-----|-------|---------------|
| Ukrainian Air by Olya Samilenko Paperback | 1 | $12.99 | 01/03/2023 |
| Sherpa Bel-Air by Elena Folkerts Paperback | 1 | $12.99 | 12/30/2022 |

Sub Total: $25.98

Shipping & Processing: $7.28

Tax: $2.44

**Order Total: $35.70**

# EXHIBIT R

**From:** efolkerts███████,
**To:** christine@amazondigitalpublishing.com, christine.collinsadp████████ christine@amazonkindledirectpublishing.com, cheryl@amazonkindledirectpublishing.com, cheryl@amazondigitalpublishing.com,
**Subject:** last chance to produce what you guaranteed (registration ID is EF-ADP-7890)
**Date:** Mon, 26 Dec 2022 14:47

Dear Christine and Cheryl,

On August 29, 2022, I had a documented conversation with Christine in which she laid out the terms of our initial agreement and I made the first down payment. Subsequently I agreed to additional products and services and paid additional amounts, adding up to $6,523, and this is without counting my additional expenses arising from your failure-to-deliver (for example, ordering my own books online to see what you had posted without my authorization) or damages which I am incurring due to your failure to deliver.

As of today, you have published no paperback authorized by me, no hardcover, and you have posted online an e-book of *Ukrainian Air* with errors on pages 12 and 13 which you have failed to correct despite my repeated requests and with incomplete product details about the series of books. This means that I have received NOTHING of what you promised to deliver within a "turn around 2-4 weeks" of our original agreement on August 29th. I should have had the 4 books published in paperback, hardback and ebook by September 29, 2022 at the latest (which is more than four weeks from August 29). You have failed on the timeframe, with no indication whatsoever that you will remedy this. Both of you previously have promised to deliver an end-product "By Tuesday" or "by today", and this didn't happen; so you have lost credibility with promises.

In addition to timing, the quality of your work has been abysmal. On the provisional postings on Amazon and Barnes & Noble, I saw that you failed to provide my keywords despite the agreement calling for "Those keywords will be emphasized in publishing forms"; with the result that the books were provisionally classified in a ranking of adult, non-fiction books, rather than children's fictional picture books about cultural geography. There are numerous other instances when you ignored relevant material which I provided for marketing and promotional purposes and which I have documented. As recently as December 16, for example, Christine e-mailed: "I need one file from you please. The attached image but without the text on it - or the source file of this image so we can edit it. The Books will be published by Tuesday. [December 20]". I did send 5 files with alternative images; your colleague opened only one, inserted it into *Waitomo Air*, then found that the book was reportedly too large for the publishing platform; he never even opened my 4 other transmitted files. You never wrote "an enticing and creative Press release that conveys the message and markets your book to your target market and will publish the press release on 2 high DA websites like USA today and Yahoo News." There have been no physical books for you to distribute in 20 regions. Your performance in fulfilling the terms of our agreements has been *nil*.

On this Thursday, you will be exactly 3 months late from the final agreed deadline, without any prospect of remedy on your side. Specifically, as of today, there is no indication that you can publish the paperback with a printed spine, despite previous formal (co-signed) and informal documentation that you could and would. The files for the hardback are in disarray, for example the title on the spine of one book does not match the title in the book interior, pages are out of sequence and mislabelled. The e-book is showing italics missing on pp 12-13 despite my approval of a digital file where the italics were correctly in place.

This is why I will give you until this Thursday, December 29, 2022, to fulfill your terms of the agreement. It is not an unreasonable last call: the work on the books is possible for a skilled and willing company: get someone to make the digital corrections, and find a platform that will publish the physical books with a printed spine. After December 29th, I will seek legal recourse in addition to disputing the bank charges. I will proceed with another publishing company on Friday, December 30, 2022 to do what you failed to deliver, and will add their charges to my list of damages in the legal suit(s) against you, in addition to the lost sales at Thanksgiving and Christmas. (You were well aware that the book about the war in Ukraine had a time sensitivity value.)

