UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UMER WASIM, et al.,<br><br>    Defendants. | Case No. 23-cv-05580-TLT<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION [MOTION FOR DEFAULT JUDGMENT – EXCEPT TEKNOBYL DIGITAL LLC]**<br><br>Re: Dkt. No. 52, 68 |

Pursuant to Civil Local Rule 72-1, this matter is referred

    [x]    for random assignment to a United States Magistrate Judge

    [ ]    to United States Magistrate Judge

for a report and recommendation on December 10, 2024, or soon thereafter. The motion was filed on September 13, 2024. Any date for hearing on this matter previously noticed on the undersigned's calendar is VACATED.

The following dates are maintained as to the named parties: *Amazon.Com, Inc. et al and Teknobyl Digital LLC* for further case management conference on 12/12/2024 at 2:00 PM in San Francisco - Videoconference Only. Joint Case Management Statement due by 12/5/2024/

The parties will be advised of the date, time, and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 17, 2024

                                                                         TRINA L. THOMPSON<br>
                                                                         United States District Judge

*Rev. 12/13/24*
*10/30/26*