1 | Bonnie MacNaughton (CA State Bar No. 107402)
Emily Goodell (*pro hac vice*)
2 | DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
3 | Seattle, WA 98104
Telephone:    (206) 622-3150
4 | Email:    bonniemacnaughton@dwt.com
            emilygoodell@dwt.com
5 |
6 | John D. Freed (CA State Bar No. 261518)
Jean M. Fundakowski (CA State Bar No. 328796)
7 | DAVIS WRIGHT TREMAINE LLP
50 California Avenue, 23rd Floor
8 | San Francisco, CA 94111-6533
Telephone:    (415) 276-6500
9 | Email:    jakefreed@dwt.com
            jeanfundakowski@dwt.com

10 | Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | AMAZON.COM, INC., a Delaware | Case No. 3:23-cv-05580-DMR
corporation, and AMAZON
15 | TECHNOLOGIES, INC., | **DECLARATION OF JEAN FUNDAKOWSKI RE CERTIFICATION OF SERVICE OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM**
16 | | 
17 | Plaintiff, | 
18 | v. | 
    | UMER WASIM, et al., | 
19 | Defendants. | 
20 | | 
21 | | 
22 | | 
23 | | 
24 | | 
25 | | 
26 | | **Date:    November 19, 2024**
**Time:    11:00 am**
27 | | **Judge:    Magistrate Judge Robert M. Illman**
**Location: Via Zoom**
28 | | Complaint filed:    October 30, 2023

DAVIS WRIGHT TREMAINE LLP

**<u>DECLARATION OF JEAN FUNDAKOWSKI</u>**

I, Jean Fundakowski, declare under penalty of perjury under laws of the State of California that the foregoing is true and correct.

1.    I am over the age of eighteen and am competent to testify as to the matters set forth herein. I have personal knowledge of the facts in this declaration, and base this declaration on my personal knowledge.

2.    I am an associate at the law firm Davis Wright Tremaine LLP ("DWT"), which represents Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. (collectively, "Amazon") in this Action.

3.    I make this declaration in response to the Court's Notice directing Amazon to serve notice of the November 19, 2024 hearing date for Amazon's Motion for Default Judgment on the sixteen defaulted Defendants in the caption above, and to file a certification of that service on the docket. *See* ECF No. 71.

**<u>Defaulted Defendant 1: VTLogodesign, Inc.</u>**

4.    On October 25, 2024, Amazon served the Notice of Hearing Date [ECF No. 71] and the Notice and Motion for Default Judgment [ECF No. 68] on VTLogodesign, Inc. through substitute service of process through the Florida Secretary of State.[1]

5.    On October 25, 2024, the Florida Secretary of State accepted service. *See* **Exhibit A** attached hereto.

**<u>Defaulting Defendant 2: MK Affiliates Inc.</u>**

6.    On October 28, 2024, Amazon served the Notice of Hearing Date [ECF No. 71] and the Notice and Motion for Default Judgment [ECF No. 68] on MK Affiliates Inc. through substitute service of process through the Florida Secretary of State.

---

[1] Because the Florida Secretary of State limits the file size of documents which can be uploaded for the purpose of substitute service on Florida corporations, Amazon could not serve the Default Judgment Motion *and* the supporting declarations and proposed order on Defendants VTLogodesign, Inc. and MK Affiliates Inc.  To ensure compliance with the Court's Order, Amazon uploaded one combined PDF containing the Court's Order Resetting the Hearing Date [ECF No. 71], followed by Amazon's Notice of Motion and Motion for Default Judgment [ECF No. 68], thus ensuring that both Defendants are apprised of the November 19, 2024 hearing date.

FUNDAKOWSKI DECLARATION IN SUPPORT OF PROOF OF SERVICE OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

DAVIS WRIGHT TREMAINE LLP

7.      On October 29, 2024, the Florida Secretary of State accepted service. *See* **Exhibit B** attached hereto.

**Defaulted Defendant 3: Ali Alam**

8.      On October 25, 2024, a process server personally served the following documents [hereinafter, the "Service Package"] on Ali Alam in Ashburn, Virginia:

  a.   Amazon's Notice of Motion and Motion for Default Judgment [ECF No. 68];

  b.   Declarations of John D. Freed, Emily Goodell, Julia Sommerfeld, Courtney Sakre, Matthew Crossman, Mike Mello, Sharon Williams, Rober Bjorkdahl, John Jaeger, Elena Folkerts, Judy Latimore,  in Support of Amazon's Motion for Default Judgment [ECF No. 68-1 to 68-11];

  c.   [Proposed] Order Granting Amazon's Motion for Default Judgment [ECF No. 68-12];

  d.   Order of Reference [Docket Entry No. 70]; and

  e.   Clerk's Notice Resetting Hearing Date [Docket Entry No. 71].

      *See* **Exhibit C** attached hereto.

**Defaulted Defendant 4: Dynamic Digital Solutions LLC**

9.      On October 25, 2024, a process server personally served the Service Package on Dynamic Digital Solutions LLC, by and through its registered agent for service of process, Ali Alam, in Ashburn, Virginia.  *See* **Exhibit D** attached hereto.

**Defaulted Defendant 5: Mehwash Munir**

10.     On October 25, 2024, , a process server personally served the Service Package on Defendant Mehwash Munir in Ashburn, Virginia.  *See* **Exhibit E** attached hereto.

**Defaulted Defendant 6: One Stop Computer Services LLC**

11.     On October 25, 2024, a process server personally served the Service Package on One Stop Computer Services LLC, by and through its agent for service of process, Mehwash Munir in Ashburn, Virginia.  *See* **Exhibit F** attached hereto.

FUNDAKOWSKI DECLARATION IN SUPPORT OF PROOF OF SERVICE OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

DAVIS WRIGHT TREMAINE LLP

**Defaulted Defendant 7: Muhammad Zubair Khan**

12.    On October 27, 2024, a process server personally served the Service Package on Muhammad Zubair Khan's spouse at his residence in Los Angeles, California. *See* **Exhibit G** attached hereto.

**Defaulting Defendant 8: Techture Inc.**

13.    On October 27, 2024, a process server personally served the Service Package on Techture Inc., by and through its registered agent for service of process, Muhammad Zubair Khan.  *See* **Exhibit H** attached hereto.

**Defaulted Defendant 9: Muhammad Mudassar Anwar**

14.    On October 26, 2024, a process server personally served the Service Package on Muhammad Mudassar Anwar in Scarsdale, New York.  *See* **Exhibit I** attached hereto.

**Defaulted Defendant 10: Tech Drive PVT LLC**

15.    On October 26, 2024, a process server personally served the Service Package on Tech Drive PVT LLC, by and through its registered agent for service of process, Muhammad Mudassar Anwar, in Scarsdale, New York.  *See* **Exhibit J** attached hereto.

**Defaulted Defendant 11: Ashhar Rawoof**

16.    On October 25, 2024, a process server personally served the Service Package on Ashhar Rawoof's spouse at his residence in Houston, Texas.  *See* **Exhibit K** attached hereto.

**Defaulted Defendant 12: Smart Startup Solutions LLC**

17.    On October 30, 2024, a process server personally served the Service Package on Smart Startup Solutions LLC, by and through its agent for service of process, Daniel George, in Chicago, Illinois.  *See* **Exhibit L** attached hereto.

**Defaulted Defendants 13-16: Usman Khan, Agar, Qureshi, Nizam**

18.    Pursuant to L.R. 4-2 and the Court's March 4, 2024 Order authorizing Amazon to conduct alternative service of the Complaint and Summons via e-mail [ECF No. 57], on October 23, 2024, Amazon served foreign-based Defendants Muhammad Usman Khan, Yasir Agar, Muhammad Shiraz Qureshi, and Mavia Nizam by registered e-mail with the Service Package.

DAVIS WRIGHT TREMAINE LLP

FUNDAKOWSKI DECLARATION IN SUPPORT OF PROOF OF SERVICE OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

DAVIS WRIGHT TREMAINE LLP

19.     On October 23, 2024, Amazon received a receipt indicating that the message had been delivered and opened by the recipient at vtlogodesignincamz@gmail.com.  *See* **Exhibit M** attached hereto.  Vtlogodesignincamz@gmail.com is the email address used to register an Amazon account held in the name "vtlogodesign inc" [*sic*].  ECF No. 56 ("Supp. Goodell Decl."), ¶ 13.  Muhammad Usman Khan is listed on address and a payment method on the account.  *Id.*

20.     On October 24, 2024, Amazon received a receipt indicating that the message to Mr. Qureshi had been delivered and opened for reading by the recipient at shiraziqureshi@gmail.com.  *See* **Exhibit N** attached hereto.  Shiraziqureshi@gmail.com is the email address used to used to register an Amazon account under the name "Muhammad shiraz Qureshi" on August 28, 2018.  Supp. Goodell Decl. ¶ 26.

21.     Out of an abundance of caution, on October 29, 2024, Amazon also e-mailed the Service Package to an attorney who has not appeared in this case, but who has previously represented to Amazon that she represents Mr. Qureshi.  *See* **Exhibit O** attached hereto.

22.     On October 24 2024, Amazon received a receipt indicating that the e-mail sent to Mr. Agar at yasiragar7@gmail.com had been delivered and opened.  *See* **Exhibit P** attached hereto.  Yasiragar7@gmail.com is the contact email address provided for the registrant, "Yasir Agar," of domains amazonprofinc.com and amazonkindleproinc.com.  ECF No. 16-1 ("Goodell Decl.") ¶ 13.

23.     On October 23, 2024, I received a receipt indicating that the message had been delivered to Defendant Mavia Nizam at mavianizam96@gmail.com. *See* **Exhibit Q.** Mavianizam96@gmail.com is the contact email address listed in an Amended Complaint filed in relation to UDRP Decision FA2305002043019 as the contact email address for "mavia nizam," the registrant for amagondigitalpro.com, and for "Ali Alam," the registrant of amazonpublisherpro.com.  Supp. Goodell Decl. ¶ 36.  This is the only email address known for Defendant Mavia Nizam. A previous email with a copy of the complaint was sent to this email address on October 31, 2023, and our law firm received confirmation that the email was delivered an opened.  Goodell Decl. ¶ 26.

Executed this 31st day of October 2024 in San Francisco, California.

/s/ Jean Fundakowski
Jean Fundakowski

DAVIS WRIGHT TREMAINE LLP

# EXHIBIT A



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

October 25, 2024

Amanda Henderson

Pursuant to Chapter 48.101 Florida Statutes, substitute service of process was accepted for VTLOGODESIGN, INC. in case number 3:23-cv-05580-TLT and was filed on October 24, 2024 at 10:38 PM.

Plaintiff(s)
Amazon.com, Inc. and Amazon Technologies, Inc.
v.
Defendant(s)
Umer Wasim, et al.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 241025001SOP.01

# EXHIBIT B



# FLORIDA DEPARTMENT OF STATE
### Division of Corporations

October 29, 2024

Amanda Henderson

Pursuant to Chapter 48.101 Florida Statutes, substitute service of process was accepted for MK AFFILIATES, INC in case number 3:23-cv-05580-TLT and was filed on October 25, 2024 at 5:25 PM.

Plaintiff(s)
Amazon.com, Inc. and Amazon Technologies, Inc.
v.
Defendant(s)
Umer Wasim, et al.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

Letter No. 241025039SOP.01

# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>John D. Freed \| SBN 261518<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, Floor 23, San Francisco, CA 94111 | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.: (415) 276-6500 \| FAX NO.  \| E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*  Plaintiff: AMAZON.COM, INC., a Delaware corporation, et al. *

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF:  AMAZON.COM, INC., a Delaware corporation, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT:  UMER WASIM, et al. | 3:23-cv-05580-TLT |

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>0051461.005955 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I **SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Document List**

PARTY SERVED:  **Ali Alam, individually**

DATE & TIME OF DELIVERY:  **10/25/2024**
**11:34 AM**

ADDRESS, CITY, AND STATE:  **44075 Pipeline Plz Ste 215**
**Ashburn, VA 20147**

PHYSICAL DESCRIPTION:  **Age: 40's**          **Weight: 180 lbs.**          **Hair: Black**
**Sex: Male**          **Height: 6'0"**          **Eyes: Brown**
**Skin: Middle Eastern   Marks: n/a**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: **$**
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 0051461.005955**

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on  **October 25, 2024**

Signature:

**Mark Hagood**

**PROOF OF SERVICE**

DefaultProof/SF34039661A

Document List

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.;  (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM.
INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC.
& AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM.
INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DOCKET ENTRY NO. 70 – CASE REFERRED TO MAGISTRATE JUDGE ROBERT M. ILLMAN FOR REPORT AND RECOMMENDATION

DOCKET ENTRY NO. 71 - CLERK'S NOTICE: PLAINTIFF IS DIRECTED TO SERVE NOTICE OF THIS HEARING ON ALL DEFAULTED DEFENDANTS AND TO FILE A CERTIFICATION OF THAT SERVICE ON THE DOCKET. MOTION HEARING SET FOR 11/19/2024 11:00 AM IN MCKINLEYVILLE BEFORE MAGISTRATE JUDGE ROBERT M. ILLMAN. THIS PROCEEDING WILL BE HELD VIA A ZOOM WEBINAR.

# EXHIBIT D

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
John D. Freed | SBN 261518
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23, San Francisco, CA 94111

TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599
ATTORNEY FOR *(Name)*: Plaintiffs AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

FOR COURT USE ONLY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF: AMAZON.COM, INC., a Delaware corporation, et al. | | | | | CASE NUMBER: |
|---|---|---|---|---|---|
| DEFENDANT: UMER WASIM, et al. | | | | | 3:23-cv-05580-TLT |

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: 0051461.005955 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**See Document List**

| | |
|---|---|
| PARTY SERVED: | **Dynamic Digital Solutions, LLC** |
| PERSON SERVED: | **Ali Alam - Agent for Service** |
| DATE & TIME OF DELIVERY: | **10/25/2024**<br>**11:35 AM** |
| ADDRESS, CITY, AND STATE: | **44075 Pipeline Plz Ste 215**<br>**Ashburn, VA 20147** |

PHYSICAL DESCRIPTION:   **Age: 40 years    Weight: 180 lbs.    Hair: Black**
**Sex: Male    Height: 6'0"    Eyes: Brown**
**Skin: Middle Eastern   Marks: n/a**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: **$**
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 0051461.005955**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 25, 2024**

Signature:_____

**Mark Hagood**

**PROOF OF SERVICE**

DefaultProof/SF34039661

Document List

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES,  INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DOCKET ENTRY NO. 70 – CASE REFERRED TO MAGISTRATE JUDGE ROBERT M. ILLMAN FOR REPORT AND RECOMMENDATION

DOCKET ENTRY NO. 71 - CLERK'S NOTICE: PLAINTIFF IS DIRECTED TO SERVE NOTICE OF THIS HEARING ON ALL DEFAULTED DEFENDANTS AND TO FILE A CERTIFICATION OF THAT SERVICE ON THE DOCKET. MOTION HEARING SET FOR 11/19/2024 11:00 AM IN MCKINLEYVILLE BEFORE MAGISTRATE JUDGE ROBERT M. ILLMAN. THIS PROCEEDING WILL BE HELD VIA A ZOOM WEBINAR.

# EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>John D. Freed | SBN 261518<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, Floor 23, San Francisco, CA 94111 | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599<br>ATTORNEY FOR *(Name)*: Plaintiffs AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC. | | | | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF: AMAZON.COM, INC., a Delaware corporation, et al. | | | | | CASE NUMBER: |
|---|---|---|---|---|---|
| DEFENDANT: UMER WASIM, et al. | | | | | 3:23-cv-05580-TLT |

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>0051461.005955 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**See Document List**

| | |
|---|---|
| PARTY SERVED: | **MEHWASH MUNIR** |
| DATE & TIME OF DELIVERY: | **10/25/2024**<br>**11:33 AM** |
| ADDRESS, CITY, AND STATE: | **44075 Pipeline Plz Ste 215**<br>**Ashburn, VA 20147** |

| PHYSICAL DESCRIPTION: | **Age: 40's**<br>**Sex: Female**<br>**Skin: Middle Eastern** | **Weight: 165 lbs.**<br>**Height: 5'10"**<br>**Marks: n/a** | **Hair: Black**<br>**Eyes: Brown** |
|---|---|---|---|

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $
  County:
  Registration No.:
  **ASAP LEGAL**
  **1625 Clay Street 4th Floor**
  **Oakland, CA 94612**
  **(510) 785-2300**
  **Ref: 0051461.005955**

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **October 25, 2024**

Signature:_____

**Mark Hagood**

**PROOF OF SERVICE**

Document List

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DOCKET ENTRY NO. 70 – CASE REFERRED TO MAGISTRATE JUDGE ROBERT M. ILLMAN FOR REPORT AND RECOMMENDATION

DOCKET ENTRY NO. 71 - CLERK'S NOTICE: PLAINTIFF IS DIRECTED TO SERVE NOTICE OF THIS HEARING ON ALL DEFAULTED DEFENDANTS AND TO FILE A CERTIFICATION OF THAT SERVICE ON THE DOCKET. MOTION HEARING SET FOR 11/19/2024 11:00 AM IN MCKINLEYVILLE BEFORE MAGISTRATE JUDGE ROBERT M. ILLMAN. THIS PROCEEDING WILL BE HELD VIA A ZOOM WEBINAR.

