# [proposed] ORDER

The foregoing motion to set aside the entry of default and to dismiss the complaint for lack of personal jurisdiction and improper venue has come before the court. Upon reviewing the parties arguments and evidence provided, including declarations, and GOOD CAUSE appearing, the Court hereby Orders:

1. The entry of default is set aside as to Defendants MUHAMMAD MUDASSAR ANWAR and TECH DRIVE PVT, LLC.
2. The case shall be dismissed as to Defendants MUHAMMAD MUDASSAR ANWAR and TECH DRIVE PVT, LLC for lack of personal jurisdiction and venue.
3. Each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE