Steven C. Vondran, [SBN 232337]
The Law Offices of Steven C. Vondran, PC
One Sansome Street, Suite 3500
San Francisco, CA 94104
Phone: (877) 276-5084
Email: steve@vondranlegal.com

Attorneys for Defendant: MUHAMMAD MUDASSAR ANWAR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC et al,<br><br>               Plaintiff,<br><br>vs.<br><br>MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT, LLC, a New York Limited Liability Company, et al.<br><br>               Defendants. | Case No.: 3:23-cv-05580-TLT-RI<br><br>**MUHAMMAD MUDASSAR ANWAR DECLARATION IN SUPPORT OF MOTION TO SETASIDE DEFAULT AND DISMISS CASE FOR LACK OF PERSONAL JURISDICTION**<br><br>Hearing<br>Date: February 25th, 2025<br>Time: 2:00 p.m.<br>Place: 450 Golden Gate Avenue, Courtroom #9 (19th Floor) San Francisco, CA 94102.<br><br>[Filed concurrently with notice of motion, proposed order and memorandum of points and authorities] |

**MUHAMMAD MUDASSAR ANWAR DECLARATION IN SUPPORT OF**

**MOTION TO SETASIDE DEFAULT AND DISMISS CASE FOR LACK OF**

**PERSONAL JURISDICTION**

MUHAMMAD MUDASSAR ANWAR DECLARATION

1.  I, MUHAMMAD MUDASSAR ANWAR, hereby declare as follows: I am the defendant named in this action. I make this declaration based on personal knowledge of the information contained in this declaration and, if called upon to do so, could competently testify to the information set forth in this declaration.

2.  I live in Scarsdale, New York and have for all times relevant to this complaint, for the last 7 years.

3.  I am the owner of Tech Drive PVT, also named as a Defendant in this case. The company is located in New York at all relevant times, but is now closed.

4.  I deny the allegations made in the complaint.

5.  I have never had any offices in California.

6.  I do not do any business targeted to California.

7.  I did not register the domain name they are accusing me of.

8.  I do not own any real estate or other property in California.

9.  I have never had any employees, or agents in California.

10. I have never had any businesses running in California.

11. I never created a website and never inserted a California address as Plaintiff claims.

12. I had no reason to believe I could be sued in California, and it would cause me great financial hardship to be forced to litigate this case in California.

MUHAMMAD MUDASSAR ANWAR DECLARATION

1   I declare under penalty of perjury under the Laws of the United States of

2  America that the foregoing is true and accurate.

3   DATED this 20th day of December 2024 and executed at New York (state)

4  in Scarsdale (city).

5

6  _____

7  DECLARANT MUHAMMAD MUDASSAR ANWAR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUHAMMAD MUDASSAR ANWAR DECLARATION