Bonnie MacNaughton (CA State Bar No. 107402)
Emily Goodell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: bonniemacnaughton@dwt.com
       emilygoodell@dwt.com

John D. Freed (CA State Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com
       jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UMER WASIM, et al.,<br><br>    Defendants. | Case No. 4:23-cv-05580-TLT-RI<br><br>**JOINT STATUS REPORT** |

Case No. 4:23-cv-05580-TLT-RI
JOINT STATUS REPORT

Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. (together, "Amazon") and Defendants Umer Wasim and Teknobyl Digital LLC (together, "Wasim Parties") submit this Joint Status Report pursuant to the Order of the Court on December 5, 2024.  ECF No. 76.

The Parties report that on December 16, 2024, a written Settlement Agreement ("Agreement") to resolve this matter was executed.  Pursuant to the Agreement, Amazon and the Wasim Parties will file a Stipulated Dismissal with Prejudice and Stipulated Permanent Injunction upon satisfaction of one remaining condition in the Settlement Agreement by Mr. Wasim on or before February 14, 2025, as specified in the Agreement.

Amazon and the Wasim Parties jointly request that the Court continue the February 6, 2025 case management conference for a period of 30 days.

DATED: January 6, 2025

DAVIS WRIGHT TREMAINE LLP

By: */s/Jean M. Fundakowski*
        Jean M. Fundakowski

Attorneys for Plaintiffs
AMAZON.COM, INC.
AMAZON TECHNOLOGIES, INC.

DATED: January 6, 2025                    MILORD LAW GROUP, PC

By: */s/Milord Keshishian*
        Milord Keshishian

Attorneys for Defendants
UMER WASIM
TEKNOBYL DIGITAL LLC

**CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Milord Keshishian, attorney for Defendants Umer Wasim and Teknobyl Digital LLC, has provided his concurrence in the electronic filing of the foregoing document entitled JOINT STATUS REPORT.

*/s/Jean M. Fundakowski*
Jean M. Fundakowski