Bonnie MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        bonniemacnaughton@dwt.com
              emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
Jean M. Fundakowski (Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23RD Floor
San Francisco, CA 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        jakefreed@dwt.com
              jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON. COM, INC et al., | Case No. 3:23-cv-05580-TLT-RI |
| Plaintiffs, | Honorable Judge: Trina L. Thompson |
| v. | **DECLARATION OF JEAN FUNDAKOWSKI IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE DEFAULT AND DISMISS CASE** |
| UMER WASIM, et al., | |
| Defendants. | Date:     February 25th, 2025 |
| | Time:     2:00 pm |
| | Place:    450 Golden Gate Avenue, Courtroom #9, 9th Floor San Francisco, CA 94102 |

DAVIS WRIGHT TREMAINE LLP

## DECLARATION OF JEAN FUNDAKOWSKI

I, Jean Fundakowski, declare under penalty of perjury under laws of the State of California that the foregoing is true and correct.

1.      I am over the age of eighteen and am competent to testify as to the matters set forth herein.  I have personal knowledge of the facts in this declaration, and base this declaration on my personal knowledge.

2.      I am an attorney at the law firm Davis Wright Tremaine LLP, which represents Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. (collectively, "Amazon") in the above-entitled action (the "Action").

3.      I make this declaration in response to the Court's Order, ECF No. 80, and in support of Amazon's Opposition to Defendants' Notice of Motion and Motion to Set Aside Default and Dismiss Case for Lack of Personal Jurisdiction.

4.      Amazon filed the Complaint in this Action on October 30, 2023.  ECF No. 1.

5.      The Complaint names 18 Defendants, including movants Muhammad Mudassar Anwar ("Anwar") and Tech Drive Pvt LLC ("Tech Drive").  It alleges that the Defendants operated a network of 26 websites that scammed aspiring authors by infringing Amazon's trademarks; falsely claiming to be a legitimate part of Amazon's successful publishing business; taking their money with promises to provide editing, marking, and publishing services; pretending to be US-based businesses, many of which advertised as operating in California; and providing shoddy or nonexistent work.

### Anwar and Tech Drive Served in November 2023

6.      Upon information and belief, Anwar is a resident of Scarsdale, New York, and Tech Drive is a New York limited liability company registered at 919 Wilmot Road in Scarsdale, New York 10583 in Scarsdale, New York.

7.      Defendant Anwar is the organizer and sole member of Tech Drive.  A true and correct copy of Tech Drive's Articles of Organization, procured from the New York Secretary of State's website, is attached hereto as **Exhibit A.**  Ex. A at 6.

FUNDAKOWSKI DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE AND DISMISS

DAVIS WRIGHT TREMAINE LLP

8. On November 27, 2023, Amazon caused Anwar to be served with the Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donne J. Ryu; Consent or Declination to Magistrate Judge Jurisdiction; and Notice of Electronic Filing – Notice of Assignment of Case. Anwar was served via personal service at his home address at 919 Wilmot Road in Scarsdale, New York 10583. A true and correct copy of the proof of service is attached hereto as **Exhibit B**. *See also* ECF No. 27.

9. Amazon also caused Tech Drive to be served with the same documents on November 27, 2023.

10. New York law permits service on a corporation through service on its designated agent for service of process, or for service on a limited liability company by service on any member of the limited liability corporation in the state or any other person designed by the limited liability company to receive process. N.Y. Bus. Corp. L. § 304; C.P.L.R. § 311(a).

11. As the individual registered to receive service of process by mail from the Secretary of State and the organizer who executed Tech Drive's Articles of Organization, Ex. A at 5, 6, service on Anwar constituted service on Tech Drive.

12. Amazon caused Anwar to be personally served at the address designated in Tech Drive's Articles of Organization, which is also 919 Wilmot Road in Scarsdale, New York 10583. A true and correct copy of the Tech Drive proof of service is attached hereto as **Exhibit C**. *See also* ECF No. 27.

**Anwar and Tech Drive Ignore this Action For A Year**

13. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Tech Drive and Anwar were required to serve responsive pleadings by December 18, 2023.

14. Neither party served a responsive pleading, requested additional time to serve a responsive pleading, appeared in the case, or contacted or caused Amazon to be contacted for months after they were personally served and thus had knowledge they had been sued in this Action.

DAVIS WRIGHT TREMAINE LLP

15.     On January 25, 2024, Amazon filed a request for the Clerk of Court to enter default against Anwar and Tech Drive.  ECF No. 46.

16.     On February 14, 2024, the Clerk entered default against Anwar and Tech Drive. ECF No. 52.

17.     On September 13, 2024, Amazon filed a Motion for Default Judgment against 16 defendants, including Anwar and Tech Drive, seeking injunctive relief and damages for trademark infringement and cybersquatting.  ECF No. 68.

18.     On October 18, 2024, Amazon's Motion for Default Judgment was referred to Magistrate Judge Robert Illman.  ECF No. 69.

19.     In accordance with Judge Illman's Order, ECF No. 71, Amazon served all the defaulting defendants subject to the Motion with a copy of the Motion and Notice of Hearing Date prior to the hearing.  ECF No. 72.

20.     Amazon caused Anwar and Tech Drive to be personally served with a copy of the Motion and Notice of Hearing Date on October 26, 2024, at the same Wilmot Road address in Scarsdale, New York.  ECF No. 72, Ex. I, J.  True and correct copies of the October 26, 2024 proof of service for Tech Drive and Anwar bearing Anwar's signature are attached hereto as **Exhibit D**.

21.     On November 18, 2024, a paralegal from a law firm of Vondran Legal purporting to represent Anwar contacted the undersigned and counsel for Amazon, requesting a telephone call.  This was the first contact counsel for Amazon had with either party or their representatives since the action was filed, and Defendants' counsel did not provide an explanation for Defendants' delay in responding.

22.     Neither Anwar nor Tech Drive moved to set aside the default, oppose Amazon's Motion for Default Judgment, or appear at the hearing on the Motion on November 19, 2024.

**Counsel for Anwar and Tech Drive Contact Amazon After the Default Judgment Hearing**

23.     Counsel for Amazon agreed to meet and confer with counsel for Anwar, Steve Vondran, on November 25, 2024.

DAVIS WRIGHT TREMAINE LLP

24.     On November 25, 2024, Mr. Vondran did not dial in to the scheduled call.  The call was subsequently rescheduled for December 2, 2024.

25.     On December 2, 2024, Mr. Vondran and counsel for Amazon met and conferred by phone.  Counsel for Amazon discussed recent developments in the case and Mr. Vondran agreed to consult with his client further.

26.     From December 5, 2024 to December 20, 20024, the parties exchanged several confidential settlement communications by email.

27.     On December 22, 2024, Mr. Vondran filed the instant Motion.

**Allegations and Evidence Against Anwar and Tech Drive**

28.     The Complaint alleges that Anwar and Tech Drive, together with other co-Defendants, are responsible for the operation of 26 websites that infringe or infringed upon Amazon's registered trademarks to hoodwink and deceive victims into purchasing substandard or worthless e-publishing services. (Compl. ¶¶ 37-140).

29.     Amazon has evidence that Anwar and/or Tech Drive are the registrants of the domain names for at least three of those websites: Websites 10 (amazonpublishingsol.com), 24 (amazonpublishingpartner.com), and 25 (amazonprofessionalpublishers.com).  As shown using screenshots in the Complaint, all three websites use or used Amazon's trademarks and other tactics to deceive victims into believing it was affiliated with Amazon's legitimate publishing businesses, and all three advertised the same phone number.  (*Id*. ¶ 72, 114, 118).

30.     The Complaint alleges that the domain for Website 24 (amazonpublishingpartner.com), was registered in Anwar's name on October 3, 2022. (*Id*. ¶ 113). It further alleges that the email address used to register the Website 24 domain (subs@wedrivetech.com) is linked to Tech Drive.  *Id.*

31.     In April 2023, an outside investigator reached out to the operators of Website 24 via a form on the site and received a  responsive text message using a phone number with a Santa Clara County area code: (408) 471-1793.

32.     The agents for Website 24 also used an email address (alex@amazonprofessionalpublishers.com) linked to Website 25

FUNDAKOWSKI DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE AND DISMISS

DAVIS WRIGHT TREMAINE LLP

(amazonprofessionalpublishers.com), revealing a connection between Website 24 and Website 25. (*Id*.). Website 25 remains active today.

33.    Amazon discovered additional evidence from Namecheap, Inc. ("Namecheap") linking Website 25 (amazonprofessionalpublishers.com) with Website 10 (amazonpublishingsol.com) and to Tech Drive and Anwar during its internal investigation and in the course of discovery.

34.    Amazon served a third-party subpoena on Namecheap and sought information from Namecheap through the Uniform Domain Name Dispute Resolution Process (UDRP).  True and correct copies of the subpoena return and information received from Namecheap concerning Tech Drive is attached hereto as **Exhibit E**.

35.    Namecheap was the registrar for the domain names used for Websites 10, 24, and 25.

36.    A registrar is an organization accredited by the Internet Corporation for Assigned Names and Numbers to sell domain names to registrants. A registrant is a person or organization that buys and owns domain names.

37.    The information received from Namecheap reveals that Anwar's name and home address were listed as the registrant contact information for the domain name used by Website 24. Ex. E at 2. Tech Drive's email address subs@wedrivetech.com is listed as the billing contact email address.  *Id.*

38.    The Namecheap information for Tech Drive's account, which was received in a document titled "techdrive01", also shows that the subs@wedrivetech.com e-mail address was used for the account that registered Websites 25 and Website 10.  *Id*. at 3-4.  Furthermore, a credit card in Anwar's name was used in three transactions on that techdrive01 account.  *Id.* at 8 (bottom), 9 (top).

39.    Counsel for Amazon, Emily Goodell, provided the information in **Exhibit E** to Mr. Vondran by email on December 10, 2024, so Defendants were aware of this additional evidence and the allegation in the Complaint against them when they filed their Motion to Set Aside Default and Motion to Dismiss for Lack of Personal Jurisdiction.  *See* ECF. No. 77.

FUNDAKOWSKI DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE AND DISMISS

DAVIS WRIGHT TREMAINE LLP

40.    During its internal investigation, Amazon collected preserved images of Websites 10 (amazonpublishingsol.com), 24 (amazonpublishingpartner.com), and 25 (amazonprofessionalpublishers.com)—excerpts of some of these images were used in Amazon's complaint.  These images were collected either using a service called DomainTools, which preserves and displays historical images of domains' home pages, labeled by the date the screen shot was recorded, or by manual screen shot preservation.  A true and correct copy of these images are attached hereto as **Exhibit F**.

