Steven C. Vondran, [SBN 232337]
The Law Offices of Steven C. Vondran, PC
One Sansome Street, Suite 3500
San Francisco, CA 94104
Phone: (877) 276-5084
Email: steve@vondranlegal.com

Attorneys for Defendant: MUHAMMAD MUDASSAR ANWAR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC et al,<br><br>Plaintiff,<br><br>vs.<br><br>MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT, LLC, a New York Limited Liability Company, et al.<br><br>Defendants. | Case No.: 3:23-cv-05580-TLT-RI<br><br>**MUHAMMAD MUDASSAR ANWAR DECLARATION IN SUPPORT OF MOTION TO SETASIDE DEFAULT AND DISMISS CASE FOR LACK OF PERSONAL JURISDICTION**<br><br>Hearing<br>Date: February 25th, 2025<br>Time: 2:00 p.m.<br>Place: 450 Golden Gate Avenue, Courtroom #9 (19th Floor) San Francisco, CA 94102.<br><br>[Filed concurrently with notice of motion, proposed order and memorandum of points and authorities] |

**MUHAMMAD MUDASSAR ANWAR DECLARATION IN SUPPORT OF MOTION TO SETASIDE DEFAULT AND DISMISS CASE FOR LACK OF PERSONAL JURISDICTION**

1

1. I, MUHAMMAD MUDASSAR ANWAR, hereby declare as follows: I am the defendant named in this action. I make this declaration based on personal knowledge of the information contained in this declaration and, if called upon to do so, could competently testify to the information set forth in this declaration.

2. I live in Scarsdale, New York and have for all times relevant to this complaint, for the last 7 years.

3. I am the owner of Tech Drive PVT, also named as a Defendant in this case. The company is located in New York at all relevant times, but is now closed.

4. I deny the allegations made in the complaint.

5. I have never had any offices in California.

6. I do not do any business targeted to California.

7. I did not register the domain name they are accusing me of.

8. I do not own any real estate or other property in California.

9. I have never had any employees, or agents in California.

10. I have never had any businesses running in California.

11. I never created any websites as Plaintiff alleges, and never inserted a California address as Plaintiff claims.

12. I had no reason to believe I could be sued in California, and it would cause me great financial hardship to be forced to litigate this case in California.

13. I am not the guilty party in this case as I was a victim of identity theft.

14. I filed a police report with the New Rochelle police department. See attached **Exhibit "1"** for a true and correct of the police report.

15. I have never owned a 408-area code phone number and did not add this to any website.

16. The reasons I did not hire an attorney earlier were that I was innocent and also in extreme financial hardship and I could not afford to hire an attorney to represent me.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and accurate.

DATED this 10th day of 2025 at Scarsdale _____, New York.

_____
DECLARANT MUHAMMAD MUDASSAR ANWAR

3

MUHAMMAD MUDASSAR ANWAR DECLARATION

P CRIME! DIAL 911 FOR EMER

ehicles

rsons

es





NE
CRIM
For a cla
victim as
contact

**Albany**
1 Columbia Circle
Suite 200
Albany, NY 12203-6383
(518) 457-8727

Ne

Broo

1-800-247-8035
www.cvb.state.ny.us
TTY: 1-888-289-9747



**475 North Avenue**
**New Rochelle, New York 10801**

POLICE DEPARTMENT

of your report,
se Call
54-2235

(PO Bird
914-654-2248)

t Reports available
buycrash.lexisnexisrisk.com
ys after accident.

_[signature]_
POLICE COMMISSIONER

_Cso Giannotti_
POLICE OFFICER

NEW ROCHELLE POLICE DEPA
POLICE – FIRE – AMBULANCE

**NON EMERGENCIES**

❏ **GENERAL INVESTIGATIONS UNIT**
Homicides, rapes, assaults, robberies

❏ **PROPERTY THEFT UNIT**
Burglaries, stolen property, criminal mischief,

❏ **COMMUNITY POLICING**
Youth Problems
Community Resource Coordinator

❏ **RECORDS UNIT**
Incident Reports
Accident Reports

❏ **PROPERTY CLERK**

❏ **FORENSIC UNIT**

❏ **INTERNAL AFFAIRS UNIT**
Employee complaints/ compliments

❏ **DISTRICT ATTORNEY'S OFFICE**