United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>UMER WASIM, et al.,<br><br>   Defendants. | Case No. 23-cv-05580-TLT<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 77, 80 |

Pursuant to Civil Local Rule 72-1, this matter is referred to United States Magistrate Judge Robert Illman for a report and recommendation on Motion to Set Aside Default and Dismiss Case for lack of Personal Jurisdiction filed by Muhammad Mudassar Anwar, Tech Drive Pvt LLC. Any date for hearing on this matter previously noticed on the undersigned's calendar is VACATED.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: January 16, 2025

TRINA L. THOMPSON
United States District Judge

*Rev. 10-18*