Bonnie E. MacNaughton (Bar No. 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:   (206) 622-3150
Facsimile:    (206) 757-7700
Email:         bonniemacnaughton@dwt.com
               emilygoodell@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         jakefreed@dwt.com
               jeanfundakowski@dwt.com

Attorneys for Plaintiffs AMAZON.COM, INC.
and AMAZON TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br>UMER WASIM, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-05580-TLT<br><br>**STIPULATED DISMISSAL** |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. (collectively, "Amazon") and Defendants Umer Wasim and Teknobyl Digital LLC (collectively, "the Defendants"), by and through themselves and their respective counsel of record, hereby stipulate as follows:

1. All claims asserted in this action should be and hereby are dismissed with prejudice with respect to Defendants and without prejudice with respect to Does 1-50.

2. Each party will bear its own costs and expenses, including any and all attorneys' fees.

3. Per this Court's prior order, this Court retains jurisdiction to enforce the terms of the parties' settlement.

DATED: February 14, 2025

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon.com, Inc. and
Amazon Technologies, Inc.

By *s/ Bonnie E. MacNaughton*
Bonnie E. MacNaughton (CA SBN 107402)
Emily Goodell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700

By *s/ John D. Freed*
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

MILORD LAW GROUP, P.C.
Attorneys for Umer Wasim and
Teknobyl Digital LLC

By *s/ Milord A. Kesishian*
Milord A. Kesishian (CA SBN 197825)
MILORD LAW GROUP, P.C.
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Telephone:  (310) 226-7878
Facsimile:   (310) 226-7879

SO ORDERED, this _____ day of _____, 2025.

                                                    _____
                                                    Hon. Trina L. Thompson
                                                    UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL                                   3                               Case No. 3:23-cv-05580-TLT

**Signature Attestation Pursuant to Local Rule 5-1(h)(3)**

I, John Freed, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 14, 2025

By:  */s/John D. Freed*