**ORDER ENTERING PERMANENT INJUNCTION & RETAINING JURISDICTION**

Pursuant to the parties' joint motion and stipulation for permanent injunction, IT IS HEREBY ORDERED that Defendants Umer Wasim and Teknobyl Digital LLC, and their directors, principals, officers, successors and assigns, and all others in active concert or participation with them, are enjoined and restrained from:

1. Using any trademarks registered by or otherwise associated with Amazon (the "Amazon Trademarks") or any simulation, reproduction, counterfeit, copy, or colorable imitation of them, in any manner in connection with any advertising, marketing, offer for sale, promotion, display, publication, website, email, or software, without Amazon's prior written consent (which it has sole discretion to provide or withhold for any reason);

2. Using any false designation of origin or false or misleading description or representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, email, advertisement, pop-up, or other marketing material has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3. Engaging in any other activity constituting an infringement or dilution of any of the Amazon Trademarks, or of Amazon's rights in, or right to use or to exploit, such trademarks or services marks;

4. Engaging in any other conduct involving the unauthorized use of Amazon Trademarks or other indicia of Amazon's brand to defraud or otherwise obtain payment from Amazon customers or other members of the public; and

5. Aiding, assisting, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

6. The Court will only retain jurisdiction to enforce the settlement if the parties submit a copy of the settlement under seal. The Court will only retain jurisdiction until August 14, 2025.

Upon entry of voluntary dismissal, this Court will retain jurisdiction to enforce the terms of settlement between the parties.

DATED THIS __14__ day of __February__, 2025.

_____
Hon. Trina L. Thompson
UNITED STATES DISTRICT JUDGE