## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. (collectively, "Amazon") and Defendants Umer Wasim and Teknobyl Digital LLC (collectively, "the Defendants"), by and through themselves and their respective counsel of record, hereby stipulate as follows:

1. All claims asserted in this action should be and hereby are dismissed with prejudice with respect to Defendants and without prejudice with respect to Does 1-50.

2. Each party will bear its own costs and expenses, including any and all attorneys' fees.

3. Per this Court's prior order, this Court retains jurisdiction to enforce the terms of the parties' settlement.

4. The Court will only retain jurisdiction to enforce the settlement if the parties submit a copy of the settlement under seal. The Court will only retain jurisdiction until August 14, 2025.

DATED: February 14, 2025.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Amazon.com, Inc. and<br>Amazon Technologies, Inc. | MILORD LAW GROUP, P.C.<br>Attorneys for Umer Wasim and<br>Teknobyl Digital LLC |
| By *s/ Bonnie E. MacNaughton*<br>Bonnie E. MacNaughton (CA SBN 107402)<br>Emily Goodell (admitted *pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone:   (206) 622-3150<br>Facsimile:    (206) 757-7700 | By *s/ Milord A. Kesishian*<br>Milord A. Kesishian (CA SBN 197825)<br>MILORD LAW GROUP, P.C.<br>333 South Hope Street, Suite 4025<br>Los Angeles, California 90071<br>Telephone:  (310) 226-7878<br>Facsimile:   (310) 226-7879 |

By *s/ John D. Freed*
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Floor 23
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

SO ORDERED, this  14  day of  February , 2025.

                                                  _____
                                                  Hon. Trina L. Thompson
                                                  UNITED STATES DISTRICT JUDGE