Steven C. Vondran, [SBN 232337]
The Law Offices of Steven C. Vondran, PC
One Sansome Street, Suite 3500
San Francisco, CA 94104
Phone: (877) 276-5084
Email: steve@vondranlegal.com

Attorneys for Defendants: MUHAMMAD MUDASSAR ANWAR and TECH DRIVE PVT, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC et al,<br><br>        Plaintiff,<br><br>vs.<br><br>MUHAMMAD MUDASSAR ANWAR, an individual, TECH DRIVE PVT, LLC, a New York Limited Liability Company, et al.<br><br>        Defendants. | Case No.: 3:23-cv-05580-TLT-RI<br><br>Honorable Judge: Trina L. Thompson<br><br>**RESPONSE RE MOTION TO SETASIDE DEFAULT AND DISMISS CASE FOR LACK OF PERSONAL JURISDICTION**<br><br>Hearing<br>Date: February 25th, 2025<br>Time: 2:00 p.m.<br>Place: 450 Golden Gate Avenue, Courtroom #9 (19th Floor) San Francisco, CA 94102. |

   TO THE COURT AND ALL PARTIES, a response was invited to the Court's ruling on the motion to set-aside the default/default judgment and allow Defendants MUHAMMAD MUDASSAR ANWAR and TECH DRIVE PVT, LLC the

1

RESPONSE

opportunity to defend the case. The court has determined that there is no meritorious defense. Please see the attached declaration of Defendant and the accompanying **Exhibit "A"** which show that Defendant filed a police report concerning the theft of his identity. As his sworn declaration indicates, he is not the infringer, and whomever stole his identity is the actual infringer. Based on this, Defendant should be allowed to defend himself against these allegations.

Respectfully Submitted,

DateFebruary 17, 2025

                             /s/SteveVondran_____
Steven C. Vondran, [SBN 232337]
steve@vondranlegal.com
The Law Offices of Steven C. Vondran, PC
One Sansome Street, Suite 3500
San Francisco, CA 94104
Phone: (877) 276-5084
Attorneys for Defendant
MUHAMMAD MUDASSAR ANWAR

## CERTIFICATE OF SERVICE

I, Lisa Vondran, declare that I am employed in the County of San Francisco, in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is: One Sansome Suite 3500, San Francisco, CA 94104. On February 17. 2025, I served the following documents through the Court's ECF filing system to all registered users:

**REPLY RE MOTION TO DISMISS, DECLARATION OF DEFNDANT**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 17, 2025, at Phoenix, Arizona.

/s/   Lisa Vondran_____
Lisa Vondran, Assistant