EXHIBIT "A"

User:                                                                02/14/25 12:25:13

**New Rochelle Police Department**

Event ID: **2024-0S0265**    Call Ref #:  61    **Event Report**    Date/Time Received: 10/26/24 12:37:58

| Rpt #: 24-004138 | Call Source: PHONE | Prime PTU03 | Services Involved |
|---|---|---|---|
| | | Unit: BIRD, KARI R | LAW |

Location: **919 WILMOT RD**

*914-654-2248*

X-ST:

Jur: CAD    Service: LAW    Agency: NRPD

St/Beat: 9    District:    RA: 911

Business:

Phone: ( ) -    GP: RO9

Nature: **FRAUD**    Alarm Lvl: 2    Priority: 2    Medical Priority:

Caller: **ANWAR, MUHAMMAD**    Alarm:

Addr: **919 WILMOT RD**    Phone: (914) 918-6400    Alarm Type:

Vehicle #:    St:    Report Only: No    Race:    Sex:    Age:

Call Taker: MGIANNOT    Console: CONFRM1

Geo-Verified Addr.: Yes    Nature Summary Code:    Disposition: RT    Close Comments:

Notes:

### Times

| | | |
|---|---|---|
| Call Received: 10/26/24 12:37:58 | Time From Call Received | |
| Call Routed: 10/26/24 12:38:26 | 000:00:28 | Unit Reaction:  : :    *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: | : : | En-Route:  : :    *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 10/26/24 12:38:32 | 000:00:34  *(Time Held)* | On-Scene: 000:03:45    *(1st Arrive to Last Clear)* |
| 1st En-Route: 10/26/24 12:38:32 | 000:00:34 | |
| 1st Arrive: 10/26/24 12:38:32 | 000:00:34  *(Reaction Time)* | |
| Last Clear: 10/26/24 12:42:17 | 000:04:19 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| PTU03 | 11400 | D | Dispatched | 10/26/24 12:38:32 | | | |
| PTU03 | 11400 | E | En-Route | 10/26/24 12:38:32 | | | MGIANN |
| PTU03 | 11400 | A | Arrived | 10/26/24 12:38:32 | | | MGIANN |
| PTU03 | 11400 | C | Cleared | 10/26/24 12:42:17 | | RT | MGIANN |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 10/26/24 12:37:58 | By: PHONE | | MGIANN |
| | | ENT | Entered Street | 10/26/24 12:38:22 | 919 WILMOT RD | | MGIANN |
| | | ENT | Entered Nature | 10/26/24 12:38:26 | FRAUD | | MGIANN |
| | | FF | Fast Forward to LAW | 10/26/24 12:38:26 | LAW | | MGIANN |
| | | RPT | Requested Report# | 10/26/24 12:38:36 | NRPD Report #24-004138 | | MGIANN |
| | | ENT | Entered CallerOInState | 10/26/24 12:39:24 | [ID: 342243] NY | | MGIANN |
| | | ENT | Entered CallerOln | 10/26/24 12:39:24 | [ID: 342243] 275737951 | | MGIANN |
| | | DLQ | Driver License Query | 10/26/24 12:39:25 | OLN:275737951 State: NY Name: , | | MGIANN |
| | | ENT | Entered Caller Name | 10/26/24 12:39:49 | ANWAR, | | MGIANN |
| | | ENT | Entered Caller Name | 10/26/24 12:39:56 | ANWAR, MUHAMMAD | | MGIANN |
| | | ENT | Entered CallerHPhone | 10/26/24 12:40:13 | [ID: 342243] 9149186400 | | MGIANN |
| | | ENT | Entered CallerDob | 10/26/24 12:40:19 | [ID: 342243] 8/14/1977 | | MGIANN |
| | | ENT | Entered CallerAge | 10/26/24 12:40:19 | [ID: 342243] 47 | | MGIANN |

