UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UMER WASIM, et al.,<br><br>    Defendants. | Case No.23-cv-05580-TLT<br><br>**JUDGMENT** |

On February 14, 2025, pursuant to a settlement agreement, Plaintiffs Amazon.com, Inc. and Amazon Technologies, Inc. ("Amazon") and Defendants Umer Wasim and Teknobyl Digital LLC ("Wasim Defendants") stipulated to dismiss the Wasim Defendants with prejudice and for permanent injunctive relief against the Wasim Defendants. ECF 89, 90. The Court granted as modified Plaintiffs' and Wasim Defendants' stipulations. ECF 91, 92.

On February 25, 2025, the Court entered judgment against the remaining sixteen defendants: 1) VTLogodesign, Inc.; (2) MK Affiliates, Inc.; (3) Ali Alam; (4) Dynamic Digital Solutions LLC; (5) Mehwash Munir; (6) One Stop Computer Services LLC; (7) Muhammad Zubair Khan; (8) Techture Inc.; (9) Muhammad Mudassar Anwar; (10) Tech Drive Pvt LLC; (11) Ashhar Rawoof; (12) Smart Startup Solutions, LLC.; (13) Muhammad Usman Khan; (14) Yasir Agar; (15) Muhammad Shiraz Qureshi; and (16) Mavia Nizam ("Defaulted Defendants"). ECF 94.

On March 10, 2025, Amazon requested the Court close the case. ECF 97.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Amazon and against Defaulted Defendants.

1     The case management conference scheduled for March 13, 2025, at 2 p.m. is hereby

2  **VACATED**.

3     The Clerk of Court shall terminate the matter and close the case.

4     **IT IS SO ORDERED.**

5  Dated: March 10, 2025

_____
TRINA L. THOMPSON
United States District Judge

2