Kind regards,

Elena Folkerts

# EXHIBIT S

**CHASE ◯**

PO Box 44959
Indianapolis, IN 46244-4959

**Questions?**
💻  www.chase.com
📞  1-866-564-2262
📠  1-866-701-9886
We accept operator relay calls

00159 CC1 703 040 07323 NNNNNNNNNNNNN CLMS0003
**ELENA FOLKERTS**
████████████████████

March 13, 2023

## Update:   **We have updated information about your claim**

Date of Inquiry:  12/20/2022
Claim Number: 014783065470001
Card ending in:  ████████
Claim related to account ending in: ██████

Dear ELENA FOLKERTS:

We completed our research for the transaction(s) you reported on 12/20/2022.

**Here's what you should know**
- We found that the transaction(s) was processed according to the information you provided or was authorized.
- No adjustment will be made to your account at this time.
- Contact us if you would like to request the information we used for our research.

If you have questions, please call us at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

JPMorgan Chase Bank, N.A. Member FDIC

**Disputed Transaction(s):**

| Transaction Date | Description | Merchant Description (if available) | Transaction Amount | Disputed Amount |
|---|---|---|---|---|
| 10/20/2022 | MK AFFILIATE INC WWW.MKAFFILIA FL 10/19 | BUSINESS SERVICES - DEFAULT | $500.00 | $500.00 |

# EXHIBIT T

Citi(R) Cards
P.O. Box 6013
Sioux Falls, SD 57117-6013

January 10, 2023

ELENA M FOLKERTS                                      ACCOUNT NUMBER
                                  XXXXXXXXXXXX7593

Dear ELENA M FOLKERTS:

This letter concerns the transaction described below made with card number
XXXXXXXXXXXX2598:

Date            Amount              Description
08/29/2022      $1995.00            MKAFFILIAT* ADP INC   ORLANDO      FL

A credit for the charge you questioned was not received from the above
merchant. A review of your response shows that you have received the
service. Your dispute involves the quality of service provided and we have
no recourse with the merchant for this type of dispute.  Please contact the
merchant directly to resolve this matter.

We now consider this investigation complete.


While we realize your account may be in good standing, Federal Regulations
require us to remind you that we may report your account as past due to the
consumer reporting agencies listed below if we do not receive the minimum
payment by the due date shown on your billing statement.

Experian             TransUnion LLC             Equifax Credit
P.O. Box 2002        Consumer Relations Center  Information Services
Allen, TX            P.O. Box 1000              P.O. Box 740241
75013-0036           Chester, PA                Atlanta, GA
                     19022                      30374-024

Sincerely,

Customer Service Team
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.
/RPRLTR/L0/SD/RP/2020/JB86783/D-426094201222//



The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection,1700 G Street NW.,Washington, DC 20006.

The creditor is Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108.  Please direct any questions to the return address on the reverse side of this letter.

CITIBANK
CUSTOMER SERVICE
PO Box 6013
Sioux Falls SD 57117-6013

# EXHIBIT U



# Detail by Entity Name

Florida Profit Corporation
MK AFFILIATES INC

Filing Information

**Document Number**        P22000036855
**FEI/EIN Number**         NONE
**Date Filed**             04/29/2022
**Effective Date**         04/30/2022
**State**                  FL
**Status**                 ACTIVE
**Last Event**             ARTICLES OF CORRECTION/NAME CHANGE
**Event Date Filed**       06/07/2022
**Event Effective Date**   NONE

Principal Address

1317 EDGEWATER DR #6151
ORLANDO, FL 32804

Mailing Address

1317 EDGEWATER DR #6151
ORLANDO, FL 32804

Registered Agent Name & Address

MILLER, KELLY
1317 EDGEWATER DRIVE
ORLANDO, FL 32804

Officer/Director Detail

**Name & Address**

Title P

KHAN, MUHAMMAD USMAN
13116 PEACH LEAF PL
FAIRFAX, VA 22030

Annual Reports

**No Annual Reports Filed**

Document Images

| | |
|---|---|
| 06/07/2022 -- Article of Correction/NC | View image in PDF format |
| 04/29/2022 -- Domestic Profit | View image in PDF format |