# EXHIBIT F

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>John D. Freed | SBN 261518<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, Floor 23, San Francisco, CA 94111<br><br>TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599<br>ATTORNEY FOR *(Name)*: Plaintiffs AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC. | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF: AMAZON.COM, INC., a Delaware corporation, et al.<br><br>DEFENDANT: UMER WASIM, et al. | | | | | CASE NUMBER:<br>3:23-cv-05580-TLT |
|---|---|---|---|---|---|
| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>0051461.005955 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Document List**

| | |
|---|---|
| PARTY SERVED: | **ONE STOP COMPUTER SERVICES LLC** |
| PERSON SERVED: | **Mehwash Munir - Agent for Service** |
| DATE & TIME OF DELIVERY: | **10/25/2024**<br>**11:34 AM** |
| ADDRESS, CITY, AND STATE: | **44075 Pipeline Plz Ste 215**<br>**Ashburn, VA 20147** |

| PHYSICAL DESCRIPTION: | **Age: 40's**<br>**Sex: Male** | **Weight: 175 lbs.**<br>**Height: 5'10"**<br>**Skin: Middle Eastern   Marks: n/a** | **Hair: Black**<br>**Eyes: Brown** |
|---|---|---|---|

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $
  County:
  Registration No.:
  **ASAP LEGAL**
  **1625 Clay Street 4th Floor**
  **Oakland, CA 94612**
  **(510) 785-2300**
  **Ref: 0051461.005955**

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **October 25, 2024**

Signature: _____
  **Mark 'Hagood**

**PROOF OF SERVICE**

DefaultProof/SF34039664

Document List

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON
TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM;
(4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DOCKET ENTRY NO. 70 – CASE REFERRED TO MAGISTRATE JUDGE ROBERT M. ILLMAN
FOR REPORT AND RECOMMENDATION

DOCKET ENTRY NO. 71 - CLERK'S NOTICE: PLAINTIFF IS DIRECTED TO SERVE NOTICE
OF THIS HEARING ON ALL DEFAULTED DEFENDANTS AND TO FILE A CERTIFICATION
OF THAT SERVICE ON THE DOCKET. MOTION HEARING SET FOR 11/19/2024 11:00 AM IN
MCKINLEYVILLE BEFORE MAGISTRATE JUDGE ROBERT M. ILLMAN. THIS PROCEEDING
WILL BE HELD VIA A ZOOM WEBINAR.

# EXHIBIT G

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Bonnie MacNaughton | SBN: 107402
DAVIS WRIGHT & TREMAINE LLP
920 Fifth Avenue, Suite 3300   Seattle, WA 98104

TELEPHONE NO.: (206) 622-3150 | FAX NO. (206) 757-7700 | E-MAIL ADDRESS *(Optional)*: bonniemacnaughton@dwt.com
ATTORNEY FOR *(Name)*:  Plaintiff: AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

| PLAINTIFF:  AMAZON.COM, INC., a Delaware corporation, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT:  UMER WASIM, et al. | 3:23-cv-05580-TLT |

| **PROOF OF SERVICE** | Hearing Date: 12/10/2024 | Day | Hearing Time: 2:00 PM | Dept: | Ref. No. or File No.: 0051461.005955 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Document List**

PARTY SERVED:   **MUHAMMAD ZUBAIR KHAN**

BY LEAVING WITH:   **Sahir Khan - Wife/Authorized to Accept**

DATE & TIME OF DELIVERY:   **10/27/2024
5:43 PM**

ADDRESS, CITY, AND STATE:   **1221 W 3rd St Apt 502
Los Angeles, CA 900175191**

PHYSICAL DESCRIPTION:   **Age: 40s          Weight: 170lbs          Hair: Black
Sex: Female      Height: 5'10"          Eyes: Brown
Skin: Middle Eastern   Marks: None**

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Sahir Khan a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.

Fee for Service: **$**
County:  **Los Angeles**
Registration No.:  **2018032404**
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 0051461.005955**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **October 28, 2024**

Signature: _____
**Robert Brooks**

**PROOF OF SERVICE**                                                                          DefaultProof/SF34039640A

Document List

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.;  (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART

STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM.
INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3)  ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC.
& AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES,  INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM.
INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD

MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DOCKET ENTRY NO. 70 – CASE REFERRED TO MAGISTRATE JUDGE ROBERT M. ILLMAN FOR REPORT AND RECOMMENDATION

DOCKET ENTRY NO. 71 - CLERK'S NOTICE: PLAINTIFF IS DIRECTED TO SERVE NOTICE OF THIS HEARING ON ALL DEFAULTED DEFENDANTS AND TO FILE A CERTIFICATION OF THAT SERVICE ON THE DOCKET. MOTION HEARING SET FOR 11/19/2024 11:00 AM IN MCKINLEYVILLE BEFORE MAGISTRATE JUDGE ROBERT M. ILLMAN. THIS PROCEEDING WILL BE HELD VIA A ZOOM WEBINAR.

# EXHIBIT H

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) *FOR COURT USE ONLY*

Bonnie MacNaughton | SBN: 107402
DAVIS WRIGHT & TREMAINE LLP
920 Fifth Avenue, Suite 3300   Seattle, WA 98104

TELEPHONE NO.: (206) 622-3150 | FAX NO. (206) 757-7700 | E-MAIL ADDRESS *(Optional)*: bonniemacnaughton@dwt.com
ATTORNEY FOR *(Name)*: Plaintiff: AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

| PLAINTIFF:  AMAZON.COM, INC., a Delaware corporation, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT:  UMER WASIM, et al. | 3:23-cv-05580-TLT |

| **PROOF OF SERVICE** | Hearing Date: 12/10/2024 | Day | Hearing Time: 2:00 PM | Dept: | Ref. No. or File No.: 0051461.005955 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

    **See Document List**

          PARTY SERVED:    **TECHTURE INC.**

         PERSON SERVED:    **Muhammad Zubair Khan - Authorized Agent**

       BY LEAVING WITH:    **Sahir Khan - Wife of Agent/Authorized to Accept**

DATE & TIME OF DELIVERY:    **10/27/2024**
                            **5:43 PM**

ADDRESS, CITY, AND STATE:    **1221 W 3rd St Apt 502**
                            **Los Angeles, CA 900175191**

PHYSICAL DESCRIPTION:    **Age: 40s**      **Weight: 170lbs**      **Hair: Black**
                                **Sex: Female**    **Height: 5'10"**      **Eyes: Brown**
                                **Skin: Middle Eastern**   **Marks: None**

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Sahir Khan a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.

Fee for Service: **$**
  County:  **Los Angeles**
  Registration No.:  **2018032404**
  **ASAP LEGAL**
  **1625 Clay Street 4th Floor**
  **Oakland, CA 94612**
  **(510) 785-2300**
  **Ref: 0051461.005955**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **October 28, 2024**

Signature: _____

                       **Robert Brooks**

**PROOF OF SERVICE**

DefaultProof/SF34039640

Document List

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.;  (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART

STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3)  ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES,  INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD

MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DOCKET ENTRY NO. 70 – CASE REFERRED TO MAGISTRATE JUDGE ROBERT M. ILLMAN FOR REPORT AND RECOMMENDATION

DOCKET ENTRY NO. 71 - CLERK'S NOTICE: PLAINTIFF IS DIRECTED TO SERVE NOTICE OF THIS HEARING ON ALL DEFAULTED DEFENDANTS AND TO FILE A CERTIFICATION OF THAT SERVICE ON THE DOCKET. MOTION HEARING SET FOR 11/19/2024 11:00 AM IN MCKINLEYVILLE BEFORE MAGISTRATE JUDGE ROBERT M. ILLMAN. THIS PROCEEDING WILL BE HELD VIA A ZOOM WEBINAR.

# EXHIBIT I

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>John D. Freed | SBN 261518<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, Floor 23, San Francisco, CA 94111<br><br>TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599<br>ATTORNEY FOR *(Name):* Plaintiff: AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC. | | | | *FOR COURT USE ONLY* | |
|---|---|---|---|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | | | | | |
| PLAINTIFF:  AMAZON.COM, INC., a Delaware corporation, et al. | | | | CASE NUMBER: | |
| DEFENDANT:  UMER WASIM, et al. | | | | 3:23-cv-05580-TLT | |
| **PROOF OF SERVICE** | Hearing Date:<br>12/10/2024 | Day | Hearing Time:<br>2:00 PM | Dept:<br>9 | Ref. No. or File No.:<br>51461-5955 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

      See Attached Document List

          PARTY SERVED:   **Muhammad Mudassar Anwar**

DATE & TIME OF DELIVERY:   **10/26/2024**
                       **9:05 AM**

ADDRESS, CITY, AND STATE:   **919 Wilmot Rd**
                       **Scarsdale, NY 10583**

PHYSICAL DESCRIPTION:   **Age: 55 years**    **Weight: 161-200 lbs.**   **Hair: Black**
                              **Sex: Male**         **Height: 5'9"-6'0"**    **Eyes: n/a**
                              **Skin: Brown**         **Marks: Mustache & Beard**

MANNER OF SERVICE:
   Personal Service - By personally delivering copies.

Fee for Service: **$**
  County:
  Registration No.:
  **ASAP LEGAL**
  **1625 Clay Street 4th Floor**
  **Oakland, CA 94612**
  **(510) 785-2300**
  **Ref: 51461-5955**

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on  **October 29, 2024**

Signature:_____
                **Jose R. Lagos**

**PROOF OF SERVICE**

DefaultProof/SF34039617

Document List

ORDER

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM.
INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

Notice of Electronic Filing - CASE REFERRED to Magistrate Judge Robert M. Illman for Report and Recommendation. (ejk, COURT STAFF) (Filed on 10/18/2024)

Notice of Electronic Filing - CLERK'S NOTICE: Plaintiff is directed to serve notice of this hearing on all defaulted Defendants and to file a certification of that service on the docket. Motion Hearing set for 11/19/2024 11:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. This proceeding will be held via a Zoom webinar.

# EXHIBIT J

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| John D. Freed | SBN 261518<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, Floor 23, San Francisco, CA 94111<br><br>TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599<br>ATTORNEY FOR *(Name):* Plaintiff: AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC. | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF: AMAZON.COM, INC., a Delaware corporation, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: UMER WASIM, et al. | 3:23-cv-05580-TLT |

| **PROOF OF SERVICE** | Hearing Date:<br>12/10/2024 | Day | Hearing Time:<br>2:00 PM | Dept:<br>9 | Ref. No. or File No.:<br>**51461-5955** |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

    **See Attached Document List**

|  |  |
|---|---|
| PARTY SERVED: | **TECH DRIVE PVT LLC** |
| PERSON SERVED: | **Muhammad Mudassar Anwar - Agent for Service** |
| DATE & TIME OF DELIVERY: | **10/26/2024**<br>**9:05 AM** |
| ADDRESS, CITY, AND STATE: | **919 Wilmont Road**<br>**Scarsdale, NY 10583** |

| PHYSICAL DESCRIPTION: | **Age: 55 years** | **Weight: 161-200 lbs.** | **Hair: Black** |
|---|---|---|---|
| | **Sex: Male** | **Height: 5'9"-6'0"** | **Eyes: n/a** |
| | **Skin: Brown** | **Marks: Mustache & Beard** | |

MANNER OF SERVICE:
    Personal Service - By personally delivering copies.

Fee for Service: **$**
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 51461-5955**

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **October 29, 2024**

Signature: _____
         **Jose R. Lagos**

**PROOF OF SERVICE**

DefaultProof/SF34039615

Document List

ORDER

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

Notice of Electronic Filing - CASE REFERRED to Magistrate Judge Robert M. Illman for Report and Recommendation. (ejk, COURT STAFF) (Filed on 10/18/2024)

Notice of Electronic Filing - CLERK'S NOTICE: Plaintiff is directed to serve notice of this hearing on all defaulted Defendants and to file a certification of that service on the docket. Motion Hearing set for 11/19/2024 11:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. This proceeding will be held via a Zoom webinar.

# EXHIBIT K

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
John D. Freed | SBN 261518
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23, San Francisco, CA 94111

TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599
ATTORNEY FOR *(Name):* Plaintiff: AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC.

FOR COURT USE ONLY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF:  AMAZON.COM, INC., a Delaware corporation, et al.

DEFENDANT:  UMER WASIM, et al.

CASE NUMBER:
3:23-cv-05580-TLT

| PROOF OF SERVICE | Hearing Date: 12/10/2024 | Day | Hearing Time: 2:00 PM | Dept: 9 | Ref. No. or File No.: 51461-5955 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I **SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Document List**

| | |
|---|---|
| PARTY SERVED: | **Ashhar Rawoof** |
| BY LEAVING WITH: | **Humera Suldana-Ashhar - Spouse** |
| DATE & TIME OF DELIVERY: | **10/25/2024** **5:21 PM** |
| ADDRESS, CITY, AND STATE: | **11930 Newbrook Drive** **Houston, TX 77072** |

PHYSICAL DESCRIPTION:  **Age: 30        Weight: 105lbs        Hair: Black**
**Sex: Female      Height: 5'4"          Eyes: n/a**
**Skin: Middle Eastern    Marks: None**

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Humera Suldana-Ashhar a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.

Fee for Service: **$**
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 51461-5955**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **October 28, 2024**

Signature: *Carol Agnew*

**Carol Agnew**

**PROOF OF SERVICE**

DefaultProof/SF34039611

Document List

ORDER

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

Notice of Electronic Filing - CASE REFERRED to Magistrate Judge Robert M. Illman for Report and Recommendation. (ejk, COURT STAFF) (Filed on 10/18/2024)

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

Notice of Electronic Filing - CLERK'S NOTICE: Plaintiff is directed to serve notice of this hearing on all defaulted Defendants and to file a certification of that service on the docket. Motion Hearing set for 11/19/2024 11:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. This proceeding will be held via a Zoom webinar.

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

# EXHIBIT L

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| John D. Freed | SBN 261518<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, Floor 23, San Francisco, CA 94111<br><br>TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599<br>ATTORNEY FOR *(Name)*: Plaintiff: AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC. | | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF: AMAZON.COM, INC., a Delaware corporation, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: UMER WASIM, et al. | 3:23-cv-05580-TLT |

| **PROOF OF SERVICE** | Hearing Date:<br>12/10/2024 | Day | Hearing Time:<br>2:00 PM | Dept:<br>9 | Ref. No. or File No.:<br>51461-5955 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Attached Document List**

PARTY SERVED: **Smart Startup Solutions LLC**

BY LEAVING WITH: **Daniel George  - Specialist**

DATE & TIME OF DELIVERY: **10/30/2024**
**11:00 AM**

ADDRESS, CITY, AND STATE: **500 N. Michigan Avenue, Suite 600**
**Chicago, IL 60611**

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Daniel George a person at least 18 years of age apparently in charge at the office or usual place of business of the person served.  I informed him/her of the general nature of the papers.

Fee for Service: $
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 51461-5955**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  October 30, 2024

Signature: *Dennis Minaglia*

**Dennis Minaglia**

**PROOF OF SERVICE**

DefaultProof#SF34039865

Document List

ORDER

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

Notice of Electronic Filing - CLERK'S NOTICE: Plaintiff is directed to serve notice of this hearing on all defaulted Defendants and to file a certification of that service on the docket. Motion Hearing set for 11/19/2024 11:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. This proceeding will be held via a Zoom webinar.

Notice of Electronic Filing - CASE REFERRED to Magistrate Judge Robert M. Illman for Report and Recommendation. (ejk, COURT STAFF) (Filed on 10/18/2024)

# EXHIBIT M

| | |
|---|---|
| **From:** | Simmons-Greene, Kimberly |
| **Sent:** | Wednesday, October 23, 2024 5:45 PM |
| **To:** | usman@khans.pk; mkhan@voipterminator.com; vtlogodesignincamz@gmail.com; finance@mkaffiliatenetwork.com |
| **Cc:** | Jake Freed; Fundakowski, Jean; Goodell, Emily; Henderson, Amanda |
| **Subject:** | Amazon.com Inc. v. Umer Wasim, et al.,  Case No. 3:23-cv-05580-TLT (Sent Registered) |

Mr. Khan,

On March 8, 2024, pursuant to a Court Order authorizing service to this email address, you were served with copies of a Civil Complaint and other case materials naming you as a defendant in the lawsuit *Amazon.com Inc. v. Umer Wasim, et al.*, which is pending in the U.S. District Court for the Northern District of California (Case No. 3:23-cv-05580-TLT).