41.    According to the preserved website images and through the interaction with the investigator described above, Websites 10 and 24 held their corresponding businesses out to the public and individual customers using physical addresses or phone numbers with area codes located within California and this District.

42.    On or about September 14, 2022 Website 10 (amazonpublishingsol.com) advertised its physical address to potential victims as 5201 Great America Pkwy Unit 320 Santa Clara, California and advertised that the business "has an alliance with numerous online platforms," including Stanford Research Park, Netflix, and Idea, which are all headquartered in California. (*Id*. at 4-5).

43.    On or about January 17, 2024, Website 25's URL rerouted to another webpage – "About Worldwide Book Publishing"—which encouraged visitors to "get in touch" at its office address at 548 Market Street, San Francisco, CA 94104.  (*Id*. at 19).

44.    The preserved images also show that all three Websites are or were interactive: they contain or contained live chat features and offer services that include book publishing and book printing. (*Id*. at 3, 5, 7, 10, 12, 14, 15).

45.    Because Amazon had no opportunity for party discovery against Tech Drive or Anwar, it does not know to what extent Anwar, Tech Drive, or Websites 10, 24, and 25 were successful in recruiting California-based customers.

DAVIS WRIGHT TREMAINE LLP

FUNDAKOWSKI DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE AND DISMISS

1    I declare under penalty of perjury under the laws of the State of California and of the

2  United States that the foregoing is true and correct.

3        Executed this 6ᵗʰ day of January, 2025 in San Francisco, California.

4

5                        /s/ Jean Fundakowski
                         Jean Fundakowski

DAVIS WRIGHT TREMAINE LLP

FUNDAKOWSKI DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE AND
DISMISS

# EXHIBIT A

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

Entity Details ^

**ENTITY NAME:** TECH DRIVE PVT LLC

**DOS ID:** 6574165

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 08/29/2022

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 08/29/2022

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** WESTCHESTER

**NEXT STATEMENT DUE DATE:** 08/31/2024

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

> **Name:** MUHAMMAD MUDASSAR ANWAR
>
> **Address:** 919 WILMOT RD, SCARSDALE, NY, UNITED STATES, 10583

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

> **Name:**
>
> **Address:**

Principal Executive Office Address

> **Address:**

Registered Agent Name and Address

> **Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

New York State Department of State

Division of Corporations, State Records and Uniform Commercial Code

## COPY REQUEST/CERTIFICATE OF STATUS RECEIPT

DAVIS WRIGHT TREMAINE LLP

ATTN: EMILY GOODELL

920 5TH AVE., STE. 3300

SEATTLE WA 98104

**DATE:**          08/11/2023          **TRANSACTION NUMBER:**          202308220001991

**ENTITY INFORMATION:**

**ENTITY NAME:**          TECH DRIVE PVT LLC

**DOS ID:**          6574165

**DATE OF INITIAL DOS FILING:**          08/29/2022

| **REQUESTED SERVICES:** | **NUMBER REQUESTED:** | **FEE:** |
|---|---|---|
| **UNCERTIFIED COPY($5.00)** | 1 | $5.00 |
| **CERTIFIED COPY($10.00)** | 0 | $0.00 |
| **CERTIFICATE OF STATUS - SHORT FORM($25.00)** | | $0.00 |
| **CERTIFICATE OF STATUS - LONG FORM($25.00)** | | $0.00 |
| **EXPEDITED HANDLING** | | $0.00 |

| **TOTAL PAYMENTS RECEIVED:** | $15.00 |
|---|---|
| CASH: | $0.00 |
| CHECK/MONEY ORDER: | $0.00 |
| CREDIT CARD: | $15.00 |
| DRAWDOWN ACCOUNT: | $0.00 |
| REFUND DUE: | $10.00 |

| **REQUESTED COPY** | **FILE DATE** | **FILE NUMBER** |
|---|---|---|
| ARTICLES OF ORGANIZATION | 08/29/2022 | 220829003321 |

DOS-1025 (04/2007)

**ARTICLES OF ORGANIZATION**
**OF**
**TECH DRIVE PVT LLC**
**Under Section 203 of the Limited Liability Company Law**

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age, and acting as the organizer of the limited liability company hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York certifies that:

FIRST:      The Name of the limited liability company is: **TECH DRIVE PVT LLC**

SECOND:      To engage in any lawful act or activity within the purposes for which limited liability companies may be organized pursuant to Limited Liability Company Law provided that the limited liability company is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

THIRD:      The county, within this state, in which the office of the limited liability company is to be located is **WESTCHESTER**

FOURTH:      The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:
**MUHAMMAD MUDASSAR ANWAR**
**919 WILMOT RD**
**SCARSDALE, NY 10583**

FIFTH:      The limited liability company is to be managed by: **One or more members**

SIXTH:      The existence of the limited liability company shall begin **upon filing of these Articles of Organization with the Department of State.**

SEVENTH:      The limited liability company shall have a perpetual existence.

EIGHTH:      The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be

Filed with the NYS Department of State on 08/29/2022
Filing Number: 220829003321 DOS ID: 6574165

made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

MUHAMMAD MUDASSAR ANWAR (Signature)
-------------------------------------------------

MUHAMMAD MUDASSAR ANWAR, ORGANIZER
919 WILMOT RD
SCARSDALE, NY 10583

Filed by:

MUHAMMAD MUDASSAR ANWAR
919 WILMOT RD
SCARSDALE, NY 10583

Filed with the NYS Department of State on 08/29/2022
Filing Number: 220829003321 DOS ID: 6574165

DOS-019 (Rev. 04/08)
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-00001

US POSTAGE PB PITNEY BOWES

ZIP 12231
02 4W      $ 000.63⁰
0000390363 AUG 23 2023

RECEIVED @ DWT

SEP 01 2023

SERVICES/SEATTLE OFFICE

DAVIS WRIGHT TREMAINE LLP

ATTN: EMILY GOODELL
920 5TH AVE., STE. 3300
SEATTLE WA 98104

98104$1610 C069

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MUHAMMAD MUDASSAR ANWAR, an individual,

was received by me on *(date)* _11/14/2023_

☒ I personally served the summons on the individual at *(place)* MUHAMMAD MUDASSAR ANWAR

919 Wilmot Road, Scarsdale, NY 10583 _____ on *(date)* 11/27/2023 at 9:10 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _11/29/2023_ _____
*Server's signature*

Joshua Lee - Process Server
*Printed name and title*

ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022216
_____
*Server's address*

Additional information regarding attempted service, etc:

**Additional documents served:**

**Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted**

# EXHIBIT C

Civil Action No. 4:23-CV-5580 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  TECH DRIVE PVT LLC, a New York limited liability company

was received by me on *(date)*  11/15/2023

[X] I personally served the summons on the individual at *(place)*  MUHAMMAD MUDASSAR ANWAR, Agent for Service

919 Wilmot Road, Scarsdale, NY 10583 _____ on *(date)*  11/27/2023 at 9:10 PM ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/29/2023

_____
*Server's signature*

Joshua Lee - Process Server
_____
*Printed name and title*

ASAP Legal
1625 Clay Street, 4th Floor, Oakland, CA 94612
(510) 785-2300
Ref: SF34022217
_____
*Server's address*

Additional information regarding attempted service, etc:


**Additional documents served:**

Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; Consent or Declination to Magistrate Judge Jurisdiction (blank); Notice of Electronic Filing - Notice of Assignment of Case Redacted

# EXHIBIT D

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| John D. Freed | SBN 261518<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, Floor 23, San Francisco, CA 94111<br><br>TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599<br>ATTORNEY FOR *(Name):* Plaintiff: AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC. | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF:  AMAZON.COM, INC., a Delaware corporation, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT:  UMER WASIM, et al. | 3:23-cv-05580-TLT |

| **PROOF OF SERVICE** | Hearing Date:<br>12/10/2024 | Day | Hearing Time:<br>2:00 PM | Dept:<br>9 | Ref. No. or File No.:<br>51461-5955 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Attached Document List**

PARTY SERVED: **Muhammad Mudassar Anwar**

DATE & TIME OF DELIVERY: **10/26/2024
9:05 AM**

ADDRESS, CITY, AND STATE: **919 Wilmot Rd
Scarsdale, NY 10583**

PHYSICAL DESCRIPTION: **Age: 55 years      Weight: 161-200 lbs.      Hair: Black
Sex: Male            Height: 5'9"-6'0"          Eyes: n/a
Skin: Brown          Marks: Mustache & Beard**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: **$**
County:
Registration No.:
**ASAP LEGAL
1625 Clay Street 4th Floor
Oakland, CA 94612
(510) 785-2300
Ref: 51461-5955**

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on   **October 29, 2024**

Signature:_____
**Jose R. Lagos**

**PROOF OF SERVICE**

DefaultProof/SF34039617

Document List

ORDER

DECLARATION OF MATTHEW CROSSMAN IN SUPPORT OF PLAINTIFFS AMAZON.COM.
INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. &
AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4)
DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER
SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD
MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART
STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15)
MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN D. FREED IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

Notice of Electronic Filing - CASE REFERRED to Magistrate Judge Robert M. Illman for Report and Recommendation. (ejk, COURT STAFF) (Filed on 10/18/2024)

Notice of Electronic Filing - CLERK'S NOTICE: Plaintiff is directed to serve notice of this hearing on all defaulted Defendants and to file a certification of that service on the docket. Motion Hearing set for 11/19/2024 11:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. This proceeding will be held via a Zoom webinar.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|---|
| John D. Freed | SBN 261518<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, Floor 23, San Francisco, CA 94111 | | | | | |
| TELEPHONE NO.: (415) 276-6500 | FAX NO.: (415) 276-6599<br>ATTORNEY FOR *(Name):* Plaintiff: AMAZON.COM, INC. and AMAZON TECHNOLOGIES, INC. | | | | | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF:  AMAZON.COM, INC., a Delaware corporation, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT:  UMER WASIM, et al. | 3:23-cv-05580-TLT |

| **PROOF OF SERVICE** | Hearing Date:<br>12/10/2024 | Day | Hearing Time:<br>2:00 PM | Dept:<br>9 | Ref. No. or File No.:<br>**51461-5955** |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**See Attached Document List**