Event ID: 2024-050265    Call Ref #:  61    **FRAUD at 919 WILMOT RD**

| Unit | Empl ID | Type | Description | Time Stamp | Event Log Comments | Close Code | User |
|------|---------|------|-------------|------------|--------------------|-----------|------|
| | | ENT | Entered CallerSex | 10/26/24 12:40:20 | [ID: 342243] M | | MGIANN |

New Rochelle Police Department
## Fraud Report Form
(Please use this form to report Identity theft or allegation of fraud.)
IF YOU SUSPECT YOU ARE A VICTIM OF A FRAUD PLEASE SPEAK WITH A POLICE OFFICER
PRIOR TO TURNING OVER ANY FUNDS!!!

914-654-2300

**INFORMATION ABOUT YOU**

Your Name: MUHAMMAD MUDASSAR ANUM     Date of birth: 08/14/1977

Your Address: 919 WILMOT RD

Your City, State, and Zip: NEW ROCHELLE , NY 10583

Contact Number: 914 - 918 - 6400

Email address: USNIZAMII @ GMAIL - COM

**INFORMATION ABOUT FINANCIAL INSTITUTION**

Bank Name: CHASE BANK , BANK OF AMERICA , CAPITAL ONE BANK

Bank Address:

Phone Number(s):

**INFORMATION ABOUT FRAUD**

Date and time of Incident: 10/30/2023     Location of Incident (if known) UNITED STATES DISTRICT COURT
CALFORNIA,

Explanation of fraud:
I AM RAPORTING A CASE OF IDENTITY THEFT INVOLVING
ME THE UNAUTHORIZED USE OF MY PERSONAL INFORMATO
FOR THE REGISTRATION OF WESITES WILH AMAZON INC
IS CLAIMING , I HAVE NO INVOLMENT WITH SITE
(TD) NOR I HAVE EVER AUTHORIZED ANYONE USE
MY NAME ORDETAILS IN CONNECTION WITH IN THAT
DPTE OF THIS INCIDENT I BECAME AWAR THAT COMEONE
I NEVER MET IN LIFE OR AWERE USED MY INFO FOR THE
REGISTRATION OF SOME WEB SITES (UNITED STATE DISTRICT
COURT OF CALFORINIA LAW SUITE AGAINST ME FILED 10/30/2023
I GOT AWARE OF , ALL THESE WESITE AMAZON INC CLAIMING

☐ I am submitting this form for documentation only, as requested by my financial institution for reimbursement purposes.

☐ I understand that all Fraud report submissions will not warrant a follow up investigation. I understand that the
making of false statements in this instrument is punishable as a class A misdemeanor pursuant to section 210:45 of the
penal law of the state of New York.

The information I have given you is true and accurate to the best of
my knowledge and may be used as stated on this form.     Please contact the New Rochelle Police Department
(914) 654-2300 with any questions.
Signature:                        Date:

New Rochelle Police Department, 475 North Avenue, New Rochelle, NY, 10801 (914) 654-2300
NRPD.com

PD-126

ARE NOT ON MY NAME OR I DONT
HAVE ANY EXCESS TO THESE WEBSITES,

* MY CONTACT INFO WAS FALSLEY ASSOCIDTE
WITH THE DOMAINS OR WEBSITES

* I HAVE NEVE ACCESSED, OPERATE
OR HAD AN AFHLIATION WITH THE PERSON
INVOLVE INTHE LAWSUITE OR WITH THE
WEBSITES CLAIMED BY AMAZON INC.

I SUSPECT THAT AN UNKNOW INDIVIDUAL
OR ENTTTY MAY REGISTERD THESE WEBSITE
AND AMAZON INC CLAIMING ARE LINKED TO
(THE PLANTIFF)
ME OR I HAVEN KNOWLEPYE OF
I I HAVE NEVER CONTACTED WITH THESE WESRIKE
AND ALSO I HAVE CLOSED ALL MY BANK KOUNT.