# EXHIBIT V

## AFFIDAVIT OF NON-SERVICE

| Case: 2023-SC-000230-O | Court: NINTH JUDICIAL CIRCUIT COUNTY COURT IN AND FOR ORANGE COUNTY, FLORIDA | County: Orange, FL | Job: 8404969 |
|---|---|---|---|

| Plaintiff / Petitioner: ELENA FOLKERTS | Defendant / Respondent: MK AFFILATES INC; CHRISTINE COLLINS; JON JAEGER; MARK WAYNE; DAVID BROWN |
|---|---|

| Received by: Patriot Process Service | For: Elena Folkerts |
|---|---|

**To be served upon:**
MK Affiliates Inc.
c/o Muhammad Usman Khan aka Usman Khan, Registered Agent

I, Charles Proffitt, being duly sworn, depose and say:

• I am over the age of 18 years and not a party to this action.
• That I am the Custodian of Records for Patriot Process Service.
• That after due search, careful inquiry and diligent attempt(s), we have been unable to serve Muhammad Usman Khan aka Usman Khan for MK Affiliates Inc. with the below listed documents.

The attempts listed below are the details recorded in our system by the individual process servers:

| Recipient Name / Address: | Muhammad Usman Khan aka Usman Khan, Registered Agent for MK Affiliates Inc. 13116 Peach Leaf Pl Fairfax, VA 22030 |
|---|---|
| Manner of Service: | Unsuccessful Attempts |
| Documents: | Notice to Appear for Pretrial Conference/Mediation; Statement of Claim |

**Additional Comments:**
1) Unsuccessful Attempt by Patrice Rehrig: Feb 18, 2023, 11:31 am EST at 13116 Peach Leaf Pl, Fairfax, VA 22030
Knocked and/or Rang Door Bell several times. No Answer.

2) Unsuccessful Attempt by Patrice Rehrig: Feb 22, 2023, 5:12 pm EST at 13116 Peach Leaf Pl, Fairfax, VA 22030
I knocked on door rang regular door bell as well as a video door bell but there was no answer so I continued to knock on the clear glass storm door intermittently, ringing the regular door bell and ringing the video doorbell also.
The main inner front door was wide open but through the closed glass storm door you could see into house.
It was mostly dark inside with one light on but no one was observed inside.
After approximately 10-15 minutes, a female answered video door bell told me he (defendant) does not live here.
She stated, although she has a last name similar to/same as his (defendant's) last name, she doesn't know him.
She told me that she owns the house.
She was very annoyed in her voice tone stating that unknown people have been recently ringing her doorbell and knocking on her door looking for defendant (prior to me) and that she may file a lawsuit for harassment.
Lastly she volunteered that ""Khan" is a common name in her country".  She volunteered no further information.

3) Unsuccessful Attempt by Sean Gordon: Feb 24, 2023, 2:01 pm EST at 13116 Peach Leaf Pl, Fairfax, VA 22030
Talked to a young man saying that Mr Khan doesn't reside here and he doesn't know him

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____  February 27, 2023
Charles Proffitt                    Date

Patriot Process Service
3900 Jermantown Rd
Suite 300
Fairfax, VA 22030
703-385-5300



Hannah M. Brinson
Commonwealth of Virginia
Notary Public
Commission No. 8010782
My Commission Exp. 11/30/2026

State/Commonwealth of    **VIRGINIA**
[ ] City  [X] County of    **PRINCE WILLIAM**

*Subscribed and sworn to before me by the affiant who is peronsally known to me.*

Notary Public

February 27, 2023     November 30, 2026     8010782
Date                          Commission Expires     Reg. No.