Following your failure to appear in the case, the Clerk of Court entered default against you, and Plaintiffs Amazon.com Inc. and Amazon Technologies, Inc. (collectively, "Amazon"), filed a Motion for Default Judgment against you and other Defendants in this case on September 15, 2024.  Amazon's Motion for Default Judgment has been referred to Magistrate Judge Robert M. Illman, who has set a hearing on the motion for November 19, 2024 at 11:00 am on Zoom.

Pursuant to Judge Illman's Order, Amazon is serving you with copies of Amazon's Default Judgment Motion (ECF No. 68); the Court's prior order authorizing service by e-mail (ECF No. 57); the notice referring the Default Judgment Motion to Judge Illman (ECF No. 70); and the Clerk's Notice Resetting the Hearing Date (ECF No. 71). Due to the file size of these materials, we are sharing them via a DropBox link:  https://www.dropbox.com/scl/fo/0t0iq21ocnceeol3no7y1/AOgRsb9yzoWYgQR-i37_J6k?rlkey=u3xcv48z5yt5iwjrnoznz5wbs&st=rhf45r8u&dl=0

Please let us know if you cannot access these materials.

Thank you,



**Kimberly Simmons-Greene**
**Legal Secretary | Davis Wright Tremaine LLP**
**P** 415.276.6596  **E** kimberlysimmonsgreene@dwt.com
**A** 50 California Street, 23rd Floor, San Francisco, CA 94111

**DWT.COM**

| From: | Receipt <receipt@r1.rpost.net> |
|---|---|
| Sent: | Wednesday, October 23, 2024 8:15 PM |
| To: | Simmons-Greene, Kimberly |
| Subject: | Receipt: https://url.us.m.mimecastprotect.com/s/Jk_eC1w93ghGmryGcLfmFVGflO?domain=amazon.com Inc. v. Umer Wasim, et al.,  Case No. 3:23-cv-05580-TLT (Delivery Failure) |
| Attachments: | DeliveryReceipt.xml; HtmlReceipt.htm |

[EXTERNAL]

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| amandahenderson@dwt.com | Delivered and Opened | HTTP-IP://216.200.93.97 | 10/24/2024 12:45:16 AM (UTC) | 10/24/2024 12:45:16 AM | 10/24/2024 12:45:52 AM |
| emilygoodell@dwt.com | Delivered to Mail Server | relayed;us-smtp-inbound-1.mimecast.com (205.139.110.221) | 10/24/2024 12:45:17 AM (UTC) | 10/24/2024 12:45:17 AM | |
| finance@mkaffiliatenetwork.com | Delivery Failed | 5.0.0 | *** | *** | |
| jakefreed@dwt.com | Delivered to Mail Server | relayed;us-smtp-inbound-1.mimecast.com (205.139.110.221) | 10/24/2024 12:45:17 AM (UTC) | 10/24/2024 12:45:17 AM | |
| jeanfundakowski@dwt.com | Delivered to Mail Server | relayed;us-smtp-inbound-2.mimecast.com (170.10.128.221) | 10/24/2024 12:45:17 AM (UTC) | 10/24/2024 12:45:17 AM | |
| mkhan@voipterminator.com | Delivery Failed | 4.4.1 (no answer from host) | *** | *** | |
| usman@khans.pk | Delivered to Mail Server | relayed;aspmx.l.google.com (173.194.76.26) | 10/24/2024 12:45:17 AM (UTC) | 10/24/2024 12:45:17 AM | |
| vtlogodesignincamz@gmail.com | Delivered and Opened | HTTP-IP://66.249.90.5 | 10/24/2024 12:53:53 AM (UTC) | 10/24/2024 12:53:53 AM | 10/24/2024 12:53:55 AM |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| From: | Simmons-Greene, Kimberly <KimberlySimmonsGreene@dwt.com> |
|---|---|
| Subject: | Amazon.com Inc. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT |
| To: | <finance@mkaffiliatenetwork.com> <mkhan@voipterminator.com> <usman@khans.pk> <vtlogodesignincamz@gmail.com> |
| Cc: | <amandahenderson@dwt.com> <emilygoodell@dwt.com> <jakefreed@dwt.com> <jeanfundakowski@dwt.com> |
| Bcc: | |

| Network ID: | <5e941fc24239467bb0fdef7bb90cb555@dwt.com> |
|---|---|
| Received by RMail System: | 10/24/2024 12:45:13 AM (UTC), 10/24/2024 12:45:13 AM (Local) |
| Client Code: | |

| Message Statistics | |
|---|---|
| Tracking Number: | 98694604D582D9C17BB07F1D27385508FC0C4CD2 |
| Message Size: | 21014 |
| Features Used: | R RR |

| Delivery Audit Trail |
|---|

10/24/2024 12:45:14 AM starting dwt.com/{default} 10/24/2024 12:45:14 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-2.mimecast.com (170.10.128.221) 10/24/2024 12:45:14 AM connected from 192.168.10.11:39262 10/24/2024 12:45:14 AM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:45:14 -0400 10/24/2024 12:45:14 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:14 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:45:14 AM >>> 250-STARTTLS 10/24/2024 12:45:14 AM >>> 250 HELP 10/24/2024 12:45:14 AM <<< STARTTLS 10/24/2024 12:45:14 AM >>> 220 Starting TLS [8mAHjvlZNNqwguXejeJvew.us657] 10/24/2024 12:45:15 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/24 4:5:15 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:45:15 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:15 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:45:15 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:45:15 AM >>> 250 HELP 10/24/2024 12:45:15 AM <<< MAIL FROM: 10/24/2024 12:45:15 AM >>> 250 Sender OK [8mAHjvlZNNqwguXejeJvew.us657] 10/24/2024 12:45:15 AM <<< RCPT TO: 10/24/2024 12:45:15 AM >>> 250 Recipient OK [8mAHjvlZNNqwguXejeJvew.us657] 10/24/2024 12:45:15 AM <<< DATA 10/24/2024 12:45:15 AM >>> 354 Start mail data, end with CRLF.CRLF [8mAHjvlZNNqwguXejeJvew.us657] 10/24/2024 12:45:16 AM <<< . 10/24/2024 12:45:16 AM >>> 250 SmtpThread-25841440-1729730716884@us-mta-657.us.mimecast.lan Received OK [8mAHjvlZNNqwguXejeJvew.us657] 10/24/2024 12:45:16 AM <<< QUIT 10/24/2024 12:45:17 AM >>> 221 Service closing transmission channel [ATJWccftNJOzR8CDXo8bLQ.us657] 10/24/2024 12:45:17 AM closed us-smtp-inbound-2.mimecast.com (170.10.128.221) in=641 out=29612 10/24/2024 12:45:17 AM done dwt.com/{default}

10/24/2024 12:45:14 AM starting dwt.com/{default} 10/24/2024 12:45:14 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-1.mimecast.com (205.139.110.221) 10/24/2024 12:45:14 AM connected from 192.168.10.11:53081 10/24/2024 12:45:14 AM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:45:14 -0400 10/24/2024 12:45:14 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:14 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:45:14 AM >>> 250-STARTTLS 10/24/2024 12:45:14 AM >>> 250 HELP 10/24/2024 12:45:14 AM <<< STARTTLS 10/24/2024 12:45:14 AM >>> 220 Starting TLS [VrEarn-QO2y7p7T_qnEBOg.us624] 10/24/2024 12:45:15 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:45:15 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:45:15 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:15 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:45:15 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:45:15 AM >>> 250 HELP 10/24/2024 12:45:15 AM <<< MAIL FROM: 10/24/2024 12:45:15 AM >>> 250 Sender OK [VrEarn-QO2y7p7T_qnEBOg.us624] 10/24/2024 12:45:15 AM <<< RCPT TO: 10/24/2024 12:45:15 AM >>> 250 Recipient OK [VrEarn-QO2y7p7T_qnEBOg.us624] 10/24/2024 12:45:15 AM <<< DATA 10/24/2024 12:45:15 AM >>> 354 Start mail data, end with CRLF.CRLF [VrEarn-QO2y7p7T_qnEBOg.us624] 10/24/2024 12:45:15 AM <<< . 10/24/2024 12:45:16 AM >>> 250 SmtpThread-14814360-1729730716897@us-mta-624.us.mimecast.lan Received OK [VrEarn-QO2y7p7T_qnEBOg.us624] 10/24/2024 12:45:16 AM <<< QUIT 10/24/2024 12:45:17 AM >>> 221 Service closing transmission channel [TcRjuD9tPuGaV8guDuwjrQ.us624] 10/24/2024 12:45:17 AM closed us-smtp-inbound-1.mimecast.com (205.139.110.221) in=641 out=29603 10/24/2024 12:45:17 AM done dwt.com/{default}

10/24/2024 12:45:14 AM starting mkaffiliatenetwork.com/{default} 10/24/2024 12:45:14 AM connecting from mta21.r1.rpost.net (0.0.0.0) to mx1-hosting.jellyfish.systems (198.54.127.242) 10/24/2024 12:45:14 AM connected from 192.168.10.11:58731 10/24/2024 12:45:14 AM >>> 220 asp-relay-shared.jellyfish.systems ESMTP Postfix 10/24/2024 12:45:14 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:15 AM >>> 250-asp-relay-shared.jellyfish.systems 10/24/2024 12:45:15 AM >>> 250-PIPELINING 10/24/2024 12:45:15 AM >>> 250-SIZE 51200000 10/24/2024 12:45:15 AM >>> 250-ETRN 10/24/2024 12:45:15 AM >>> 250-STARTTLS 10/24/2024 12:45:15 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:45:15 AM >>> 250-8BITMIME 10/24/2024 12:45:15 AM >>> 250 CHUNKING 10/24/2024 12:45:15 AM <<< STARTTLS 10/24/2024 12:45:15 AM >>> 220 2.0.0 Ready to start TLS 10/24/2024 12:45:15 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:45:15 AM tls:Cert: /CN=*.jellyfish.systems; issuer=/C=GB/ST=Greater Manchester/L=Salford/O=Sectigo Limited/CN=Sectigo RSA Domain Validation Secure Server CA; verified=no 10/24/2024 12:45:15 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:15 AM >>> 250-asp-relay-shared.jellyfish.systems 10/24/2024 12:45:15 AM >>> 250-PIPELINING 10/24/2024 12:45:15 AM >>> 250-SIZE 51200000 10/24/2024 12:45:15 AM >>> 250-ETRN 10/24/2024 12:45:15 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:45:15 AM >>> 250-8BITMIME 10/24/2024 12:45:15 AM >>> 250 CHUNKING 10/24/2024 12:45:15 AM <<< MAIL FROM: BODY=8BITMIME 10/24/2024 12:45:15 AM >>> 250 2.1.0 Ok 10/24/2024 12:45:15 AM <<< RCPT TO: 10/24/2024 12:45:21 AM >>> 250 2.1.5 Ok 10/24/2024 12:45:21 AM <<< DATA 10/24/2024 12:45:21 AM >>> 354 End data with . 10/24/2024 12:45:21 AM <<< . 10/24/2024 12:45:22 AM >>> 250 2.0.0 Ok: queued as 4XYnJC6QjQz55CN 10/24/2024 12:45:22 AM <<< QUIT 10/24/2024 12:45:22 AM >>> 221 2.0.0 Bye 10/24/2024 12:45:22 AM closed mx1-hosting.jellyfish.systems (198.54.127.242) in=495 out=29647 10/24/2024 12:45:22 AM done mkaffiliatenetwork.com/{default}

10/24/2024 12:45:14 AM starting dwt.com/{default} 10/24/2024 12:45:14 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-1.mimecast.com (205.139.110.221) 10/24/2024 12:45:14 AM connected from 192.168.10.11:56904 10/24/2024 12:45:14 AM >>> 220

us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:45:14 -0400 10/24/2024 12:45:14 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:14 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:45:14 AM >>> 250-STARTTLS 10/24/2024 12:45:14 AM >>> 250 HELP 10/24/2024 12:45:14 AM <<< STARTTLS 10/24/2024 12:45:14 AM >>> 220 Starting TLS [Mppt1M7EMOm2XOFh8bwkzw.us614] 10/24/2024 12:45:15 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:45:15 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:45:15 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:15 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:45:15 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:45:15 AM >>> 250 HELP 10/24/2024 12:45:15 AM <<< MAIL FROM: 10/24/2024 12:45:15 AM >>> 250 Sender OK [Mppt1M7EMOm2XOFh8bwkzw.us614] 10/24/2024 12:45:15 AM <<< RCPT TO: 10/24/2024 12:45:15 AM >>> 250 Recipient OK [Mppt1M7EMOm2XOFh8bwkzw.us614] 10/24/2024 12:45:15 AM <<< DATA 10/24/2024 12:45:15 AM >>> 354 Start mail data, end with CRLF.CRLF [Mppt1M7EMOm2XOFh8bwkzw.us614] 10/24/2024 12:45:16 AM <<< . 10/24/2024 12:45:16 AM >>> 250 SmtpThread-14803369-1729730716846@us-mta-614.us.mimecast.lan Received OK [Mppt1M7EMOm2XOFh8bwkzw.us614] 10/24/2024 12:45:16 AM <<< QUIT 10/24/2024 12:45:16 AM >>> 221 Service closing transmission channel [0tLZHtXbOd-tqaCkx8RrGA.us614] 10/24/2024 12:45:16 AM closed us-smtp-inbound-1.mimecast.com (205.139.110.221) in=641 out=29594 10/24/2024 12:45:16 AM done dwt.com/{default}

10/24/2024 12:45:14 AM starting dwt.com/{default} 10/24/2024 12:45:14 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-2.mimecast.com (170.10.128.221) 10/24/2024 12:45:14 AM connected from 192.168.10.11:59690 10/24/2024 12:45:14 AM >>> 220 us-smtp-inbound-2.mimecast.com ESMTP; Wed, 23 Oct 2024 20:45:14 -0400 10/24/2024 12:45:14 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:14 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:45:14 AM >>> 250-STARTTLS 10/24/2024 12:45:14 AM >>> 250 HELP 10/24/2024 12:45:14 AM <<< STARTTLS 10/24/2024 12:45:14 AM >>> 220 Starting TLS [IF-NpIhmM9m5vx3XJau_rA.us655] 10/24/2024 12:45:15 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:45:15 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:45:15 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:15 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:45:15 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:45:15 AM >>> 250 HELP 10/24/2024 12:45:15 AM <<< MAIL FROM: 10/24/2024 12:45:15 AM >>> 250 Sender OK [IF-NpIhmM9m5vx3XJau_rA.us655] 10/24/2024 12:45:15 AM <<< RCPT TO: 10/24/2024 12:45:15 AM >>> 250 Recipient OK [IF-NpIhmM9m5vx3XJau_rA.us655] 10/24/2024 12:45:15 AM <<< DATA 10/24/2024 12:45:15 AM >>> 354 Start mail data, end with CRLF.CRLF [IF-NpIhmM9m5vx3XJau_rA.us655] 10/24/2024 12:45:16 AM <<< . 10/24/2024 12:45:16 AM >>> 250 SmtpThread-25961713-1729730716743@us-mta-655.us.mimecast.lan Received OK [IF-NpIhmM9m5vx3XJau_rA.us655] 10/24/2024 12:45:16 AM <<< QUIT 10/24/2024 12:45:16 AM >>> 221 Service closing transmission channel [pHReksggNJ2W7eB6LL4ZzQ.us655] 10/24/2024 12:45:16 AM closed us-smtp-inbound-2.mimecast.com (170.10.128.221) in=641 out=29612 10/24/2024 12:45:16 AM done dwt.com/{default}