PARTY SERVED: **TECH DRIVE PVT LLC**

PERSON SERVED: **Muhammad Mudassar Anwar - Agent for Service**

DATE & TIME OF DELIVERY: **10/26/2024**
**9:05 AM**

ADDRESS, CITY, AND STATE: **919 Wilmont Road**
**Scarsdale, NY 10583**

| PHYSICAL DESCRIPTION: | **Age: 55 years** | **Weight: 161-200 lbs.** | **Hair: Black** |
|---|---|---|---|
| | **Sex: Male** | **Height: 5'9"-6'0"** | **Eyes: n/a** |
| | **Skin: Brown** | **Marks: Mustache & Beard** | |

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: **$**
County:
Registration No.:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 51461-5955**

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on   **October 29, 2024**

Signature: _____
Jose R. Lagos

**PROOF OF SERVICE**

DefaultProof/SF34039615

Document List

ORDER

PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF EMILY GOODELL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JULIA SOMMERFELD IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF COURTNEY SAKRE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF MIKE MELLO IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF SHARON WILLIAMS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ROBERT BJORKDAHL IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JOHN JAEGER IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (6) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF JUDY LATIMORE IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

[PROPOSED] ORDER GRANTING PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

DECLARATION OF ELENA FOLKERTS IN SUPPORT OF PLAINTIFFS AMAZON.COM. INC. & AMAZON TECHNOLOGIES, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS (1) VTLOGODESIGN, INC.; (2) MK AFFILIATES, INC.; (3) ALI ALAM; (4) DYNAMIC DIGITAL SOLUTIONS LLC; (5) MEHWASH MUNIR; (6) ONE STOP COMPUTER SERVICES LLC; (7) MUHAMMAD ZUBAIR KHAN; (8) TECHTURE INC.; (9) MUHAMMAD MUDASSAR ANWAR; (10) TECH DRIVE PVT LLC; (11) ASHHAR RAWOOF; (12) SMART STARTUP SOLUTIONS; (13) MUHAMMAD USMAN KHAN; (14) YASIR AGAR; (15) MUHAMMAD SHIRAZ QURESHI; AND (16) MAVIA NIZAM

Notice of Electronic Filing - CASE REFERRED to Magistrate Judge Robert M. Illman for Report and Recommendation. (ejk, COURT STAFF) (Filed on 10/18/2024)

Notice of Electronic Filing - CLERK'S NOTICE: Plaintiff is directed to serve notice of this hearing on all defaulted Defendants and to file a certification of that service on the docket. Motion Hearing set for 11/19/2024 11:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. This proceeding will be held via a Zoom webinar.

# EXHIBIT E

| | |
|---|---|
| **From:** | Daniel Y. <udrp@namecheap.com> |
| **Sent:** | Monday, March 6, 2023 8:03 PM |
| **To:** | Jeanna A. |
| **Cc:** | udrp@namecheap.com; udrp@icann.org; legal@namecheap.com |
| **Subject:** | RE: Domain Name Dispute Verification Request - FA2303002034433 |

Hello,

1. We confirm that we are the Registrar for the specified domain names and that the Uniform Domain Name Dispute Resolution Policy applies.

2.

https://url.us.m.mimecastprotect.com/s/KrewClYpEJiKvAWJIGfkIzb1v7?domain=amazonpublishinginc.com

Registrant/Admin/Tech/Billing Name: Arbaz Khan Registrant/Admin/Tech/Billing Street: Flat# E-104 Yousuf Plaza
Registrant/Admin/Tech/Billing City: Karachi Registrant/Admin/Tech/Billing State/Province: Sindh Province
Registrant/Admin/Tech/Billing Postal Code: 75350 Registrant/Admin/Tech/Billing Country: Pakistan
Registrant/Admin/Tech/Billing Phone: +923112960540 Registrant/Admin/Tech/Billing Email: arbazfreelancer@gmail.com

https://url.us.m.mimecastprotect.com/s/HDSRCmZENKCYrAVwhOhlIR88eA?domain=amazonpublishingpartner.com

Registrant/Admin/Tech/Billing Name: Muhammad anwar Registrant/Admin/Tech/Billing Street: 919 wilmot rd
Registrant/Admin/Tech/Billing City: scarsdale Registrant/Admin/Tech/Billing State/Province: NY State
Registrant/Admin/Tech/Billing Postal Code: 10583 Registrant/Admin/Tech/Billing Country: United States
Registrant/Admin/Tech/Billing Phone: +19149186400 Registrant/Admin/Tech/Billing Email: subs@wedrivetech.com

3. We confirm that the domain names are on a Registrar LOCK.
4. English.
5. We confirm that in accordance with ICANN rules we will provide the Complainant with an option to renew the domain name(s) if the domain(s)
expire(s) during the UDRP process.
6. https://url.us.m.mimecastprotect.com/s/KrewClYpEJiKvAWJIGfkIzb1v7?domain=amazonpublishinginc.com -
12/1/2023,
https://url.us.m.mimecastprotect.com/s/HDSRCmZENKCYrAVwhOhlIR88eA?domain=amazonpublishingpartner.com -
10/3/2023
7. We understand this.

--------

Regards,
Daniel Y.
Subject Matter Expert & Middle QA Analyst Legal & Abuse Department Namecheap, Inc.

namecheap

## Whois details for amazonprofessionalpublishers.com

**Registrant Contact**

| | | |
|---|---|---|
| First Name: Hassan | Last Name: Mahmood | Organization: animationtechsol.com |
| Street Address: 910 Nadalin Heights | Address 2: | Job Title: Information Technology |
| City: Milton | State/Province, Zip/Postal Code: ON, L9T 8R1 | Country: Canada |
| Email Address: subs@wedrivetech.com | Phone Number: +1 5197298901 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: Hassan | Last Name: Mahmood | Organization: animationtechsol.com |
| Street Address: 910 Nadalin Heights | Address 2: | Job Title: Information Technology |
| City: Milton | State/Province, Zip/Postal Code: ON, L9T 8R1 | Country: Canada |
| Email Address: subs@wedrivetech.com | Phone Number: +1 5197298901 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: Hassan | Last Name: Mahmood | Organization: animationtechsol.com |
| Street Address: 910 Nadalin Heights | Address 2: | Job Title: Information Technology |
| City: Milton | State/Province, Zip/Postal Code: ON, L9T 8R1 | Country: Canada |
| Email Address: subs@wedrivetech.com | Phone Number: +1 5197298901 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: Hassan | Last Name: Mahmood | Organization: animationtechsol.com |
| Street Address: 910 Nadalin Heights | Address 2: | Job Title: Information Technology |
| City: Milton | State/Province, Zip/Postal Code: ON, L9T 8R1 | Country: Canada |
| Email Address: subs@wedrivetech.com | Phone Number: +1 5197298901 | Fax Number: |

Exported on Apr/09/2024

namecheap

**Whois details for amazonpublishingsol.com**

**Registrant Contact**

| | | |
|---|---|---|
| First Name: khurram | Last Name: siddiqui | Organization: smartdesignsol |
| Street Address: 15500 voss road suite 241 | Address 2: | Job Title: Information Technology |
| City: sugarland | State/Province, Zip/Postal Code: TX, 77498 | Country: United States |
| Email Address: subs@wedrivetech.com | Phone Number: +1 6304801834 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: khurram | Last Name: siddiqui | Organization: smartdesignsol |
| Street Address: 15500 voss road suite 241 | Address 2: | Job Title: Information Technology |
| City: sugarland | State/Province, Zip/Postal Code: TX, 77498 | Country: United States |
| Email Address: subs@wedrivetech.com | Phone Number: +1 6304801834 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: khurram | Last Name: siddiqui | Organization: smartdesignsol |
| Street Address: 15500 voss road suite 241 | Address 2: | Job Title: Information Technology |
| City: sugarland | State/Province, Zip/Postal Code: TX, 77498 | Country: United States |
| Email Address: subs@wedrivetech.com | Phone Number: +1 6304801834 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: khurram | Last Name: siddiqui | Organization: smartdesignsol |
| Street Address: 15500 voss road suite 241 | Address 2: | Job Title: Information Technology |
| City: sugarland | State/Province, Zip/Postal Code: TX, 77498 | Country: United States |
| Email Address: subs@wedrivetech.com | Phone Number: +1 6304801834 | Fax Number: |