# EXHIBIT W

| Attorney or Party without Attorney:<br>ELENA FOLKERTS<br>ELENA FOLKERTS<br>101 CRANDON BLVD., APT. 480<br>KEY BISCAYNE, FL 33149<br><br>Telephone No: (786)543-9183 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | | | |

**Insert name of Court, and Judicial District and Branch Court:**
In The Circuit Court Of The 9th Judicial Circuit, In And For Orange County, Florida Civil Divisi

**Plaintiff:** ELENA FOLKERTS
**Defendant:** MK AFFILIATE, INC.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2023-SC-000230-O |
|---|---|---|---|---|

1. I, REMY ROBLES, and any employee or independent contractors retained by P.O. BOX 78518 are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant CHRISTINE COLLINS as follows:

2. *Documents:*     STATEMENT OF CLAIM,; NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 02/14/23 | 12:00pm | Business | BAD ADDRESS.  5201 Great America Pkwy. Is a five story buillding and is occupied by TECHMART they sublease to many other companies mostly in the technology field.  Neither the individual Defendant or the business name  is in the Directory for the building.<br>Suite 320 itself is occupied by 20 companies that share a receptionist.  Neither the individual Defendant or buisness is listed in the diretory for Ste. 320.  Server spoke to the receptionist who stated that she does not have a listing for teither the individual or the business and she has never heard of either one. Attempt made by: REMY  ROBLES. Attempt at: 5201 GREAT AMERICA PKWY, UNIT 320 SANTA CLARA,, CA 95051. |
| Tue | 02/14/23 | 12:00pm | Business | Returned Not Served on:  CHRISTINE COLLINS Business - 5201 GREAT AMERICA PKWY, UNIT 320 SANTA CLARA,, CA 95051 |

3. *Person Executing*
   a. REMY  ROBLES
   b. **P.O. BOX 78518**
      LOS ANGELES, CA  90016
   c. 213-365-9215

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* *for service was:* $125.00
e. *I am:*  (3) registered California process server
   (i)  Owner
   (ii)  *Registration No.:*     PS0228
   (iii)  *County:*               Monterey
   (iv)  *Expiration Date:*      Tue, Feb. 13, 2024

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, Feb. 27, 2023

**AFFIDAVIT OF REASONABLE DILIGENCE** *(REMY  ROBLES)*

folkerts.67732

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ELENA FOLKERTS<br>ELENA FOLKERTS<br>101 CRANDON BLVD., APT. 480<br>KEY BISCAYNE, FL 33149<br><br>Telephone No: (786)543-9183 | | |

*Attorney for:* Plaintiff

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
In The Circuit Court Of The 9th Judicial Circuit, In And For Orange County, Florida Civil Divisi

*Plaintiff:* ELENA FOLKERTS

*Defendant:* MK AFFILIATE, INC.

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2023-SC-000230-O |
|---|---|---|---|---|

1. I, REMY ROBLES, and any employee or independent contractors retained by P.O. BOX 78518 are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JON JAEGER as follows:

2. *Documents:*    STATEMENT OF CLAIM,; NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 02/13/23 | 12:00pm | Business | Returned Not Served on: JON JAEGER Business - 5201 GREAT AMERICA PKWY, UNIT 320 SANTA CLARA,, CA 95051 |
| Tue | 02/14/23 | 12:00pm | Business | BAD ADDRESS. 5201 Great America Pkwy. Is a five story buillding and is occupied by TECHMART they sublease to many other companies mostly in the technology field. Neither the individual Defendant or the business name is in the Directory for the building.<br>Suite 320 itself is ocuppied by 20 companies that share a receptionist. Neither the individual Defendant or buisness is listed in the diretory for Ste. 320. Server spoke to the receptionist who stated that she does not have a listing for teither the individual or the business and she has never heard of either one. Attempt made by: REMY ROBLES. Attempt at: 5201 GREAT AMERICA PKWY, UNIT 320 SANTA CLARA,, CA 95051. |

3. *Person Executing*
   a. REMY ROBLES
   **b. P.O. BOX 78518**
       LOS ANGELES, CA 90016
   c. 213-365-9215

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $25.00
*e. I am:*   (3) registered California process server
   *(i)*    Owner
   *(ii) Registration No.:*    PS0228
   *(iii) County:*    Monterey
   *(iv) Expiration Date:*    Tue, Feb. 13, 2024

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, Feb. 27, 2023

**AFFIDAVIT OF REASONABLE DILIGENCE** (REMY ROBLES)

folkerts.67735

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ELENA FOLKERTS<br>ELENA FOLKERTS<br>101 CRANDON BLVD., APT. 480<br>KEY BISCAYNE, FL  33149<br><br>Telephone No: (786)543-9183 | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| In The Circuit Court Of The 9th Judicial Circuit, In And For Orange County, Florida Civil Divisi |

| Plaintiff: ELENA FOLKERTS |
| Defendant: MK AFFILIATE, INC. |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2023-SC-000230-O |
|---|---|---|---|---|