10/24/2024 12:45:14 AM starting khans.pk/{default} 10/24/2024 12:45:14 AM connecting from mta21.r1.rpost.net (0.0.0.0) to aspmx.l.google.com (173.194.76.26) 10/24/2024 12:45:14 AM connected from 192.168.10.11:49122 10/24/2024 12:45:14 AM >>> 220 mx.google.com ESMTP ffacd0b85a97d-37ee0bd5289si4025253f8f.1043 - gsmtp 10/24/2024 12:45:14 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:14 AM >>> 250-mx.google.com at your service, [52.58.131.9] 10/24/2024 12:45:14 AM >>> 250-SIZE 157286400 10/24/2024 12:45:14 AM >>> 250-8BITMIME 10/24/2024 12:45:14 AM >>> 250-STARTTLS 10/24/2024 12:45:14 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:45:14 AM >>> 250-PIPELINING 10/24/2024 12:45:14 AM >>> 250-CHUNKING 10/24/2024 12:45:14 AM >>> 250 SMTPUTF8 10/24/2024 12:45:14 AM <<< STARTTLS 10/24/2024 12:45:14 AM >>> 220 2.0.0 Ready to start TLS 10/24/2024 12:45:14 AM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 10/24/2024 12:45:14 AM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 10/24/2024 12:45:14 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:45:14 AM >>> 250-mx.google.com at your service, [52.58.131.9] 10/24/2024 12:45:14 AM >>> 250-SIZE 157286400 10/24/2024 12:45:14 AM >>> 250-8BITMIME 10/24/2024 12:45:14 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:45:14 AM >>> 250-PIPELINING 10/24/2024 12:45:14 AM >>> 250-CHUNKING 10/24/2024 12:45:14 AM >>> 250 SMTPUTF8 10/24/2024 12:45:14 AM <<< MAIL FROM: BODY=8BITMIME 10/24/2024 12:45:14 AM >>> 250 2.1.0 OK ffacd0b85a97d-37ee0bd5289si4025253f8f.1043 - gsmtp 10/24/2024 12:45:14 AM <<< RCPT TO: 10/24/2024 12:45:14 AM >>> 250 2.1.5 OK ffacd0b85a97d-37ee0bd5289si4025253f8f.1043 - gsmtp 10/24/2024 12:45:14 AM <<< DATA 10/24/2024 12:45:14 AM >>> 354 Go ahead ffacd0b85a97d-37ee0bd5289si4025253f8f.1043 - gsmtp 10/24/2024 12:45:14 AM <<< . 10/24/2024 12:45:14 AM >>> 250 2.0.0 OK 1729730714 ffacd0b85a97d-37ee0bd5289si4025253f8f.1043 - gsmtp 10/24/2024 12:45:14 AM <<< QUIT 10/24/2024 12:45:14 AM >>> 221 2.0.0 closing connection ffacd0b85a97d-37ee0bd5289si4025253f8f.1043 - gsmtp 10/24/2024 12:45:14 AM closed aspmx.l.google.com (173.194.76.26) in=780 out=29599 10/24/2024 12:45:14 AM done khans.pk/{default}</usman@khans.pk></rcptvtfnafo9fscyhdmlkijbizxfy4vswwljxuh3shhymdix@r1.rpost.net>

10/24/2024 12:53:52 AM starting gmail.com/{default} 10/24/2024 12:53:52 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (66.102.1.27) 10/24/2024 12:53:52 AM connected from 192.168.10.11:60227 10/24/2024 12:53:52 AM >>> 220 mx.google.com ESMTP ffacd0b85a97d-37ee0a3a7dasi4075080f8f.39 - gsmtp 10/24/2024 12:53:52 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:53:52 AM >>> 250-mx.google.com at your service, [52.58.131.9] 10/24/2024 12:53:52 AM >>> 250-SIZE 157286400 10/24/2024 12:53:52 AM >>> 250-8BITMIME 10/24/2024 12:53:52 AM >>> 250-STARTTLS 10/24/2024 12:53:52 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:53:52 AM >>> 250-PIPELINING 10/24/2024 12:53:52 AM >>> 250-CHUNKING 10/24/2024 12:53:52 AM >>> 250 SMTPUTF8 10/24/2024 12:53:52 AM <<< STARTTLS 10/24/2024 12:53:52 AM >>> 220 2.0.0 Ready to start TLS 10/24/2024 12:53:52 AM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 10/24/2024 12:53:52 AM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 10/24/2024 12:53:52 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:53:52 AM >>> 250-mx.google.com at your service, [52.58.131.9] 10/24/2024 12:53:52 AM >>> 250-SIZE 157286400 10/24/2024 12:53:52 AM >>> 250-8BITMIME 10/24/2024 12:53:52 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:53:52 AM >>> 250-PIPELINING 10/24/2024 12:53:52 AM >>> 250-CHUNKING 10/24/2024 12:53:52 AM >>> 250 SMTPUTF8 10/24/2024 12:53:52 AM <<< MAIL FROM: BODY=8BITMIME 10/24/2024 12:53:52 AM >>> 250 2.1.0 OK ffacd0b85a97d-37ee0a3a7dasi4075080f8f.39 - gsmtp 10/24/2024 12:53:52 AM <<< RCPT TO: 10/24/2024 12:53:52 AM >>> 250 2.1.5 OK ffacd0b85a97d-37ee0a3a7dasi4075080f8f.39 - gsmtp 10/24/2024 12:53:52 AM <<< DATA 10/24/2024 12:53:52 AM >>> 354 Go ahead ffacd0b85a97d-37ee0a3a7dasi4075080f8f.39 - gsmtp 10/24/2024 12:53:52 AM <<< . 10/24/2024 12:53:53 AM >>> 250 2.0.0 OK 1729731233 ffacd0b85a97d-37ee0a3a7dasi4075080f8f.39 - gsmtp 10/24/2024 12:53:53 AM <<< QUIT 10/24/2024 12:53:53 AM >>> 221 2.0.0 closing connection ffacd0b85a97d-37ee0a3a7dasi4075080f8f.39 - gsmtp 1

0/24/2024 12:53:53 AM closed gmail-smtp-in.l.google.com (66.102.1.27) in=768 out=29629 10/24/2024 12:53:56 AM done gmail.com/{def ault}</vtlogodesignincamz@gmail.com></rcptdbtrllu47ngkr4fvj4b8juv55cmdhf5rqtouvp6bmdix@r1.rpost.net>

From:postmaster@mta21.r1.rpost.net;Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <amandahenderson@dwt.com> relayed to mailer us-smtp-inbound-2.mimecast.com (170.10.128.221)

[IP Address: 216.200.93.97] [Time Opened: 10/24/2024 12:45:52 AM] [REMOTE_HOST: 192.168.20.67] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/wyvdkvDDHQnJhmvnX8021KSzQVvKs9g9ejIbHtkVMDIx.gif] HTTP_ACCEPT:*/* HTTP_ACCEPT_EN CODING:gzip, deflate HTTP_COOKIE:AWSALBTG=XBdkk60hQmONmTbA/BtHX+ZeZ7DkHZdR416+qRP+2P2O6sEUSA/5A7N4QSaFD GFkQffCAy6TqjIP11gpmBZRuX1w2VCDh3BKV1r9MoDGsMNPkIBj3t4rLafSVjhnrGYTNM5o8Kk7G9XtyykH1TktSP3nJvQS7tivDsT2D9vX GoTu; AWSALBTGCORS=DqxFOILZny3iHMWD6PMuB1jOznyjLywwf6N4dVRoXPZRTzfqCQOiUESBysmj0arqKwDhNhGKMG9RT0fcrU1 mbGT/ypQKBp9n4Kx2bnsNhAydigQhkE4gLofkO8s5UhdSm+jd0cWah6AUBdli8I+RxzhpS/qZ9MP8ekyUZMdRnQoZ; AWSALB=bKeNDu4 enjukOJVlaiMwUkqabIF1xNEf768RseZgRRR7Ix3MyjMzluYtmUPielACZCHpvpRN/Anyc0cmVGgr9br6Ogn0in3krGXqRkTqYPCpRzh2aiqV NKi16XS0; AWSALBCORS=bKeNDu4enjukOJVlaiMwUkqabIF1xNEf768RseZgRRR7Ix3MyjMzluYtmUPielACZCHpvpRN/Anyc0cmVGgr9 br6Ogn0in3krGXqRkTqYPCpRzh2aiqVNKi16XS0 HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/4.0 (compatible; ms-offic e; MSOffice 16) HTTP_X_FORWARDED_FOR:216.200.93.97 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:44 3 HTTP_X_AMZN_TRACE_ID:Root=1-671998c0-39dfea2602fd44795a532ce1 HTTP_UA_CPU:AMD64 Accept: */* Accept-Encoding: gzip , deflate Cookie: AWSALBTG=XBdkk60hQmONmTbA/BtHX+ZeZ7DkHZdR416+qRP+2P2O6sEUSA/5A7N4QSaFDGFkQffCAy6TqjIP11g pmBZRuX1w2VCDh3BKV1r9MoDGsMNPkIBj3t4rLafSVjhnrGYTNM5o8Kk7G9XtyykH1TktSP3nJvQS7tivDsT2D9vXGoTu; AWSALBTGC ORS=DqxFOILZny3iHMWD6PMuB1jOznyjLywwf6N4dVRoXPZRTzfqCQOiUESBysmj0arqKwDhNhGKMG9RT0fcrU1mbGT/ypQKBp9n4K x2bnsNhAydigQhkE4gLofkO8s5UhdSm+jd0cWah6AUBdli8I+RxzhpS/qZ9MP8ekyUZMdRnQoZ; AWSALB=bKeNDu4enjukOJVlaiMwUkqa bIF1xNEf768RseZgRRR7Ix3MyjMzluYtmUPielACZCHpvpRN/Anyc0cmVGgr9br6Ogn0in3krGXqRkTqYPCpRzh2aiqVNKi16XS0; AWSALB CORS=bKeNDu4enjukOJVlaiMwUkqabIF1xNEf768RseZgRRR7Ix3MyjMzluYtmUPielACZCHpvpRN/Anyc0cmVGgr9br6Ogn0in3krGXqRk TqYPCpRzh2aiqVNKi16XS0 Host: open.r1.rpost.net User-Agent: Mozilla/4.0 (compatible; ms-office; MSOffice 16) X-Forwarded-For: 216.2 00.93.97 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-671998c0-39dfea2602fd44795a532ce1 ua-cpu: AM D64 /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 1 92.168.20.30 /open/images_v2/wyvdkvDDHQnJhmvnX8021KSzQVvKs9g9ejIbHtkVMDIx.gif 192.168.20.67 192.168.20.67 16328 GET /op en/images_v2/wyvdkvDDHQnJhmvnX8021KSzQVvKs9g9ejIbHtkVMDIx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/ima ges_v2/wyvdkvDDHQnJhmvnX8021KSzQVvKs9g9ejIbHtkVMDIx.gif */* gzip, deflate AWSALBTG=XBdkk60hQmONmTbA/BtHX+ZeZ7Dk HZdR416+qRP+2P2O6sEUSA/5A7N4QSaFDGFkQffCAy6TqjIP11gpmBZRuX1w2VCDh3BKV1r9MoDGsMNPkIBj3t4rLafSVjhnrGYTNM5 o8Kk7G9XtyykH1TktSP3nJvQS7tivDsT2D9vXGoTu; AWSALBTGCORS=DqxFOILZny3iHMWD6PMuB1jOznyjLywwf6N4dVRoXPZRTzfq CQOiUESBysmj0arqKwDhNhGKMG9RT0fcrU1mbGT/ypQKBp9n4Kx2bnsNhAydigQhkE4gLofkO8s5UhdSm+jd0cWah6AUBdli8I+RxzhpS/ qZ9MP8ekyUZMdRnQoZ; AWSALB=bKeNDu4enjukOJVlaiMwUkqabIF1xNEf768RseZgRRR7Ix3MyjMzluYtmUPielACZCHpvpRN/Anyc0c mVGgr9br6Ogn0in3krGXqRkTqYPCpRzh2aiqVNKi16XS0; AWSALBCORS=bKeNDu4enjukOJVlaiMwUkqabIF1xNEf768RseZgRRR7Ix3M yjMzluYtmUPielACZCHpvpRN/Anyc0cmVGgr9br6Ogn0in3krGXqRkTqYPCpRzh2aiqVNKi16XS0 open.r1.rpost.net Mozilla/4.0 (compatible ; ms-office; MSOffice 16) https 443 Root=1-671998c0-39dfea2602fd44795a532ce1 AMD64

From:postmaster@mta21.r1.rpost.net;Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <emilygoodell@dwt.com> relaye d to mailer us-smtp-inbound-1.mimecast.com (205.139.110.221)

From:"Mail Delivery System" :This message was created automatically by mail delivery software. A message that you sent could not be de livered to one or more of its recipients. This is a permanent error. The following address(es) failed: finance@mkaffiliatenetwork.com LMTP error after end of data: 552 5.2.2 Not enough disk quota

From:postmaster@mta21.r1.rpost.net;Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jakefreed@dwt.com> relayed to mailer us-smtp-inbound-1.mimecast.com (205.139.110.221)

From:postmaster@mta21.r1.rpost.net;Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jeanfundakowski@dwt.com> rel ayed to mailer us-smtp-inbound-2.mimecast.com (170.10.128.221)

From:postmaster@mta21.r1.rpost.net;Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also a copy of the original message. delivery failed; will not continue trying

From:postmaster@mta21.r1.rpost.net;Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <usman@khans.pk> relayed to mailer aspmx.l.google.com (173.194.76.26)

From:postmaster@mta21.r1.rpost.net;Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <vtlogodesignincamz@gmail.co m> relayed to mailer gmail-smtp-in.l.google.com (66.102.1.27)

[IP Address: 66.249.90.5] [Time Opened: 10/24/2024 12:53:55 AM] [REMOTE_HOST: 192.168.10.236] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/DBtRLLU47nGkr4FvJ4B8juV55cMdhF5RQTouvp6bMDlx.gif] HTTP_ACCEPT:image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_REFERER:http://mail.google.com/ HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) Apple WebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 HTTP_X_FORWARDED_FOR:66.249.90.5 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-67199aa3-1ba5f82550ecbe7b7b52a6d2 Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate, br Accept-Language: en-US Host: open.r1.rpost.net Referer: http://mail.google.com/ User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 X-Forwarded-For: 66.249.90.5 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-67199aa3-1ba5f82550ecbe7b7b52a6d2 /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.20.30 /open/images_v2/DBtRLLU47nGkr4FvJ4B8juV55cMdhF5RQTouvp6bMDlx.gif 192.168.10.236 192.168.10.236 17004 GET /open/images_v2/DBtRLLU47nGkr4FvJ4B8juV55cMdhF5RQTouvp6bMDlx.gif image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 gzip, deflate, br en-US open.r1.rpost.net http://mail.google.com/ Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 66.249.90.5 https 443 Root=1-67199aa3-1ba5f82550ecbe7b7b52a6d2

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                                                An RPost® Technology

## Simmons-Greene, Kimberly

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Thursday, October 24, 2024 2:23 AM |
| **To:** | Simmons-Greene, Kimberly |
| **Subject:** | Delivered and Opened: https://url.us.m.mimecastprotect.com/s/TK0iCrkYVPCZjZVQU7fxF46ydR?domain=amazon.com Inc. v. Umer Wasim, et al.,  Case No. 3:23-cv-05580-TLT |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

[EXTERNAL]



The following message has been delivered and opened for reading:

| Categories | Message Details |
|---|---|
| **Message Subject:** | Amazon.com Inc. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT |
| **To:** | <usman@khans.pk> |
| **Time Sent:** | 10/24/2024 12:45:13 AM (UTC), 10/24/2024 12:45:13 AM (Local) |
| **Time Opened:** | 10/24/2024 09:17:54 AM (UTC), 10/24/2024 09:17:54 AM (Local) |
| **Tracking Number:** | 98694604D582D9C17BB07F1D27385508FC0C4CD2 |
| **Network ID:** | <5e941fc24239467bb0fdef7bb90cb555@dwt.com> |
| **Client Code:** | |
| **Features Used:** | |

**Details:**

[IP Address: 66.249.93.41] [Time Opened: 10/24/2024 9:17:54 AM] [REMOTE_HOST: 192.168.10.236] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/vtfnAFo9FscYhdmLKiJbiZXfY4VsWwIJXUh3ShHYMDIx.gif] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:66.249.93.41 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-671a10c2-1c2be21e05ad5dc440d80819 Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 66.249.93.41 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-671a10c2-1c2be21e05ad5dc440d80819 /LM/W3SVC/12/ROOT 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 0 CGI/1.1 on 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/vtfnAFo9FscYhdmLKiJbiZXfY4VsWwIJXUh3ShHYMDIx.gif 192.168.10.236 192.168.10.236 10140 GET /open/images_v2/vtfnAFo9FscYhdmLKiJbiZXfY4VsWwIJXUh3ShHYMDIx.gif gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 66.249.93.41 https 443 Root=1-671a10c2-1c2be21e05ad5dc440d80819

To authenticate this receipt, forward a copy with all attachments to 'verify@r1.rpost.net'

For more information about RMail® services, visit www.rmail.com.                    An RPost® Technology

1

# EXHIBIT N

| From: | Simmons-Greene, Kimberly |
|---|---|
| Sent: | Wednesday, October 23, 2024 5:34 PM |
| To: | shiraziqureshi@gmail.com |
| Cc: | Jake Freed; Fundakowski, Jean; Goodell, Emily |
| Subject: | Amazon.com Inc. v. Umer Wasim, et al.,  Case No. 3:23-cv-05580-TLT (Sent Registered) |

Mr. Querishi,

On March 8, 2024, pursuant to a Court Order authorizing service to this email address, you were served with copies of a Civil Complaint and other case materials naming you as a defendant in the lawsuit *Amazon.com Inc. v. Umer Wasim, et al.*, which is pending in the U.S. District Court for the Northern District of California (Case No. 3:23-cv-05580-TLT).