Exported on Apr/09/2024

namecheap

## Domain List

| Domain ID | User ID | Expiration Creation Registration | CC Order ID CC Transaction ID | Locked | Expired | Auto-Renew | Marketplace | Abuse Reported | Domain Privacy | DNS Restriction | Domain Privacy Auto-Renew Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| zeniasllc.com 68069359 | techdrive01 11902440 | 5/25/2024 5:06:54 PM 5/25/2023 1:06:57 PM 5/25/2023 5:06:54 PM | c4a6e74e-c2e2-459a-b96a-1a61dec23485 ch_3N8hcjI2aKwfvOvn1dpdKJj6 | | | ✓ | | | ✓ | | ✓ |
| xn--b1abfartikbu6f2b.com 76260562 | techdrive01 11902440 | 3/27/2025 11:37:14 PM 3/27/2024 7:37:17 PM 3/27/2024 11:37:14 PM | db0d7e73-c33e-4412-9d94-46a594f68e91 ch_3O2s1rI2aKwfvOvn14Q3sKPR | | | ✓ | | | ✓ | | ✓ |
| websitedesignsol.co.uk 62272615 | techdrive01 11902440 | 10/4/2024 8:52:43 PM 10/4/2022 3:52:46 PM 10/4/2022 8:52:43 PM | 126698841 152590042 | | | ✓ | | | | | |
| webdesignsexpert.co.uk 67425378 | techdrive01 11902440 | 5/1/2025 9:12:28 PM 5/1/2023 4:12:31 PM 5/1/2023 9:12:28 PM | 140805632 170277283 | | | ✓ | | | | | |
| wagnerschainsaws.co 70158023 | techdrive01 11902440 | 8/10/2024 5:27:14 PM 8/10/2023 1:27:18 PM 8/10/2023 5:27:14 PM | a2d32f56-1d2d-493e-9327-68fddd8faa4a ch_3NdcdYI2aKwfvOvn1mmO0BBl | | | ✓ | | | ✓ | | ✓ |
| universalconsumerbrand s.pro 70158647 | techdrive01 11902440 | 8/10/2024 5:56:37 PM 8/10/2023 1:56:39 PM 8/10/2023 5:56:37 PM | 5c6fd5cd-27bd-464e-a62c-2faee64a3089 ch_3Ndd66I2aKwfvOvn17jWd7wc | | | ✓ | | | ✓ | | ✓ |
| trademarkinnovation.co m 72260640 | techdrive01 11902440 | 11/1/2024 9:37:12 PM 11/1/2023 5:37:15 PM 11/1/2023 9:37:12 PM | 0e297cbf-906d-4e8f-8c3a-01fd89f9d34b ch_3O7m65I2aKwfvOvn1TCsGsgZ | | | ✓ | | | ✓ | | ✓ |
| trademarkcanon.com 60214382 | techdrive01 11902440 | 7/14/2024 2:47:06 PM 7/14/2022 10:47:09 AM 7/14/2022 2:47:06 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| thepenguinwriter.com 67286737 | techdrive01 11902440 | 4/26/2025 8:41:59 PM 4/26/2023 4:42:04 PM 4/26/2023 8:41:59 PM | 140481343 169870771 | | | ✓ | | | ✓ | | ✓ |
| staywildcreations.co 72025643 | techdrive01 11902440 | 10/23/2024 7:43:54 PM 10/23/2023 3:43:58 PM 10/23/2023 7:43:54 PM | 8385936e-276e-404f-b709-3a417a93c783 ch_3O4U2WI2aKwfvOvn05uVKvV | | | ✓ | | | ✓ | | ✓ |
| smartdesign-solutions.com 60715352 | techdrive01 11902440 | 8/2/2024 4:19:48 PM 8/2/2022 12:19:51 PM 8/2/2022 4:19:48 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| rescuerq1.com 75665357 | techdrive01 11902440 | 3/8/2025 4:53:52 PM 3/8/2024 11:53:56 AM 3/8/2024 4:53:52 PM | d7c875da-8d5d-4857-b736-1a6feab3d31a ch_3Os6g3I2aKwfvOvn08wW4s0E | | | ✓ | | | ✓ | | ✓ |
| quickllcregistry.com 72023110 | techdrive01 11902440 | 10/23/2024 5:27:08 PM 10/23/2023 1:27:11 PM 10/23/2023 5:27:08 PM | 58c48f29-559a-4bc9-a6f1-bfa82f6f6fd2 ch_3O4Ru9I2aKwfvOvn0R6SOcA5 | | | ✓ | | | ✓ | | ✓ |
| pearsonpublishing.com 72603175 | techdrive01 11902440 | 11/15/2024 5:35:11 PM 11/15/2023 12:35:15 PM 11/15/2023 5:35:11 PM | 6790c04d-705b-4a9c-ba90-4279e13e24ea ch_3OCmzZI2aKwfvOvn0xhiR04v | | | ✓ | | | ✓ | | ✓ |
| pearsonpublishers.com 72603151 | techdrive01 11902440 | 11/15/2024 5:33:41 PM 11/15/2023 12:33:44 PM 11/15/2023 5:33:41 PM | 1f6c8993-f06f-4ae1-8f32-1512d3c508cc ch_3OCmy6I2aKwfvOvn1Q.JmydYE | | | ✓ | | | ✓ | | ✓ |
| patentlawca.com 75790168 | techdrive01 11902440 | 3/12/2025 10:15:07 PM 3/12/2024 6:15:11 PM 3/12/2024 10:15:07 PM | 67a6e4d8-e56a-4fcc-a303-878e390406fb ch_3Otdb9I2aKwfvOvn1qth0CdZ | | | ✓ | | | ✓ | | ✓ |
| osoclutch.com 69411060 | techdrive01 11902440 | 7/13/2024 9:34:08 PM 7/13/2023 5:34:12 PM 7/13/2023 9:34:08 PM | 7a16acd5-1689-4280-9d2d-7c567531 7a34 ch_3NTX9GI2aKwfvOvn1MjMhbJo | | | ✓ | | | ✓ | | ✓ |
| oshaweyeayaguna.com 71776809 | techdrive01 11902440 | 10/13/2024 8:39:56 PM 10/13/2023 4:39:59 PM 10/13/2023 8:39:56 PM | 3c545d6c-9836-4bf2-847f-4683e2b55053 ch_3O0s9FI2aKwfvOvn0J0LLNzc | | | ✓ | | | ✓ | | ✓ |
| myprojectdrive.io 60191681 | techdrive01 11902440 | 7/13/2024 7:11:27 PM 7/13/2022 3:11:31 PM 7/13/2022 7:11:27 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| logovertix.com 60719838 | techdrive01 11902440 | 8/2/2024 7:43:51 PM 8/2/2022 3:43:55 PM 8/2/2022 7:43:51 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| logo-ventures.com 76501576 | techdrive01 11902440 | 4/5/2025 7:36:50 PM 4/5/2024 3:36:54 PM 4/5/2024 7:36:50 PM | bd7f426a-488d-4875-9d80-d91501037917 ch_3P2iZAI2aKwfvOvn0ztqpZBz | | | ✓ | | | ✓ | | ✓ |
| letsgetpkld.co 70158232 | techdrive01 11902440 | 8/10/2024 5:35:32 PM 8/10/2023 1:35:35 PM 8/10/2023 5:35:32 PM | 2f047305-ac19-46c4-acc7-e126099003e ch_3Ndclgi2aKwfvOvn1pNqTjUM | | | ✓ | | | ✓ | | ✓ |
| legalip.us 70248384 | techdrive01 11902440 | 8/14/2024 9:32:15 PM 8/14/2023 5:32:18 PM 8/14/2023 9:32:15 PM | 3b3839e7-7574-49ee-8413-003092ac2d45 ch_3Nf8MzI2aKwfvOvn1kkvEQNV | | | ✓ | | | ✓ | | ✓ |
| lawofficesofnatalie.com 62979911 | techdrive01 11902440 | 11/3/2024 8:39:48 PM 11/3/2022 4:39:51 PM 11/3/2022 8:39:48 PM | 128747424 155236733 | | | ✓ | | | ✓ | | ✓ |
| justmaemae.shop 75403579 | techdrive01 11902440 | 2/28/2025 6:33:19 PM 2/28/2024 1:33:31 PM 2/28/2024 6:33:19 PM | 3f2d70f2-1bc7-4a6a-957d-353ba4c32fd7 ch_3OorwFI2aKwfvOvn18Rd3ltv | | | ✓ | | | ✓ | | ✓ |
| intellectualtmsol.com 76441947 | techdrive01 11902440 | 4/3/2025 6:57:43 PM 4/3/2024 2:57:46 PM 4/3/2024 6:57:43 PM | 9beaf785-cfcb-40b0-afbc-5873d3b32188 ch_3P1Z0AI2aKwfvOvn01xVLUw8 | | | ✓ | | | ✓ | | ✓ |
| infinitydesignsol.com 60719587 | techdrive01 11902440 | 8/2/2024 7:29:45 PM 8/2/2022 3:29:48 PM 8/2/2022 7:29:45 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |
| filesupstogov.com 71692044 | techdrive01 11902440 | 10/10/2024 7:04:45 PM 10/10/2023 3:04:48 PM 10/10/2023 7:04:45 PM | acd2241d-d6f1-4f9d-a83b-47620bf93387 ch_3NzIEQI2aKwfvOvn0xiUQEKX | | | ✓ | | | ✓ | | ✓ |
| duzz.info 70155015 | techdrive01 11902440 | 8/10/2024 3:58:55 PM 8/10/2023 11:38:59 AM 8/10/2023 3:58:55 PM | d91a6ecd-1196-4d88-82fc-754362884430 ch_3Ndawml2aKwfvOvn1sliiqiw | | | ✓ | | | ✓ | | ✓ |
| downtofashion.co 72435097 | techdrive01 11902440 | 11/8/2024 8:27:29 PM 11/8/2023 3:27:33 PM 11/8/2023 8:27:29 PM | 7cc5e220-59eb-4d52-a3e4-4b7c80161624 ch_3OAlLSI2aKwfvOvn1Gyz80hj | | | ✓ | | | ✓ | | ✓ |
| brandssecure.com 67889497 | techdrive01 11902440 | 5/18/2024 9:55:17 PM 5/18/2023 5:55:20 PM 5/18/2023 9:55:17 PM | 9b9355e0-cce7-478e-bb85-d99d130b8006 ch_3N9En0I2aKwfvOvn1JiquYYu | | | ✓ | | | ✓ | | ✓ |
| bookpublishhouse.com 65973821 | techdrive01 11902440 | 3/8/2025 5:39:11 PM 3/8/2024 12:39:14 PM 3/8/2023 5:39:11 PM | 137065416 165628651 | | | ✓ | | | ✓ | | ✓ |
| amazonpublishingsol.co m 61207857 | techdrive01 11902440 | 8/22/2024 3:49:50 PM 8/22/2022 11:49:53 AM 8/22/2022 3:49:50 PM | 124916170 150297647 | | | ✓ | | | ✓ | | ✓ |
| amazonprofessionalpubli shers.com 66459976 | techdrive01 11902440 | 3/27/2025 5:03:02 PM 3/27/2023 1:03:05 PM 3/27/2023 5:03:02 PM | 138358530 167237705 | | | ✓ | | | ✓ | | ✓ |
| 98websitedesign.com 60769783 | techdrive01 11902440 | 8/4/2024 4:05:12 PM 8/4/2022 12:05:18 PM 8/4/2022 4:05:12 PM | 122626349 147405988 | | | ✓ | | | ✓ | | ✓ |



| Domain ID | User ID | Expiration Creation Registration | CC Order ID CC Transaction ID | Locked | Expired | Auto-Renew | Marketplace | Abuse Reported | Domain Privacy | DNS Restriction | Domain Privacy Auto-Renew Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 365bookpublishing.com 72602989 | techdrive01 11902440 | 11/15/2024 5:29:36 PM 11/15/2023 12:29:39 PM 11/15/2023 5:29:36 PM | 26f262cb-c448-4b47-ad8c-96c103c88875 ch_3OCmu5I2aKwfvOvn1AqYi8pD | | | ✓ | | | ✓ | | ✓ |

Exported on Apr/09/2024



## User Info

| Username<br>User ID<br>Account Locked | First Name<br>Last Name<br>Email | Support Pin<br>Pin Expiry | Signup Date<br>Signup IP | Account Balance<br>Available Balance<br>Earned Amount | Organization<br>Street Address<br>City, State | Phone<br>Fax<br>Country, Zip | Latest Transaction<br>Latest Login<br>Login IP |
|---|---|---|---|---|---|---|---|
| 11902440<br>No | Hassan<br>Mahmood<br>subs@wedrivetech.com | Reset | 7/13/2022 3:04:15 PM<br>194.93.58.90 | 0.0000<br>0.0000<br>0.0000 | animationtechsol.com<br>910 Nadalin Heights<br>Milton, ON | +1.5197298901<br>NA<br>CA, L9T 8R1 | 8/1/2022 1:27:38 PM<br>4/5/2024 3:34:07 PM<br>124.29.238.35 |