1. I, REMY  ROBLES, and any employee or independent contractors retained by P.O. BOX 78518  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant MARK WAYNE as follows:

2. *Documents:*     STATEMENT OF CLAIM,; NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 02/14/23 | 12:00pm | Business | BAD ADDRESS.  5201 Great America Pkwy. Is a five story buillding and is occupied by TECHMART they sublease to many other companies mostly in the technology field.  Neither the individual Defendant or the business name  is in the Directory for the building.<br>Suite 320 itself is occuppied by 20 companies that share a receptionist.  Neither the individual Defendant or buisness is listed in the diretory for Ste. 320.  Server spoke to the receptionist who stated that she does not have a listing for teither the individual or the business and she has never heard of either one. Attempt made by: REMY  ROBLES. Attempt at: 5201 GREAT AMERICA PKWY, UNIT 320 SANTA CLARA,, CA 95051. |
| Tue | 02/14/23 | 12:00pm | Business | Returned Not Served on:  MARK WAYNE Business - 5201 GREAT AMERICA PKWY, UNIT 320 SANTA CLARA,, CA 95051 |

3. *Person Executing*
   a. REMY  ROBLES
   **b. P.O. BOX 78518**
      LOS ANGELES, CA  90016
   c. 213-365-9215

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $25.00
e. I am:   (3)  registered California process server
   (i)    Owner
   (ii)   *Registration No.:*     PS0228
   (iii)  *County:*               Monterey
   (iv)   *Expiration Date:*      Tue, Feb. 13, 2024

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, Feb. 27, 2023

   _____

   AFFIDAVIT OF REASONABLE DILIGENCE (REMY  ROBLES)

folkerts.67733

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ELENA FOLKERTS<br>ELENA FOLKERTS<br>101 CRANDON BLVD., APT. 480<br>KEY BISCAYNE, FL 33149<br><br>Telephone No: (786)543-9183 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
In The Circuit Court Of The 9th Judicial Circuit, In And For Orange County, Florida Civil Divisi

Plaintiff: ELENA FOLKERTS
Defendant: MK AFFILIATE, INC.

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2023-SC-000230-O |
|---|---|---|---|---|

1. I, REMY ROBLES, and any employee or independent contractors retained by P.O. BOX 78518 are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant DAVID BROWN as follows:

2. *Documents:*    STATEMENT OF CLAIM,; NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 02/14/23 | 12:00pm | Business | BAD ADDRESS. 5201 Great America Pkwy. Is a five story buillding and is occupied by TECHMART they sublease to many other companies mostly in the technology field.  Neither the individual Defendant or the business name  is in the Directory for the building.<br>Suite 320 itself is ocuppied by 20 companies that share a receptionist.  Neither the individual Defendant or buisness is listed in the diretory for Ste. 320.  Server spoke to the receptionist who stated that she does not have a listing for teither the individual or the business and she has never heard of either one. Attempt made by: REMY ROBLES. Attempt at: 5201 GREAT AMERICA PKWY, UNIT 320 SANTA CLARA,, CA 95051. |
| Tue | 02/14/23 | 12:00pm | Business | Returned Not Served on:  DAVID BROWN Business - 5201 GREAT AMERICA PKWY, UNIT 320 SANTA CLARA,, CA 95051 |

3. *Person Executing*
   a. REMY ROBLES
   **b. P.O. BOX 78518**
      LOS ANGELES, CA 90016
   c. 213-365-9215

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $25.00
*e. I am:*    (3)  registered California process server
   *(i)*    Owner
   *(ii)*   *Registration No.:*    PS0228
   *(iii)*  *County:*    Monterey
   *(iv)*  *Expiration Date:*    Tue, Feb. 13, 2024

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, Feb. 27, 2023

_____

**AFFIDAVIT OF REASONABLE DILIGENCE** (REMY ROBLES)

folkerts.67734