Following your failure to appear in the case, the Clerk of Court entered default against you, and Plaintiffs Amazon.com Inc. and Amazon Technologies, Inc. (collectively, "Amazon"), filed a Motion for Default Judgment against you and other Defendants in this case on September 15, 2024.  Amazon's Motion for Default Judgment has been referred to Magistrate Judge Robert M. Illman, who has set a hearing on the motion for November 19, 2024 at 11:00 am on Zoom.

Pursuant to Judge Illman's Order, Amazon is serving you with copies of Amazon's Default Judgment Motion (ECF No. 68); the Court's prior order authorizing service by e-mail (ECF No. 57); the notice referring the Default Judgment Motion to Judge Illman (ECF No. 70); and the Clerk's Notice Resetting the Hearing Date (ECF No. 71). Due to the file size of these materials, we are sharing them via a DropBox link: https://www.dropbox.com/scl/fo/0t0iq21ocnceeol3no7y1/AOgRsb9yzoWYgQR-i37_J6k?rlkey=u3xcv48z5yt5iwjrnoznz5wbs&st=rhf45r8u&dl=0

Please let us know if you cannot access these materials.

Thank you,



**Kimberly Simmons-Greene**
**Legal Secretary** | Davis Wright Tremaine LLP
**P** 415.276.6596  **E** kimberlysimmonsgreene@dwt.com
**A** 50 California Street, 23rd Floor, San Francisco, CA 94111

**DWT.COM**   in  X

1

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Wednesday, October 23, 2024 7:35 PM |
| **To:** | Simmons-Greene, Kimberly |
| **Subject:** | Receipt: https://url.us.m.mimecastprotect.com/s/ZDYRCrkYVPCZjyLKS7fxF4tx16?domain=amazon.com Inc. v. Umer Wasim, et al.,  Case No. 3:23-cv-05580-TLT |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[EXTERNAL]

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| emilygoodell@dwt.com | Delivered to Mail Server | relayed:us-smtp-inbound-2.mimecast.com (205.139.110.242) | 10/24/2024 12:34:46 AM (UTC) | 10/24/2024 12:34:46 AM | |
| jakefreed@dwt.com | Delivered to Mail Server | relayed:us-smtp-inbound-2.mimecast.com (205.139.110.242) | 10/24/2024 12:34:46 AM (UTC) | 10/24/2024 12:34:46 AM | |
| jeanfundakowski@dwt.com | Delivered to Mail Server | relayed:us-smtp-inbound-1.mimecast.com (205.139.110.221) | 10/24/2024 12:34:46 AM (UTC) | 10/24/2024 12:34:46 AM | |
| shiraziqureshi@gmail.com | Delivered and Opened | HTTP-IP://66.249.90.6 | 10/24/2024 12:43:42 AM (UTC) | 10/24/2024 12:43:42 AM | 10/24/2024 12:43:44 AM |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | Simmons-Greene, Kimberly <KimberlySimmonsGreene@dwt.com> |
| **Subject:** | Amazon.com Inc. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT |
| **To:** | <shiraziqureshi@gmail.com> |
| **Cc:** | <emilygoodell@dwt.com> <jakefreed@dwt.com> <jeanfundakowski@dwt.com> |
| **Bcc:** | |
| **Network ID:** | <40d63fb2e86b4a3983767a3a62c40c04@dwt.com> |
| **Received by RMail System:** | 10/24/2024 12:34:42 AM (UTC), 10/24/2024 12:34:42 AM (Local) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | FF1FE4D6B2399F96F8583886C988E268E78C759E |
| **Message Size:** | 20786 |
| **Features Used:** | |

**Delivery Audit Trail**

10/24/2024 12:34:43 AM starting dwt./{default} 10/24/2024 12:34:43 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-2.mimecast.com (205.139.110.242) 10/24/2024 12:34:43 AM connected on 192.168.10.11:47823 10/24/2024 12:34:43 AM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:34:43 -0400 10/24/2024 12:34:43 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:34:43 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:34:43 AM >>> 250-STARTTLS 10/24/2024 12:34:43 AM >>> 250 HELP 10/24/2024 12:34:43 AM <<< STARTTLS 10/24/2024 12:34:43 AM >>> 220 Starting TLS [kOGAdLNuM-ipZw3J9XZOGA.us616] 10/24/2024 12:34:43 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:34:43 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:34:43 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:34:43 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:34:43 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:34:43 AM >>> 250 HELP 10/24/2024 12:34:43 AM <<< MAIL FROM: 10/24/2024 12:34:44 AM >>> 250 Sender OK [kOGAdLNuM-ipZw3J9XZOGA.us616] 10/24/2024 12:34:44 AM <<< RCPT TO: 10/24/2024 12:34:44 AM >>> 250 Recipient OK [kOGAdLNuM-ipZw3J9XZOGA.us616] 10/24/2024 12:34:44 AM <<< DATA 10/24/2024 12:34:44 AM >>> 354 Start mail data, end with CRLF.CRLF [kOGAdLNuM-ipZw3J9XZOGA.us616] 10/24/2024 12:34:44 AM <<< . 10/24/2024 12:34:45 AM >>> 250 SmtpThread-15236843-1729730085760@us-mta-616.us.mimecast.lan Received OK [kOGAdLNuM-ipZw3J9XZOGA.us616] 10/24/2024 12:34:45 AM <<< QUIT 10/24/2024 12:34:45 AM >>> 221 Service closing transmission channel [9ixZ6WfNPIy8njs3RoauvA.us616] 10/24/2024 12:34:45 AM closed us-smtp-inbound-2.mimecast.com (205.139.110.242) in=641 out=29370 10/24/2024 12:34:45 AM done dwt.com/{default}

10/24/2024 12:34:43 AM starting dwt./{default} 10/24/2024 12:34:43 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-2.mimecast.com (205.139.110.242) 10/24/2024 12:34:43 AM connected on 192.168.10.11:47406 10/24/2024 12:34:43 AM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:34:43 -0400 10/24/2024 12:34:43 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:34:43 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:34:43 AM >>> 250-STARTTLS 10/24/2024 12:34:43 AM >>> 250 HELP 10/24/2024 12:34:43 AM <<< STARTTLS 10/24/2024 12:34:43 AM >>> 220 Starting TLS [8gC7dZmKNMepdJ74xgOhbw.us642] 10/24/2024 12:34:43 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:34:43 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:34:43 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:34:43 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:34:43 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:34:43 AM >>> 250 HELP 10/24/2024 12:34:43 AM <<< MAIL FROM: 10/24/2024 12:34:43 AM >>> 250 Sender OK [8gC7dZmKNMepdJ74xgOhbw.us642] 10/24/2024 12:34:43 AM <<< RCPT TO: 10/24/2024 12:34:44 AM >>> 250 Recipient OK [8gC7dZmKNMepdJ74xgOhbw.us642] 10/24/2024 12:34:44 AM <<< DATA 10/24/2024 12:34:44 AM >>> 354 Start mail data, end with CRLF.CRLF [8gC7dZmKNMepdJ74xgOhbw.us642] 10/24/2024 12:34:44 AM <<< . 10/24/2024 12:34:45 AM >>> 250 SmtpThread-15225202-1729730085389@us-mta-642.us.mimecast.lan Received OK [8gC7dZmKNMepdJ74xgOhbw.us642] 10/24/2024 12:34:45 AM <<< QUIT 10/24/2024 12:34:45 AM >>> 221 Service closing transmission channel [GX1s4q1dP6294RJb05tP-A.us642] 10/24/2024 12:34:45 AM closed us-smtp-inbound-2.mimecast.com (205.139.110.242) in=641 out=29361 10/24/2024 12:34:45 AM done dwt.com/{default}

10/24/2024 12:34:43 AM starting dwt./{default} 10/24/2024 12:34:43 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-1.mimecast.com (205.139.110.221) 10/24/2024 12:34:43 AM connected on 192.168.10.11:35731 10/24/2024 12:34:43 AM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:34:43 -0400 10/24/2024 12:34:43 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:34:43 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:34:43 AM >>> 250-STARTTLS 10/24/2024 12:34:43 AM >>> 250 HELP 10/24/2024 12:34:43 AM <<< STARTTLS 10/24/2024 12:34:43 AM >>> 220 Starting TLS [NGRTXX8UPOeABjeacjGeNw.us620] 10/24/2024 12:34:43 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:34:43 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:34:43 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:34:43 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:34:43 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:34:43 AM >>> 250 HELP 10/24/2024 12:34:43 AM <<< MAIL FROM: 10/24/2024 12:34:44 AM >>> 250 Sender OK [NGRTXX8UPOeABjeacjGeNw.us620] 10/24/2024 12:34:44 AM <<< RCPT TO: 10/24/2024 12:34:44 AM >>> 250 Recipient OK [NGRTXX8UPOeABjeacjGeNw.us620] 10/24/2024 12:34:44 AM <<< DATA 10/24/2024 12:34:44 AM >>> 354 Start mail data, end with CRLF.CRLF [NGRTXX8UPOeABjeacjGeNw.us620] 10/24/2024 12:34:44 AM <<< . 10/24/2024 12:34:45 AM >>> 250 SmtpThread-14795078-1729730085710@us-mta-620.us.mimecast.lan Received OK [NGRTXX8UPOeABjeacjGeNw.us620] 10/24/2024 12:34:45 AM <<< QUIT 10/24/2024 12:34:45 AM >>> 221 Service closing transmission channel [LYq4HaysMl61HsE_TTPKHw.us620] 10/24/2024 12:34:45 AM closed us-smtp-inbound-1.mimecast.com (205.139.110.221) in=641 out=29379 10/24/2024 12:34:45 AM done dwt.com/{default}

10/24/2024 12:43:42 AM starting gmail.com/{default} 10/24/2024 12:43:42 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (64.233.184.26) 10/24/2024 12:43:42 AM connected on 192.168.10.11:37859 10/24/2024 12:43:42 AM >>> 220 mx.google.com ESMTP ffacd0b85a97d-37ee0b929a2si4139722f8f.301 - gsmtp 10/24/2024 12:43:42 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:43:42 AM >>> 250-mx.google.com at your service, [52.58.131.9] 10/24/2024 12:43:42 AM >>> 250-SIZE 157286400 10/24/2024 12:43:42 AM >>> 250-8BITMIME 10/24/2024 12:43:42 AM >>> 250-STARTTLS 10/24/2024 12:43:42 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:43:42 AM >>> 250-PIPELINING 10/24/2024 12:43:42 AM >>> 250-CHUNKING 10/24/2024 12:43:42 AM >>> 250 SMTPUTF8 10/24/2024 12:43:42 AM <<< STARTTLS 10/24/2024 12:43:42 AM >>> 220 2.0.0 Ready to start TLS 10/24/2024 12:43:42 AM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 10/24/2024 12:43:42 AM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 10/24/2024 12:43:42 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:43:42 AM >>> 250-mx.google.com at your service, [52.58.131.9] 10/24/2024 12:43:42 AM >>> 250-SIZE 157286400 10/24/2024 12:43:42 AM >>> 250-8BITMIME 10/24/2024 12:43:42 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:43:42 AM >>> 250-PIPELINING 10/24/2024 12:43:42 AM >>> 250-CHUNKING 10/24/2024 12:43:42 AM >>> 250 SMTPUTF8 10/24/2024 12:43:42 AM <<< MAIL FROM: BODY=8BITMIME 10/24/2024 12:43:42 AM >>> 250 2.1.0 OK ffacd0b85a97d-37ee0b929a2si4139722f8f.301 - gsmtp 10/24/2024 12:43:42 AM <<< RCPT TO: 10/24/2024 12:43:42 AM >>> 250 2.1.5 OK ffacd0b85a97d-37ee0b929a2si4139722f8f.301 - gsmtp 10/24/2024 12:43:42 AM <<< DATA 10/24/2024 12:43:42 AM >>> 354 Go ahead ffacd0b85a97d-37ee0b929a2si4139722f8f.301 - gsmtp 10/24/20

24 12:43:42 AM <<< . 10/24/2024 12:43:42 AM >>> 250 2.0.0 OK 1729730622 ffacd0b85a97d-37ee0b929a2si4139722f8f.301 - gsmtp 10 /24/2024 12:43:42 AM <<< QUIT 10/24/2024 12:43:42 AM >>> 221 2.0.0 closing connection ffacd0b85a97d-37ee0b929a2si4139722f8f.3 01 - gsmtp 10/24/2024 12:43:42 AM closed gmail-smtp-in.l.google.com (64.233.184.26) in=774 out=29384 10/24/2024 12:43:50 AM done gmail.com/{default}</shiraziqureshi@gmail.com></rcpt2uw9a7pjwc34husvscjhnpab0xbyfpmhbjzhsnp6mjax@r1.rpost.net>

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <emilygoodell@dwt.com> relaye d to mailer us-smtp-inbound-2.mimecast.com (205.139.110.242)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jakefreed@dwt.com> relayed to mailer us-smtp-inbound-2.mimecast.com (205.139.110.242)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jeanfundakowski@dwt.com> rel ayed to mailer us-smtp-inbound-1.mimecast.com (205.139.110.221)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <shiraziqureshi@gmail.com> rel ayed to mailer gmail-smtp-in.l.google.com (64.233.184.26)

[IP Address: 66.249.90.6] [Time Opened: 10/24/2024 12:43:44 AM] [REMOTE_HOST: 192.168.20.67] [HTTP_HOST: open.r1.rpost.net] [ SCRIPT_NAME: /open/images_v2/2UW9a7PJwC34HUSVsCJhnpab0xbyfPmHBJzhSNp6MjAx.gif] HTTP_ACCEPT:image/avif,image/web p,image/apng,image/svg+xml,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US HTTP _HOST:open.r1.rpost.net HTTP_REFERER:http://mail.google.com/ HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) Ap pleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 HTTP_X_FORWARDED_FOR:66. 249.90.6 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-67199840-4c 56eec01d2c465a42d9ba52 Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate, br Accept-Language: en-US Host: open.r1.rpost.net Referer: http://mail.google.com/ User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x 64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 X-Forwarded-For: 66.249.90 .6 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-67199840-4c56eec01d2c465a42d9ba52 /LM/W3SVC/12/R OOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.20.30 /open/im ages_v2/2UW9a7PJwC34HUSVsCJhnpab0xbyfPmHBJzhSNp6MjAx.gif 192.168.20.67 192.168.20.67 16328 GET /open/images_v2/2UW 9a7PJwC34HUSVsCJhnpab0xbyfPmHBJzhSNp6MjAx.gif 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/2UW9a7 PJwC34HUSVsCJhnpab0xbyfPmHBJzhSNp6MjAx.gif image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 gzip, deflate, br en-US open.r1.rpost.net http://mail.google.com/ Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 66.249.90.6 https 443 Root=1-67199840-4c56eec01d2c465a42d9ba52

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                    An RPost® Technology

3

# EXHIBIT O

| | |
|---|---|
| **From:** | Henderson, Amanda |
| **Sent:** | Tuesday, October 29, 2024 6:07 PM |
| **To:** | 'brenda@baplawoffice.com' |
| **Cc:** | 'Freed, Jake'; Fundakowski, Jean; Goodell, Emily; Simmons-Greene, Kimberly |
| **Subject:** | Amazon v. Wasim et al/USDC Case No. 3:23-CV-05580-TLT |

Good evening Ms. Prackup,

On March 8, 2024, pursuant to a Court Order authorizing service to this email address, your client Mr. Muhammad Shiraz Qureshi was served with copies of a Civil Complaint and other case materials naming him as a defendant in the lawsuit *Amazon.com Inc. v. Umer Wasim, et al.*, which is pending in the U.S. District Court for the Northern District of California (Case No. 3:23-cv-05580-TLT).

As you are aware, following Mr. Qureshi's failure to appear in the case, the Clerk of Court entered default against him, and Plaintiffs Amazon.com Inc. and Amazon Technologies, Inc. (collectively, "Amazon"), filed a Motion for Default Judgment against Mr. Qureshi and other Defendants in this case on September 15, 2024. Amazon's Motion for Default Judgment has been referred to Magistrate Judge Robert M. Illman, who has set a hearing on the motion for November 19, 2024 at 11:00 am on Zoom.

Judge Illman's Order has ordered Amazon to serve the Default Judgment Motion on each defaulted Defendant. Out of an abundance of caution, Amazon is serving you as well as Mr. Qureshi with copies of Amazon's Default Judgment Motion (ECF No. 68); the Court's prior order authorizing service by e-mail (ECF No. 57); the notice referring the Default Judgment Motion to Judge Illman (ECF No. 70); and the Clerk's Notice Resetting the Hearing Date (ECF No. 71). Due to the file size of these materials, we are sharing them via a DropBox link: https://www.dropbox.com/scl/fo/0t0iq21ocnceeol3no7y1/AOgRsb9yzoWYgQR-i37_J6k?rlkey=u3xcv48z5yt5iwjrnoznz5wbs&st=rhf45r8u&dl=0

Please let us know if you cannot access these materials.