Exported on Apr/09/2024



## Transaction Review

| ID | Username<br>IP (Country) | CC Order ID<br>CC Transaction ID | Transaction Type<br>Payment Source | Amount | Status<br>Score | CC-L4(exp)<br>Country IP / Bill | Date (PST) | Order ID | Name on Card<br>Email | Balance Before<br>Balance After |
|---|---|---|---|---|---|---|---|---|---|---|
| 170699775 | techdrive01<br>124.29.238.35 (N/A) | bd7f426a-488d-4875-9d80-d91501037917<br>ch_3P2IZAI2aKwfvOvn0ztqpZBz | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 4/5/2024 3:36:47<br>PM | 141140646 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 170507862 | techdrive01<br>103.86.55.162 (N/A) | 9beaf785-cfcb-40b0-afbc-5873d3b32188<br>ch_3P1Z0AI2aKwfvOvn01xVLUw8 | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 4/3/2024 2:57:38<br>PM | 140989073 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 170277283 | techdrive01<br>127.0.0.1 (N/A) | 76c17f91-bd40-469e-9395-05665d0995b5<br>ch_3P0gBii2aKwfvOvn1PlFMl8i | PURCHASE<br>CREDITCARD | $9.48 | APPROVE<br>D | ...7915(3/2028)<br>N/A / N/A | 4/1/2024 4:24:10<br>PM | 140805632 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 169931667 | techdrive01<br>103.86.55.162 (N/A) | db0d7e73-c33e-4412-9d94-46a594f68e91<br>ch_3Oz61nI2aKwfvOvn14Q3sKPR | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 3/27/2024 7:37:10<br>PM | 140527762 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 169870771 | techdrive01<br>127.0.0.1 (N/A) | 663fdb7c-9c78-47eb-8ba8-b9f9123244ec<br>ch_3OyrtHI2aKwfvOvn0YdYv718 | PURCHASE<br>CREDITCARD | $16.06 | APPROVE<br>D | ...7915(3/2028)<br>N/A / N/A | 3/27/2024 4:31:28<br>PM | 140481343 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 168639030 | techdrive01<br>103.86.55.162 (N/A) | 67a6e4d8-e56a-4fcc-a303-878e390406fb<br>ch_3Otdb9I2aKwfvOvn1qth0CdZ | PURCHASE<br>CREDITCARD | $8.16 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 3/12/2024 6:15:02<br>PM | 139480319 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 168278228 | techdrive01<br>103.86.55.162 (N/A) | d7c875da-8d5d-4857-b736-1a6feab3d31a<br>ch_3Os6g3I2aKwfvOvn08wW4s0E | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 3/8/2024 11:53:46<br>PM | 139192072 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 167475945 | techdrive01<br>103.86.55.162 (N/A) | 3f2d70f2-1bc7-4a6a-957d-353ba4c32fd7<br>ch_3OorwFI2aKwfvOvn18Rd3Itv | PURCHASE<br>CREDITCARD | $1.16 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 2/28/2024 1:33:06<br>PM | 138550685 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 167237705 | techdrive01<br>127.0.0.1 (N/A) | 80674115-baba-4db0-9850-083e5c3d9f64<br>ch_3OnwzeI2aKwfvOvn1JMl40Wy | PURCHASE<br>CREDITCARD | $16.06 | APPROVE<br>D | ...7915(3/2028)<br>N/A / N/A | 2/26/2024<br>12:44:14 AM | 138355830 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 165628651 | techdrive01<br>127.0.0.1 (N/A) | 156e8258-6297-4e35-b95f-e174b628fad1<br>ch_3Oh4LPI2aKwfvOvn0c0uY99v | PURCHASE<br>CREDITCARD | $16.06 | APPROVE<br>D | ...7915(3/2028)<br>N/A / N/A | 2/7/2024 1:10:50<br>PM | 137065416 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 158680125 | techdrive01<br>103.86.55.162 (N/A) | 6790c04d-705b-4a9c-ba90-4279e13e24ea<br>ch_3OCmzZI2aKwfvOvn01QJmydYE | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 11/15/2023<br>12:35:08 PM | 131518086 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 158680069 | techdrive01<br>103.86.55.162 (N/A) | 1f6c8993-f06f-4ae1-8f32-1512d3c508cc<br>ch_3OCmyi6I2aKwfvOvn1QJmydYE | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 11/15/2023<br>12:33:37 PM | 131518048 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 158679896 | techdrive01<br>103.86.55.162 (N/A) | 26f262cb-c448-4b47-ad8c-96c103c88875<br>ch_3OCmu5I2aKwfvOvn1AqYi8p0 | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 11/15/2023<br>12:29:28 PM | 131517924 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 158136121 | techdrive01<br>103.86.55.162 (N/A) | 7cc5e220-59eb-4d52-a3e4-4b7c80161624<br>ch_3OAlLSI2aKwfvOvn1Gyz80hj | PURCHASE<br>CREDITCARD | $9.48 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 11/8/2023 3:27:25<br>PM | 131081159 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 157983673 | techdrive01<br>127.0.0.1 (N/A) | 1ad458e8-9013-4f2b-a23c-79bfee236efb<br>ch_3O9iPTI2aKwfvOvn0wT8c9th | PURCHASE<br>CREDITCARD | $16.06 | APPROVE<br>D | ...7915(3/2028)<br>N/A / N/A | 11/7/2023 1:05:11<br>PM | 130960259 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 157553367 | techdrive01<br>103.86.55.162 (N/A) | 0e297cbf-906d-4e8f-8c3a-01fd89f9d34b<br>ch_3O7m6SI2aKwfvOvn1TCsGqgZ | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 11/1/2023 5:37:09<br>PM | 130614573 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 156791837 | techdrive01<br>124.29.238.35 (N/A) | 8385936e-276e-404f-b709-3a417a93c783<br>ch_3O4U2WI2aKwfvOvn0Y5uVKvV | PURCHASE<br>CREDITCARD | $9.48 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 10/23/2023<br>3:43:51 PM | 130007533 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 156784232 | techdrive01<br>124.29.238.35 (N/A) | 58c48f29-559a-4bc9-a6f1-bfa82f6f6fd2<br>ch_3O4Ru9I2aKwfvOvn0R6SOcA5 | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 10/23/2023<br>1:27:05 PM | 130002605 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 156026050 | techdrive01<br>103.86.55.162 (N/A) | 3c545d6c-9836-4bf2-847f-4683e2b55053<br>ch_3O0s9fI2aKwfvOvn0j0LLNzc | PURCHASE<br>CREDITCARD | $10.46 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 10/13/2023<br>4:39:52 PM | 129383298 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 155763332 | techdrive01<br>124.29.238.35 (N/A) | acd1241d-d6f1-4f9d-a83b-47620bf93387<br>ch_3NzIEQI2aKwfvOvn0xUQEKX | PURCHASE<br>CREDITCARD | $9.36 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 10/10/2023<br>3:04:38 PM | 129172984 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 155236733 | techdrive01<br>127.0.0.1 (N/A) | 9a78deb7-f7dc-492f-b0af-0b2c8b1c2f02<br>ch_3NxPADI2aKwfvOvn1L9OtAI | PURCHASE<br>CREDITCARD | $16.06 | APPROVE<br>D | ...7915(3/2028)<br>N/A / N/A | 10/4/2023 3:06:33<br>PM | 128747424 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 152590042 | techdrive01<br>124.29.238.35 (N/A) | 21ffe59d-0da3-4f17-a276-b6a94461785e<br>ch_3NmgVgI2aKwfvOvn1um4Tzqn | PURCHASE<br>CREDITCARD | $9.48 | APPROVE<br>D | ...7915(3/2028)<br>N/A / N/A | 9/4/2023 1:24:24<br>PM | 126698841 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150926487 | techdrive01<br>124.29.238.35 (N/A) | 703d2d1a-51dc-458c-a2b9-944a127f518f<br>ch_3NgAobiI2aKwfvOvn1HVFicMx | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/17/2023 2:21:01<br>PM | 125427412 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150692737 | techdrive01<br>124.29.238.35 (N/A) | 3b3839e7-7574-49ee-8413-003092ac2d45<br>ch_3Nf8MzI2aKwfvOvn1kkvEQNV | PURCHASE<br>CREDITCARD | $4.48 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/14/2023 5:32:12<br>PM | 125233347 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150385368 | techdrive01<br>124.29.238.35 (N/A) | 5c6fd5cd-27bd-464e-a62c-2faee64a3089<br>ch_3Ndd6iI2aKwfvOvn1TjWdTwc | PURCHASE<br>CREDITCARD | $3.16 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/10/2023 1:56:33<br>PM | 124987512 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150384489 | techdrive01<br>124.29.238.35 (N/A) | 2f047305-ac19-46c4-acc7-e1260099003e<br>ch_3NdclgI2aKwfvOvn1pNqTjUM | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/10/2023 1:35:28<br>PM | 124986906 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150384181 | techdrive01<br>124.29.238.35 (N/A) | a2d32f56-1d2d-493e-9327-68fddd8faa4a<br>ch_3NdcdrI2aKwfvOvn1mmO0BBt | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/10/2023 1:27:04<br>PM | 124986690 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150379356 | techdrive01<br>124.29.238.35 (N/A) | d91a6ecd-1196-4d88-82fc-754362884430<br>ch_3NdawmI2aKwfvOvn1sIliqiw | PURCHASE<br>CREDITCARD | $4.16 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/10/2023<br>11:38:48 AM | 124983246 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150297647 | techdrive01<br>124.29.238.35 (N/A) | 0603147f-f494-4c02-9891-38ef72f984f9<br>ch_3NdG4MI2aKwfvOvn0Z884pnc | PURCHASE<br>CREDITCARD | $14.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/9/2023 1:53:03<br>PM | 124916170 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150297612 | techdrive01<br>124.29.238.35 (N/A) | 45ecd002-46c1-4d41-8c97-723afb0d54a6<br>ch_3NdGYVI2aKwfvOvn1op3EDHH | PURCHASE<br>CREDITCARD | $49.88 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/9/2023 1:52:22<br>PM | 124916140 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 150297567 | techdrive01<br>124.29.238.35 (N/A) | 294b38df-9a07-44bd-bca4-c1e777b92813<br>ch_3NdGXhI2aKwfvOvn0SHR9Fmn | PURCHASE<br>CREDITCARD | $14.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 8/9/2023 1:51:32<br>PM | 124916105 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 148043780 | techdrive01<br>124.29.238.35 (N/A) | 7a16acd5-1689-4280-9d2d-7c5675317a34<br>ch_3NTX9GI2aKwfvOvn1MjMhbJo | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 7/13/2023 5:34:05<br>PM | 123117886 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 147405988 | techdrive01<br>124.29.238.35 (N/A) | 53cd4ff4-64e2-4590-8839-f2f1676ca644<br>ch_3NQxfpI2aKwfvOvn0oQLgtey | PURCHASE<br>CREDITCARD | $118.78 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 7/6/2023 3:17:04<br>PM | 122626349 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 145352096 | techdrive01<br>127.0.0.1 (N/A) | | PURCHASE<br>CREDITCARD | $44.98 | DECLINED | ...4223(2026)<br>N/A / N/A | 6/13/2023 3:33:50<br>AM | 121015215 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 143809214 | techdrive01<br>124.29.238.35 (N/A) | c4a6e74e-c2e2-459a-b96a-1a61dec23485<br>ch_3NBhcjI2aKwfvOvn1dpdKJj6 | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 5/25/2023 1:06:49<br>PM | 119788394 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 143244808 | techdrive01<br>124.29.238.35 (N/A) | 9b9355e0-cce7-478e-bb85-d99d130b8006<br>ch_3N9En0I2aKwfvOvn1JiqutYtu | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 5/18/2023 5:55:14<br>PM | 119340975 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 143045497 | techdrive01<br>124.29.238.35 (N/A) | a2e7cb19-1829-49c2-87b1-e10d65117908<br>ch_3N8QR1I2aKwfvOvn18ygNBgr | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 5/16/2023<br>12:09:11 PM | 119187315 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 141789167 | techdrive01<br>124.29.238.35 (N/A) | 1694b142-afd0-40f1-96d1-026dae0b1ebc<br>ch_3N3SAsI2aKwfvOvn1qxaM4RZ | PURCHASE<br>CREDITCARD | $6.98 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 5/1/2023 4:12:24<br>PM | 118198970 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 141385384 | techdrive01<br>124.29.238.35 (N/A) | 1e2ca38-805c-422c-8fdf-fe51ce05e155<br>ch_3N1FA1I2aKwfvOvn1qxaM4RZ | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 4/26/2023 4:41:56<br>PM | 117874064 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 138954950 | techdrive01<br>124.29.238.35 (N/A) | d5c9c9af-72a4-4bfb-a673-50a5bcdf2c55<br>ch_3MqJRcI2aKwfvOvn0UprgZZv | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...4223(2026)<br>N/A / N/A | 3/27/2023 1:02:56<br>PM | 115913618 | Ali Aswani<br>N/A | $0.00<br>$0.00 |
| 137384330 | techdrive01<br>124.29.238.35 (N/A) | 0c91ad88-f842-4306-af95-7df6088434ea<br>ch_3MjQx0I2aKwfvOvn1JRNKz6 | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...9213(10/2024)<br>N/A / N/A | 3/8/2023 12:39:06<br>PM | 114664880 | Muhammad saaduddin<br>haider | $0.00<br>$0.00 |
| 128738805 | techdrive01<br>185.210.137.20 (N/A) | 93155d22-4724-45ad-9aaa-1baed60a5d6b<br>ch_3M71GWI2aKwfvOvn0oNRwvLw | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...9213(10/2024)<br>N/A / N/A | 11/22/2022<br>1:32:16 PM | 107776162 | Muhammad saaduddin<br>haider | $0.00<br>$0.00 |
| 127219126 | techdrive01<br>185.210.137.20 (N/A) | 91f62ef7-00fa-464b-aade-5065e40f82c8<br>ch_3M0AC5I2aKwfvOvn1yyQYBuu | PURCHASE<br>CREDITCARD | $9.76 | APPROVE<br>D | ...9213(10/2024)<br>N/A / N/A | 11/3/2022 4:39:44<br>PM | 106578275 | Muhammad saaduddin<br>haider | $0.00<br>$0.00 |
| 124750970 | techdrive01<br>185.210.137.20 (N/A) | b6e2e2d8-51d5-4d6d-8d5a-a0cba11c0e01<br>ch_3LpHARI2aKwfvOvn0CttPuAT | PURCHASE<br>CREDITCARD | $12.97 | APPROVE<br>D | ...9213(10/2024)<br>N/A / N/A | 10/4/2022 3:52:38<br>PM | 104658634 | Muhammad saaduddin<br>haider | $0.00<br>$0.00 |
| 124677012 | techdrive01<br>185.210.137.20 (N/A) | 24eea2d0-6a89-4a1a-88aa-c7d4cd6c1b14<br>ch_3LovMKI2aKwfvOvn0dBftehC | PURCHASE<br>CREDITCARD | $13.75 | APPROVE<br>D | ...9213(10/2024)<br>N/A / N/A | 10/3/2022 4:35:27<br>PM | 104597393 | Muhammad saaduddin<br>haider | $0.00<br>$0.00 |
| 124086673 | techdrive01<br>192.168.1.10 (N/A) | 5e4be378-fe06-4705-b8a3-98023125261d<br>ch_3LmFu3I2aKwfvOvn1OCp8FLK | PURCHASE<br>CREDITCARD | $14.88 | APPROVE<br>D | ...8619(7/2027)<br>N/A / N/A | 9/26/2022 7:55:17<br>AM | 104135598 | Muhammad anwar<br>N/A | $0.00<br>$0.00 |