Regards,



**Amanda Henderson**  She/Her/Hers
**Legal Secretary | Davis Wright Tremaine LLP**
**P** 415.276.6558  **E** amandahenderson@dwt.com
**A** 50 California Street, 23rd Floor, San Francisco, CA 94111

**DWT.COM**    in  X

# EXHIBIT P

## Simmons-Greene, Kimberly

| | |
|---|---|
| **From:** | Simmons-Greene, Kimberly |
| **Sent:** | Wednesday, October 23, 2024 5:14 PM |
| **To:** | yasiragar7@gmail.com.rpost.biz; yasir@smartstartupsolutions.com.rpost.biz |
| **Cc:** | Jake Freed; Fundakowski, Jean; Goodell, Emily |
| **Subject:** | Amazon.com Inc. v. Umer Wasim, et al.,  Case No. 3:23-cv-05580-TLT (Sent Registered) |

Mr. Agar

On March 8, 2024, pursuant to a Court Order authorizing service to this email address, you were served with copies of a Civil Complaint and other case materials naming you as a defendant in the lawsuit *Amazon.com Inc. v. Umer Wasim, et al.*, which is pending in the U.S. District Court for the Northern District of California (Case No. 3:23-cv-05580-TLT).

Following your failure to appear in the case, the Clerk of Court entered default against you, and Plaintiffs Amazon.com Inc. and Amazon Technologies, Inc. (collectively, "Amazon"), filed a Motion for Default Judgment against you and other Defendants in this case on September 15, 2024.  Amazon's Motion for Default Judgment has been referred to Magistrate Judge Robert M. Illman, who has set a hearing on the motion for November 19, 2024 at 11:00 am on Zoom.

Pursuant to Judge Illman's Order, Amazon is serving you with copies of Amazon's Default Judgment Motion (ECF No. 68); the Court's prior order authorizing service by e-mail (ECF No. 57); the notice referring the Default Judgment Motion to Judge Illman (ECF No. 70); and the Clerk's Notice Resetting the Hearing Date (ECF No. 71). Due to the file size of these materials, we are sharing them via a DropBox link: https://www.dropbox.com/scl/fo/0t0iq21ocnceeol3no7y1/AOgRsb9yzoWYgQR-i37_J6k?rlkey=u3xcv48z5yt5iwjrnoznz5wbs&st=rhf45r8u&dl=0

Please let us know if you cannot access these materials.

Thank you,



**Kimberly Simmons-Greene**
Legal Secretary | Davis Wright Tremaine LLP
**P** 415.276.6596  **E** kimberlysimmonsgreene@dwt.com
**A** 50 California Street, 23rd Floor, San Francisco, CA 94111

**DWT.COM**   in  𝕏

## Simmons-Greene, Kimberly

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Wednesday, October 23, 2024 7:45 PM |
| **To:** | Simmons-Greene, Kimberly |
| **Subject:** | Receipt: https://url.us.m.mimecastprotect.com/s/sZNYC2k9DjC3GLQycnf6F5O4bs?domain=amazon.com Inc. v. Umer Wasim, et al.,  Case No. 3:23-cv-05580-TLT (Delivery Failure) |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

[EXTERNAL]

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| emilygoodell@dwt.com | Delivered to Mail Server | relayed;us-smtp-inbound-1.mimecast.com (205.139.110.141) | 10/24/2024 12:15:20 AM (UTC) | 10/24/2024 12:15:20 AM | |
| jakefreed@dwt.com | Delivered and Opened | HTTP-IP://216.200.93.97 | 10/24/2024 12:15:20 AM (UTC) | 10/24/2024 12:15:20 AM | 10/24/2024 12:20:45 AM |
| jeanfundakowski@dwt.com | Delivered and Opened | MUA+HTTP-IP:216.200.93.97 | 10/24/2024 12:15:20 AM (UTC) | 10/24/2024 12:15:20 AM | 10/24/2024 12:30:18 AM |
| yasir@smartstartupsolutions.com | Delivery Failed | 5.4.4 (unable to route: no mail hosts for domain) | *** | *** | |
| yasiragar7@gmail.com | Delivered and Opened | HTTP-IP://66.249.93.37 | 10/24/2024 12:23:31 AM (UTC) | 10/24/2024 12:23:31 AM | 10/24/2024 12:38:00 AM |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | Simmons-Greene, Kimberly <KimberlySimmonsGreene@dwt.com> |
| **Subject:** | Amazon.com Inc. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT |
| **To:** | <yasir@smartstartupsolutions.com> <yasiragar7@gmail.com> |
| **Cc:** | <emilygoodell@dwt.com> <jakefreed@dwt.com> <jeanfundakowski@dwt.com> |
| **Bcc:** | |
| **Network ID:** | <fcc4c4dd34674740a4c86bfc35f75f18@dwt.com> |
| **Received by RMail System:** | 10/24/2024 12:15:16 AM (UTC), 10/24/2024 12:15:16 AM (Local) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | 5BC4BBCA30B4F7CBF33D8C752BE79D9A2853972D |
| **Message Size:** | 37232 |

| Features Used: |  |
|---|---|

## Delivery Audit Trail

10/24/2024 12:15:17 AM starting dwt.com/{default} 10/24/2024 12:15:17 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-1.mimecast.com (205.139.110.141) 10/24/2024 12:15:18 AM connected from 192.168.10.11:57460 10/24/2024 12:15:18 AM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:15:18 -0400 10/24/2024 12:15:18 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:15:18 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:15:18 AM >>> 250-STARTTLS 10/24/2024 12:15:18 AM >>> 250 HELP 10/24/2024 12:15:18 AM <<< STARTTLS 10/24/2024 12:15:18 AM >>> 220 Starting TLS [kbc1MyYdO9GprkVxERa9bQ.us272] 10/24/2024 12:15:18 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:15:18 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:15:18 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:15:18 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:15:18 AM >>> 250 HELP 10/24/2024 12:15:18 AM <<< MAIL FROM: 10/24/2024 12:15:18 AM >>> 250 Sender OK [kbc1MyYdO9GprkVxERa9bQ.us272] 10/24/2024 12:15:18 AM <<< RCPT TO: 10/24/2024 12:15:19 AM >>> 250 Recipient OK [kbc1MyYdO9GprkVxERa9bQ.us272] 10/24/2024 12:15:19 AM <<< DATA 10/24/2024 12:15:19 AM >>> 354 Start mail data, end with CRLF.CRLF [kbc1MyYdO9GprkVxERa9bQ.us272] 10/24/2024 12:15:20 AM >>> 250 SmtpThread-8092434-1729728920443@us-mta-272.us.mimecast.lan Received OK [kbc1MyYdO9GprkVxERa9bQ.us272] 10/24/2024 12:15:20 AM <<< QUIT 10/24/2024 12:15:20 AM >>> 221 Service closing transmission channel [toq8bExTMRK4xuTjHT97HA.us272] 10/24/2024 12:15:20 AM closed us-smtp-inbound-1.mimecast.com (205.139.110.141) in=640 out=45800 10/24/2024 12:15:20 AM done dwt.com/{default}

10/24/2024 12:15:17 AM starting dwt.com/{default} 10/24/2024 12:15:17 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-1.mimecast.com (205.139.110.141) 10/24/2024 12:15:17 AM connected from 192.168.10.11:50596 10/24/2024 12:15:17 AM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:15:17 -0400 10/24/2024 12:15:17 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:15:18 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:15:18 AM >>> 250-STARTTLS 10/24/2024 12:15:18 AM >>> 250 HELP 10/24/2024 12:15:18 AM <<< STARTTLS 10/24/2024 12:15:18 AM >>> 220 Starting TLS [S35CKetjN7icsXz6K2l0Ag.us166] 10/24/2024 12:15:18 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:15:18 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:15:18 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:15:18 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:15:18 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:15:18 AM >>> 250 HELP 10/24/2024 12:15:18 AM <<< MAIL FROM: 10/24/2024 12:15:18 AM >>> 250 Sender OK [S35CKetjN7icsXz6K2l0Ag.us166] 10/24/2024 12:15:18 AM <<< RCPT TO: 10/24/2024 12:15:18 AM >>> 250 Recipient OK [S35CKetjN7icsXz6K2l0Ag.us166] 10/24/2024 12:15:18 AM <<< DATA 10/24/2024 12:15:18 AM >>> 354 Start mail data, end with CRLF.CRLF [S35CKetjN7icsXz6K2l0Ag.us166] 10/24/2024 12:15:18 AM <<< . 10/24/2024 12:15:20 AM >>> 250 SmtpThread-8071084-1729728920344@us-mta-166.us.mimecast.lan Received OK [S35CKetjN7icsXz6K2l0Ag.us166] 10/24/2024 12:15:20 AM <<< QUIT 10/24/2024 12:15:20 AM >>> 221 Service closing transmission channel [HH2ayUnwN1mSIEzbKVGSyQ.us166] 10/24/2024 12:15:20 AM closed us-smtp-inbound-1.mimecast.com (205.139.110.141) in=640 out=45791 10/24/2024 12:15:20 AM done dwt.com/{default}

10/24/2024 12:15:17 AM starting dwt.com/{default} 10/24/2024 12:15:17 AM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-2.mimecast.com (205.139.110.221) 10/24/2024 12:15:17 AM connected from 192.168.10.11:48230 10/24/2024 12:15:18 AM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 20:15:17 -0400 10/24/2024 12:15:18 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:15:18 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:15:18 AM >>> 250-STARTTLS 10/24/2024 12:15:18 AM >>> 250 HELP 10/24/2024 12:15:18 AM <<< STARTTLS 10/24/2024 12:15:18 AM >>> 220 Starting TLS [ia1J-K67MembaGKQT00f0w.us374] 10/24/2024 12:15:18 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/24/2024 12:15:18 AM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/24/2024 12:15:18 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:15:18 AM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/24/2024 12:15:18 AM >>> 250-AUTH PLAIN LOGIN 10/24/2024 12:15:18 AM >>> 250 HELP 10/24/2024 12:15:18 AM <<< MAIL FROM: 10/24/2024 12:15:18 AM >>> 250 Sender OK [ia1J-K67MembaGKQT00f0w.us374] 10/24/2024 12:15:18 AM <<< RCPT TO: 10/24/2024 12:15:18 AM >>> 250 Recipient OK [ia1J-K67MembaGKQT00f0w.us374] 10/24/2024 12:15:18 AM <<< DATA 10/24/2024 12:15:18 AM >>> 354 Start mail data, end with CRLF.CRLF [ia1J-K67MembaGKQT00f0w.us374] 10/24/2024 12:15:18 AM <<< . 10/24/2024 12:15:20 AM >>> 250 SmtpThread-8193798-1729728920360@us-mta-374.us.mimecast.lan Received OK [ia1J-K67MembaGKQT00f0w.us374] 10/24/2024 12:15:20 AM <<< QUIT 10/24/2024 12:15:20 AM >>> 221 Service closing transmission channel [1QuIrh81Pg2HqkYHLNJLuA.us374] 10/24/2024 12:15:20 AM closed us-smtp-inbound-2.mimecast.com (205.139.110.221) in=640 out=45809 10/24/2024 12:15:20 AM done dwt.com/{default}

10/24/2024 12:23:30 AM starting gmail.com/{default} 10/24/2024 12:23:30 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (108.177.15.27) 10/24/2024 12:23:30 AM connected from 192.168.10.11:55430 10/24/2024 12:23:30 AM >>> 220 mx.google.com ESMTP ffacd0b85a97d-37ee0bd4fa7si4075198f8f.1029 - gsmtp 10/24/2024 12:23:30 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:23:30 AM >>> 250-mx.google.com at your service, [52.58.131.9] 10/24/2024 12:23:30 AM >>> 250-SIZE 157286400 10/24/2024 12:23:30 AM >>> 250-8BITMIME 10/24/2024 12:23:30 AM >>> 250-STARTTLS 10/24/2024 12:23:30 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:23:30 AM >>> 250-PIPELINING 10/24/2024 12:23:30 AM >>> 250-CHUNKING 10/24/2024 12:23:30 AM >>> 250 SMTPUTF8 10/24/2024 12:23:30 AM <<< STARTTLS 10/24/2024 12:23:30 AM >>> 220 2.0.0 Ready to start TLS 10/24/2024 12:23:30 AM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 10/24/2024 12:23:30 AM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 10/24/2024 12:23:30 AM <<< EHLO mta21.r1.rpost.net 10/24/2024 12:23:30 AM >>> 250-mx.google.com at your service, [52.58.131.9] 10/24/2024 12:23:30 AM >>> 250-SIZE 157286400 10/24/2024 12:23:30 AM >>> 250-8BITMIME 10/24/2024 12:23:30 AM >>> 250-ENHANCEDSTATUSCODES 10/24/2024 12:23:30 AM >>> 250-PIPELINING 10/24/2024 12:23:30 AM >>> 250-CHUNKING 10/24/2024 12:23:30 AM >>> 250 SMTPUTF8 10/24/2024 12:23:30 AM <<< MAIL FROM: BODY=8BITMIME 10/24/2024 12:23:30 AM >>> 250 2.1.0 OK ffacd0b85a97d-37ee0bd4fa7si4075198f8f.1029 - gsmtp 10/24/202

4 12:23:30 AM <<< RCPT TO: 10/24/2024 12:23:30 AM >>> 250 2.1.5 OK ffacd0b85a97d-37ee0bd4fa7si4075198f8f.1029 - gsmtp 10/24/2024 12:23:30 AM <<< DATA 10/24/2024 12:23:30 AM >>> 354 Go ahead ffacd0b85a97d-37ee0bd4fa7si4075198f8f.1029 - gsmtp 10/24/2024 12:23:30 AM <<< . 10/24/2024 12:23:31 AM >>> 250 2.0.0 OK 1729729411 ffacd0b85a97d-37ee0bd4fa7si4075198f8f.1029 - gsmtp 10/24/2024 12:23:31 AM <<< QUIT 10/24/2024 12:23:31 AM >>> 221 2.0.0 closing connection ffacd0b85a97d-37ee0bd4fa7si4075198f8f.1029 - gsmtp 10/24/2024 12:23:31 AM closed [gmail-smtp-in.l.google.com](108.177.15.27) in=780 out=45802 10/24/2024 12:23:31 AM do ne [gmail.com/{default}](</yasiragar7@gmail.com></rcptqvqkargfnubzgegzpgwlkobokclcdcvg3jdqartomjax@r1.rpost.net>)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on [mta21.r1.rpost.net](). I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <emilygoodell@dwt.com> relaye d to mailer [us-smtp-inbound-1.mimecast.com](205.139.110.141)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on [mta21.r1.rpost.net](). I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jakefreed@dwt.com> relayed to mailer [us-smtp-inbound-1.mimecast.com](205.139.110.141)