| ID | Username IP (Country) | CC Order ID CC Transaction ID | Transaction Type Payment Source | Amount | Status Score | CC-L4(exp) Country IP / Bill | Date (PST) | Order ID | Name on Card Email | Balance Before Balance After |
|---|---|---|---|---|---|---|---|---|---|---|
| 122681310 | techdrive01 39.44.175.182 (N/A) | c142537d-843a-4fe1-a723-6952ba632374 ch_3LfqcWl2aKwfvOvn0Zp4G4ai | REFUND CREDITCARD | $12.74 | REFUNDE D | ...8619(N/A) N/A / N/A | 9/8/2022 3:42:51 PM | 103018589 | Muhammad anwar N/A | $0.00 $0.00 |
| 122681306 | techdrive01 39.44.175.182 (N/A) | c142537d-843a-4fe1-a723-6952ba632374 ch_3LfqcWl2aKwfvOvn0Zp4G4ai | PURCHASE CREDITCARD | $20.50 | APPROVE D | ...8619(7/2027) N/A / N/A | 9/8/2022 3:42:43 PM | 103018589 | Muhammad anwar N/A | $0.00 $0.00 |
| 121515279 | techdrive01 39.44.15.54 (N/A) | ce008a3c-072a-4f43-9e4a-8ca2def57597 ch_3Laf08l2aKwfvOvn03wrJsSN | PURCHASE CREDITCARD | $14.14 | DECLINED | ...0868(1/2024) N/A / N/A | 8/25/2022 8:42:26 AM | 102093295 | MIAN MAHMOOD YOUSUF N/A | $0.00 $0.00 |
| 121515151 | techdrive01 39.44.15.54 (N/A) | d765c5ac-70c5-447b-8378-8ff614e69565 ch_3LafMDl2aKwfvOvn1sXP4SXH | PURCHASE CREDITCARD | $14.14 | DECLINED | ...0868(1/2024) N/A / N/A | 8/25/2022 8:40:27 AM | 102093193 | MIAN MAHMOOD YOUSUF N/A | $0.00 $0.00 |
| 121456100 | techdrive01 39.44.15.54 (N/A) | d5114fe5-2b4c-486f-8911-b43fc9b9c8b4 ch_3LaPJ7l2aKwfvOvn1cRAOXqY | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/24/2022 3:32:11 PM | 102045462 | khurram siddiqui N/A | $0.00 $0.00 |
| 121246243 | techdrive01 193.148.63.21 (N/A) | 58303b7c-5d44-47bc-bf40-d041a5f6957a ch_3LZcsol2aKwfvOvn1vvGWboD | PURCHASE CREDITCARD | $33.04 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/22/2022 11:49:49 AM | 101877492 | khurram siddiqui N/A | $0.00 $0.00 |
| 120835007 | techdrive01 193.148.63.21 (N/A) | e4c8bbfa-3de9-44c6-8d94-1c9059370181 ch_3LXpUhl2aKwfvOvn0BfNQoHw | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/17/2022 12:53:29 PM | 101553108 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834823 | techdrive01 193.148.63.21 (N/A) | 77ccff49-f988-4158-9972-99c82b59fbe0 ch_3LXpRQl2aKwfvOvn1N5Im4i3 | PURCHASE CREDITCARD | $12.34 | DECLINED | ...1006(8/2024) N/A / N/A | 8/17/2022 12:50:06 PM | 101552990 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834785 | techdrive01 193.148.63.21 (N/A) | 69591159-3541-4117-8ef3-fe16780aaf65 ch_3LXpQal2aKwfvOvn1N5Im4i3 | PURCHASE CREDITCARD | $12.34 | DECLINED | ...1006(8/2024) N/A / N/A | 8/17/2022 12:49:14 PM | 101552959 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834396 | techdrive01 193.148.63.21 (N/A) | a9f2e67a-cce8-4b16-a3b4-5b933e8a5abf ch_3LXpixl2aKwfvOvn1Mf0MZvE | PURCHASE CREDITCARD | $12.34 | DECLINED | ...1006(8/2024) N/A / N/A | 8/17/2022 12:41:18 PM | 101552659 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834184 | techdrive01 193.148.63.21 (N/A) | 1051a252-ee61-4821-b960-4b9ac2168464 ch_3LXpEwl2aKwfvOvn1VgW5kxN | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/17/2022 12:37:12 PM | 101552495 | khurram siddiqui N/A | $0.00 $0.00 |
| 120834034 | techdrive01 193.148.63.21 (N/A) | 1e9dab9c-412b-4976-904c-47448c57eb46 ch_3LXpCcl2aKwfvOvn0IHIh6zX | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/17/2022 12:34:48 PM | 101552396 | khurram siddiqui N/A | $0.00 $0.00 |
| 120743746 | techdrive01 193.148.63.21 (N/A) | d122915f-8294-47a6-82d9-4f646cac4af5 ch_3LXRwyl2aKwfvOvn1FUoKCr9 | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/16/2022 11:45:07 AM | 101480840 | khurram siddiqui N/A | $0.00 $0.00 |
| 120743709 | techdrive01 193.148.63.21 (N/A) | 538c5fa7-541c-4fef-9829-3b91217ba1a ch_3LXRw8l2aKwfvOvn00cy9zWN | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/16/2022 11:44:14 AM | 101480810 | khurram siddiqui N/A | $0.00 $0.00 |
| 120743196 | techdrive01 193.148.63.21 (N/A) | 5e8224ce-e7df-4a3f-8660-3a61f5212a15 ch_3LXRmWl2aKwfvOvn0ai9UWDh | PURCHASE CREDITCARD | $12.34 | DECLINED | ...9783(7/2023) N/A / N/A | 8/16/2022 11:34:19 AM | 101480463 | khurram siddiqui N/A | $0.00 $0.00 |
| 119751183 | techdrive01 194.93.58.90 (N/A) | 854afab3-11f1-4bb4-9b74-6d444fd82b35 ch_3LT6fXl2aKwfvOvn1TwiV3JM | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/4/2022 12:13:09 PM | 100702949 | khurram siddiqui N/A | $0.00 $0.00 |
| 119750952 | techdrive01 194.93.58.90 (N/A) | 8ad777f1-87ca-434b-99a2-aa485071f516 ch_3LT6bil2aKwfvOvn0uWykfcx | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/4/2022 12:09:15 PM | 100702792 | khurram siddiqui N/A | $0.00 $0.00 |
| 119750719 | techdrive01 194.93.58.90 (N/A) | d2b15c30-c569-486b-af70-0ed461a301fb ch_3LT6Xml2aKwfvOvn0ANUPtUF | PURCHASE CREDITCARD | $7.36 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/4/2022 12:05:08 PM | 100702630 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585961 | techdrive01 194.93.58.90 (N/A) | 17c5d614-b737-4280-bc3b-de021f65a6fc ch_3LSRFml2aKwfvOvn04HzZCPr | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:59:48 PM | 100573359 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585877 | techdrive01 194.93.58.90 (N/A) | 76f6914c-b1c0-4c9e-8676-3924a0a87d24 ch_3LSRD0l2aKwfvOvn1GeC1bWV | PURCHASE CREDITCARD | $7.36 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:56:57 PM | 100573292 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585748 | techdrive01 194.93.58.90 (N/A) | 1b9b7105-1d39-4c07-a710-25b00e23df3b ch_3LSR9Gl2aKwfvOvn1sI1xC2Y | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:55:03 PM | 100573202 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585441 | techdrive01 194.93.58.90 (N/A) | 9a479b76-48e3-47aa-939c-08cbbc73e0dc ch_3LSR0Il2aKwfvOvn195kREKr | PURCHASE CREDITCARD | $7.36 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:43:49 PM | 100572978 | khurram siddiqui N/A | $0.00 $0.00 |
| 119585188 | techdrive01 194.93.58.90 (N/A) | 5d4a556a-b806-466f-8ed2-06c170cbdb08 ch_3LSQt7l2aKwfvOvn0eXzLhw9 | PURCHASE CREDITCARD | $20.70 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 3:36:24 PM | 100572798 | khurram siddiqui N/A | $0.00 $0.00 |
| 119584915 | techdrive01 194.93.58.90 (N/A) | ef787dfa-fb24-47b9-81d9-0682013Sa1d0 ch_3LSQmfl2aKwfvOvn1D3ZJXkk | PURCHASE CREDITCARD | $7.36 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 12:19:33 PM | 100564815 | khurram siddiqui N/A | $0.00 $0.00 |
| 119574462 | techdrive01 194.93.58.90 (N/A) | 9d5f18f8-6c06-40d8-832b-ee22ad59e0dd ch_3LSNocl2aKwfvOvn0Y7uA699 | PURCHASE CREDITCARD | $9.16 | APPROVE D | ...9783(7/2023) N/A / N/A | 8/2/2022 12:19:33 PM | 100564815 | khurram siddiqui N/A | $0.00 $0.00 |
| 119471122 | techdrive01 194.93.58.90-TECHDRIVE01-NC-TRAN:119471122-1659360458.884 | PURCHASE FUNDS | $0.00 | | ...(N/A) N/A / N/A | 8/1/2022 1:27:38 PM | 100479412 | N/A | $0.00 $0.00 |
| 119465519 | techdrive01 194.93.58.90-TECHDRIVE01-NC-TRAN:119465519-1659354720.560 | PURCHASE FUNDS | $0.00 | | ...(N/A) N/A / N/A | 8/1/2022 11:52:00 AM | 100475253 | N/A | $0.00 $0.00 |
| 117987510 | techdrive01 194.93.58.90 (N/A) | bba87b04-33a0-4afc-b2dc-c3b370851068 ch_3LLTNDl2aKwfvOvn0bpDn2pH | PURCHASE CREDITCARD | $25.88 | APPROVE D | ...9783(7/2023) N/A / N/A | 7/14/2022 10:50:41 AM | 99324964 | khurram siddiqui N/A | $0.00 $0.00 |
| 117987239 | techdrive01 194.93.58.90 (N/A) | f359c118-07e7-43f9-8308-f65fe1aea845 ch_3LLTJSl2aKwfvOvn1Bgzjx0N | PURCHASE CREDITCARD | $9.16 | APPROVE D | ...9783(7/2023) N/A / N/A | 7/14/2022 10:46:47 AM | 99324724 | khurram siddiqui N/A | $0.00 $0.00 |
| 117917635 | techdrive01 194.93.58.90 (N/A) | 13aa0ca5-6d11-4ef7-89b6-097a18013e6e ch_3LLAxtl2aKwfvOvn04XKJl7l | PURCHASE CREDITCARD | $36.98 | APPROVE D | ...9783(7/2023) N/A / N/A | 7/13/2022 3:11:15 PM | 99271016 | khurram siddiqui N/A | $0.00 $0.00 |