[IP Address: [216.200.93.97]] [Time Opened: 10/24/2024 12:20:45 AM] [REMOTE_HOST: 192.168.20.67] [HTTP_HOST: [open.r1.rpost.net]] [SCRIPT_NAME: /open/images_v2/b3NCfD9cG4RwjAniSo5tK0LgfvMtRtdn0vpZcxp9MjAx.gif] HTTP_ACCEPT:*/* HTTP_ACCEPT_ENCODING:gzip, deflate HTTP_COOKIE:AWSALBTG=tZPONcHKGdgFdblzRz3ke/P0v4Dgy4q8TPMbX0y9jYPLEEs9qbCapKUT6hSbOn2fxqAt1g/T77njQu07WOLtNAnqJrD36QxMoLh/++knRh8XbCP/CuRztl+EBLqsai2v/jw9V35y4DUZN4kc5ya9JSYvA8126p4wDOPg96Uwtuoo; AWSALB=tZPONcHKGdgFdblzRz3ke/P0v4Dgy4q8TPMbX0y9jYPLEEs9qbCapKUT6hSbOn2fxqAt1g/T77njQu07WOLtNAnqJrD36QxMoLh/++knRh8XbCP/CuRztl+EBLqsai2v/jw9V35y4DUZN4kc5ya9JSYvA8126p4wDOPg96Uwtuoo; AWSALB=HOqURSGrkLxfcspOn3gVwsMWP0F9FlkRSZ7euoweFaoI1GxM1FqRb7K9W+iCpX6K4CfxOyQOH8yVAJXfLAXGRZg7FsA0K5QpitnUbltjbHSFsZvXHiRh4c0l4gnU; AWSALBCORS=HOqURSGrkLxfcspOn3gVwsMWP0F9FlkRSZ7euoweFaoI1GxM1FqRb7K9W+iCpX6K4CfxOyQOH8yVAJXfLAXGRZg7FsA0K5QpitnUbltjbHSFsZvXHiRh4c0l4gnU HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/4.0 (compatible; ms-office; MSOffice 16) HTTP_X_FORWARDED_FOR:216.200.93.97 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-671992dd-6280f57e6746217c01a7ae99 HTTP_UA_CPU: */* Accept-Encoding: gzip, deflate Cookie: AWSALBTG=tZPONcHKGdgFdblzRz3ke/P0v4Dgy4q8TPMbX0y9jYPLEEs9qbCapKUT6hSbOn2fxqAt1g/T77njQu07WOLtNAnqJrD36QxMoLh/++knRh8XbCP/CuRztl+EBLqsai2v/jw9V35y4DUZN4kc5ya9JSYvA8126p4wDOPg96Uwtuoo; AWSALBTGCORS=tZPONcHKGdgFdblzRz3ke/P0v4Dgy4q8TPMbX0y9jYPLEEs9qbCapKUT6hSbOn2fxqAt1g/T77njQu07WOLtNAnqJrD36QxMoLh/++knRh8XbCP/CuRztl+EBLqsai2v/jw9V35y4DUZN4kc5ya9JSYvA8126p4wDOPg96Uwtuoo; AWSALB=HOqURSGrkLxfcspOn3gVwsMWP0F9FlkRSZ7euoweFaoI1GxM1FqRb7K9W+iCpX6K4CfxOyQOH8yVAJXfLAXGRZg7FsA0K5QpitnUbltjbHSFsZvXHiRh4c0l4gnU; AWSALBCORS=HOqURSGrkLxfcspOn3gVwsMWP0F9FlkRSZ7euoweFaoI1GxM1FqRb7K9W+iCpX6K4CfxOyQOH8yVAJXfLAXGRZg7FsA0K5QpitnUbltjbHSFsZvXHiRh4c0l4gnU [open.r1.rpost.net] User-Agent: Mozilla/4.0 (compatible; ms-office; MSOffice 16) X-Forwarded-For: [216.200.93.97] X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-671992dd-6280f57e6746217c01a7ae99 ua-cpu: AMD64 /LM/W3SVC/12/ROOT 256 2048 CN=[rpost.com] Root Cert CN=[admin1.devx.rpost.info] 0 CGI/1.1 on 256 2048 CN=[rpost.com] Root Cert CN=[admin1.devx.rpost.info] 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/b3NCfD9cG4RwjAniSo5tK0LgfvMtRtdn0vpZcxp9MjAx.gif 192.168.20.67 192.168.20.67 58768 GET /open/images_v2/b3NCfD9cG4RwjAniSo5tK0LgfvMtRtdn0vpZcxp9MjAx.gif */* gzip, deflate [open.r1.rpost.net] 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/b3NCfD9cG4RwjAniSo5tK0LgfvMtRtdn0vpZcxp9MjAx.gif */* gzip, deflate AWSALBTG=tZPONcHKGdgFdblzRz3ke/P0v4Dgy4q8TPMbX0y9jYPLEEs9qbCapKUT6hSbOn2fxqAt1g/T77njQu07WOLtNAnqJrD36QxMoLh/++knRh8XbCP/CuRztl+EBLqsai2v/jw9V35y4DUZN4kc5ya9JSYvA8126p4wDOPg96Uwtuoo; AWSALB=HOqURSGrkLxfcspOn3gVwsMWP0F9FlkRSZ7euoweFaoI1GxM1FqRb7K9W+iCpX6K4CfxOyQOH8yVAJXfLAXGRZg7FsA0K5QpitnUbltjbHSFsZvXHiRh4c0l4gnU [open.r1.rpost.net] Mozilla/4.0 (compatible; ms-office; MSOffice 16) [216.200.93.97] https 443 Root=1-671992dd-6280f57e6746217c01a7ae99 AMD64

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on [mta21.r1.rpost.net](). I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jeanfundakowski@dwt.com> relayed to mailer [us-smtp-inbound-2.mimecast.com](205.139.110.221)

[IP Address: [216.200.93.97]] [Time Opened: 10/24/2024 12:30:18 AM] [REMOTE_HOST: 192.168.10.236] [HTTP_HOST: [open.r1.rpost.net]] [SCRIPT_NAME: /open/images_v2/Bsl0DXIwLMxYfPTg9hYnWBhBKgdLRMOeALeUtLxJMjAx.gif] HTTP_ACCEPT:*/* HTTP_ACCEPT_ENCODING:gzip, deflate HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/4.0 (compatible; ms-office; MSOffice 16) HTTP_X_FORWARDED_FOR:216.200.93.97 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-6719951a-00fce6aa741c41e56abcb778 HTTP_UA_CPU:AMD64 Accept: */* Accept-Encoding: gzip, deflate Host: [open.r1.rpost.net] User-Agent: Mozilla/4.0 (compatible; ms-office; MSOffice 16) X-Forwarded-For: [216.200.93.97] X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-6719951a-00fce6aa741c41e56abcb778 ua-cpu: AMD64 /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.20.30 /open/images_v2/Bsl0DXIwLMxYfPTg9hYnWBhBKgdLRMOeALeUtLxJMjAx.gif 192.168.10.236 192.168.10.236 13334 GET /open/images_v2/Bsl0DXIwLMxYfPTg9hYnWBhBKgdLRMOeALeUtLxJMjAx.gif */* gzip, deflate [open.r1.rpost.net] 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/Bsl0DXIwLMxYfPTg9hYnWBhBKgdLRMOeALeUtLxJMjAx.gif */* gzip, deflate [open.r1.rpost.net] Mozilla/4.0 (compatible; ms-office; MSOffice 16) [216.200.93.97] https 443 Root=1-6719951a-00fce6aa741c41e56abcb778 AMD64

Your message

    To: Fundakowski, Jean

Subject: Registered: https://url.us.m.mimecastprotect.com/s/c3pnC4x9Glt5WqOPUOfEF4q1Do?domain=amazon.com Inc. v. Umer Wasim, et al.,  Case No. 3:23-cv-05580-TLT
Sent: Wednesday, October 23, 2024 5:15:08 PM (UTC-08:00) Pacific Time (US & Canada)

was read on Wednesday, October 23, 2024 5:30:18 PM (UTC-08:00) Pacific Time (US & Canada).

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as a copy of the original message. delivery failed; will not continue trying

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <yasiragar7@gmail.com> relayed to mailer gmail-smtp-in.l.google.com (108.177.15.27)

[IP Address: 66.249.93.37] [Time Opened: 10/24/2024 12:38:00 AM] [REMOTE_HOST: 192.168.20.67] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/qVQKargFNUbZgeGzpGwIKoBOKclCdcvg3JdQaRtoMjAx.gif] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:66.249.93.37 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-671996e8-5ccdb05a6de340907fb92f39 Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 66.249.93.37 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-671996e8-5ccdb05a6de340907fb92f39 /LM/W3SVC/12/ROOT 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 0 CGI/1.1 on 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/qVQKargFNUbZgeGzpGwIKoBOKclCdcvg3JdQaRtoMjAx.gif 192.168.20.67 192.168.20.67 26908 GET /open/images_v2/qVQKargFNUbZgeGzpGwIKoBOKclCdcvg3JdQaRtoMjAx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/qVQKargFNUbZgeGzpGwIKoBOKclCdcvg3JdQaRtoMjAx.gif gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 66.249.93.37 https 443 Root=1-671996e8-5ccdb05a6de340907fb92f39

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

# EXHIBIT Q

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Wednesday, October 23, 2024 4:33 PM |
| **To:** | Simmons-Greene, Kimberly |
| **Subject:** | Receipt: https://url.us.m.mimecastprotect.com/s/npGmCYEMqjClZzz3H0fGFxnSJy?domain=amazon.com Inc. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

[EXTERNAL]

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| emilygoodell@dwt.com | Delivered and Opened | MUA+HTTP-IP:104.28.85.34 | 10/23/2024 09:33:07 PM (UTC) | 10/23/2024 09:33:07 PM | 10/23/2024 10:02:28 PM |
| jakefreed@dwt.com | Delivered and Opened | HTTP-IP://216.200.93.97 | 10/23/2024 09:33:06 PM (UTC) | 10/23/2024 09:33:06 PM | 10/23/2024 09:35:31 PM |
| jeanfundakowski@dwt.com | Delivered and Opened | MUA-IP:fe80::cd64:6d42:20cd:6a10 | 10/23/2024 09:33:06 PM (UTC) | 10/23/2024 09:33:06 PM | 10/23/2024 09:43:15 PM |
| kimberlysimmonsgreene@dwt.com | Delivered and Opened | MUA+HTTP-IP:216.200.93.97 | 10/23/2024 09:33:06 PM (UTC) | 10/23/2024 09:33:06 PM | 10/23/2024 09:33:42 PM |
| mavianizam96@gmail.com | Delivered to Mail Server | relayed:gmail-smtp-in.l.google.com (142.251.168.27) | 10/23/2024 09:41:43 PM (UTC) | 10/23/2024 09:41:43 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | Kim Greene <kimberlysimmonsgreene@dwt.com> |
| **Subject:** | Amazon.com Inc. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT |
| **To:** | <mavianizam96@gmail.com> |
| **Cc:** | <emilygoodell@dwt.com> <jakefreed@dwt.com> <jeanfundakowski@dwt.com> <kimberlysimmonsgreene@dwt.com> |
| **Bcc:** | |
| **Network ID:** | 10d637c5-d2c5-4b6c-b04a-de78ff0d9103@SM25 |
| **Received by RMail System:** | 10/23/2024 09:33:03 PM (UTC), 10/23/2024 09:33:03 PM (Local) |
| **Client Code:** | |

| Message Statistics | |
|---|---|
| Tracking Number: | A5F59AA8DA5466E94830EFB88E038EB28543E2FF |
| Message Size: | 3719 |
| Features Used: | R R R |

| Delivery Audit Trail |
|---|
| 10/23/2024 9:33:04 PM starting dwt.com/{default} 10/23/2024 9:33:04 PM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-1.mimecast.com (170.10.128.242) 10/23/2024 9:33:04 PM connected from 192.168.10.11:51299 10/23/2024 9:33:04 PM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 17:33:04 -0400 10/23/2024 9:33:04 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:33:04 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/23/2024 9:33:04 PM >>> 250-STARTTLS 10/23/2024 9:33:04 PM >>> 250 HELP 10/23/2024 9:33:04 PM <<< STARTTLS 10/23/2024 9:33:04 PM >>> 220 Starting TLS [LNUejD7LOnSuRGxLkEg0fA.us413] 10/23/2024 9:33:04 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/23/2024 9:33:04 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/23/2024 9:33:04 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:33:04 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/23/2024 9:33:04 PM >>> 250-AUTH PLAIN LOGIN 10/23/2024 9:33:04 PM >>> 250 HELP 10/23/2024 9:33:04 PM <<< MAIL FROM: 10/23/2024 9:33:04 PM >>> 250 Sender OK [LNUejD7LOnSuRGxLkEg0fA.us413] 10/23/2024 9:33:04 PM <<< RCPT TO: 10/23/2024 9:33:05 PM >>> 250 Recipient OK [LNUejD7LOnSuRGxLkEg0fA.us413] 10/23/2024 9:33:05 PM <<< DATA 10/23/2024 9:33:05 PM >>> 354 Start mail data, end with CRLF.CRLF [LNUejD7LOnSuRGxLkEg0fA.us413] 10/23/2024 9:33:05 PM <<< . 10/23/2024 9:33:06 PM >>> 250 SmtpThread-14201747-1729719186126@us-mta-413.us.mimecast.lan Received OK [LNUejD7LOnSuRGxLkEg0fA.us413] 10/23/2024 9:33:06 PM <<< QUIT 10/23/2024 9:33:06 PM >>> 221 Service closing transmission channel [8SU_A_aVNAaRAI5JSo1mgg.us413] 10/23/2024 9:33:06 PM closed us-smtp-inbound-1.mimecast.com (170.10.128.242) in=641 out=15368 10/23/2024 9:33:06 PM done dwt.com/{default} |
| 10/23/2024 9:33:03 PM starting dwt.com/{default} 10/23/2024 9:33:03 PM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-2.mimecast.com (170.10.128.242) 10/23/2024 9:33:04 PM connected from 192.168.10.11:46168 10/23/2024 9:33:04 PM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 17:33:04 -0400 10/23/2024 9:33:04 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:33:04 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/23/2024 9:33:04 PM >>> 250-STARTTLS 10/23/2024 9:33:04 PM >>> 250 HELP 10/23/2024 9:33:04 PM <<< STARTTLS 10/23/2024 9:33:04 PM >>> 220 Starting TLS [TkBKSw1ZOxKFKauiQ7nkVQ.us321] 10/23/2024 9:33:04 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/23/2024 9:33:04 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/23/2024 9:33:04 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:33:04 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/23/2024 9:33:04 PM >>> 250-AUTH PLAIN LOGIN 10/23/2024 9:33:04 PM >>> 250 HELP 10/23/2024 9:33:04 PM <<< MAIL FROM: 10/23/2024 9:33:04 PM >>> 250 Sender OK [TkBKSw1ZOxKFKauiQ7nkVQ.us321] 10/23/2024 9:33:04 PM <<< RCPT TO: 10/23/2024 9:33:04 PM >>> 250 Recipient OK [TkBKSw1ZOxKFKauiQ7nkVQ.us321] 10/23/2024 9:33:05 PM <<< DATA 10/23/2024 9:33:05 PM >>> 354 Start mail data, end with CRLF.CRLF [TkBKSw1ZOxKFKauiQ7nkVQ.us321] 10/23/2024 9:33:05 PM <<< . 10/23/2024 9:33:06 PM >>> 250 SmtpThread-17344596-1729719185980@us-mta-321.us.mimecast.lan Received OK [TkBKSw1ZOxKFKauiQ7nkVQ.us321] 10/23/2024 9:33:06 PM <<< QUIT 10/23/2024 9:33:06 PM >>> 221 Service closing transmission channel [8QPcBvh_NdCTuRKlzXVXsQ.us321] 10/23/2024 9:33:06 PM closed us-smtp-inbound-2.mimecast.com (170.10.128.242) in=641 out=15359 10/23/2024 9:33:06 PM done dwt.com/{default} |
| 10/23/2024 9:33:04 PM starting dwt.com/{default} 10/23/2024 9:33:04 PM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-2.mimecast.com (170.10.128.242) 10/23/2024 9:33:04 PM connected from 192.168.10.11:57873 10/23/2024 9:33:04 PM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 17:33:04 -0400 10/23/2024 9:33:04 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:33:04 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/23/2024 9:33:04 PM >>> 250-STARTTLS 10/23/2024 9:33:04 PM >>> 250 HELP 10/23/2024 9:33:04 PM <<< STARTTLS 10/23/2024 9:33:04 PM >>> 220 Starting TLS [t6O6Ffk8OaGFsE8_IJiHFg.us473] 10/23/2024 9:33:04 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/23/2024 9:33:04 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/23/2024 9:33:04 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:33:05 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/23/2024 9:33:05 PM >>> 250-AUTH PLAIN LOGIN 10/23/2024 9:33:05 PM >>> 250 HELP 10/23/2024 9:33:05 PM <<< MAIL FROM: 10/23/2024 9:33:05 PM >>> 250 Sender OK [t6O6Ffk8OaGFsE8_IJiHFg.us473] 10/23/2024 9:33:05 PM <<< RCPT TO: 10/23/2024 9:33:05 PM >>> 250 Recipient OK [t6O6Ffk8OaGFsE8_IJiHFg.us473] 10/23/2024 9:33:05 PM <<< DATA 10/23/2024 9:33:05 PM >>> 354 Start mail data, end with CRLF.CRLF [t6O6Ffk8OaGFsE8_IJiHFg.us473] 10/23/2024 9:33:05 PM <<< . 10/23/2024 9:33:06 PM >>> 250 SmtpThread-14926513-1729719186461@us-mta-473.us.mimecast.lan Received OK [t6O6Ffk8OaGFsE8_IJiHFg.us473] 10/23/2024 9:33:06 PM <<< QUIT 10/23/2024 9:33:06 PM >>> 221 Service closing transmission channel [2L5twLijPzaQ5TrrRigTxg.us473] 10/23/2024 9:33:06 PM closed us-smtp-inbound-2.mimecast.com (170.10.128.242) in=641 out=15377 10/23/2024 9:33:06 PM done dwt.com/{default} |
| 10/23/2024 9:33:04 PM starting dwt.com/{default} 10/23/2024 9:33:04 PM connecting from mta21.r1.rpost.net (0.0.0.0) to us-smtp-inbound-1.mimecast.com (170.10.128.242) 10/23/2024 9:33:04 PM connected from 192.168.10.11:51944 10/23/2024 9:33:04 PM >>> 220 us-smtp-inbound-1.mimecast.com ESMTP; Wed, 23 Oct 2024 17:33:04 -0400 10/23/2024 9:33:04 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:33:04 PM >>> 250-us-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 10/23/2024 9:33:04 PM >>> 250-STARTTLS 10/23/2024 9:33:04 PM >>> 250 HELP 10/23/2024 9:33:04 PM <<< STARTTLS 10/23/2024 9:33:04 PM >>> 220 Starting TLS [3CuzIHMENkayV__jhVDl7w.us5] 10/23/2024 9:33:04 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 10/23/2024 9:33:04 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 10/23/2024 9:33:04 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:33:05 PM >>> 250-us-smtp-inbound- |