Exported on Apr/09/2024

# EXHIBIT F

Website 10



## SET UP AN AMAZON STORE WITH THE BEST AMAZON CONSULTING SERVICES

Amazon Publishing Sol extends the best amazon marketing services in the USA. We serve vendors, retailers, and sellers from all backgrounds and regions and help them with their e-commerce demands.



### Amazon Store Setup

Set up a successful Amazon eCommerce store with us and sell your products easily without facing any hassle.

Get Free Consultation



### Amazon Advertising

To make sure that your online store reaches the right audience, we offer effective Amazon Marketing solutions.

Get Free Consultation



### Amazon Services

Our FBA experts help your online store prosper. We offer comprehensive Amazon services to facilitate brands.

Get Free Consultation

## WHY CHOOSE
# AMAZON PUBLISHING SOL

Amazon Publishing Sol has been in the publicizing business for north of 20 years and has a group of Amazon specialists to set up a novel store for brands. Assuming you are hoping to sell online to bring in cash, here are a few motivations behind why you ought to work with us:



**Amazon SEO**

to work on the perceivability of your items



**Store Management**

for controlling your merchant account



**Publicizing**

To further develop deals by making supported advertisements



**Help Amazon Sales**

by getting the notice of the crowd.

## REASONS WHY YOU NEED TO HIRE AN AMAZON CONSULTANT AGENCY

If you are skeptical about hiring an Amazon business consultant to promote your online store, here are some of the great reasons to hire the professionals of Amazon Publishing Sol for this job:







**Run Successful Campaigns**

Our Amazon seller consultants are skilled at planning and running successful campaigns for online stores, causing a drastic increase in sales and brand awareness.

**Save Your Time**

Hiring Amazon professionals to set up your online store saves your time. It benefits your business in the long run as well. From creating optimized listings to plan advertising campaigns, our team does it all for you.

**Your Lack of Expertise**

While Amazon is a rewarding platform for sellers, some policies can get your online store banned. When you hire Amazon professionals, they are well-aware of all the changing policies.

## PLATFORMS WE ARE ASSOCIATED WITH

Amazon Publishing Sol has an alliance with numerous online platforms. Here are a few of many renowned brands we have set up Amazon shops for:

      

## FREQUENTLY ASKED QUESTION

Do you have queries in mind?

**What Are The Best Ways To Sell Products On Amazon?**    ⌄

There are numerous ways to market your products on Amazon like listing optimization, concise product descriptions, professional product images, fulfilment by Amazon, Sponsored ads, and many other ways to improve your online Amazon store.

**Why Do I Need To Hire Amazon Marketing Professionals?**    ⌃

**My ECommerce Store Is Already Successful, Why Do I Need To Hire Amazon Marketing Professionals?**    ⌃

**My Products Are Getting A Great Response On Amazon But The Amazon Charges Are Eating Up Most Of My Profit. How Can I Boost My Business Sales?**    ⌃

**When Is The Right Time To Hire An Amazon Marketing Agency?**    ⌃

**How Long Does It Take To Set Up An Online ECommerce Store?**    ⌃

### GET IN TOUCH

Name

Email

Phone

Message

Get a Quote



**DO YOU HAVE ANY CONFUSION ABOUT PLACING AN ORDER ?**

Our professionals are just a call away to respond to your queries. Call us or chat live to get your answers.

📞 Call now
+(855) 408-6467

💬 Live Chat

## HEAR WHAT OUR CUSTOMERS HAVE TO SAY ABOUT US

Out of many, here are some of our customer reviews:



**Marcus Davis**

Amazon Publishing Sol is very professional with their work. Their prices are reasonable for any writer. I highly recommend working with Bemessa David.

Clutch  5.0



**Hannah Smith**

My experience with Marc Adams was outstanding. The service was professional, efficient and timely. I was very pleased with the quality and outcome of my Kindle Book!

Clutch  5.0



**George**

Thank you so much! The book looks great! I have told friends about your service, hopefully the will contact and use the service. A great job you did by Alex Wilson.

Clutch  5.0


**AMAZON** PUBLISHING SOL

Amazon Publishing Sol is a renowned Amazon Consultation company in the USA known for providing robust Amazon eCommerce solutions to skyrocket the revenues for brands.

 Clutch  GoodFirms

**Services**
Ecommerce Store Setup
Ecommerce Marketing
Amazon Services
About
Teams

**Platform**
Contact Us
Testimonials
Terms Conditions
Privacy Policy

**Address**
+(855) 408-6467
info@amazonpublishingsol.com
5201 Great America Pkwy Unit 320 Santa Clara, CA 95054 United States
Live Chat
Get a Quote

Image Copied By DoweInSale.com

Website 24





# BOOK MARKETING AGENCY
# & AUTHOR PROMOTION SERVICES.

AMAZON PUBLISHING PARTNER IS A PROFESSIONAL BOOK PUBLISHING AND MARKETING AGENCY THAT HELPS AUTHORS GET THE BEST RETURNS OUT OF THEIR INVESTMENTS BY OPTIMIZING THE MOST EFFICIENT MARKETING CHANNELS FOR THE BOOKS. IT IS ONE OF THE LARGEST BOOK PUBLISHERS IN THE WORLD, WITH A PUBLISHING PROGRAM THAT INCLUDES BOTH TRADITIONAL AND SELF-PUBLISHING. AMAZON PUBLISHING HAS HELPED AUTHORS REACH THE BESTSELLER LISTS AND PROMINENT PLACEMENT IN BOOKSTORES ALL OVER THE WORLD.