1.mimecast.com Hello [52.58.131.9] 10/23/2024 9:33:05 PM >>> 250-AUTH PLAIN LOGIN 10/23/2024 9:33:05 PM >>> 250 HELP 10/23/2024 9:33:05 PM <<< MAIL FROM: 10/23/2024 9:33:05 PM >>> 250 Sender OK [3CuzIHMENkayV__jhVDI7w.us5] 10/23/2024 9:33:05 PM <<< RCPT TO: 10/23/2024 9:33:05 PM >>> 250 Recipient OK [3CuzIHMENkayV__jhVDI7w.us5] 10/23/2024 9:33:05 PM <<< DATA 10/23/2024 9:33:05 PM >>> 354 Start mail data, end with CRLF.CRLF 10/23/2024 9:33:05 PM >>> 250 SmtpThread-19925902-1729719186115@us-mta-5.us.mimecast.lan Received OK [3CuzIHMENkayV__jhVDI7w.us5] 10/23/2024 9:33:06 PM <<< QUIT 10/23/2024 9:33:06 PM >>> 221 Service closing transmission channel [jnIqSmOGMci-AziY8pDiXg.us5] 10/23/2024 9:33:06 PM closed us-smtp-inbound-1.mimecast.com (170.10.128.242) in=627 out=15395 10/23/2024 9:33:06 PM done dwt.com/{default}

10/23/2024 9:41:42 PM starting gmail.com/{default} 10/23/2024 9:41:42 PM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (142.251.168.27) 10/23/2024 9:41:42 PM connected from 192.168.10.11:44108 10/23/2024 9:41:42 PM >>> 220 mx.google.com ESMTP 5b1f17b1804b1-43186d532d4si10820455e9.201 - gsmtp 10/23/2024 9:41:42 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:41:42 PM >>> 250-mx.google.com at your service, [52.58.131.9] 10/23/2024 9:41:42 PM >>> 250-SIZE 157286400 10/23/2024 9:41:42 PM >>> 250-8BITMIME 10/23/2024 9:41:42 PM >>> 250-STARTTLS 10/23/2024 9:41:42 PM >>> 250-ENHANCEDSTATUSCODES 10/23/2024 9:41:42 PM >>> 250-PIPELINING 10/23/2024 9:41:42 PM >>> 250-CHUNKING 10/23/2024 9:41:42 PM >>> 250 SMTPUTF8 10/23/2024 9:41:42 PM <<< STARTTLS 10/23/2024 9:41:42 PM >>> 220 2.0.0 Ready to start TLS 10/23/2024 9:41:42 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 10/23/2024 9:41:42 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 10/23/2024 9:41:42 PM <<< EHLO mta21.r1.rpost.net 10/23/2024 9:41:42 PM >>> 250-mx.google.com at your service, [52.58.131.9] 10/23/2024 9:41:42 PM >>> 250-SIZE 157286400 10/23/2024 9:41:42 PM >>> 250-8BITMIME 10/23/2024 9:41:42 PM >>> 250-ENHANCEDSTATUSCODES 10/23/2024 9:41:42 PM >>> 250-PIPELINING 10/23/2024 9:41:42 PM >>> 250-CHUNKING 10/23/2024 9:41:42 PM >>> 250 SMTPUTF8 10/23/2024 9:41:42 PM <<< MAIL FROM: BODY=8BITMIME 10/23/2024 9:41:42 PM >>> 250 2.1.0 OK 5b1f17b1804b1-43186d532d4si10820455e9.201 - gsmtp 10/23/2024 9:41:42 PM <<< RCPT TO: 10/23/2024 9:41:42 PM >>> 250 2.1.5 OK 5b1f17b1804b1-43186d532d4si10820455e9.201 - gsmtp 10/23/2024 9:41:42 PM <<< DATA 10/23/2024 9:41:42 PM >>> 354 Go ahead 5b1f17b1804b1-43186d532d4si10820455e9.201 - gsmtp 10/23/2024 9:41:42 PM <<< . 10/23/2024 9:41:43 PM >>> 250 2.0.0 OK 1729719703 5b1f17b1804b1-43186d532d4si10820455e9.201 - gsmtp 10/23/2024 9:41:43 PM <<< QUIT 10/23/2024 9:41:43 PM >>> 221 2.0.0 closing connection 5b1f17b1804b1-43186d532d4si10820455e9.201 - gsmtp 10/23/2024 9:41:43 PM closed gmail-smtp-in.l.google.com (142.251.168.27) in=773 out=15374 10/23/2024 9:41:48 PM done gmail.com/{default}</maavianizam96@gmail.com></rcptfv1srumomucs9zgbmg60iinufs5etsuzvrdaykarmdix@r1.rpost.net>

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <emilygoodell@dwt.com> relayed to mailer us-smtp-inbound-1.mimecast.com (170.10.128.242)

[IP Address: 104.28.85.34] [Time Opened: 10/23/2024 10:02:28 PM] [REMOTE_HOST: 192.168.20.67] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/frwgIXjtVpS5sVcmTHUuEEahcpsTzvMIuz7WcDr6MDIx.gif] HTTP_ACCEPT:image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US,en;q=0.9 HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 HTTP_X_FORWARDED_FOR:104.28.85.34 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID: Root=1-67197274-16ba29e714b47f321c62c04b HTTP_SEC_FETCH_SITE:cross-site HTTP_SEC_FETCH_MODE:no-cors HTTP_SEC_FETCH_DEST:image Accept: image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 Accept-Encoding: gzip, deflate, br Accept-Language: en-US,en;q=0.9 Host: open.r1.rpost.net User-Agent: Mozilla/5.0 X-Forwarded-Proto: https X-Forwarded-For: 104.28.85.34 X-Amzn-Trace-Id: Root=1-67197274-16ba29e714b47f321c62c04b sec-fetch-site: cross-site sec-fetch-mode: no-cors sec-fetch-dest: image /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.20.30 /open/images_v2/frwgIXjtVpS5sVcmTHUuEEahcpsTzvMIuz7WcDr6MDIx.gif 192.168.20.67 22192 GET /open/images_v2/frwgIXjtVpS5sVcmTHUuEEahcpsTzvMIuz7WcDr6MDIx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/frwgIXjtVpS5sVcmTHUuEEahcpsTzvMIuz7WcDr6MDIx.gif image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 gzip, deflate, br en-US,en;q=0.9 open.r1.rpost.net Mozilla/5.0 104.28.85.34 https 443 Root=1-67197274-16ba29e714b47f321c62c04b cross-site no-cors image

Your message

To: Goodell, Emily
Subject: Registered: https://url.us.m.mimecastprotect.com/s/CAsNCNk8WVC3x5LnUmfXFyRnmj?domain=amazon.com In c. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT
Sent: Wednesday, October 23, 2024 2:33:02 PM (UTC-08:00) Pacific Time (US & Canada)

was read on Wednesday, October 23, 2024 3:02:29 PM (UTC-08:00) Pacific Time (US & Canada).

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jakefreed@dwt.com> relayed to mailer us-smtp-inbound-2.mimecast.com (170.10.128.242)

[IP Address: 216.200.93.97] [Time Opened: 10/23/2024 9:35:31 PM] [REMOTE_HOST: 192.168.20.67] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/HjYk0Kk6XEnexJzkLQeUl22vbtA8UFajc6150nQAMDIx.gif] HTTP_ACCEPT:*/* HTTP_ACCEPT_ENCODING:gzip, deflate HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/4.0 (compatible; ms-office; MSOffice 16) HTTP_X_FORWARDED_FOR:216.200.93.97 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-67196c23-71a3bf38573b7ebc629f14af HTTP_UA_CPU:AMD64 Accept: */* Accept-Encoding: gzip, deflate Host: open.r1.rpost.net User-Agent: Mozilla/4.0 (compatible; ms-office; MSOffice 16) X-Forwarded-For: 216.200.93.97 X-Forwarded-Proto: https X-Forwarded

-Port: 443 X-Amzn-Trace-Id: Root=1-67196c23-71a3bf38573b7ebc629f14af ua-cpu: AMD64 /LM/W3SVC/12/ROOT 256 2048 CN=rpost.c om Root Cert CN=admin1.devx.rpost.info 0 CGI/1.1 on 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/HjYk0Kk6XEnexJzkLQeUI22vbtA8UFajc6150nQAMDIx.gif 192.168.20.67 192.168.20.67 30204 GET /o pen/images_v2/HjYk0Kk6XEnexJzkLQeUI22vbtA8UFajc6150nQAMDIx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/ima ges_v2/HjYk0Kk6XEnexJzkLQeUI22vbtA8UFajc6150nQAMDIx.gif */* gzip, deflate open.r1.rpost.net Mozilla/4.0 (compatible; ms-office; M SOffice 16) 216.200.93.97 https 443 Root=1-67196c23-71a3bf38573b7ebc629f14af AMD64

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <jeanfundakowski@dwt.com> rel ayed to mailer us-smtp-inbound-2.mimecast.com (170.10.128.242)

Your message

  To: Fundakowski, Jean
  Subject: Registered: https://url.us.m.mimecastprotect.com/s/pcbFCVONn4CyKjB7uGfZFEZJnw?domain=amazon.com Inc. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT
  Sent: Wednesday, October 23, 2024 2:33:02 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Wednesday, October 23, 2024 2:42:30 PM (UTC-08:00) Pacific Time (US & Canada).

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <kimberlysimmonsgreene@dwt. com> relayed to mailer us-smtp-inbound-1.mimecast.com (170.10.128.242)

[IP Address: 216.200.93.97] [Time Opened: 10/23/2024 9:33:42 PM] [REMOTE_HOST: 192.168.20.67] [HTTP_HOST: open.r1.rpost.net] [ SCRIPT_NAME: /open/images_v2/le25elCpmB5XvTcQtNbzTBQ4k72IEX7tNfj2fTs8MDIx.gif] HTTP_ACCEPT:*/* HTTP_ACCEPT_ENCO DING:gzip, deflate HTTP_COOKIE:AWSALBTG=FwX9iZgwyBewrpszwCTZRXKauW+BcN8aXiK8Te4sK1qSE7sHZBZMr1LPuWXpp1i3FJ /GkdbS+Rc/aBjXXFJMQOkm5p4Ew7eQ8bHZWa42kPi0qyKvmOHFImDzNFLLPMgEcFaAFDTMlUaxCkOBku2yzUNcPX4SdlHNCDfjbXH E2T12; AWSALBTGCORS=FwX9iZgwyBewrpszwCTZRXKauW+BcN8aXiK8Te4sK1qSE7sHZBZMr1LPuWXpp1i3FJ/GkdbS+Rc/aBjXXFJ MQOkm5p4Ew7eQ8bHZWa42kPi0qyKvmOHFImDzNFLLPMgEcFaAFDTMlUaxCkOBku2yzUNcPX4SdlHNCDfjbXHE2T12; AWSALB=AL AXupU3vGg0VfmVfS5jb0MVLH+SUhGlfb75DPBYqarlSfvMMGVUU0wnMcTs4TuRDrNWAC5El7DP/p21i7e/O0pBKeyNTrQ6TC3ZrGckCa uq80EO8vDqFCHG36sL; AWSALBCORS=ALAXupU3vGg0VfmVfS5jb0MVLH+SUhGlfb75DPBYqarlSfvMMGVUU0wnMcTs4TuRDrNWA C5El7DP/p21i7e/O0pBKeyNTrQ6TC3ZrGckCauq80EO8vDqFCHG36sL HTTP_HOST:open.r1.rpost.net HTTP_REFERER HTTP_USER_AGENT:Mozilla/4. 0 (compatible; ms-office; MSOffice 16) HTTP_X_FORWARDED_FOR:216.200.93.97 HTTP_X_FORWARDED_PROTO:https HTTP_X_F ORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-67196bb6-4555ffd771adba2b48b13a1a HTTP_UA_CPU:AMD64 Accept: * /* Accept-Encoding: gzip, deflate Cookie: AWSALBTG=FwX9iZgwyBewrpszwCTZRXKauW+BcN8aXiK8Te4sK1qSE7sHZBZMr1LPuWXp p1i3FJ/GkdbS+Rc/aBjXXFJMQOkm5p4Ew7eQ8bHZWa42kPi0qyKvmOHFImDzNFLLPMgEcFaAFDTMlUaxCkOBku2yzUNcPX4SdlHNC DfjbXHE2T12; AWSALBTGCORS=FwX9iZgwyBewrpszwCTZRXKauW+BcN8aXiK8Te4sK1qSE7sHZBZMr1LPuWXpp1i3FJ/GkdbS+Rc/a BjXXFJMQOkm5p4Ew7eQ8bHZWa42kPi0qyKvmOHFImDzNFLLPMgEcFaAFDTMlUaxCkOBku2yzUNcPX4SdlHNCDfjbXHE2T12; AWSA LB=ALAXupU3vGg0VfmVfS5jb0MVLH+SUhGlfb75DPBYqarlSfvMMGVUU0wnMcTs4TuRDrNWAC5El7DP/p21i7e/O0pBKeyNTrQ6TC3Zr GckCauq80EO8vDqFCHG36sL; AWSALBCORS=ALAXupU3vGg0VfmVfS5jb0MVLH+SUhGlfb75DPBYqarlSfvMMGVUU0wnMcTs4TuRD rNWAC5El7DP/p21i7e/O0pBKeyNTrQ6TC3ZrGckCauq80EO8vDqFCHG36sL Host: open.r1.rpost.net User-Agent: Mozilla/4.0 (compatible ; ms-office; MSOffice 16) X-Forwarded-For: 216.200.93.97 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-67 196bb6-4555ffd771adba2b48b13a1a ua-cpu: AMD64 /LM/W3SVC/12/ROOT 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.i nfo 0 CGI/1.1 on 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/le2 5elCpmB5XvTcQtNbzTBQ4k72IEX7tNfj2fTs8MDIx.gif 192.168.20.67 192.168.20.67 30324 GET /open/images_v2/le25elCpmB5XvTcQtN bzTBQ4k72IEX7tNfj2fTs8MDIx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/le25elCpmB5XvTcQtNbzTBQ4k 72IEX7tNfj2fTs8MDIx.gif */* gzip, deflate AWSALBTG=FwX9iZgwyBewrpszwCTZRXKauW+BcN8aXiK8Te4sK1qSE7sHZBZMr1LPuWX pp1i3FJ/GkdbS+Rc/aBjXXFJMQOkm5p4Ew7eQ8bHZWa42kPi0qyKvmOHFImDzNFLLPMgEcFaAFDTMlUaxCkOBku2yzUNcPX4SdlHNCDfj bXHE2T12; AWSALBTGCORS=FwX9iZgwyBewrpszwCTZRXKauW+BcN8aXiK8Te4sK1qSE7sHZBZMr1LPuWXpp1i3FJ/GkdbS+Rc/aBjX XFJMQOkm5p4Ew7eQ8bHZWa42kPi0qyKvmOHFImDzNFLLPMgEcFaAFDTMlUaxCkOBku2yzUNcPX4SdlHNCDfjbXHE2T12; AWSALB =ALAXupU3vGg0VfmVfS5jb0MVLH+SUhGlfb75DPBYqarlSfvMMGVUU0wnMcTs4TuRDrNWAC5El7DP/p21i7e/O0pBKeyNTrQ6TC3ZrGc kCauq80EO8vDqFCHG36sL; AWSALBCORS=ALAXupU3vGg0VfmVfS5jb0MVLH+SUhGlfb75DPBYqarlSfvMMGVUU0wnMcTs4TuRDrN WAC5El7DP/p21i7e/O0pBKeyNTrQ6TC3ZrGckCauq80EO8vDqFCHG36sL open.r1.rpost.net Mozilla/4.0 (compatible; ms-office; MSOffice 16) 216.200.93.97 https 443 Root=1-67196bb6-4555ffd771adba2b48b13a1a AMD64

Your message

  To: Simmons-Greene, Kimberly
  Subject: Registered: https://url.us.m.mimecastprotect.com/s/JAX0CM89WRH38VPVTwfwF85Jw3?domain=amazon.com I nc. v. Umer Wasim, et al., Case No. 3:23-cv-05580-TLT
  Sent: Wednesday, October 23, 2024 2:33:02 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Wednesday, October 23, 2024 2:33:41 PM (UTC-08:00) Pacific Time (US & Canada).

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Del

ivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <mavianizam96@gmail.com> relayed to mailer gmail-smtp-in.l.google.com (142.251.168.27)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                An RPost® Technology