## YOUR BOOK BELONGS IN THE BOOKSTORE RATHER THAN ON YOUR SHELF.

We have spent the last few years working with authors to help them publish and promote their books. We are a professional book publishing and marketing agency that helps authors write and promote their books. Our team of experienced professionals specializes in various book publishing services, including eBook publishing, book writing, and book marketing. We also provide a wide range of services related to the publication process, such as editing and proofreading, cover design, formatting for print or digital formats, and distribution through online retailers i.e. Amazon Kindle Direct Publishing (KDP).

## WE DARE YOU TO DREAM BIG!

If you want to reach the right audience as an author, you should collaborate with Amazon Publishing Partner to enhance your Book's outreach. Whatever genre of book you want to publish, our agency has the most seasoned professionals to assist you in making your idea a reality. We will assist you in connecting and marketing your book with the leading Book Forums across the Globe. When your Book is reaching the relevant audience, the chances of getting a sale skyrocket! Authors can also use our eBook formatting services to ensure their content is formatted correctly for the specific digital platform they are targeting.

*TAKE THE SIMPLE ROUTE TO PUBLISH YOUR WORK.*
## PUBLISH, PRINT, AND PROSPER.

Amazon Author Central, Amazon Book Promotion Services, and Author Platform Building Services are a few examples of our services. Additionally, we assist authors in increasing their visibility by spreading their books across other platforms, including social media. We make it easy for your book to stand out.

## WHAT SETS US APART

We are the only ones who can claim to have made the book publication process much more manageable. It is sufficient for you to communicate with our publicists and let them take care of everything else for you. Our pre-launch marketing measures have effective techniques to offer your book to people interested in purchasing books. The alternatives for access to market and sell at the maximum potential, whether a self-published book or a book created through any publisher, are somewhat restricted. The only option available to you is to place your book on Amazon. Because of our industry-leading design team and PR/Marketing professionals, we can assist writers in standing out from the competition. Our writers can have faith in the job we perform for them in generating aesthetically pleasing publications and ensuring that their readers have access to those books.

*WE ARE AMAZON'S SECRET WEAPON.*

- Book Writing
- Book Publishing
- Book Marketing


SINCE 2008

Looking for collaborating with the most fertile writers to create words that have an impact? Our book-writing services are not restricted but are extended in all directions. We are accustomed to working with the most prolific writers to get the work done and present extraordinary assistance. We have been providing ghostwriting services for the past ten years and have served our clients to reach their writing objectives with each day that passes by. We believe in delivering remarkable writing assistance to create an impact in the world of literacy.

REQUEST A QUOTE

OUR PORTFOLIO.

ALL[12]   GHOST WRITING   PUBLISHING   ILLUSTRATION   MARKETING





















Website 25



Live Chat  +(855)-408-6467

Home    Services ▾    Portfolio    Testimonials    Contact

Welcome To Amazon Professional Publishers

# CRAFT YOUR NARRATIVE:
## CUSTOMIZABLE PUBLISHING PACKAGES BY
# AMAZON PROFESSIONAL PUBLISHERS
## WE PROVIDE YOU WITH THE BEST SERVICE

CHAT WITH US    GET A QUOTE

| Your Name | Email Address | Phone Number | Looking For... | SEND MESSAGE |

# How Can We Help ?

At Amazon Professional Publishers, we understand that the journey to becoming a successful author can be daunting. That's why we offer a range of services designed to help you navigate the book publishing process with ease. Our team of experts can provide professional editing, proofreading, and formatting services to ensure your book is polished and ready for publication. We also offer comprehensive marketing services to help you get your book in front of the right audience.

If you need help writing your book or are looking for a ghostwriter, our experienced writers can assist you in developing your ideas and bringing your story to life. Whether you're a first-time author or an established writer, our team at Amazon Professional Publishers is here to help you achieve your goals. Contact us today to learn more about our services and how we can help you succeed.







### 01
#### Examining And Drafting The Outline
We'll work with you to create a clear and organized outline that sets you up for success.

### 02
#### Writing Authentic Content Based On Your Opinion
A unique approach to content creation, reflecting your voice and point of view for deeper audience connections.

### 03
#### Analytical Review, Editing, And Proofreading
Analytical Review, Editing, and Proofreading services offer a complete solution for refining your written work.

### 04
#### Publishing, Branding, Promotions, And Marketing
Our comprehensive Publishing, Branding, Promotions, and Marketing services are designed to help you successfully navigate the often complex world of book publishing.

### 05
#### Comprehensive Designing, Formatting, And Typesetting
Polish your written work with our professional designing and formatting services.



# The books we've designed, written and published independently.

With comprehensive services and expert guidance, we tailor our support to meet each author's unique needs.



With comprehensive services and expert guidance, we tailor our support to meet each author's unique needs.













## Contact Us

We'll help you write the book that could be the next best seller.

**CALL US**
+(855)-408-6467

DISCUSS YOUR IDEAS
info@amazonprofessionalpublishers.com

GET A QUOTE

LIVE CHAT





**AMAZON PROFESSIONAL PUBLISHERS IS YOUR**

## ULTIMATE RESOURCE TO HIRE PROFESSIONAL GHOSTWRITERS

Hire one of our seasoned ghostwriters and make your dream book come to life.



STRIVING TO SELL MORE OF YOUR BOOKS?

## WHY NOT HIRE AMAZON PROFESSIONAL PUBLISHERS TO PROMOTE YOUR BOOK!

GET A QUOTE    LIVE CHAT

# CLIENT TESTIMONIALS

We got various works published for our respective clients, and also helped them get ranked among the best sellers.



**Charlotte Brown**

I'm blown away by this Amazon Professional Publishers! Their team



**Samuel Rodriguez**

If you're an author looking for a reliable partner in your publishing journey, look no



**Robert Smith**

This Amazon Professional Publishers is the real deal. They worked tirelessly to ensure



## Let's Get Started

Call +(855)-408-6467 or use the form below to start a conversation and show you how we can help!

Your Name

Email Address

Phone Number

Subject

Message

SEND MESSAGE






We provide professional editing, proofreading, formatting, publishing and marketing services, as well as writing and ghostwriting services. Contact Amazon Professional Publishers today to learn more.

Book Publishing

Book Editing & Proofreading

Ghost Writing

Book Cover Design

Video Book Trailer

Book Illustrations

Book Printing

Book Marketing

Author Website

Audio Book Publishing

Home

About Us

Testimonials

Contact Us

  

 

© 2023. All rights reserved. Amazon Professional Publishers

Terms & Conditions    Privacy Policy

**Disclaimer:**
Amazon Professional Publishers is not associated, endorsed by, or in any way officially connected with Amazon or the brands we illustrate, and those listed on our site. All names, marks, emblems and images are registered trademarks of their respective owners.

 Chat





# BOOK MARKETING & AUTHOR PROMOTION SERVCES.

WORLDWIDE BOOK PUBLISHING IS A PROFESSIONAL BOOK PUBLISHING AND MARKETING AGENCY THAT HELPS AUTHORS GET THE BEST RETURNS OUT OF THEIR INVESTMENTS BY OPTIMIZING THE MOST EFFICIENT MARKETING CHANNELS FOR THE BOOKS. IT IS ONE OF THE LARGEST BOOK PUBLISHERS IN THE WORLD, WITH A PUBLISHING PROGRAM THAT INCLUDES BOTH TRADITIONAL AND SELF-PUBLISHING. BOOK PUBLISHING HAS HELPED AUTHORS REACH THE BESTSELLER LISTS AND PROMINENT PLACEMENT IN BOOKSTORES ALL OVER THE WORLD.

## WE DARE YOU TO DREAM BIG!

If you want to reach the right audience as an author, you should collaborate with Worldwide Book Publishing to enhance your Book's outreach. Whatever genre of book you want to publish, our agency has the most seasoned professionals to assist you in making your idea a reality. We will assist you in connecting and marketing your book with the leading Book Forums across the Globe. When your Book is reaching the relevant audience, the chances of getting a sale skyrocket! Authors can also use our eBook formatting services to ensure their content is formatted correctly for the specific digital platform they are targeting.

## WE ARE EVERY AUTHOR'S SECRET WEAPON.

✓ Book Writing
✓ Book Publishing
✓ Book Marketing

Looking for collaborating with the most fertile writers to create words that have an impact? Our book-writing services are not restricted but are extended in all directions. We are accustomed to working with the most prolific writers to get the work done and present extraordinary assistance. We have been providing ghostwriting services for the past ten years and have served our clients to reach their writing objectives with each day that passes by. We believe in delivering remarkable writing assistance to create an impact in the world of literacy.

REQUEST A QUOTE

## YOUR BOOK BELONGS IN THE BOOKSTORE RATHER THAN ON YOUR I SHELF.

We have spent the last few years working with authors to help them publish and promote their books. We are a professional book publishing and marketing agency that helps authors write and promote their books. Our team of experienced professionals specializes in various book publishing services, including eBook publishing, book writing, and book marketing. We also provide a wide range of services related to the publication process, such as editing and proofreading, cover design, formatting for print or digital formats, and distribution through online retailers i.e. Amazon Kindle Direct Publishing (KDP) and Ingram Spark.

*TAKE THE SIMPLE ROUTE TO PUBLISH YOUR WORK.*

## PUBLISH, PRINT, AND PROSPER.

Amazon Author Central, Amazon Book Promotion Services, and Author Platform Building Services are a few examples of our services. Additionally, we assist authors in increasing their visibility by spreading their books across other platforms, including social media. We make it easy for your book to stand out.

## WHAT SETS US APART

We are the only ones who can claim to have made the book publication process much more manageable. It is sufficient for you to communicate with our publicists and let them take care of everything else for you. Our pre-launch marketing measures have effective techniques to offer your book to people interested in purchasing books. The alternatives for access to market and sell at the maximum potential, whether a self-published book or a book created through any publisher, are somewhat restricted. The only option available to you is to place your book on Amazon and multiple other platforms. Because of our industry-leading design team and PR/Marketing professionals, we can assist writers in standing out from the competition. Our writers can have faith in the job we perform for them in generating aesthetically pleasing publications and ensuring that their readers have access to those books.

# OUR PORTFOLIO






Aryam Ebrahim
The Dishonest Knight's Victory

Elisa Marie
3am Celebration

Wellington Chi
Bridge in the

